UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **SOUTH BROWARD HOSPITAL DISTRICT, D/B/A/ MEMORIAL HEALTHCARE SYSTEM,** on its own behalf and on behalf of other similarly situated healthcare facilities,<br><br>Plaintiff,<br><br>**ELAP SERVICES, LLC and GROUP & PENSION ADMINISTRATORS, INC.,**<br><br>Defendants. | :<br>:<br>:<br>:  Case No. 0:20-cv-61007-AHS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## SECOND DECLARATION OF J.W. DEWBRE

Robert T. Wright, Jr., Esq.
FL Bar No. 185525
Irene Oria, Esq.
FL Bar No. 484570
**FisherBroyles, LLP**
199 E. Flagler St. #550
Miami, FL 33131
Tel.: (305) 536-2838
Facsimile: (305) 536-2838
Email: robert.wright@fisherbroyles.com
irene.oria@fisherbroyles.com

Patrick M. Emery, Esq., *pro hac vice*
GA Bar No. 821303
PA Bar No. 306672
Kris Alderman, Esq., *pro hac vice*
GA Bar No. 179645
**FisherBroyles, LLP**
945 East Paces Ferry Rd NE, Suite 2000
Atlanta, GA 30326
Tel.: (404) 793-0652
patrick.emery@fisherbroyles.com
kris.alderman@fisherbroyles.com

*Counsel for Defendants ELAP Services, LLC and Group & Pension Administrators, Inc.*

STATE OF TEXAS           )
                                         :ss.
COUNTY OF DALLAS   )

J.W. Dewbre hereby declares under penalty of perjury that the following is true and correct:

1. I am over 21 years of age, and I am in all respects competent to make this Declaration.

2. I am the Vice-President, General Counsel, and Secretary for Group & Pension Administrators, Inc, (GPA). I have been employed by GPA since April 2, 2007.

3. I have personal knowledge of the matters set forth herein. If called to testify as to the matters set forth herein, I could, and would, testify competently and truthfully to the matters set forth in this Declaration.

4. Exhibit 1 to this Declaration is a true and accurate copy of the Plan Document and Summary Plan Description for MarineMax, Inc. In paragraphs 177 through 187 of the Original Complaint, the Plaintiff made allegations about a patient identified as "C.S." Upon review of our records and in the information in the Original Complaint, I identified "C.S." and determined "C.S." was covered by the MarineMax, Inc. Welfare Benefit Plan. The Plan Document is the written document that governs the health plan. It is GPA's regular practice to make and keep such documents for its clients.

5. Exhibit 2 to this Declaration is the Plan Document and Summary Plan Description for Trividia Health, Inc. Cost Plus Plan. In paragraphs 188 through 198 of the Original Complaint, the Plaintiff made allegations about a patient identified as "M.J." Upon review of our records and the information in the Original Complaint, I identified "M.J." and determined "M.J." was covered by the Trividia Health, Inc. Cost Plus Plan. The Plan Document is the written document that governs the health plan. It is GPA's regular practice to make and keep such documents for its clients.

6. Exhibit 3 is a legible, color copy of the ID card re-printed in paragraph 89 of the Original Complaint. It is GPA's regular practice to make such ID cards, and GPA maintains copies of such ID cards for its clients in the regular course of business.

7. Exhibit 4 is a copy of the ID card issued for "C.S." It was referred to by Plaintiff in paragraph 178 of the Original Complaint. It is GPA's regular practice to make such ID cards, and GPA maintains copies of such ID cards for its clients in the regular course of business.

8. Exhibit 5 is a copy of the ID card issued for "M.J." It is referred to by Plaintiff in paragraph 189 of the Original Complaint. It is GPA's regular practice to make such ID cards and GPA maintains copies of such ID cards for its clients in the regular course of business.

9. Exhibit 6 is a certified transcript of the call between Plaintiff and GPA that occurred on March 6, 2019, regarding "C.S." The phone call was referenced in the Original Complaint at paragraph 179. The recording was made at the time the call took place; the recording was kept in the regular course of business; and recording such phone calls was the regular practice of GPA. The recording has been offered separately due to the fact that it contained protected health information that cannot be redacted from the audio recording. The certified transcript has been redacted to de-identify protected health information.

10. Exhibit 7 is a certified transcript of the call between Plaintiff and GPA that occurred on April 22, 2019, regarding "M.J." The phone call was referenced in the Original Complaint at paragraph 190. The recording was made at the time the call took place; the recording was kept in the regular course of business; and recording such phone calls was the regular practice of GPA. The recording has been offered separately due to the fact that it contained protected health information that cannot be redacted from the audio recording. The certified transcript has been redacted to de-identify protected health information.

11. Exhibit 8 is the Plan Document for W.R. Meadows, which is the employer referenced in paragraph 96 of the Amended Complaint.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Executed on August 13, 2020.



_____
J.W. Dewbre
Vice-President, General Counsel, and Secretary of GPA

_____
Notary Public