# EXHIBIT 6

Page 1

1

2

3

4    AUDIO RECORDING TRANSCRIPTION:

5    "TRANSCRIPTION OF RECORDED CALL REGARDING

6    PATIENT C.S."

7    JUNE 25, 2020

8

9

10

11              * * * * * * * * * * *

12

13          TRANSCRIPTION OF AN AUDIO RECORDING,

14   transcribed by Jennifer Ayers, Court Reporter,

15   on June 25th, 2020.

16

17              * * * * * * * * * * *

18

19

20

21

22

23

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 2

1              (Audio recording begins as

2          follows:)

3          BEVERLY:  GTA Customer Service.

4     This is Beverly.  May I have your name,

5     please?

6          ALEXANDRA:  Hi, Beverly.  My name is

7     Alexandra, A as in apple.

8          BEVERLY:  Alexandra?

9          ALEXANDRA:  Correct.  And I

10    (inaudible) your level.

11         BEVERLY:  (Inaudible).

12         ALEXANDRA:  Thank you.

13         BEVERLY:  Mm-hm.  And Alexandra, are

14    you a member or are you calling from the

15    provider's office?

16         ALEXANDRA:  Provider's office.

17         BEVERLY:  Okay.  And may I get your

18    tax I.D. number, please?

19         ALEXANDRA:  REDACTED .

20         BEVERLY:  Okay.  And the name of the

21    doctor facility you're with.

22         ALEXANDRA:  Memorial Regional

23    Hospital (inaudible) hospital.

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 3

1             BEVERLY:  (Inaudible).  You said

2     Memorial Hospital?

3             ALEXANDRA:  Mm-hm.

4             BEVERLY:  Is that -- is that

5     Memorial Hospital Pembroke (phonetic)?

6             ALEXANDRA:  No.  Memorial Regional.

7             BEVERLY:  (Inaudible) okay.  Hold

8     on.  Memorial division neurosurgeon.

9     Okay.  Memorial Regional.

10           ALEXANDRA:  I'm with the (inaudible)

11    Hospital District.  I'm not sure how you

12    have it.

13          BEVERLY:  Well, I just put in the

14    tax I.D. number, and I'm just looking at

15    what's coming up here.  That's why I was

16    like (inaudible).

17          ALEXANDRA:  Oh, okay.

18          BEVERLY:  Yeah.  When I pull up the

19    tax I.D. number, just -- okay.  Hold on.

20    Memorial Regional Hospital?  Is that what

21    you said?

22          ALEXANDRA:  Correct.

23          BEVERLY:  (Inaudible).  Memorial

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 4

```
1        Regional Hospital.  (Inaudible).  Okay.

2        And you said the tax I.D. was  REDACTED  ,

3        correct?

4             ALEXANDRA:  Yeah.  Does it help you

5        if I give you maybe an MPI?

6             BEVERLY:  Oh, no.  No.  No.  We

7        don't use MPIs, but thank you anyway.

8             ALEXANDRA:  Oh, okay.

9             BEVERLY:  Okay.  You said,

10       Alexandra.  Okay, Alexandra.  And could I

11       get a good call back number for you,

12       please?

13            ALEXANDRA:  924-267-5553.

14            BEVERLY:  5553?

15            ALEXANDRA:  Correct.

16            BEVERLY:  Is that direct or do you

17       have an extension?

18            ALEXANDRA:  Direct.

19            BEVERLY:  Okay.  All right,

20       Alexandra.  And if I could also get your

21       patient's social or member I.D. number,

22       please.

23            ALEXANDRA:  What I have here for my
```

Page 5

```
 1    patient is REDACTED.
 2    BEVERLY:  Okay.  And the patient's
 3    name and date of birth?
 4    ALEXANDRA:  REDACTED'S REDACTED,
 5    REDACTED.
 6    BEVERLY:  Okay.  And how can I help
 7    you, Alexandra?  Are you calling for
 8    Claims or (inaudible)?
 9    ALEXANDRA:  One (inaudible) the
10    address (inaudible) 749075, Dallas, Texas
11    75374.
12    BEVERLY:  That is correct.
13    ALEXANDRA:  Okay.  And then I have
14    here, mom stated that he had the PHCS.
15    Does it have any group number or group
16    name?
17    BEVERLY:  Give me one second here.
18    Okay.  The PTO network on her plan is PHCS
19    Physician Only Network.  Do you know if
20    you're part of that network?
21    ALEXANDRA:  I don't know.  There's
22    very limited information because he's
23    scheduled for a procedure -- (inaudible)
```

Transcript of Recorded Call regarding Patient C.S
Transcription

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 6

1    for a procedure tomorrow and she's calling

2    around to verify benefits.  So I was a

3    little bit (inaudible) off on that.

4              BEVERLY:  Okay.  So exactly what is

5    she having tomorrow?

6              ALEXANDRA:  Her son's having a

7    REDACTED .  Hospital outpatient.  And

8    we also need to know when this plan became

9    effective.

10             BEVERLY:  Okay.  I can give y'all

11   that number.  That's what I'm saying.

12   That's why I was asking you what type of

13   benefits were you needing.  But I just

14   need --

15             ALEXANDRA:  Surgical.

16             BEVERLY:  Okay.  Is this going to be

17   outpatient surgery or?

18             ALEXANDRA:  Yeah.

19             BEVERLY:  Outpatient surgery.  Okay.

20   And you said a REDACTED ?

21             ALEXANDRA:  Correct.

22             BEVERLY:  Okay.

23             ALEXANDRA:  And if you could also

Transcript of Recorded Call regarding Patient C.S

1    tell me when the plan became effective.

2          BEVERLY:  Okay.  I will do all that,

3    ma'am, when I pull up the information.

4    First of all, okay, like you were saying,

5    you didn't know if you were in the network

6    or not, right?

7          ALEXANDRA:  Correct.

8          BEVERLY:  Okay.  So more than

9    likely, I'll probably have to give you

10   in-and-out of network benefits, if you're

11   not sure.  But I can also give you --

12         ALEXANDRA:  Okay.

13         BEVERLY:  -- the phone number to the

14   network, if you want to, you know, call

15   them to, you know, confirm if you're in

16   network or not.

17         ALEXANDRA:  No.  You said it's

18   Physician Network Only, right?  That's the

19   name of the -- that you have?

20         BEVERLY:  No.  They have -- they

21   have -- hold on for a second.  See where

22   you're calling from.  Oh, you're calling

23   from the hospital.  Duh.  I'm sorry.  I'm

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 8

1     so sorry.

2         ALEXANDRA:  Right.  Yeah.

3         BEVERLY:  So you're going to be

4     billing as a -- okay.  Okay.  So you said

5     it's outpatient surgery.

6         ALEXANDRA:  Right.

7         BEVERLY:  But you are going to be

8     billing for the facility.  So you'll be

9     billing on a UB (phonetic)?

10        ALEXANDRA:  Correct.

11        BEVERLY:  Oh.  Gotcha.  My bad.

12    Okay.  So it's a UB.  All right.  Never

13    mind about that.  So let's see.  Okay.  So

14    it's no network for facilities.  Okay.

15    I'm sorry about that.

16        ALEXANDRA:  Okay.  Thank you.

17        BEVERLY:  Okay.  So that's no

18    network.  Let me ask you this, though, do

19    you know if -- do you have a chief

20    complaint?  I know what you said he's

21    coming in for, but do you have a chief

22    complaint?

23        ALEXANDRA:  I can see what I have

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 9

```
 1        here.
 2             BEVERLY:  (Inaudible).
 3             ALEXANDRA:  Let's see.
 4             BEVERLY:  I guess it --
 5             ALEXANDRA:  It just says here -- it
 6        doesn't give me an actual code.  But they
 7        did put here, diagnosis, REDACTED
 8        REDACTED .  REDACTED        .
 9             BEVERLY:  Okay.  Repeat that.  What
10        was the first part you said?
11             ALEXANDRA:  REDACTED        .
12             BEVERLY:  REDACTED    ?
13             ALEXANDRA:  Right.  REDACTED   .
14        REDACTED  REDACTED
15        REDACTED    REDACTED
16        REDACTED
17             BEVERLY:  Okay.  Well, that doesn't
18        sound fun.
19             ALEXANDRA:  No.  Not at all.
20             BEVERLY:  Goodness.  Okay.  So
21        you're just needing outpatient surgery
22        benefits for a REDACTED    .  Okay.  All
23        right.  Is that -- was what pretty much
```

Transcript of Recorded Call regarding Patient C.S

1       it?

2               ALEXANDRA:  Correct.

3               BEVERLY:  Okay.  And if you'll allow

4       me one moment.  Let me just pull the

5       benefits.  Okay?

6               ALEXANDRA:  Thank you.

7               BEVERLY:  Uh-huh.  Okay.  Alexandra?

8               ALEXANDRA:  Yes.  I'm here.

9               BEVERLY:  Okay, ma'am.  Thank you

10      for holding.  I appreciate your patience.

11              ALEXANDRA:  No.  Thank you for

12      helping me.  I wouldn't have nothing.  At

13      least you've given me hope for this one.

14              BEVERLY:  Oh, no.  No.  No.  Let's

15      see here.  Okay.  I'm kind of cleaning out

16      everything here, making sure I got

17      everything.  Okay.  Here we go.  Put in

18      the last deduction (inaudible) here.

19      Okay.  All right.  I think I got

20      everything here.

21              ALEXANDRA:  Okay.

22              BEVERLY:  And like I said, again, I

23      do appreciate your patience.  I do need to

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 11

1          let you know, though, this is only a

2          summary of the plan.  It's not a guarantee

3          of payment or eligibility.  The patient's

4          effective date, it is May the 1st of 2016,

5          and they are still currently active.

6                ALEXANDRA:  Okay.

7                BEVERLY:  Notification is required

8          for outpatient surgery.  I can give you

9          that phone number at the end of the call,

10         if you'd like.

11               Benefits for outpatient surgery

12         is going to be subject to the deductible

13         and covered at 70 percent of the plan

14         allowable.  They have a calendar year

15         deductible of $6,850.  Currently, none of

16         that has been met.  They also have an

17         out-of-pocket of $6,850, and none of that

18         has been met, either.

19               ALEXANDRA:  Okay.  So out-of-pocket

20         deductible is the same?  $6,850 for both?

21               BEVERLY:  Right.

22               ALEXANDRA:  Okay.

23               BEVERLY:  And the out-of-pocket, it

Page 12

```
 1   does include -- it does include the
 2   deductible.  Okay?
 3        ALEXANDRA:  Okay.
 4        BEVERLY:  And also I just need to
 5   make you aware that our facility claims
 6   are audited by BLAP (phonetic).  That is
 7   to determine the plan's allowable.  This
 8   audit is based on Medicare rates plus 20
 9   percent or the provider's self-reported
10   cost plus 12 percent, whichever is the
11   higher of the calculations.
12        ALEXANDRA:  Okay.
13        BEVERLY:  And then the number, while
14   I'm thinking about it here -- that number
15   to Health Watch (phonetic) is
16   866-206-3224.  And that's option 3.
17        ALEXANDRA:  Option 3.  Okay.  And
18   you said that's Health Watch?
19        BEVERLY:  Uh-huh.
20        ALEXANDRA:  And that's the
21   authorization rate?
22        BEVERLY:  Right.
23        ALEXANDRA:  Okay.  Are you able to
```

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 13

1       see if there's an open file or I would

2       have to call them?

3           BEVERLY:  Yeah.  You would have to

4       call Health Watch for that.

5           ALEXANDRA:  Okay.

6           BEVERLY:  Because they would be the

7       ones to actually start the authorization.

8           ALEXANDRA:  Okay.  Perfect.

9           BEVERLY:  I can also transfer you,

10      if you like.  Would you like me to

11      transfer you?

12          ALEXANDRA:  Please.  Yes, please.

13      Now, Beverly, do you have a reference

14      number for the call with me?

15          BEVERLY:  I do.  I do.  I was going

16      to ask you that before we hung up.

17          ALEXANDRA:  Perfect.

18          BEVERLY:  Okay.  Okay.  So here we

19      go.  You wanted benefits -- the call

20      reference number for today, Alexandra, is

21      25033766.

22          ALEXANDRA:  Thank you very much,

23      Beverly, for your help.  I -- yes, if you

Transcript of Recorded Call regarding Patient C.S

1      can please transfer me.  Okay.  I'm sorry.

2      Is this is PPO or an HMO?

3           BEVERLY:  No, ma'am.  You're a

4      facility.  Remember?  So there's no

5      network for facilities (inaudible).

6           ALEXANDRA:  Oh, that is correct.

7      Right.  Okay.  Perfect.

8           BEVERLY:  Yeah.  Okay?

9           ALEXANDRA:  Thank you, Beverly.

10           BEVERLY:  Okay.  Give me one second

11     here and I'll transfer you.

12          ALEXANDRA:  Have a good evening.

13          BEVERLY:  Oh, you too.  Thank you

14     for calling GPA.  Give me one moment here.

15          (Transferring call.)

16          DANIELLE:  (Inaudible).  This is

17     Danielle.  How could I help you?

18          ALEXANDRA:  Good afternoon,

19     Danielle.  I'm calling from Advance

20     Registration and Hospital Clinic to check

21     to see if there's an authorization on file

22     for a patient.

23          DANIELLE:  Okay.  Do you have their

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 15

1      I.D. number?

2              ALEXANDRA:  I do.  And Danielle,

3      what's the initial to your last name?

4              DANIELLE:  C, as in Charley.

5              ALEXANDRA:  Thank you.  The I.D.

6      number that I have, REDACTED .

7              DANIELLE:  And their name and date

8      of birth?

9              ALEXANDRA:  C REDACTED  S REDACTED ,

10     REDACTED .

11             DANIELLE:  All right.  One second.

12     Let me pull up his chart.

13             ALEXANDRA:  And this is Health

14     Watch, correct?

15             DANIELLE:  Yes, ma'am.

16             ALEXANDRA:  Okay.  Thank you.

17             DANIELLE:  This is just the name of

18     the department, but the overall insurance

19     is Group Intentions.

20             ALEXANDRA:  Group Intentions?

21             BEVERLY:  Uh-huh.

22             ALEXANDRA:  Okay.

23             DANIELLE:  And looks like we have

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 16

1        something.  What's the CPC code you're

2        looking for?  Or is it for tomorrow?

3                ALEXANDRA:  It's for tomorrow for a

4        REDACTED        , but I don't have a code.

5                DANIELLE:  Okay.  Dr. Madel

6        (phonetic)?

7                ALEXANDRA:  (Inaudible).

8                DANIELLE:  Yes.

9                ALEXANDRA:  Thank you, God.

10               DANIELLE:  Yeah, we have it and it's

11       been approved.  I can get you the

12       authorization number for it.

13               ALEXANDRA:  Please.

14               DANIELLE:  Yes, ma'am.  It is

15       0512014.

16               ALEXANDRA:  0512014.  And when was

17       it approved?

18               DANIELLE:  Let me see.  It was

19       approved on 2/21.  And they sent out a

20       fax.  Let me see who they sent it to.

21       They sent out a fax to the doctor's office

22       on 2/21.

23               ALEXANDRA:  2/21.  Do you know when

Transcript of Recorded Call regarding Patient C.S

Transcription

Page 17

1       it expires?

2           DANIELLE:  It's the -- it's

3       date-specific.  So even if they don't

4       have --

5           ALEXANDRA:  So on the day of

6       surgery, pretty much?

7           DANIELLE:  Yeah.  Even if they don't

8       do it tomorrow and they change the a date

9       or whatever, we can still go back in and

10      just push the dates around.

11          ALEXANDRA:  Okay.  Perfect.  Sounds

12      good.  Now, is there a reference number or

13      my authorization's my reference number?

14          DANIELLE:  Yes, ma'am.

15      Authorization.

16          ALEXANDRA:  Perfect.  And you said

17      Group Intentions, right?

18          DANIELLE:  Yes.

19          ALEXANDRA:  Perfect.  Thank you so

20      much, Danielle.

21          DANIELLE:  No problem.  Have a good

22      one.

23          ALEXANDRA:  You, too.  Bye-bye.

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 18

1          DANIELLE:    Bye.

2              (End  of  audio  recording.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Transcript of Recorded Call regarding Patient C.S
Transcription

Page 19

REPORTER'S CERTIFICATE

1

2  STATE OF LOUISIANA

3  TANGIPAHOA PARISH

4

5      I, Jennifer Ayers, Court Reporter, hereby

6  certify that I transcribed the audio recording

7  contained herein and that pages 2 through 17

8  contain a true and accurate transcription, to

9  the best of my ability, of the proceedings on

10 the audio/video recording.

11     I further certify that I am neither kin nor

12 counsel to any of the parties to said cause nor

13 in any manner interested in the results thereof.

14     This the 25th day of June, 2020.

15

16

17

18                 _____

                   JENNIFER S. AYERS, COURT REPORTER

19

20

21

22

23

Transcript of Recorded Call regarding Patient C.S
Transcription

**[0512014 - customer]**

Page 1

| **0** | **a** | | **audited** 12:6 | **calculations** 12:11 |
|---|---|---|---|---|

| **0** | **a** | **audited** 12:6 | **calculations** 12:11 |
|---|---|---|---|
| **0512014** 16:15,16 | **ability** 19:9 | **authorization** | **calendar** 11:14 |
| **1** | **able** 12:23 | 12:21 13:7 14:21 | **call** 1:5 4:11 7:14 |
| REDACTED 5:5 15:10 | **accurate** 19:8 | 16:12 17:15 | 11:9 13:2,4,14,19 |
| **12** 12:10 | **active** 11:5 | **authorization's** | 14:15 |
| **17** 19:7 | **actual** 9:6 | 17:13 | **calling** 2:14 5:7 |
| **18420** 19:18 | **address** 5:10 | **aware** 12:5 | 6:1 7:22,22 14:14 |
| **1st** 11:4 | **advance** 14:19 | **ayers** 1:14 19:5,18 | 14:19 |
| **2** | **afternoon** 14:18 | | **cause** 19:12 |
| **2** 19:7 | **alexandra** 2:6,7,8 | **b** | **certificate** 19:1 |
| **2/21** 16:19,22,23 | 2:9,12,13,16,19,22 | **back** 4:11 17:9 | **certify** 19:6,11 |
| **20** 12:8 | 3:3,6,10,17,22 4:4 | **bad** 8:11 | **change** 17:8 |
| **2016** 11:4 | 4:8,10,10,13,15,18 | **based** 12:8 | **charley** 15:4 |
| **2020** 1:7,15 19:14 | 4:20,23 5:4,7,9,13 | **begins** 2:1 | **chart** 15:12 |
| **25** 1:7 | 5:21 6:6,15,18,21 | **benefits** 6:2,13 | **check** 14:20 |
| **25033766** 13:21 | 6:23 7:7,12,17 8:2 | 7:10 9:22 10:5 | **chief** 8:19,21 |
| **25th** 1:15 19:14 | 8:6,10,16,23 9:3,5 | 11:11 13:19 | REDACTED 5:4 15:9 |
| **3** | 9:11,13,19 10:2,6 | **best** 19:9 | REDACTED 6:7 |
| **3** 12:16,17 | 10:7,8,11,21 11:6 | **beverly** 2:3,4,6,8 | 6:20 9:8,15,22 |
| **5** | 11:19,22 12:3,12 | 2:11,13,17,20 3:1 | 16:4 |
| **5553** 4:14 | 12:17,20,23 13:5,8 | 3:4,7,13,18,23 4:6 | **claims** 5:8 12:5 |
| REDACTED 2:19 | 13:12,17,20,22 | 4:9,14,16,19 5:2,6 | **cleaning** 10:15 |
| REDACTED 4:2 | 14:6,9,12,18 15:2 | 5:12,17 6:4,10,16 | **clinic** 14:20 |
| **6** | 15:5,9,13,16,20,22 | 6:19,22 7:2,8,13 | **code** 9:6 16:1,4 |
| **6,850** 11:15,17,20 | 16:3,7,9,13,16,23 | 7:20 8:3,7,11,17 | **coming** 3:15 8:21 |
| **7** | 17:5,11,16,19,23 | 9:2,4,9,12,17,20 | **complaint** 8:20,22 |
| **70** 11:13 | **allow** 10:3 | 10:3,7,9,14,22 | **confirm** 7:15 |
| **749075** 5:10 | **allowable** 11:14 | 11:7,21,23 12:4,13 | **contain** 19:8 |
| **75374** 5:11 | 12:7 | 12:19,22 13:3,6,9 | **contained** 19:7 |
| **8** | **anyway** 4:7 | 13:13,15,18,23 | **correct** 2:9 3:22 |
| **866-206-3224** | **apparently** 9:15 | 14:3,8,9,10,13 | 4:3,15 5:12 6:21 |
| 12:16 | **apple** 2:7 | 15:21 | 7:7 8:10 10:2 14:6 |
| **9** | **appreciate** 10:10 | **billing** 8:4,8,9 | 15:14 |
| **924-267-5553** 4:13 | 10:23 | **birth** 5:3 15:8 | **cost** 12:10 |
| REDACTED 5:1 | **approved** 16:11 | **bit** 6:3 | **counsel** 19:12 |
| REDACTED 15:6 | 16:17,19 | REDACTED 9:8,11,14 | **court** 1:14 19:5,18 |
| | **asking** 6:12 | **bye** 17:23,23 18:1 | **covered** 11:13 |
| | **audio** 1:4,13 2:1 | **c** | **cpc** 16:1 |
| | 18:2 19:6,10 | **c** 15:4 | **currently** 11:5,15 |
| | **audit** 12:8 | **c.s.** 1:6 | **customer** 2:3 |

Veritext Legal Solutions

Transcript of Recorded Call regarding Patient C.S
Transcription

[dallas – number]

Page 2

**d**

dallas   5:10
danielle   14:16,17
   14:19,23 15:2,4,7
   15:11,15,17,23
   16:5,8,10,14,18
   17:2,7,14,18,20,21
   18:1
date   5:3 11:4 15:7
   17:3,8
dates   17:10
day   17:5 19:14
deductible   11:12
   11:15,20 12:2
deduction   10:18
department   15:18
determine   12:7
diagnosis   9:7
direct   4:16,18
district   3:11
division   3:8
doctor   2:21
doctor's   16:21
dr   16:5
duh   7:23

**e**

e   9:12,12,13,13
effective   6:9 7:1
   11:4
either   11:18
elap   12:6
eligibility   11:3
evening   14:12
exactly   6:4
expires   17:1
extension   4:17

**f**

facilities   8:14 14:5
facility   2:21 8:8
   12:5 14:4

**fax**   16:20,21
file   13:1 14:21
first   7:4 9:10
follows   2:2
fun   9:18
further   19:11

**g**

give   4:5 5:17 6:10
   7:9,11 9:6 11:8
   14:10,14
given   10:13
go   10:17 13:19
   17:9
god   16:9
going   6:16 8:3,7
   11:12 13:15
good   4:11 14:12
   14:18 17:12,21
goodness   9:20
gotcha   8:11
gpa   14:14
group   5:15,15
   15:19,20 17:17
gta   2:3
guarantee   11:2
guess   9:4

**h**

health   12:15,18
   13:4 15:13
help   4:4 5:6 13:23
   14:17
helping   10:12
hi   2:6
higher   12:11
hm   2:13 3:3
hmo   14:2
hold   3:7,19 7:21
holding   10:10
hope   10:13

**hospital**   2:23,23
   3:2,5,11,20 4:1
   6:7 7:23 14:20
huh   10:7 12:19
   15:21
hung   13:16

**i**

i.d.   2:18 3:14,19
   4:2,21 15:1,5
inaudible   2:10,11
   2:23 3:1,7,10,16
   3:23 4:1 5:8,9,10
   5:23 6:3 9:2 10:18
   14:5,16 16:7
include   12:1,1
information   5:22
   7:3
initial   15:3
insurance   15:18
intentions   15:19
   15:20 17:17
interested   19:13

**j**

jennifer   1:14 19:5
   19:18
june   1:7,15 19:14

**k**

kin   19:11
kind   10:15
know   5:19,21 6:8
   7:5,14,15 8:19,20
   11:1 16:23

**l**

l   9:12,13
level   2:10
limited   5:22
little   6:3
looking   3:14 16:2

**looks**   9:15 15:23
louisiana   19:2

**m**

ma'am   7:3 10:9
   14:3 15:15 16:14
   17:14
madel   16:5
making   10:16
manner   19:13
medicare   12:8
member   2:14 4:21
memorial   2:22 3:2
   3:5,6,8,9,20,23
met   11:16,18
mind   8:13
mm   2:13 3:3
mom   5:14
moment   10:4
   14:14
mpi   4:5
mpis   4:7

**n**

n   9:12,13
name   2:4,6,20 5:3
   5:16 7:19 15:3,7
   15:17
need   6:8,14 10:23
   12:4
needing   6:13 9:21
neither   19:11
network   5:18,19
   5:20 7:5,10,14,16
   7:18 8:14,18 14:5
neurosurgeon   3:8
never   8:12
notification   11:7
number   2:18 3:14
   3:19 4:11,21 5:15
   6:11 7:13 11:9
   12:13,14 13:14,20

Transcript of Recorded Call regarding Patient C.S
Transcription

[number - type]

15:1,6 16:12
17:12,13

**o**

**office**  2:15,16
  16:21
**oh**  3:17 4:6,8 7:22
  8:11 10:14 14:6
  14:13
**okay**  2:17,20 3:7,9
  3:17,19 4:1,8,9,10
  4:19 5:2,6,13,18
  6:4,10,16,19,22
  7:2,4,8,12 8:4,4,12
  8:13,14,16,17 9:9
  9:17,20,22 10:3,5
  10:7,9,15,17,19,21
  11:6,19,22 12:2,3
  12:12,17,23 13:5,8
  13:18,18 14:1,7,8
  14:10,23 15:16,22
  16:5 17:11
**ones**  13:7
**open**  13:1
**option**  12:16,17
**outpatient**  6:7,17
  6:19 8:5 9:21 11:8
  11:11
**overall**  15:18

**p**

**p**  9:12,13
**pages**  19:7
**parish**  19:3
**part**  5:20 9:10
**parties**  19:12
**patience**  10:10,23
**patient**  1:6 5:1
  14:22
**patient's**  4:21 5:2
  11:3

**payment**  11:3
**pembroke**  3:5
  [REDACTED]  9:7,11
**percent**  11:13 12:9
  12:10
**perfect**  13:8,17
  14:7 17:11,16,19
**phcs**  5:14,18
**phone**  7:13 11:9
**phonetic**  3:5 8:9
  12:6,15 16:6
**physician**  5:19
  7:18
**plan**  5:18 6:8 7:1
  11:2,13
**plan's**  12:7
**please**  2:5,18 4:12
  4:22 13:12,12
  14:1 16:13
**plus**  12:8,10
**pocket**  11:17,19
  11:23
**ppo**  14:2
**pretty**  9:23 17:6
**probably**  7:9
**problem**  17:21
**procedure**  5:23
  6:1
**proceedings**  19:9
**provider's**  2:15,16
  12:9
**pto**  5:18
**pull**  3:18 7:3 10:4
  15:12
**push**  17:10
**put**  3:13 9:7 10:17

**r**

**rate**  12:21
**rates**  12:8
**recorded**  1:5

**recording**  1:4,13
  2:1 18:2 19:6,10
  [REDACTED]  9:8,15,16
**reference**  13:13,20
  17:12,13
**regarding**  1:5
**regional**  2:22 3:6,9
  3:20 4:1
**registration**  14:20
**remember**  14:4
**repeat**  9:9
**reported**  12:9
**reporter**  1:14 19:5
  19:18
**reporter's**  19:1
**required**  11:7
**results**  19:13
**right**  4:19 7:6,18
  8:2,6,12 9:13,23
  10:19 11:21 12:22
  14:7 15:11 17:17

**s**

**s**  19:18
[REDACTED]  5:4 15:9
**saying**  6:11 7:4
**says**  9:5,14
**scheduled**  5:23
**second**  5:17 7:21
  14:10 15:11
**see**  7:21 8:13,23
  9:3 10:15 13:1
  14:21 16:18,20
**self**  12:9
**sent**  16:19,20,21
**service**  2:3
**signature**  19:18
  [REDACTED]  9:7,11,14
**social**  4:21
**son's**  6:6
**sorry**  7:23 8:1,15
  14:1

**sound**  9:18
**sounds**  17:11
**specific**  17:3
**start**  13:7
**state**  19:2
**stated**  5:14
**subject**  11:12
**summary**  11:2
**sure**  3:17 7:11
  10:16
**surgery**  6:17,19
  8:5 9:21 11:8,11
  17:6
**surgical**  6:15

**t**

**tangipahoa**  19:3
**tax**  2:18 3:14,19
  4:2
**tell**  7:1
**texas**  5:10
**thank**  2:12 4:7
  8:16 10:6,9,11
  13:22 14:9,13
  15:5,16 16:9
  17:19
**thereof**  19:13
**think**  10:19
**thinking**  12:14
**today**  13:20
**tomorrow**  6:1,5
  16:2,3 17:8
**transcribed**  1:14
  19:6
**transcription**  1:4
  1:5,13 19:8
**transfer**  13:9,11
  14:1,11
**transferring**  14:15
**true**  19:8
**type**  6:12

Transcript of Recorded Call regarding Patient C.S
Transcription

**[ub - year]**

| u |
|---|
| **ub**  8:9,12 |
| **uh**  10:7 12:19 |
|   15:21 |
| **use**  4:7 |

| v |
|---|
| **verify**  6:2 |
| **video**  19:10 |

| w |
|---|
| **want**  7:14 |
| **wanted**  13:19 |
| **watch**  12:15,18 |
|   13:4 15:14 |
| **whichever**  12:10 |

| y |
|---|
| **y'all**  6:10 |
| **yeah**  3:18 4:4 6:18 |
|   8:2 13:3 14:8 |
|   16:10 17:7 |
| **year**  11:14 |