# EXHIBIT 7

Page 1

1
2
3
4   AUDIO RECORDING TRANSCRIPTION:
5   "TRANSCRIPTION OF RECORDED CALL REGARDING
6   PATIENT M.J."
7   JUNE 25, 2020
8
9
10
11             * * * * * * * * * *
12
13         TRANSCRIPTION OF AN AUDIO RECORDING,
14   transcribed by Jennifer Ayers, Court Reporter,
15   on June 25th, 2020.
16
17             * * * * * * * * * *
18
19
20
21
22
23

Transcript of Call regarding Patient M.J.
Transcription

Page 2

1  (Audio recording begins as
2  follows:)
3  DANIELLE: Health Watch Utilization.
4  This is Danielle (phonetic). How can I
5  help you?
6  JUANITA: Good morning. My first
7  name is Juanita. I'm with Memorial
8  Hospital. I'm trying to reach the
9  department for outpatient surgery. I'm
10 sorry. Authorization Department for
11 outpatient surgeries.
12 DANIELLE: Okay. I can help you
13 with that. Were you trying to find
14 authorization?
15 JUANITA: I'm trying to verify
16 authorization requirements, and we have a
17 patient that's coming in for surgery
18 tomorrow.
19 DANIELLE: Okay. What's their I.D.
20 number?
21 JUANITA: That is REDACTED.
22 DANIELLE: Thank you. And their
23 name and date of birth.

Transcript of Call regarding Patient M.J.
Transcription

Page 3

1    JUANITA: This is M[REDACTED] J[REDACTED]
2    (phonetic), [REDACTED].
3    DANIELLE: For outpatient surgery.
4    JUANITA: Yeah.
5    DANIELLE: Could I get the first
6    initial to your last name?
7    JUANITA: L.
8    DANIELLE: Your phone number and
9    fax.
10   JUANITA: 954-276-3157 is the phone
11   number. Fax number is 954-276-0804.
12   DANIELLE: Okay. And you have the
13   CPT code?
14   JUANITA: I do. It is going to be
15   [REDACTED].
16   DANIELLE: And diagnosis?
17   JUANITA: And the diagnosis is
18   [REDACTED].
19   DANIELLE: All right. And give me
20   just a few minutes. Let me go ahead and
21   check these out for you.
22   JUANITA: Of course.
23   DANIELLE: Thank you.

Page 4

1  JUANITA: Thank you so much.
2  DANIELLE: Mm-hm. Yeah. This one
3  doesn't require any authorizations for
4  out-patient surgery. So I can just give
5  you the reference number for the call?
6  Because they don't need it.
7  JUANITA: Okay. Great. Thank you
8  so much.
9  DANIELLE: Yeah. No problem. That
10 is going to be 1126630.
11 JUANITA: I'm sorry. Did you say
12 1126630?
13 DANIELLE: Yes, ma'am.
14 JUANITA: Okay. Thank you.
15 DANIELLE: Yeah. And was there
16 anything else I can help you with?
17 JUANITA: Your first name, if you
18 don't mind.
19 DANIELLE: It's Danielle. Last
20 initial is C, as in Charley.
21 JUANITA: Danielle, another thing.
22 DANIELLE: Mm-hm.
23 JUANITA: I requested for the

Transcript of Call regarding Patient M.J.
Transcription

Page 5

benefits since last week. And we still haven't received those back. Is there a possible way I could speak to a live representative?

DANIELLE: Yes. I can get you transferred over to them. And I'll just stay on the line until someone comes through.

JUANITA: Okay. Oh, thank you so much. I appreciate it.

DANIELLE: No problem. Uh-huh. One second.

(Transferring call.)

LUCY: (Inaudible) Customer Service. My name is Lucy (phonetic). May I have your name, please?

JUANITA: Good morning. My first name is Juanita. I'm with Memorial Hospital.

LUCY: Hi, Juanita. And how are you doing today?

JUANITA: I'm doing great. And yourself?

Transcript of Call regarding Patient M.J.
Transcription

Page 6

```
 1         LUCY:  I'm doing well.  Thank you
 2   for asking.  And how may I help you today?
 3         JUANITA:  Yes.  We have a patient
 4   that's coming into the hospital for
 5   out-patient surgery.
 6         LUCY:  Mm-hm.
 7         JUANITA:  And I'm trying to verify
 8   the benefits.
 9         LUCY:  Oh, okay.  Let's see.  And
10   may I have the tax I.D. number of the
11   provider, please.
12         JUANITA:  It is tax I.D. REDACTED .
13   It's Memorial Regional Hospital.  Well,
14   I'm trying to verify eligibility and
15   benefits.  Sorry.
16         LUCY:  And the provider's name?
17         JUANITA:  It is Memorial Regional
18   Hospital.
19         LUCY:  Thank you.  And may I have
20   the I.D. number of the insured, please?
21         JUANITA:  Yes.  That is REDACTED .
22         LUCY:  And the patient's name and
23   date of birth?
```

Case 0:20-cv-61007-AHS   Document 30-7   Entered on FLSD Docket 08/14/2020   Page 8 of 16
Transcript of Call regarding Patient M.J.
Transcription

```
                                              Page 7

 1          JUANITA:  And this is patient
 2   M[REDACTED] J[REDACTED], [REDACTED].
 3          LUCY:  And may I have your phone
 4   number, please?
 5          JUANITA:  954-276-3157.
 6          LUCY:  Thank you.  And how may I
 7   help you today?  You're in need to check
 8   benefits?
 9          JUANITA:  Yes.  The patient's coming
10   into the hospital for out-patient surgery.
11   And I'm trying to find out if the
12   patient's active and also if -- what are
13   the patient's responsibilities.
14          LUCY:  Okay.  And the other thing,
15   is there a chief complaint for the
16   patient?
17          JUANITA:  I do.  The diagnosis is [REDACTED]
18   [REDACTED].
19          LUCY:  [REDACTED] [REDACTED] --
20          JUANITA:  [REDACTED]
21          LUCY:  -- [REDACTED]?
22          JUANITA:  [REDACTED] yes.
23          LUCY:  [REDACTED] [REDACTED]?
```

1  JUANITA: Mm-hm. Yes.
2  LUCY: Okay. Can you hold on one
3  moment, while I talk to Benefits?
4  JUANITA: Yes.
5  LUCY: Thank you.
6  JUANITA: Of course.
7  LUCY: Thank you so much for
8  holding. This is a summary of the plan
9  and not a guarantee of payment or
10 eligibility. I'm showing that the
11 effective date of coverage is 1/1 of 2019
12 and still current. And for the
13 out-patient surgery center, it's going to
14 be a $100 co-payment. And then it's --
15 one -- it says $100 co-payment per day and
16 the coverage would be at 100 percent of
17 the plan allowable.
18         Facility claims are audited by
19 ELAP (phonetic) to determine the plan's
20 allowable. And this audit is based on the
21 Medicare rate plus 20 percent or
22 self-reported provider costs plus 12
23 percent, whichever is the higher of the

1   two calculations. The calendar year
2   deductible is zero, and the out-of-pocket
3   is $2,500. And I'm showing that $342.61
4   has been met of the out-of-pocket, which
5   does include co-payments.
6           JUANITA: Okay. I'm sorry. I
7   didn't understand the -- the co-insurance
8   portion.
9           LUCY: Okay.
10          JUANITA: Is it (inaudible).
11          LUCY: It states that -- oh, okay.
12  Facility claims are audited by ELAP to
13  determine the plan's allowable. There's
14  no network for facility claims, basically.
15  They're audited by ELAP. And the audit is
16  based on the Medicare rates plus 20
17  percent or a self-reported provider cost
18  plus 12 percent, whichever is the higher
19  of the two calculations.
20          JUANITA: So if the patient's coming
21  into the hospital for an out-patient
22  surgery, they're going to be responsible
23  for the co-insurance only?

Case 0:20-cv-61007-AHS   Document 30-7   Entered on FLSD Docket 08/14/2020   Page 11 of 16
Transcript of Call regarding Patient M.J.
Transcription

Page 10

```
1        LUCY:  They would have a $100
2   co-payment for the surgery center.
3        JUANITA:  It's not a center, though.
4   It's a hospital, not a center.
5        LUCY:  The out-patient hospital.  If
6   it's -- are they having surgery done?
7        JUANITA:  Yes.  They're coming into
8   the hospital for an out-patient surgery.
9        LUCY:  Okay.  So it's going to be a
10  $100 co-payment for the -- they pay as a
11  co-payment for the surgery.
12       JUANITA:  So all they're responsible
13  is a $100 co-pay?
14       LUCY:  That is correct.
15       JUANITA:  They're not responsible
16  for anything else?  No co-insurance?  Just
17  a co-pay?
18       LUCY:  Correct.  Correct.
19       JUANITA:  All right.  Perfect.
20  Thank you.  And, I'm sorry, your first
21  name?  And if there's a call reference
22  number?
23       LUCY:  My first name is Lucy, and my
```

1  last name initial is Y, as in yellow. And
2  the reference number for the call is
3  25087209. And no notification is required
4  for the out-patient surgery.
5       JUANITA: Perfect. Thank you so
6  much. You have a great day.
7       LUCY: My pleasure. Thank you for
8  calling GPA, and have a wonderful day, as
9  well.
10      JUANITA: Thank you.
11      LUCY: Mm-hm. Bye-bye.
12         (End of recording.)

1   REPORTER'S CERTIFICATE

2   STATE OF LOUISIANA

3   TANGIPAHOA PARISH

4

5   I, Jennifer Ayers, Court Reporter, hereby

6   certify that I transcribed the audio recording

7   contained herein and that pages 2 through 11

8   contain a true and accurate transcription, to

9   the best of my ability, of the proceedings on

10  the audio/video recording.

11      I further certify that I am neither kin nor

12  counsel to any of the parties to said cause nor

13  in any manner interested in the results thereof.

14      This the 25th day of June, 2020.

15

16

17

18  _____
    JENNIFER S. AYERS, COURT REPORTER

Transcript of Call regarding Patient M.J.
Transcription

[0 - hospital]    Page 1

| 0 | a | certificate 12:1 | doing 5:21,22 6:1 |
|---|---|---|---|
| 0  7:21,22 | ability 12:9 | certify 12:6,11 | e |
| 1 | accurate 12:8 | charley 4:20 | effective 8:11 |
| 1/1  8:11 | active 7:12 | check 3:21 7:7 | elap 8:19 9:12,15 |
| 100  8:14,15,16 10:1,10,13 | ahead 3:20 | chief 7:15 | eligibility 6:14 8:10 |
| 11  12:7 | allowable 8:17,20 9:13 | claims 8:18 9:12 9:14 | f |
| 1126630  4:10,12 | appreciate 5:10 | code 3:13 | facility 8:18 9:12 9:14 |
| 12  8:22 9:18 | asking 6:2 | comes 5:7 | fax 3:9,11 |
| 18420  12:18 | audio 1:4,13 2:1 12:6,10 | coming 2:17 6:4 7:9 9:20 10:7 | find 2:13 7:11 |
| 2 | audit 8:20 9:15 | complaint 7:15 | first 2:6 3:5 4:17 5:17 10:20,23 |
| 2  12:7 | audited 8:18 9:12 9:15 | contain 12:8 | follows 2:2 |
| 2,500  9:3 | authorization 2:10 2:14,16 | contained 12:7 | further 12:11 |
| 20  8:21 9:16 | authorizations 4:3 | correct 10:14,18 10:18 | g |
| 2019  8:11 | ayers 1:14 12:5,18 | cost 9:17 | give 3:19 4:4 |
| 2020  1:7,15 12:14 | b | costs 8:22 | go 3:20 |
| 25  1:7 | back 5:2 | counsel 12:12 | going 3:14 4:10 8:13 9:22 10:9 |
| 25087209  11:3 | based 8:20 9:16 | course 3:22 8:6 | good 2:6 5:17 |
| 25th  1:15 12:14 | basically 9:14 | court 1:14 12:5,18 | gpa 11:8 |
| 3 | begins 2:1 | coverage 8:11,16 | great 4:7 5:22 11:6 |
| 342.61  9:3 | benefits 5:1 6:8,15 7:8 8:3 | cpt 3:13 | guarantee 8:9 |
| 4 | best 12:9 | current 8:12 | h |
| 43  7:19,20 | birth 2:23 6:23 | customer 5:14 | health 2:3 |
| 43.0.  3:18 7:18 | bye 11:11,11 | d | help 2:5,12 4:16 6:2 7:7 |
| REDACTED  3:15 | c | danielle 2:3,4,12 2:19,22 3:3,5,8,12 3:16,19,23 4:2,9 4:13,15,19,19,21 4:22 5:5,11 | REDACTED 7:23 |
| 5 | c  4:20 | date 2:23 6:23 8:11 | hi 5:20 |
| REDACTED  6:12 | calculations 9:1 9:19 | day 8:15 11:6,8 12:14 | higher 8:23 9:18 |
| 9 | calendar 9:1 | deductible 9:2 | hm 4:2,22 6:6 8:1 11:11 |
| REDACTED  7:2 | call 1:5 4:5 5:13 10:21 11:2 | department 2:9,10 | hold 8:2 |
| 9/5/71  3:2 | calling 11:8 | determine 8:19 9:13 | holding 8:8 |
| 954-276-0804  3:11 | cause 12:12 | diagnosis 3:16,17 7:17 | hospital 2:8 5:19 6:4,13,18 7:10 9:21 10:4,5,8 |
| 954-276-3157  3:10 7:5 | center 8:13 10:2,3 10:4 | | |
| REDACTED  2:21 6:21 | | | |

Veritext Legal Solutions
800.808.4958                                                                        770.343.9696

Transcript of Call regarding Patient M.J.
Transcription

[huh - stay]                                                                 Page 2

| | | | |
|---|---|---|---|
| huh 5:11 | 7:3,6,14,19,21,23 8:2,5,7 9:9,11 10:1,5,9,14,18,23 10:23 11:7,11 | outpatient 2:9,11 3:3 | rates 9:16 |
| **i** | | | reach 2:8 |
| i.d. 2:19 6:10,12 6:20 | | **p** | received 5:2 |
| | | pages 12:7 | recorded 1:5 |
| inaudible 5:14 9:10 | **m** | parish 12:3 | recording 1:4,13 2:1 11:12 12:6,10 |
| REDACTED 7:23 | m.j. 1:6 | parties 12:12 | reference 4:5 10:21 11:2 |
| include 9:5 | ma'am 4:13 | patient 1:6 2:17 4:4 6:3,5 7:1,10 7:16 8:13 9:21 10:5,8 11:4 | regarding 1:5 |
| initial 3:6 4:20 11:1 | manner 12:13 | | regional 6:13,17 |
| insurance 9:7,23 10:16 | medicare 8:21 9:16 | | reported 8:22 9:17 |
| | memorial 2:7 5:18 6:13,17 | patient's 6:22 7:9 7:12,13 9:20 | reporter 1:14 12:5 12:18 |
| insured 6:20 | met 9:4 | pay 10:10,13,17 | reporter's 12:1 |
| interested 12:13 | m REDACTED 3:1 7:2 | payment 8:9,14,15 10:2,10,11 | representative 5:4 |
| **j** | mind 4:18 | payments 9:5 | requested 4:23 |
| REDACTED j 3:1 7:2 | minutes 3:20 | percent 8:16,21,23 9:17,18 | require 4:3 |
| jennifer 1:14 12:5 12:18 | mm 4:2,22 6:6 8:1 11:11 | | required 11:3 |
| juanita 2:6,7,15 2:21 3:1,4,7,10,14 3:17,22 4:1,7,11 4:14,17,21,23 5:9 5:17,18,20,22 6:3 6:7,12,17,21 7:1,5 7:9,17,20,22 8:1,4 8:6 9:6,10,20 10:3 10:7,12,15,19 11:5 11:10 | moment 8:3 | perfect 10:19 11:5 | requirements 2:16 |
| | morning 2:6 5:17 | phone 3:8,10 7:3 | responsibilities 7:13 |
| | **n** | phonetic 2:4 3:2 5:15 8:19 | responsible 9:22 10:12,15 |
| | name 2:7,23 3:6 4:17 5:15,16,18 6:16,22 10:21,23 11:1 | plan 8:8,17 | results 12:13 |
| | | plan's 8:19 9:13 | right 3:19 10:19 |
| | | please 5:16 6:11 6:20 7:4 | **s** |
| | need 4:6 7:7 | pleasure 11:7 | s 12:18 |
| | neither 12:11 | plus 8:21,22 9:16 9:18 | says 8:15 |
| june 1:7,15 12:14 | network 9:14 | pocket 9:2,4 | second 5:12 |
| **k** | notification 11:3 | portion 9:8 | see 6:9 |
| k 3:17 7:17,19 | number 2:20 3:8 3:11,11 4:5 6:10 6:20 7:4 10:22 11:2 | possible 5:3 | self 8:22 9:17 |
| kin 12:11 | | problem 4:9 5:11 | service 5:14 |
| **l** | | proceedings 12:9 | showing 8:10 9:3 |
| l 3:7 | **o** | provider 6:11 8:22 9:17 | signature 12:18 |
| line 5:7 | oh 5:9 6:9 9:11 | | sorry 2:10 4:11 6:15 9:6 10:20 |
| live 5:3 | okay 2:12,19 3:12 4:7,14 5:9 6:9 7:14 8:2 9:6,9,11 10:9 | provider's 6:16 | speak 5:3 |
| louisiana 12:2 | | **r** | state 12:2 |
| lucy 5:14,15,20 6:1,6,9,16,19,22 | | rate 8:21 | states 9:11 |
| | | | stay 5:7 |

[summary - zero]

| | |
|---|---|
| **summary**  8:8<br>**surgeries**  2:11<br>**surgery**  2:9,17 3:3<br>  4:4 6:5 7:10 8:13<br>  9:22 10:2,6,8,11<br>  11:4 | **week**  5:1<br>**whichever**  8:23<br>  9:18<br>**wonderful**  11:8 |
| **t** | **y** |
| **talk**  8:3<br>**tangipahoa**  12:3<br>**tax**  6:10,12<br>**thank**  2:22 3:23<br>  4:1,7,14 5:9 6:1<br>  6:19 7:6 8:5,7<br>  10:20 11:5,7,10<br>**thereof**  12:13<br>**thing**  4:21 7:14<br>**today**  5:21 6:2 7:7<br>**tomorrow**  2:18<br>**transcribed**  1:14<br>  12:6<br>**transcription**  1:4<br>  1:5,13 12:8<br>**transferred**  5:6<br>**transferring**  5:13<br>**true**  12:8<br>**trying**  2:8,13,15<br>  6:7,14 7:11<br>**two**  9:1,19 | **y**  11:1<br>**yeah**  3:4 4:2,9,15<br>**year**  9:1<br>**yellow**  11:1 |
| | **z** |
| | **zero**  9:2 |
| **u** | |
| **uh**  5:11<br>**understand**  9:7<br>**utilization**  2:3 | |
| **v** | |
| **verify**  2:15 6:7,14<br>**video**  12:10 | |
| **w** | |
| **watch**  2:3<br>**way**  5:3 | |