# EXHIBIT 8

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# PLAN DOCUMENT

# AND

# SUMMARY PLAN DESCRIPTION

# FOR

# W.R. MEADOWS, INC.

# EFFECTIVE: JANUARY 1, 2018
# RESTATED: JANUARY 1, 2020

# COST PLUS PPO/HSA PLAN

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# W.R. MEADOWS, INC. EMPLOYEE BENEFIT PLAN

## ADOPTION OF THE PLAN DOCUMENT AND SUMMARY PLAN DESCRIPTION

It is the intention of the Plan Sponsor, **W.R. Meadows, Inc.**, to hereby amend and restate the W.R. Meadows, Inc. Employee Benefit Plan, a program of benefits constituting a self-funded "Employee Welfare Benefit Plan" under the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**Effective Date**
The Plan Document is effective as of the date first set forth below, and each amendment is effective as of the date set forth therein (the "Effective Date").

**Adoption of the Plan Document**
The Plan Sponsor, as the settlor of the Plan, hereby adopts this Plan Document as the written description of the Plan. This Plan Document represents both the Plan Document and the Summary Plan Description, which is required by the Employee Retirement Income Security Act of 1974, 29 U.S.C. et seq. ("ERISA"). This Plan Document amends and replaces any prior statement of the health care coverage contained in the Plan or any predecessor to the Plan.

**IN WITNESS WHEREOF,** the Plan Sponsor has executed, and the Claims Administrator has acknowledged, this Plan Document as of the Plan Effective Date shown herein.

Effective Date of the Plan: **January 1, 2018**; Amended and restated effective: **January 1, 2020**

W.R. Meadows, Inc.

By: _Erick Villamar_

Printed Name: Erick Villamar

Title: H. R. Mamanger

Date: 4/27/2020

# TABLE OF CONTENTS

**PAGE**

GENERAL INFORMATION AND PURPOSE ................................................................. 3
INTRODUCTION.......................................................................................................... 5
STATEMENT OF ERISA RIGHTS............................................................................. 10
FEDERAL LAWS ...................................................................................................... 12
SCHEDULE OF BENEFITS – PPO PLAN ................................................................ 22
SCHEDULE OF BENEFITS – HSA PLAN ................................................................ 29
ORGAN TRANSPLANT POLICY .............................................................................. 36
GPA HW CANCER CARE PROGRAM ..................................................................... 37
PRESCRIPTION DRUG PLAN BENEFITS ............................................................... 39
UTILIZATION REVIEW (UR) PROGRAM ................................................................. 43
CASE MANAGEMENT.............................................................................................. 44
DISEASE MANAGEMENT ........................................................................................ 44
MATERNITY SUPPORT PROGRAM ........................................................................ 44
GPA NURSE NAVIGATOR$^{SM}$ .................................................................................... 45
COMPREHENSIVE MEDICAL BENEFITS ............................................................... 46
MAJOR MEDICAL EXPENSE BENEFITS ................................................................ 51
MAJOR MEDICAL PLAN EXCLUSIONS AND LIMITATIONS .................................. 60
COORDINATION OF BENEFITS .............................................................................. 65
COORDINATION PROCEDURES.............................................................................. 66
COORDINATION WITH ORGAN TRANSPLANT POLICY ........................................ 67
COORDINATION WITH MEDICARE ........................................................................ 67
COORDINATION WITH AUTOMOBILE INSURANCE COVERAGE ......................... 68
SUBROGATION AND REIMBURSEMENT PROVISIONS......................................... 70
CLAIM REVIEW AND AUDIT PROGRAM ................................................................ 75
PROCEDURES FOR CLAIMS AND APPEALS......................................................... 78
      EXTERNAL REVIEW OF ADVERSE BENEFIT DETERMINATIONS............................ 85
      PROVIDER OF SERVICE APPEAL RIGHTS....................**ERROR! BOOKMARK NOT DEFINED.**
GENERAL PROVISIONS........................................................................................... 89
ELIGIBILITY FOR COVERAGE ................................................................................ 91
QUALIFIED MEDICAL CHILD SUPPORT ORDERS / PLACEMENT FOR ADOPTION........................... 93
EFFECTIVE DATE OF COVERAGE ......................................................................... 94
EMPLOYEE AND DEPENDENT SPECIAL ENROLLMENT PERIODS ...................... 95
ANNUAL OPEN ENROLLMENT PERIOD FOR THE EMPLOYEE BENEFIT PLAN ................. 97
LATE ENROLLEE ..................................................................................................... 97
COVERAGE CHANGES............................................................................................ 98
PLAN OPTION CHANGES ........................................................................................ 98
TERMINATION OF COVERAGE ............................................................................... 99
COVERAGE DURING LEAVE OF ABSENCE ......................................................... 100
REHIRES / REINSTATEMENT OF COVERAGE ..................................................... 101
REPLACEMENT OF GROUP MEDICAL COVERAGE ............................................ 102
FAMILY AND MEDICAL LEAVE (FMLA) ................................................................ 103
CONTINUATION OF GROUP HEALTH COVERAGE (COBRA) ............................. 104
DEFINITIONS .......................................................................................................... 108
APPENDIX I ............................................................................................................ 131

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# GENERAL INFORMATION AND PURPOSE

This Plan Document describes the benefits for the Employees of **W.R. Meadows, Inc.** and/or its subsidiaries. This statement is required by the Employee Retirement Income Security Act of 1974 (ERISA) and provides important information regarding your rights under this law.

**Introduction and Purpose**
The Plan Sponsor has established the Plan for the benefit of Eligible Employees, in accordance with the terms and conditions described herein.  Plan benefits may be self-funded through a benefit fund or a trust established by the Plan Sponsor and self-funded with contributions from Participants and/or the Plan Sponsor, or may be funded solely from the general assets of the Plan Sponsor.  Participants in the Plan may be required to contribute toward their benefits.

The Plan Sponsor's purpose in establishing the Plan is to help offset, for Eligible Employees, the economic effects arising from a Non-occupational Injury or Illness.  To accomplish this purpose, the Plan Sponsor must be cognizant of the necessity of containing health care costs through effective plan design, and of abiding by the terms of the Plan Document, to allow the Plan Sponsor to allocate the resources available to help those individuals participating in the Plan to the maximum feasible extent.

The purpose of this Plan Document is to set forth the terms and provisions of the Plan that provide for the payment or reimbursement of all or a portion of certain covered expenses for medical charges.  The Plan Document is maintained by **W.R. Meadows, Inc.** and may be inspected at any time during normal working hours by any Covered Person.

**Name of Plan**
W.R. Meadows, Inc. Employee Benefit Plan

**Participating Employers**
Huebert Fiberboard, Inc.
Blue Ridge Fiberboard

**Plan Sponsor**
W.R. Meadows, Inc.
300 Industrial Drive
Hampshire, IL 60140
847-214-2100

**Plan Administrator**
W.R. Meadows, Inc.
300 Industrial Drive
Hampshire, IL 60140
847-214-2100

**Type of Plan**
Self-Funded Employee Welfare Benefit Plan

**Agent for Service of Legal Process**
W.R. Meadows, Inc.
300 Industrial Drive
Hampshire, IL 60140
847-214-2100

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Claims Administrator**
Group & Pension Administrators, Inc. (GPA)
Park Central 8
12770 Merit Drive, Suite 200
Dallas, Texas  75251
972-238-7900 ◆ 800-827-7223
The Plan Administrator has retained the services of the Claims Administrator to administer Claims under the Plan.

**Utilization Review**
GPA's HealthWatch Department
Group & Pension Administrators, Inc. (GPA)
Park Central 8
12770 Merit Drive, Suite 200
Dallas, Texas  75251
972-744-2486 ◆ 866-206-3224

**Regional Office of Employee Benefits Security Administration**
Employee Benefits Security Administration (EBSA)
Department of Labor
Chicago Regional Office (Northern Illinois)
John C. Kluczynski Federal Bldg
230 S. Dearborn Street, Ste 2160
Chicago, IL 60604
312-353-0900 ◆ 866-444-EBSA (3272)
www.askebsa.dol.gov for electronic inquiries ◆ www.dol.gov/ebsa

**Plan Year**
The twelve (12) month period beginning January 1 and ending December 31 of each Calendar Year

**Employer Tax ID Number**
36-1460730

**GPA Group Number**
H880068

**ERISA Plan Number**
502

**Legal Entity; Service of Process**
The Plan is a legal entity.  Legal notice may be filed with, and legal process served upon, the Plan Administrator.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

## INTRODUCTION

**W.R. Meadows, Inc.**, hereafter referred to as "Company," hereby amends and restates the W.R. Meadows, Inc. Employee Benefit Plan, a self-funded Employee Welfare Benefit Plan coming within the purview of the Employee Retirement Income Security Act of 1974 (ERISA), hereafter referred to as the "Plan." The Plan's benefits and administration expenses are paid directly from the Employer's general assets, and the rights and privileges of which shall pertain to Employees and their Dependents with respect to such Plan. The Plan is not insured. Contributions received from Covered Persons are used to cover Plan costs and are expended immediately. As such, when applicable, Federal law and jurisdiction preempt State law and jurisdiction.

## PLAN ADMINISTRATOR AND ELAP

The Plan is administered by the Plan Administrator in accordance with the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), as amended. An individual or entity may be appointed by the Plan Sponsor to be Plan Administrator and serve at the convenience of the Plan Sponsor.  If the Plan Administrator resigns, dies, is otherwise unable to perform, is dissolved, or is removed from the position, the Plan Sponsor shall appoint a new Plan Administrator as soon as reasonably possible.

Notwithstanding any provisions of this Plan Document and Summary Plan Description to the contrary, the Plan Sponsor has the authority to, and hereby does, allocate certain Fiduciary responsibility to ELAP Services, LLC *("ELAP")*.  The Fiduciary responsibility allocated to ELAP is limited to discretionary authority and decision-making authority with respect to any appeals of denied Claims, which shall be referred to ELAP by the Plan Administrator (the "Referred Appeals"). The Plan Sponsor has allocated additional Fiduciary responsibility to ELAP, limited to discretionary authority and decision-making authority with respect to the review and audit of certain Claims in accordance with the applicable Plan provisions under the section, "Claim Review and Audit Program". Such Claims selected as eligible for review and audit shall be identified by ELAP under guidelines to which the Plan Sponsor has agreed, and shall be referred to ELAP by the Plan Administrator. ELAP shall have no authority, responsibility or liability other than with respect to the Referred Appeals and its duties under the Claim Review and Audit Program.

The Plan Administrator shall establish the policies, practices and procedures of this Plan. The Plan Administrator and ELAP shall administer this Plan in accordance with its terms. It is the express intent of this Plan that the Plan Administrator and ELAP shall have maximum legal discretionary authority to construe and interpret the terms and provisions of the Plan, to make determinations regarding issues which relate to eligibility for benefits (including the determination of which services, supplies, care and treatment are Experimental/Investigational), to decide disputes which may arise relative to a Covered Person's rights, and to decide questions of Plan interpretation and those of fact relating to the Plan. The decisions of the Plan Administrator and/or ELAP as to the facts related to any Claim for benefits and the meaning and intent of any provision of the Plan, or its application to any Claim, shall receive the maximum deference provided by law and will be final and binding on all interested parties. Benefits under this Plan will be paid only if the Plan Administrator or ELAP decides, in its discretion, that the Covered Person is entitled to them.

## DUTIES OF THE PLAN ADMINISTRATOR

The duties of the Plan Administrator include the following:

1. To administer the Plan in accordance with its terms;
2. To determine all questions of eligibility, status and coverage under the Plan;
3. To interpret the Plan, including the authority to construe possible ambiguities, inconsistencies, omissions and disputed terms;
4. To make factual findings;
5. To decide disputes which may arise relative to a Plan Participant's rights;
6. To prescribe procedures for filing a Claim for benefits, to review Claim denials and appeals relating to them and to uphold or reverse such denials;
7. To keep and maintain the Plan documents and all other records pertaining to the Plan;

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

8. To appoint and supervise a third party administrator to pay Claims;
9. To perform all necessary reporting as required by ERISA;
10. To ensure that the Plan is administered in accordance with applicable law;
11. To establish and communicate procedures to determine whether a Medical Child Support Order or national medical support notice is a QMCSO;
12. To delegate to any person or entity such powers, duties and responsibilities as it deems appropriate; and
13. To perform each and every function necessary for or related to the Plan's administration.

## DUTIES OF ELAP

ELAP shall have the following duties with respect to the Referred Appeals and the Claim Review and Audit Program:

1. To administer the Plan in accordance with its terms;
2. To determine all questions of eligibility, status and coverage under the Plan;
3. To interpret the Plan, including the authority to construe possible ambiguities, inconsistencies, omissions and disputed terms;
4. To make factual findings;
5. To decide disputes which may arise relative to benefits payable under the Plan and negotiating settlements, if appropriate;
6. To review Referred Appeals and to uphold or reverse any denials;
7. To keep and maintain records pertaining to the Referred Appeals;
8. To perform the duties in conjunction with the provisions of the Claim Review and Audit Program; and
9. To keep and maintain records pertaining to the Claim Review and Audit Program.

The duties of ELAP shall be limited to those set forth above.
.

## PHYSICIAN-PATIENT RELATIONSHIP

The Plan is not intended to disturb the Physician-Patient relationship. Physicians and other healthcare Providers are not agents or delegates of the Plan Sponsor, Company, Plan Administrator, Employer or Claims Administrator. The delivery of medical and other healthcare services on behalf of any Covered Person remains the sole prerogative and responsibility of the attending Physician or other healthcare Provider.

## FREE CHOICE OF HOSPITAL AND PHYSICIAN

Nothing contained in this Plan shall in any way or manner restrict or interfere with the right of any person entitled to benefits hereunder to select a Hospital or to make a free choice of the attending Physician or professional Provider.  However, benefits will be paid in accordance with the provisions of this Plan, and the Covered Person may have higher out-of-pocket expenses if the Covered Person uses the services of a Non-Preferred Provider Physician.

## PREFERRED PROVIDER INFORMATION

The Preferred Provider Network (PPO) includes Physicians and other professional Providers who have contracted with the medical Provider Networks. For Physicians and all other professional Providers of service, this Plan contains provisions under which a Plan Participant may receive more benefits by using certain Providers. There is a section in the Schedule of Benefits which describes the benefits for PPO Providers (Level II).  PPO Providers are individuals and entities that have contracted with the Plan to provide services to Plan Participants at pre-negotiated rates. A list of these Preferred Providers can be accessed on the PPO website free of charge. In addition, a Plan Participant may request a Preferred Provider list by contacting the Plan Administrator. The Preferred Provider list changes frequently; therefore, it is recommended that a Plan Participant verify with the Provider that the Provider is still a Preferred Provider before receiving services.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

The Preferred Provider Network (PPO) does **not** include services and supplies provided by Facilities such as Hospital Facilities, Ambulatory Surgery Center Facilities and dialysis clinics or Facilities. You may contact the Claims Administrator or the Plan Administrator with any questions regarding which Facilities may be included under the Claim Review and Audit Program, and which may be included under the PPO Network agreement.

For all Facility Providers and those Physicians and professional Providers not participating in the PPO, the Plan will identify the Reasonable cost for the services and supplies through its Claim Review and Audit Program. There is a section in this Summary Plan Description that fully describes the Claim Review and Audit Program. The benefits for Facility Providers are described in the Schedule of Benefits under Level I and the benefits for those Physicians and professional Providers not participating in the PPO (Non-PPO) are described in Level II.

This plan may use Allowable Claim Limits to determine Covered Charges in lieu of a PPO discount.

## EFFECTIVE DATE

Effective Date of the Plan: **January 1, 2018**; Amended and restated effective: **January 1, 2020**

## CLAIMS ADMINISTRATOR

The Claims Administrator of the Plan is shown in the General Information and Purpose section.

## NAMED FIDUCIARY

The named Fiduciary for purposes of applying the provisions of ERISA to the Plan is **W.R. Meadows, Inc.,** who, as Plan Administrator, shall have the authority to control and manage the operation and administration of the Plan. The Company may delegate responsibilities for the operation and administration of the Plan. The Company or Board of Directors of the Company, if applicable, shall have the authority to amend or terminate the Plan, to determine its policies, to appoint and remove service Providers, adjust their compensation (if any), and exercise general administrative authority over them. The Company has the sole authority and responsibility to review and make final decisions on all Claims to benefits hereunder.

## CONTRIBUTIONS TO THE PLAN

Contributions to the Plan are to be made on the following basis:

The Company shall from time to time evaluate the costs of the Plan and determine the amount to be contributed by the Employer and the amount to be contributed by each Covered Employee.

Notwithstanding any other provision of the Plan, the Company's obligation to pay Claims otherwise allowable under the terms of the Plan shall be limited to its obligation to make contributions to the Plan as set forth in the preceding paragraph. Payment of said Claims in accordance with these procedures shall discharge completely the Company's obligation with respect to such payments.

In the event that the Company or Board of Directors of the Company, if applicable, terminates the Plan, then as of the effective date of termination, the Employer and Covered Employees shall have no further obligation to make additional contributions to the Plan and the Plan shall have no obligation to pay Claims incurred after the termination date of the Plan.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## CLAIMS PROCEDURE

In accordance with Section 503 of ERISA, the Plan Administrator shall provide adequate notice in writing to any covered Plan Participant whose Claim for benefits under this Plan has been denied, setting forth the specific reasons for such denial and written in a manner calculated to be understood by the Plan Participant. Further, the Plan Administrator shall afford a reasonable opportunity to any Plan Participant, whose Claim for benefits has been denied, for a fair review of the decision denying the Claim by the person designated by the Plan Administrator for that purpose. Details of the Claims procedure, which are in compliance with ERISA regulations, are found in this Plan Document under the section entitled "Procedures for Claims and Appeals."

## PROTECTION AGAINST CREDITORS

No benefit payment under this Plan shall be subject in any way to alienation, sale, transfer, pledge, attachment, garnishment, execution or encumbrance of any kind, and any attempt to accomplish the same shall be void. If the Plan Administrator shall find that such an attempt has been made with respect to any payment due or to become due to any Plan Participant, the Plan Administrator in its sole discretion may terminate the interest of such Plan Participant or former Plan Participant in such payment.  And in such case the Plan Administrator shall apply the amount of such payment to or for the benefit of such Plan Participant or former Plan Participant, his/her spouse, parent, adult Child, guardian of a minor Child, brother or sister, or other relative of such Plan Participant or former Plan Participant, as the Plan Administrator may determine, and any such application shall be a complete discharge of all liability with respect to such benefit payment. However, at the discretion of the Plan Administrator, benefit payments may be assigned to health care Providers.

## AMENDING AND TERMINATING THE PLAN

This Document contains all the terms of the Plan. The Plan Sponsor expects to maintain this Plan indefinitely; however, as the settlor of the Plan, the Plan Sponsor, through its directors and officers, may, in its sole discretion, at any time, amend, suspend or terminate the Plan in whole or in part. This includes amending the benefits under the Plan.

Any such amendment, suspension or termination shall be enacted, if the Plan Sponsor is a corporation, by written resolution of the Plan Sponsor's Board of Directors and officers, which shall be acted upon as provided in the Plan Sponsor's Articles of Incorporation or Bylaws, as applicable, and in accordance with applicable Federal and State law. Notice shall be provided as required by ERISA. In the event that the Plan Sponsor is a different type of entity, then such amendment, suspension or termination shall be taken and enacted in accordance with applicable Federal and State law and any applicable governing documents. In the event that the Plan Sponsor is a sole proprietorship, then such action shall be taken by the sole proprietor, in his own discretion.

If the Plan is terminated, the rights of the Covered Persons are limited to expenses incurred before termination.  Previous contributions by the Employer shall continue to be used for the purpose of paying benefits under the provisions of this Plan with respect to Claims arising before such termination.

All amendments to this Plan shall become effective as of a date established by the Plan Sponsor and specified in the enabling resolution. Copies of all amendments shall be furnished by the Plan Administrator to the Trustees (if any) and any outside Provider of Plan administrative services.

## SUMMARY OF MATERIAL REDUCTION (SMR)

A Material Reduction generally means any modification that would be considered by the average participant to be an important reduction in covered services or benefits. Examples include reductions in benefits or increases in Deductibles or copayments.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

The Plan Administrator shall notify all Covered Employees of any Plan Amendment considered a Material Reduction in covered services or benefits provided by the Plan as soon as administratively feasible after its adoption, but no later than sixty (60) days after the date of adoption of the reduction. Covered Employees and beneficiaries must be furnished a summary of such reductions, and any changes so made shall be binding on each Covered Person. The sixty (60) day period for furnishing a Summary of Material Reduction does not apply to any Employee covered by the Plan who would reasonably expect to receive a summary through other means within the next ninety (90) days.

Material Reduction disclosure provisions are subject to the requirements of ERISA and the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and any related amendments.

## SUMMARY OF MATERIAL MODIFICATIONS (SMM)

A Summary of Material Modifications reports changes in the information provided within the Summary Plan Description. Examples include a change to Deductibles, eligibility or the addition or deletion of coverage.

The Plan Administrator shall notify all Covered Employees of any Plan Amendment considered a Summary of Material Modifications by the Plan as soon as administratively feasible after its adoption, but no later than within two hundred ten (210) days after the close of the Plan Year in which the changes became effective.

## PLAN IS NOT A CONTRACT

This Plan Document constitutes the entire Plan. The Plan will not be deemed to constitute a contract of employment or give any Covered Employee the right to be retained in the service of the Employer or to interfere with the right of the Employer to discharge or otherwise terminate the employment of any Covered Employee.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## STATEMENT OF ERISA RIGHTS

As a Plan Participant in the Employee Welfare Benefit Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan Participants shall be entitled to:

### RECEIVE INFORMATION ABOUT YOUR PLAN AND BENEFITS

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Plan Administrator may make a reasonable charge for the copies.

To the extent required by ERISA to be prepared by the Plan, receive a summary of the Plan's annual financial report.  Plan Administrators are required by law to furnish Participants in certain plans with a copy of this summary annual report.

### CONTINUE GROUP HEALTH PLAN COVERAGE

Continue health care coverage for yourself, your spouse and/or your Dependents if there is a loss of coverage under the Plan as a result of a Qualifying Event. You or your Dependents may have to pay for such coverage. Review this Summary Plan Description and the documents governing the Plan on the rules governing your COBRA Continuation Coverage rights.

### PRUDENT ACTIONS BY PLAN FIDUCIARIES

In addition to creating rights for Plan Participants, ERISA imposes duties upon the people who are responsible for the operation of the Employee Welfare Benefit Plan. The people who operate the Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan Participants and beneficiaries.  No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit under the Plan or exercising your rights under ERISA.

### ENFORCE YOUR RIGHTS

If your Claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within thirty (30) days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.  If you have a Claim for benefits which is denied or ignored, in whole or in part, you may file suit in a State or Federal court.  In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a Medical Child Support Order, you may file suit in Federal court. If it should happen that Plan

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If you are successful, the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees, for example, if it finds your Claim or suit is frivolous.

## ASSISTANCE WITH YOUR QUESTIONS

If you have any questions about your Plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# FEDERAL LAWS

Certain Federal laws apply to most group health programs. The following is an overview of the laws and their impact. The effect of these laws on the Plan is reflected in the provisions of the Plan. Should there be any conflict between the law and Plan provisions, the law will prevail.

## HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 (H.R. 3103, 1996)
The Health Insurance Portability and Accountability Act (HIPAA) amended ERISA and was enacted, among other things, to improve portability and continuity of health care coverage.

HIPAA also requires that Plan Participants and beneficiaries receive a summary of any change that is a "Material Reduction in covered services or benefits under a group health plan" within sixty (60) days after the adoption of the modification or change, unless the Plan Sponsor provides summaries of modifications or changes at regular intervals of ninety (90) days or less.

## PREGNANCY DISCRIMINATION ACT OF 1978
Most Employers must provide coverage for Pregnancy expenses in the same manner as coverage is provided for any other Illness. This requirement applies to Pregnancy expenses of an Employee or a covered Dependent spouse of an Employee.

## FAMILY AND MEDICAL LEAVE ACT OF 1993 (P.L. 103-3)
If a Covered Employee ceases active employment due to an Employer-approved Family Medical Leave of Absence in accordance with the requirements of Public Law 103, coverage availability will continue under the same terms and conditions which would have applied had the Employee continued in active employment. Contributions will remain at the same Employer/Employee levels as were in effect on the date immediately prior to the leave (unless contribution levels change for other Employees in the same classification).

## OMNIBUS BUDGET RECONCILIATION ACT OF 1993 (OBRA 1993: PL 103-66)
OBRA 1993 requires that an eligible Dependent Child of an Employee will include a Child who is adopted by the Employee or placed with him for adoption prior to age eighteen (18) and a Child for whom the Employee or covered Dependent spouse is required to provide coverage due to a Medical Child Support Order (MCSO) which is determined by the Plan Sponsor to be a Qualified Medical Child Support Order (QMCSO). A QMCSO will also include a judgment, decree or order issued by a court of competent jurisdiction or through an administrative process established under State law and having the force and effect of law under State law and which satisfies the QMCSO requirements of ERISA (section 609(a)).

Participants may obtain a copy of the QMCSO procedures from the Plan Sponsor or Plan Administrator without charge.

## NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT OF 1996
The Newborns' and Mothers' Health Protection Act of 1996 establishes restrictions on the extent to which group health plans and health insurance issuers may limit the length of stay for mothers and newborn Children following delivery, as follows:

### Statement of Rights under the Newborns' and Mothers' Health Protection Act
"Under Federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict benefits for any Hospital length of stay in connection with childbirth for the mother or newborn Child to less than forty-eight (48) hours following a vaginal delivery, or less than ninety-six (96) hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending Provider (*i.e.,* your Physician, Nurse Midwife, or Physician Assistant), after consultation with the mother, discharges the mother or newborn earlier."

Also, under Federal law, plans and issuers may not set the level of benefits or out-of-pocket costs so that any later portion of the forty-eight (48) hour or ninety-six (96) hour stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

In addition, a plan or issuer may not, under Federal law, require that a Physician or other health care Provider obtain authorization for prescribing a length of stay of up to forty-eight (48) or ninety-six (96) hours. However, to use certain Providers or Facilities, or to reduce your out-of-pocket costs, you may be required to give notification. For information on notification, contact your Plan Administrator.

## WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998

If you are receiving covered benefits for a mastectomy, you should know that your Plan complies with the Women's Health and Cancer Rights Act of 1998. The Act provides for:

1. Reconstruction of the breast(s) on which a covered mastectomy has been performed;
2. Surgery and reconstruction of the other breast to produce a symmetrical appearance; and
3. Prostheses and physical complications related to all stages of covered mastectomy, including lymphedema.

All applicable benefit provisions still apply, including existing Deductibles, Copays and/or Coinsurance.

## GENETIC INFORMATION NONDISCRIMINATION ACT OF 2008 ("GINA")

GINA prohibits the group health Plan from:

1. Adjusting premiums or contribution amounts for the group as a whole on the basis of Genetic Information.

2. Requesting or requiring an individual or a Family member to undergo a genetic test. However, subject to certain conditions, the Plan may request that an individual voluntarily undergo a genetic test as part of a research study as long as the results are not used for underwriting purposes.

3. Requesting, requiring or purchasing Genetic Information for underwriting purposes (which includes eligibility rules or determinations, computation of premium or contribution amounts and other activities related to the creation, renewal or replacement of coverage). The Plan is also prohibited from requesting, requiring or purchasing Genetic Information with respect to any individual prior to such individual's enrollment under the Plan or coverage. However, if the Plan obtains Genetic Information incidental to the collection of other information prior to enrollment, it will not be in violation of GINA as long as it is not used for underwriting purposes.

GINA allows the group health Plan to obtain and use the results of genetic tests for purposes of making payment determinations.

### What is "Genetic Information" under GINA?

Under GINA, the term "Genetic Information" includes:

1. Information about an individual or his/her Family member's genetic tests (defined as analyses of the individual's DNA, RNA, chromosomes, proteins, or metabolites that detect genotypes, mutations or chromosomal changes);

2. The manifestation of a Disease or disorder in the Family members of the individual. Family members are broadly defined under GINA to include individuals who are Dependents, as well as any other first, second, third or fourth degree relative. Further, Genetic Information includes that information of any fetus or embryo carried by a pregnant woman; and

3. Information obtained through genetic services (that is genetic tests, genetic counseling or genetic education) or participation in clinical research that includes genetic services.

Genetic Information does not include the sex or age of an individual.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**MENTAL HEALTH PARITY AND ADDICTION EQUITY ACT OF 2008 (MHPAEA)**
The Mental Health Parity and Addiction Equity Act requires that, if a group health plan provides coverage for mental health conditions or for substance use disorders, benefits for such conditions must be provided in the same manner as benefits for any Illness.  Also, the Plan may not have separate cost-sharing arrangements that apply only to mental health or substance use disorder benefits.

**PREMIUM ASSISTANCE UNDER MEDICAID AND THE CHILDREN'S HEALTH INSURANCE PROGRAM (CHIP)**
If you or your children are eligible for Medicaid or CHIP and you are eligible for health coverage from your Employer, your state may have a premium assistance program that can help pay for coverage, using funds from their Medicaid or CHIP programs.  If you or your children are not eligible for Medicaid or CHIP, you will not be eligible for these premium assistance programs but you may be able to buy individual insurance coverage through the Health Insurance Marketplace.  For more information, visit **www.healthcare.gov**.

If you or your Dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your Dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your Dependents might be eligible for either of these programs, contact your State Medicaid or CHIP office or dial **1-877-KIDS NOW** or **www.insurekidsnow.gov** to find out how to apply.  If you qualify, ask your State if it has a program that might help you pay the premiums for an Employer-sponsored plan.

If you or your Dependents are eligible for premium assistance under Medicaid or CHIP, as well as eligible under your Employer plan, your Employer must allow you to enroll in your Employer plan if you are not already enrolled.  This is called a "special enrollment" opportunity, and **you must request coverage within 60 days of being determined eligible for premium assistance**.  If you have questions about enrolling in your employer plan, contact the Department of Labor at **www.askebsa.dol.gov** or call **1-866-444-EBSA (3272)**.

**If you live in one of the following States, you may be eligible for assistance paying your Employer health plan premiums.  The following list of States is current as of January 31, 2020.  Contact your State for more information on eligibility**

**ALABAMA – Medicaid**
Website: http://myalhipp.com/
Phone: 1-855-692-5447

**ALASKA – Medicaid**
The AK Health Insurance Premium Payment Program
Website:  http://myakhipp.com/
Phone:  1-866-251-4861
Email:  CustomerService@MyAKHIPP.com
Medicaid Eligibility:  http://dhss.alaska.gov/dpa/Pages/medicaid/default.aspx

**ARKANSAS – Medicaid**
Website: http://myarhipp.com/
Phone: 1-855-MyARHIPP (855-692-7447)

**CALIFORNIA – Medicaid**
Website: https://www.dhcs.ca.gov/services/Pages/TPLRD_CAU_cont.aspx
Phone: 1-800-541-5555

**COLORADO – Health First Colorado (Colorado's Medicaid Program) & Child Health Plan Plus (CHP+)**
Health First Colorado Website: https://www.healthfirstcolorado.com/
Health First Colorado Member Contact Center: 1- 800-221-3943/ State Relay 711
CHP+: https://www.colorado.gov/pacific/hcpf/child-health-plan-plus
CHP+ Customer Service: 1-800-359-1991/ State Relay 711

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**FLORIDA – Medicaid**
Website: http://flmedicaidtplrecovery.com/hipp/
Phone: 1-877-357-3268

**GEORGIA – Medicaid**
Website: https://medicaid.georgia.gov/health-insurance- premium-payment-program-hipp
Phone: 678-564-1162 ext 2131

**INDIANA – Medicaid**
Healthy Indiana Plan for low-income adults 19-64
Website: http://www.in.gov/fssa/hip/
Phone: 1-877-438-4479
All other Medicaid
Website: http://www.indianamedicaid.com
Phone 1-800-403-0864

**IOWA – Medicaid and CHIP (Hawki)**
Medicaid Website: https://dhs.iowa.gov/ime/membersMedicaid
Phone: 1-800-338-8366
Hawki Website: http://dhs.iowa.gov/HawkiHawki
Phone: 1-800-257-8563

**KANSAS – Medicaid**
Website: http://www.kdheks.gov/hcf/default.htm
Phone: 1-800-792-4884

**KENTUCKY – Medicaid**
Kentucky Integrated Health Insurance Premium Payment Program (KI-HIPP)
Website: https://chfs.ky.gov/agencies/dms/member/Pages/kihipp.aspx
Phone: 1-855-459-6328
Email: KIHIPP.PROGRAM@ky.gov
KCHIP Website: https://kidshealth.ky.gov/Pages/index.aspx
Phone: 1-877-524-4718
Kentucky Medicaid Website: https://chfs.ky.gov

**LOUISIANA – Medicaid**
Website: www.medicaid.la.gov or www.ldh.la.gov/lahipp
Phone: 1- 888-342-6207 (Medicaid hotline) or 1-855-618-5488 (LaHIPP)

**MAINE – Medicaid**
Website: http://www.maine.gov/dhhs/ofi/public-assistance/index.html
Phone: 1-800-442-6003
TTY: Maine relay 711

**MASSACHUSETTS – Medicaid and CHIP**
Website: http://www.mass.gov/eohhs/gov/departments/masshealth/
Phone: 1-800-862-4840

**MINNESOTA – Medicaid**
Website: http://mn.gov/dhs/people-we-serve/seniors/health-care/health-care-programs/programs-and-services/other-insurance.jsp
[Under ELIGIBILITY tab, see "what if I have other health insurance?"]
Phone: 1-800-657-3739

**MISSOURI – Medicaid**
Website: http://www.dss.mo.gov/mhd/participants/pages/hipp.htm
Phone: 573-751-2005

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**MONTANA – Medicaid**
Website: http://dphhs.mt.gov/MontanaHealthcarePrograms/HIPP
Phone: 1-800-694-3084

**NEBRASKA – Medicaid**
Website:  http://www.ACCESSNebraska.ne.gov
Phone: (855) 632-7633
Lincoln: (402) 473-7000
Omaha: (402) 595-1178

**NEVADA – Medicaid**
Medicaid Website:  https://dhcfp.nv.gov/
Medicaid Phone:  1-800-992-0900

**NEW HAMPSHIRE – Medicaid**
Website: http://www.dhhs.nh.gov/oii/hipp.htm
Phone: 603-271-5218
Toll Free for the HIPP program: 1-888-852-3345, ext 5218

**NEW JERSEY – Medicaid and CHIP**
Medicaid Website:
http://www.state.nj.us/humanservices/dmahs/clients/medicaid/
Medicaid Phone: 609-631-2392
CHIP Website: http://www.njfamilycare.org/index.html
CHIP Phone: 1-800-701-0710

**NEW YORK – Medicaid**
Website: https://www.health.ny.gov/health_care/medicaid/
Phone: 1-800-541-2831

**NORTH CAROLINA – Medicaid**
Website: https://medicaid.ncdhhs.gov/
Phone:  919-855-4100

**NORTH DAKOTA – Medicaid**
Website: http://www.nd.gov/dhs/services/medicalserv/medicaid/
Phone: 1-844-854-4825

**OKLAHOMA – Medicaid and CHIP**
Website: http://www.insureoklahoma.org
Phone: 1-888-365-3742

**OREGON – Medicaid**
Website: http://healthcare.oregon.gov/Pages/index.aspx
http://www.oregonhealthcare.gov/index-es.html
Phone: 1-800-699-9075

**PENNSYLVANIA – Medicaid**
Website: https://www.dhs.pa.gov/providers/Providers/Pages/Medical/HIPP-Program.aspx
Phone: 1-800-692-7462

**RHODE ISLAND – Medicaid and CHIP**
Website: http://www.eohhs.ri.gov/
Phone: 855-697-4347, or 401-462-0311 (Direct RIte Share Line)

**SOUTH CAROLINA – Medicaid**
Website: https://www.scdhhs.gov
Phone: 1-888-549-0820

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**SOUTH DAKOTA – Medicaid**
Website: http://dss.sd.gov
Phone: 1-888-828-0059

**TEXAS – Medicaid**
Website: http://gethipptexas.com/
Phone: 1-800-440-0493

**UTAH – Medicaid and CHIP**
Medicaid Website: https://medicaid.utah.gov/
CHIP Website: http://health.utah.gov/chip
Phone: 1-877-543-7669

**VERMONT– Medicaid**
Website: http://www.greenmountaincare.org/
Phone: 1-800-250-8427

**VIRGINIA –Medicaid and CHIP**
Medicaid Website: http://www.coverva.org/hipp/
Medicaid Phone: 1-800-432-5924
Phone: 1-855-242-8282

**WASHINGTON – Medicaid**
Website: http://www.hca.wa.gov/
Phone: 1-800-562-3022

**WEST VIRGINIA – Medicaid**
Website: http://mywvhipp.com/
Toll-free phone: 1-855-MyWVHIPP (1-855-699-8447)

**WISCONSIN – Medicaid and CHIP**
Website:
https://www.dhs.wisconsin.gov/publications/p1/p10095.pdf
Phone: 1-800-362-3002

**WYOMING – Medicaid**
Website: https://wyequalitycare.acs-inc.com/
Phone: 307-777-7531

To see if any other States have added a premium assistance program since **January 31, 2020**, or for more information on special enrollment rights, contact either:

U.S. Department of Labor
Employee Benefits Security Administration
**www.dol.gov/agencies/ebsa**
1-866-444-EBSA (3272)

U.S. Department of Health and Human Services
Centers for Medicare & Medicaid Services
**www.cms.hhs.gov**
1-877-267-2323, Menu Option 4, Ext. 61565

**PAPERWORK REDUCTION ACT STATEMENT**
According to the Paperwork Reduction Act of 1995 (Pub. L. 104-13) (PRA), no persons are required to respond to a collection of information unless such collection displays a valid Office of Management and Budget (OMB) control number. The Department notes that a Federal agency cannot conduct or sponsor a collection of information unless it is approved by OMB under the PRA, and displays a currently valid OMB control number, and the public is not required to respond to a collection of information unless it displays a currently valid OMB control number. See 44 U.S.C. 3507. Also, notwithstanding any other provisions of law, no person shall be subject to penalty for failing to comply with a collection of information if the collection of information does not display a currently valid OMB control number. See 44 U.S.C. 3512.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

The public reporting burden for this collection of information is estimated to average approximately seven (7) minutes per respondent. Interested parties are encouraged to send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employee Benefits Security Administration, Office of Policy and Research, Attention: PRA Clearance Officer, 200 Constitution Avenue, N.W., Room N-5718, Washington, DC 20210 or email ebsa.opr@dol.gov and reference the OMB Control Number 1210-0137.

## PRIVACY OF PROTECTED HEALTH INFORMATION (PHI)

Effective April 14, 2004, the Plan will not use or disclose PHI except as permitted by this section or as otherwise permitted or required by law, including but not limited to the Privacy Standards of the Health Insurance Portability and Accountability Act of 1996 (the "HIPAA Privacy Standards"), as they may be amended from time to time. Nothing in this section shall be construed to prohibit the Plan Sponsor's receipt of "summary health information," as described in the HIPAA Privacy Standards, for certain Plan Sponsor-related purposes, including obtaining premium bids for health insurance, making Plan design and funding decisions, and modifying, amending or terminating the Plan.

## PLAN SPONSOR'S OBLIGATIONS REGARDING PROTECTED HEALTH INFORMATION (PHI)

Effective April 14, 2004, the Plan will disclose PHI to the Plan Sponsor only upon receipt of a certification by the Plan Sponsor to the Plan that the Plan has been amended to provide for the Plan Sponsor's receipt of PHI and that the Plan Sponsor agrees to comply with the following provisions:

1.  The Plan Sponsor may use or disclose PHI for Plan enrollment purposes, including information as to whether an individual is enrolled in the Plan.

2.  The Plan Sponsor may use or disclose PHI for Plan administration functions, including for payment or health care operations purposes (as those terms are defined by the HIPAA Privacy Standards), and including quality assurance, Claims processing, auditing and monitoring of the Plan.

3.  The Plan Sponsor may not use or further disclose PHI other than as permitted or required by the Plan documents or by law.

4.  The Plan Sponsor must ensure that any agents, including subcontractors, to whom the Plan Sponsor provides PHI received from the Plan, agree to the same restrictions and conditions that apply to the Plan Sponsor with regard to the PHI.

5.  The Plan Sponsor may not use or disclose the PHI for employment-related actions and decisions or in connection with any other benefit or other Employee Benefit Plan of the Plan Sponsor.

6.  The Plan Sponsor must report to the Plan any use or disclosure of the PHI of which the Plan Sponsor becomes aware that is inconsistent with the uses or disclosures provided for under the terms of the Plan.

7.  The Plan Sponsor must make PHI available for access in accordance with the HIPAA Privacy Standards regarding an individual's right to access his/her PHI.

8.  The Plan Sponsor must make PHI available for amendment and, if required by the HIPAA Privacy Standards, incorporate any amendment made to PHI in accordance with the HIPAA Privacy Standards regarding an individual's right to have his PHI amended.

9.  The Plan Sponsor must make available information necessary to provide an accounting to an individual in accordance with the HIPAA Privacy Standards regarding an individual's right to receive an accounting of disclosures of his/her PHI.

10. The Plan Sponsor must make internal practices, books, and records relating to the use and disclosure of PHI available to the Secretary of Health and Human Services for purposes of determining compliance by the Plan with the HIPAA Privacy Standards.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

11. The Plan Sponsor must, if feasible, return or destroy all PHI received from the Plan that the Plan Sponsor still maintains in any form and retain no copies of such information when no longer needed for the purpose for which disclosure was made, except that, if such return or destruction is not feasible, the Plan Sponsor must limit further uses and disclosures to those purposes that make the return or destruction not feasible.

12. The Plan Sponsor must ensure adequate separation between the Plan and the Plan Sponsor by restricting access to and use of the PHI to only those Employees of the Plan Sponsor with responsibilities related to the administrative functions the Plan Sponsor performs for the Plan, as such Employees may be designated or identified, by name, job title, or classification, from time to time in various Business Associate Agreements between the Plan and the Plan's Business Associates or in other documents governing the administration of the Plan.

13. The Plan Sponsor must ensure adequate separation between the Plan and the Plan Sponsor by maintaining a procedure for resolving any issues of noncompliance with provisions of the Plan document by persons described in paragraph 12 above through training, sanctions and other disciplinary action, as necessary.

14. The Plan Sponsor shall not directly or indirectly receive remuneration in exchange for any PHI without valid authorization that includes a specification of whether the PHI can be further exchanged for remuneration by the entity receiving PHI of the individual making authorization, except as otherwise allowed under the American Recovery and Reinvestment Act.

**SECURITY OF ELECTRONIC PROTECTED HEALTH INFORMATION (ePHI)**
Effective April 20, 2006, the Plan will not use or disclose ePHI except as permitted by this section or as otherwise permitted or required by law, including but not limited to the requirements of 45 C.F.R. Sections 164.314(b)(1) and (2) and its implementing regulations, 45 C.F.R. parts 160, 162, and 164 of the Security Standards of the Health Insurance Portability and Accountability Act of 1996 (the "HIPAA Security Standards"), as they may be amended from time to time. Nothing in this section shall be construed to prohibit the Plan Sponsor's receipt of "summary health information," as described in the HIPAA Security Standards, for certain Plan Sponsor-related purposes, including obtaining premium bids for health insurance, making Plan design and funding decisions, and modifying, amending or terminating the Plan.

**PLAN SPONSOR'S OBLIGATIONS REGARDING ELECTRONIC PROTECTED HEALTH INFORMATION (ePHI)**
Effective April 20, 2006, the Plan will disclose ePHI to the Plan Sponsor only upon receipt of an amendment to the Plan that the Plan has been amended to provide for the Plan Sponsor's receipt of ePHI and that the Plan Sponsor agrees to comply with the following provisions:

1. The Plan Sponsor shall implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the ePHI that the Plan Sponsor creates, receives, maintains, or transmits on behalf of the Plan.

2. The Plan Sponsor shall ensure the adequate separation that is required by 45 C.F.R. Section 164.504(f)(2)(iii) of the HIPAA Privacy Rule is supported by reasonable and appropriate security measures.

3. The Plan Sponsor shall ensure any agent, including a subcontractor, to whom it provides ePHI agrees to implement reasonable and appropriate security measures to protect such information.

4. The Plan Sponsor shall report to the Plan any Security Incidents of which it becomes aware as described below:

   a. The Plan Sponsor shall report to the Plan within a reasonable time after the Plan Sponsor becomes aware, any Security Incident that results in unauthorized access, use, disclosure, modification, or destruction of the Plan's ePHI.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

  b. The Plan Sponsor shall report to the Plan any other Security Incident on an aggregate basis semi-annually, or more frequently upon the Plan's request.

## BREACH AND SECURITY INCIDENTS

Effective September 23, 2009, the Health Information Technology for Economic and Clinical Health Act (HITECH) of the American Recovery and Reinvestment Act of 2009 (ARRA) imposes notification in the event of a Breach of unsecured Protected Health Information (PHI).

The Plan Sponsor will report to the Privacy Official of the Plan any use or disclosure of PHI not permitted by HIPAA, along with any Breach of unsecured Protected Health Information. The Plan Sponsor will treat the Breach as being discovered in accordance with HIPAA's requirements. The Plan Sponsor will make the report to the Privacy Official not more than thirty (30) calendar days after the Plan Sponsor learns of such non-permitted use or disclosure.  If a delay is requested by a law enforcement official in accordance with 45 C.F.R. § 164.412, the Plan Sponsor may delay notifying the Privacy Official for the time period specified by such regulation. The Plan Sponsor's report will at least:

1. Identify the nature of the Breach or other non-permitted use or disclosure, which will include a brief description of what happened, including the date of any Breach and the date of the discovery of any Breach;

2. Identify Protected Health Information that was subject to the non-permitted use or disclosure or Breach (such as whether full name, Social Security number, date of birth, home address, account number or other information was involved) on an individual-by-individual basis;

3. Identify who made the non-permitted use or disclosure and who received the non-permitted disclosure;

4. Identify what corrective or investigational action the Plan Sponsor took or will take to prevent further non-permitted uses or disclosures, to mitigate harmful effects and to protect against any further Breaches;

5. Identify what steps the individuals who were subject to a Breach should take to protect themselves; and

6. Provide such other information, including a written report, as the Privacy Official may reasonably request.

The Plan Sponsor will report to the Privacy Official within thirty (30) calendar days any attempted or successful: a) unauthorized access, use, disclosure, modification, or destruction of Electronic Protected Health Information; and b) interference with the Plan Sponsor's system operations in the Plan Sponsor's information systems, of which the Plan Sponsor becomes aware. The Plan Sponsor will make this report upon the Privacy Official's request, except if any such Security Incident resulted in a disclosure or Breach of Protected Health Information or Electronic Protected Health Information not permitted by the HITECH Act, the Plan Sponsor will make the report in accordance with the above.

## FAIR LABOR STANDARDS ACT (FLSA §18B)

FLSA §18B, as added by the Affordable Care Act §1512, provides that, beginning October 1, 2013, an applicable Employer must provide each Employee, regardless of plan enrollment status or of part-time or full-time status, at the time of hiring, a written notice:

1. Informing the Employee of the existence of the Marketplace (referred to in the statute as the Exchange) including a description of the services provided by the Marketplace, and the manner in which the Employee may contact the Marketplace to request assistance;

2. If the Employer Plan's share of the total allowed costs of benefits provided under the Plan is less than sixty (60) percent of such costs, that the Employee may be eligible for a premium tax credit under section 36B of the Internal Revenue Code (the Code) if the Employee purchases a qualified health plan through the Marketplace; and

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

3.  If the Employee purchases a qualified health plan through the Marketplace, the Employee may lose the Employer contribution (if any) to any health benefits plan offered by the Employer and that all or a portion of such contribution may be excludable from income for Federal income tax purposes.

For 2014, the Department of Labor will consider a notice to be provided at the time of hiring if the notice is provided within fourteen (14) days of an Employee's start date. With respect to Employees who are current Employees before October 1, 2013, Employers are required to provide the notice not later than October 1, 2013.

The notice must be provided in writing in a manner calculated to be understood by the average employee, free of charge. Alternatively, it may be provided electronically if the requirements of the Department of Labor's electronic disclosure safe harbor at 29 CFR 2520.104b-1(c) are met.

For more information, please visit: http://www.dol.gov/ebsa/newsroom/tr13-02.html.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS – PPO PLAN

### MAJOR MEDICAL BENEFITS FOR COVERED PERSONS

**NOTE:** All Claims are subject to review and/or audit to ensure that charges are payable in accordance with the terms and limitations of this Plan.

**LEVEL I PROVIDERS – Facilities and Providers billing as a Facility to include, but not limited to:**

- Hospitals (Inpatient and Outpatient treatment)
- Inpatient Facilities (such as Rehabilitation Facilities, Skilled Nursing Facilities and Hospice)
- Inpatient and Outpatient Facilities for treatment of Mental Disorders, Chemical Dependency, Drug and Substance Abuse
- Ambulatory Surgery Centers
- Dialysis Clinics
- Ambulance (air and ground)

**LEVEL II PROVIDERS – Physicians and all other Providers of service**

| Maximum Benefits | |
|---|---|
| **Lifetime Maximum Dollar Benefit** (All Covered Essential Health Benefits) | Unlimited |
| **Annual Maximum Dollar Benefit** (All Covered Essential Health Benefits) | Unlimited |

| Deductible and Annual Out-of-Pocket Maximum | Level I Benefit and Level II (PPO and Non-PPO) Benefit |
|---|---|
| **Calendar Year Deductible** <br> • Per Covered Person <br> • Family Limit* <br> Common Accident Deductible applies | $1,500 <br> $4,500 |
| **Benefit Percentage** (unless otherwise noted) | 80% |
| **Annual Out-of-Pocket Maximum** (Includes Deductible and Medical Copays; excludes Prescription Drug Copays**) <br> • Per Covered Person <br> • Family Limit* | $4,500 <br> $10,200 |

**NOTE:** The Calendar Year Deductible and Annual Out-of-Pocket Maximum are determined by combining both Level I and Level II (PPO and Non-PPO) Covered Charges. See Comprehensive Medical Benefits section. Upon reaching the Annual Out-of-Pocket Maximum, Covered Medical Expenses are payable at 100% for the remainder of the Calendar Year. Any applicable Maximums or Limitations for specified services are also determined by combining Level I and Level II (PPO and Non-PPO) Covered Charges. The Covered Person's Coinsurance is determined by the Plan's Benefit Percentage reflected in this Schedule of Benefits. The Covered Person is responsible for the difference between the Plan's Benefit Percentage and 100%.

*Applies collectively to all Covered Persons in the same Family.

**Prescription Drug Copays apply to satisfy a separate Prescription Drug Out-of-Pocket Maximum.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – PPO PLAN

**LEVEL I BENEFITS – Payment Levels and Limits:**
This section applies to covered services rendered by Hospitals and other Facilities shown in the preceding Level I Providers list and to charges for services rendered by Providers billing "as a Facility." The benefits shown apply to all such covered, licensed, accredited Providers of service **without regard to participation in a Preferred Provider Organization (PPO) network**.

| Utilization Review (UR) Notification Requirements | | |
|---|---|---|
| **Utilization Review required for the following services:**<br>• All Hospital/Facility Inpatient Admissions<br>• Other Specified Level I and Level II Services | See Utilization Review (UR) Program section. | |
| **Benefit Percentage For:** | **Level I Benefit** | **Maximum Benefits, Limits & Provisions** |
| Hospital/Facility Inpatient Services | | |
| **Inpatient Hospital Services** | 80% of Allowable Claim Limits for Room and Board/ancillary charges<br>Deductible applies | UR Notification required. |
| **Maternity<br>Inpatient Hospital Services** | 80% of Allowable Claim Limits for Room and Board/ancillary charges<br>Deductible applies | Contact Utilization Review for Coordination of Care. |
| **Routine Newborn Care<br>Inpatient Hospital Services**<br>(to date of mother's discharge) | 80% of Allowable Claim Limits for nursery Room and Board/ancillary charges<br>Deductible applies | |
| **Skilled Nursing Facility/<br>Rehabilitation Facility** | 80% of Allowable Claim Limits for Room and Board/ancillary charges<br>Deductible applies | UR Notification required. |
| **Mental Disorders/ Chemical Dependency, Drug and Substance Abuse Inpatient Hospital Services/<br>Residential Treatment Center** | 80% of Allowable Claim Limits for Room and Board/ancillary charges<br>Deductible applies | UR Notification required. |
| Emergency Room (Hospital Emergency Room Services/<br>Free-standing Emergency Room Facility Services) | | |
| **Emergency Room (ER)** | 100% of Allowable Claim Limits<br>$150 ER Copay applies<br>Deductible waived | UR Notification required if admitted Inpatient. ER Copay waived if admitted Inpatient. |
| Hospital/Facility Outpatient Diagnostic/Preventive Screening Services | | |
| **Select Diagnostic Medical Procedures** (MRI, CT scan, etc.; see list in Comprehensive Medical Benefits section)<br><br>**All Other Diagnostic Lab and X-ray** | 80% of Allowable Claim Limits<br>Deductible applies<br><br><br>80% of Allowable Claim Limits<br>Deductible applies | |
| **Routine Bone Density Test, Other Routine Diagnostic Lab and X-ray** | 100% of Allowable Claim Limits<br>Deductible waived | Age and/or frequency limitations may apply. |
| **Annual Mammogram**<br>(Routine) | 100% of Allowable Claim Limits<br>Deductible waived | Routine Mammogram limited to age 40 and older. |
| **Colonoscopy** (Routine)<br>(includes polyp removal) | 100% of Allowable Claim Limits<br>Deductible waived | Routine Colonoscopy limited to beginning at age 50 or Family history of colon cancer. |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – PPO PLAN

| Benefit Percentage For: | Level I Benefit | Maximum Benefits, Limits & Provisions |
|---|---|---|
| **Women's Elective Sterilization Procedures** | | |
| All Covered Expenses | 100% of Allowable Claim Limits Deductible waived | All FDA approved |
| **Outpatient Surgery/Ambulatory Surgery Centers** | | |
| All Covered Expenses | 80% of Allowable Claim Limits Deductible applies | |
| **Outpatient Psychiatric Day Treatment Facility and Outpatient Chemical Dependency Drug Treatment Facility** | | |
| Day Treatment Facility | 80% of Allowable Claim Limits Deductible applies | |
| Psychological Testing | 80% of Allowable Claim Limits Deductible applies | |
| Outpatient Therapy (includes group therapy and Family counseling) | 80% of Allowable Claim Limits Deductible applies | |
| **Physical, Occupational and Speech Therapy Services** | | |
| All Covered Expenses | 80% of Allowable Claim Limits Deductible applies | |
| **Cardiac Rehabilitation** | | |
| All Covered Expenses | 80% of Allowable Claim Limits Deductible applies | Limited to 36 visits per Calendar Year. |
| **Chemotherapy and Radiation Therapy** | | |
| All Covered Expenses | 80% of Allowable Claim Limits Deductible applies | UR Notification required. |
| **Infusion Therapy and Dialysis Facilities** | | |
| All Covered Expenses | 80% of Allowable Claim Limits Deductible applies | Contact Utilization Review for Coordination of Care. |
| **Diabetic Self-Management Training** | | |
| All Covered Expenses | 80% of Allowable Claim Limits Deductible applies | |
| **Hospice** | | |
| All Covered Expenses Inpatient (includes Bereavement Counseling) | 80% of Allowable Claim Limits Deductible applies | UR Notification required for Inpatient Hospice. |
| **Urgent Care Facility (Minor Emergency Medical Clinic)** | | |
| All Covered Expenses | 80% of Allowable Claim Limits Deductible applies | |
| **Outpatient Clinic Visit – Facility** | | |
| Facility Expenses | 80% of Allowable Claim Limits Deductible applies | |
| **All Other Covered Hospital/Facility Services and Supplies** | | |
| All Other Covered Expenses | 80% of Allowable Claim Limits Deductible applies | UR Notification required for Inpatient. |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – PPO PLAN

**LEVEL II BENEFITS – Payment Levels and Limits:**
This section applies to covered services rendered by Physicians and all other Providers not listed in Level I. Benefits shown are payable **based upon the Provider's participation in the Preferred Provider Organization (PPO) network.** PPO Covered Charges are subject to PPO rates. Non-PPO Covered Charges are subject to Allowable Claim Limits.

Maximum Benefits, Limits and Provisions are subject to all other Plan exclusions, limitations and provisions set forth in this Plan.

| Benefit Percentage For: | Level II Benefit (PPO and Non-PPO) | Maximum Benefits, Limits & Provisions |
|---|---|---|
| | **Physician Services** | |
| **Physician Hospital Visits/ Surgeon/ Anesthesia** | 80%; Deductible applies | |
| **Physician Hospital Visit for Mental Disorders/ Chemical Dependency, Drug and Substance Abuse** | 80%; Deductible applies | |
| **Emergency Room Physician** | 100%; Deductible waived | |
| **Maternity** (Including prenatal care, delivery and postnatal care) Lab and X-ray Benefit applies. | 80%; Deductible applies | Contact Utilization Review for Coordination of Care. |
| Initial Visit | 100% after $20 Copay PCP $40 Copay Specialist Deductible waived | Office Visit Copay does not apply after initial visit. |
| **Routine Newborn Care** (Inpatient routine pediatric care to date of mother's discharge) | 80%; Deductible applies | |
| **One Call Care Management Radiological Benefit** (CT scans, MRIs and PET scans) | 100% of One Call Care Management negotiated rate after $150 Copay per procedure Deductible waived | Call 888-458-8746 to schedule. |
| **\*Lab and X-ray Benefits** (procedures performed in Physician's office, Free-standing Facility or independent lab) **Select Diagnostic Medical Procedures** (MRI, CT scan, etc.; see list in Comprehensive Medical Benefits section) When not performed by One Call Care Management. | 80%; Deductible applies | |
| **All Other Lab/X-ray** | 80%; Deductible applies | |

\* **If these services are rendered by Providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.**

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – PPO PLAN

| Benefit Percentage For: | Level II Benefit (PPO and Non-PPO) | Maximum Benefits, Limits & Provisions |
|---|---|---|
| **Physician Services (Cont'd.)** | | |
| **Physician Office Visit Expenses Including:** <br> • Office Visit <br> • Examination <br> • Treatment <br> • Diagnostic tests <br> • Medical Supplies | 100% after $20 Copay PCP $40 Copay Specialist Deductible waived | |
| **NOTE:** For purposes of this Plan, Physicians considered a Primary Care Physician (PCP) are:   Family Practitioner, General Practitioner, Internist, Pediatrician and OB/Gyn.  All other Physicians are considered Specialists.  A referral from a Primary Care Physician to a Specialist is not required. | | |
| **Office Surgery** | 80%; Deductible applies | |
| **\*Sterilization Procedures** (vasectomies) (performed in Physician's office) | 80%; Deductible applies | |
| **Allergy Testing, Serum and Allergy Injections** | 80%; Deductible applies | |
| **Voluntary Second or Third Opinion** (Exam) | 80%; Deductible applies | |
| **Mental Disorders/ Chemical Dependency, Drug and Substance Abuse Office Visit/ \*Group Therapy/ \*Family Counseling/ \*Psychological Testing** | 100% after $20 Copay Deductible waived | |
| **Chiropractic Services** (Includes x-rays) | 80%; Deductible applies | Limited to 20 visits per Calendar Year. |
| **\*Urgent Care Facility** (Minor Emergency Medical Clinic) | 80%; Deductible applies | |
| **Retail Limited Service Clinics** (Includes Redi Clinics, MinuteClinics and Take Care Clinics) | 100% after $20 Copay Deductible waived | |
| **All Other Covered Physician Services** | 80%; Deductible applies | |

**\*  If these services are rendered by Providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.**

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – PPO PLAN

| Benefit Percentage For: | Level II Benefit (PPO and Non-PPO) | Maximum Benefits, Limits & Provisions |
|---|---|---|
| Other Covered Services | | |
| *Therapy Services<br>• Physical<br>• Occupational<br>• Speech | 80%; Deductible applies | |
| *Cardiac Rehabilitation | 80%; Deductible applies | Limited to 36 visits per Calendar Year. |
| *Chemotherapy/<br>Radiation Therapy | 80%; Deductible applies | UR Notification required. |
| *Dialysis/ Infusion Therapy | 80%; Deductible applies | Contact Utilization Review for Coordination of Care. |
| *Durable Medical Equipment | 80%; Deductible applies | UR Notification required for DME over $2,500. |
| *Orthotic Devices | 80%; Deductible applies | UR Notification required for Orthotic Devices. |
| *Prosthetics | 80%; Deductible applies | |
| *Orthotic Insoles | 80%; Deductible applies | Orthotic insoles covered for diabetics only. |
| Cochlear Implants (including any Surgically implanted hearing device) | 80%; Deductible applies | |
| *Home Health Care Services (including in-Home Therapy Services) | 80%; Deductible applies | UR Notification required for in-home Therapies (Physical, Occupational or Speech). |
| *Home Infusion Therapy | 80%; Deductible applies | Contact Utilization Review for Coordination of Care. |
| *Private Duty Nursing | 80%; Deductible applies | UR Notification required. |
| *Hospice Inpatient/Homebound (includes Bereavement Counseling) | 80%; Deductible applies | Notification required for Inpatient Hospice.  Contact Utilization Review for Coordination of Care for Homebound Hospice. |
| Diabetic Self-Management Training Office Visit | 100% after $20 Copay PCP $40 Copay Specialist Deductible waived | |
| *Ambulance — Air or Ground Transportation | 80%; Deductible applies | |
| United Concierge Medicine (UCM) Telephone Consultation (Unlimited access) | 100%; no Copay or Consultation fee | Call 844-4-VIP DOC (844-484-7362). |
| *All Other Covered Expenses | 80%; Deductible applies | |

\*  If these services are rendered by Providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.

| Organ Transplant Services |
|---|
| Organ and Tissue Transplants, Donor Expenses<br>Contact Utilization Review upon transplant evaluation for Coordination of Care. Refer to Company's Organ Transplant Policy as Primary payer.  See Major Medical Expense Benefits for additional information. |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

## SCHEDULE OF BENEFITS (Cont'd.) – PPO PLAN

| Preventive and Wellness Care Benefits | | |
|---|---|---|
| This benefit is payable for Covered Procedures incurred as part of a Preventive and Wellness Care Program and is not payable for treatment of a diagnosed Illness or Injury. Services must be identified and billed as routine or part of a routine physical exam or as specified below. | | |
| **Benefit Percentage For:** | **Level II Benefit (PPO and Non-PPO)** | **Limits & Provisions** |
| All Covered Wellness Benefits | 100%; Copay and Deductible waived | See age and frequency limits and other special provisions below |

| Examples of Covered Wellness Procedures to include but are not limited to: |
|---|
| 1. Routine Physical Exam<br>2. Annual Well Woman Exam<br>3. *Annual Pap smear and other routine lab<br>4. *Annual Mammogram (routine) (age 40 and older)<br>5. *Bone Density test (routine)<br>6. *Annual PSA test (routine)<br>7. Well Baby Care Exam/Well Child Care Exam<br>8. Routine Immunizations<br>9. Flu vaccine/pneumonia vaccine<br>10. *Routine lab, x-ray, diagnostic testing and other medical screenings<br>11. Routine Vision Screening for Covered Dependent Children<br>12. Routine Hearing Screening for Covered Dependent Children<br>13. *Routine Colonoscopy (includes polyp removal - beginning at age 50 or Family history of colon cancer)<br>14. Tobacco Use Screening/Cessation Intervention (limited to 2 attempts per Calendar Year with 4 tobacco cessation counseling sessions per attempt)<br>15. *All FDA approved Women's Contraceptive methods and Women's elective Sterilization procedures |
| **NOTE:** Refer to the definition of "Preventive Care" for a link to a website that lists additional services that may be covered for preventive treatment. |

**\* If these services are rendered by Providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.**

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS – HSA PLAN

### MAJOR MEDICAL BENEFITS FOR COVERED PERSONS

**NOTE:** All Claims are subject to review and/or audit to ensure that charges are payable in accordance with the terms and limitations of this Plan.

**LEVEL I PROVIDERS – Facilities and Providers billing as a Facility to include, but not limited to:**

- Hospitals (Inpatient and Outpatient treatment)
- Inpatient Facilities (such as Rehabilitation Facilities, Skilled Nursing Facilities and Hospice)
- Inpatient and Outpatient Facilities for treatment of Mental Disorders, Chemical Dependency, Drug and Substance Abuse
- Ambulatory Surgery Centers
- Dialysis Clinics
- Ambulance (air and ground)

**LEVEL II PROVIDERS – Physicians and all other Providers of service**

| Maximum Benefits | |
|---|---|
| **Lifetime Maximum Dollar Benefit** (All Covered Essential Health Benefits) | Unlimited |
| **Annual Maximum Dollar Benefit** (All Covered Essential Health Benefits) | Unlimited |

| Deductible and Annual Out-of-Pocket Maximum | Level I Benefit and Level II (PPO and Non-PPO) Benefit |
|---|---|
| **Calendar Year Deductible** (Includes Covered Medical and Prescription Drug Expenses, excluding CDH Preventive Medications)<br>• Employee Only<br>• Family (Employee + 1 or more Dependents)*<br>Common Accident Deductible applies | $1,500<br>$3,000 |
| **Benefit Percentage** (unless otherwise noted) | 80% |
| **Annual Out-of-Pocket Maximum** (Includes Deductible, Covered Medical and Prescription Drug Expenses)<br>• Employee Only<br>• Family (Employee + 1 or more Dependents)* | $3,000<br>$6,000 |

**NOTE:** The Calendar Year Deductible and Annual Out-of-Pocket Maximum are determined by combining both PPO and Non-PPO Covered Charges. Upon reaching the Annual Out-of-Pocket Maximum, Covered Medical and Prescription Drug Expenses are payable at 100% for the remainder of the Calendar Year. Any applicable Maximums or Limitations for specified services are also determined by combining PPO and Non-PPO Covered Charges. The Covered Person's Coinsurance is determined by the Plan's Benefit Percentage reflected in this Schedule of Benefits. The Covered Person is responsible for the difference between the Plan's Benefit Percentage and 100%.

* For Employees with Family coverage, no Family member's Deductible or Out-of-Pocket Maximum is considered satisfied until the Family Deductible or Family Out-of-Pocket Maximum has been met. The Family Deductible and the Family Out-of-Pocket Maximum can be met by one (1) Family member or two (2) or more Family members collectively.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

## SCHEDULE OF BENEFITS (Cont'd.) – HSA PLAN

**LEVEL I BENEFITS – Payment Levels and Limits:**
This section applies to covered services rendered by Hospitals and other Facilities shown in the preceding Level I Providers list and to charges for services rendered by Providers billing "as a Facility." The benefits shown apply to all such covered, licensed, accredited Providers of service **without regard to participation in a Preferred Provider Organization (PPO) network.**

| Utilization Review (UR) Notification Requirements | | |
|---|---|---|
| **Utilization Review required for the following services:**<br>• All Hospital/Facility Inpatient Admissions<br>• Other Specified Level I and Level II Services | See Utilization Review (UR) Program section. | |
| **Benefit Percentage For:** | **Level I Benefit** | **Maximum Benefits, Limits & Provisions** |
| **Hospital/Facility Inpatient Services** | | |
| **Inpatient Hospital Services** | 80% of Allowable Claim Limits for Room and Board/ancillary charges<br>Deductible applies | UR Notification required. |
| **Maternity Inpatient Hospital Services** | 80% of Allowable Claim Limits for Room and Board/ancillary charges<br>Deductible applies | Contact Utilization Review for Coordination of Care. |
| **Routine Newborn Care Inpatient Hospital Services** (to date of mother's discharge) | 80% of Allowable Claim Limits for nursery Room and Board/ancillary charges<br>Deductible applies | |
| **Skilled Nursing Facility/ Rehabilitation Facility** | 80% of Allowable Claim Limits for Room and Board/ancillary charges<br>Deductible applies | UR Notification required. |
| **Mental Disorders/ Chemical Dependency, Drug and Substance Abuse Inpatient Hospital Services/ Residential Treatment Center** | 80% of Allowable Claim Limits for Room and Board/ancillary charges<br>Deductible applies | UR Notification required. |
| **Emergency Room (Hospital Emergency Room Services/ Free-standing Emergency Room Facility Services)** | | |
| **Emergency Room** | 80% of Allowable Claim Limits<br>Deductible applies | UR Notification required if admitted Inpatient. |
| **Hospital/Facility Outpatient Diagnostic/Preventive Screening Services** | | |
| **Select Diagnostic Medical Procedures** (MRI, CT scan, etc.; see list in Comprehensive Medical Benefits section)<br><br>**All Other Diagnostic Lab and X-ray** | 80% of Allowable Claim Limits<br>Deductible applies<br><br><br>80% of Allowable Claim Limits<br>Deductible applies | |
| **Routine Bone Density Test, Other Routine Diagnostic Lab and X-ray** | 100% of Allowable Claim Limits<br>Deductible waived | Age and/or frequency limitations may apply. |
| **Annual Mammogram** (Routine) | 100% of Allowable Claim Limits<br>Deductible waived | Routine Mammogram limited to age 40 and older. |
| **Colonoscopy** (Routine) (includes polyp removal) | 100% of Allowable Claim Limits<br>Deductible waived | Routine Colonoscopy limited to beginning at age 50 or Family history of colon cancer. |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – HSA PLAN

| Benefit Percentage For: | Level I Benefit | Maximum Benefits, Limits & Provisions |
|---|---|---|
| **Women's Elective Sterilization Procedures** | | |
| **All Covered Expenses** | 100% of Allowable Claim Limits Deductible waived | All FDA approved |
| **Outpatient Surgery/Ambulatory Surgery Centers** | | |
| **All Covered Expenses** | 80% of Allowable Claim Limits Deductible applies | |
| **Outpatient Psychiatric Day Treatment Facility and Outpatient Chemical Dependency Drug Treatment Facility** | | |
| **Day Treatment Facility** | 80% of Allowable Claim Limits Deductible applies | |
| **Psychological Testing** | 80% of Allowable Claim Limits Deductible applies | |
| **Outpatient Therapy** (includes group therapy and Family counseling) | 80% of Allowable Claim Limits Deductible applies | |
| **Physical, Occupational and Speech Therapy Services** | | |
| **All Covered Expenses** | 80% of Allowable Claim Limits Deductible applies | |
| **Cardiac Rehabilitation** | | |
| **All Covered Expenses** | 80% of Allowable Claim Limits Deductible applies | Limited to 36 visits per Calendar Year. |
| **Chemotherapy and Radiation Therapy** | | |
| **All Covered Expenses** | 80% of Allowable Claim Limits Deductible applies | UR Notification required. |
| **Infusion Therapy and Dialysis Facilities** | | |
| **All Covered Expenses** | 80% of Allowable Claim Limits Deductible applies | Contact Utilization Review for Coordination of Care. |
| **Diabetic Self-Management Training** | | |
| **All Covered Expenses** | 80% of Allowable Claim Limits Deductible applies | |
| **Hospice** | | |
| **All Covered Expenses Inpatient** (includes Bereavement Counseling) | 80% of Allowable Claim Limits Deductible applies | UR Notification required for Inpatient Hospice. |
| **Urgent Care Facility (Minor Emergency Medical Clinic)** | | |
| **All Covered Expenses** | 80% of Allowable Claim Limits Deductible applies | |
| **Outpatient Clinic Visit – Facility** | | |
| **Facility Expenses** | 80% of Allowable Claim Limits Deductible applies | |
| **All Other Covered Hospital/Facility Services and Supplies** | | |
| **All Other Covered Expenses** | 80% of Allowable Claim Limits Deductible applies | UR Notification required for Inpatient. |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – HSA PLAN

**LEVEL II BENEFITS – Payment Levels and Limits:**
This section applies to covered services rendered by Physicians and all other Providers not listed in Level I. Benefits shown are payable **based upon the Provider's participation in the Preferred Provider Organization (PPO) network.** PPO Covered Charges are subject to PPO rates. Non-PPO Covered Charges are subject to Allowable Claim Limits.

Maximum Benefits, Limits and Provisions are subject to all other Plan exclusions, limitations and provisions set forth in this Plan.

| Benefit Percentage For: | Level II Benefit (PPO and Non-PPO) | Maximum Benefits, Limits & Provisions |
|---|---|---|
| Physician Services | | |
| **Physician Hospital Visits/ Surgeon/ Anesthesia** | 80%; Deductible applies | |
| **Physician Hospital Visit for Mental Disorders/ Chemical Dependency, Drug and Substance Abuse** | 80%; Deductible applies | |
| **Emergency Room Physician** | 80%; Deductible applies | |
| **Maternity** (Including prenatal care, delivery and postnatal care) Lab and X-ray Benefit applies. | 80%; Deductible applies | Contact Utilization Review for Coordination of Care. |
| Initial Visit | 100%; Deductible waived | |
| **Routine Newborn Care** (Inpatient routine pediatric care to date of mother's discharge) | 80%; Deductible applies | |
| **One Call Care Management Radiological Benefit** (CT scans, MRIs and PET scans) | 100% of One Call Care Management negotiated rate Deductible applies | Call 888-458-8746 to schedule. |
| **\*Lab and X-ray Benefits** (procedures performed in Physician's office, Free-standing Facility or independent lab) **Select Diagnostic Medical Procedures** (MRI, CT scan, etc.; see list in Comprehensive Medical Benefits section) When not performed by One Call Care Management. | 80%; Deductible applies | |
| **All Other Lab/X-ray** | 80%; Deductible applies | |

**\* If these services are rendered by Providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.**

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – HSA PLAN

| Benefit Percentage For: | Level II Benefit (PPO and Non-PPO) | Maximum Benefits, Limits & Provisions |
|---|---|---|
| **Physician Services (Cont'd.)** | | |
| **Physician Office Visit Expenses Including:**<br>• Office Visit<br>• Examination<br>• Treatment<br>• Diagnostic tests<br>• Office Surgery<br>• Allergy Testing, serum/injections<br>• Voluntary Second or Third Opinion (exam)<br>• Medical Supplies<br>• Retail Limited Services Clinic | 80%; Deductible applies | |
| **\*Sterilization Procedures** (vasectomies) (performed in Physician's office) | 80%; Deductible applies | |
| **Mental Disorders/ Chemical Dependency, Drug and Substance Abuse Office Visit/ \*Group Therapy/ \*Family Counseling/ \*Psychological Testing** | 80%; Deductible applies | |
| **Chiropractic Services** (Includes x-rays) | 80%; Deductible applies | Limited to 30 visits per Calendar Year. |
| **\*Urgent Care Facility** (Minor Emergency Medical Clinic) | 80%; Deductible applies | |
| **All Other Covered Physician Services** | 80%; Deductible applies | |

**\* If these services are rendered by Providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.**

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – HSA PLAN

| Benefit Percentage For: | Level II Benefit (PPO and Non-PPO) | Maximum Benefits, Limits & Provisions |
|---|---|---|
| **Other Covered Services** | | |
| **\*Therapy Services**<br>• Physical<br>• Occupational<br>• Speech | 80%; Deductible applies | |
| **\*Cardiac Rehabilitation** | 80%; Deductible applies | Limited to 36 visits per Calendar Year. |
| **\*Chemotherapy/ Radiation Therapy** | 80%; Deductible applies | UR Notification required. |
| **\*Dialysis/ Infusion Therapy** | 80%; Deductible applies | Contact Utilization Review for Coordination of Care. |
| **\*Durable Medical Equipment** | 80%; Deductible applies | UR Notification required for DME over $2,500. |
| **\*Orthotic Devices** | 80%; Deductible applies | UR Notification required for Orthotic Devices. |
| **\*Prosthetics** | 80%; Deductible applies | |
| **\*Orthotic Insoles** | 80%; Deductible applies | Orthotic insoles covered for diabetics only. |
| **Cochlear Implants** (including any Surgically implanted hearing device) | 80%; Deductible applies | |
| **\*Home Health Care Services** (includes in-Home Therapy Services) | 80%; Deductible applies | UR Notification required for in-home Therapies (Physical, Occupational or Speech). |
| **\*Home Infusion Therapy** | 80%; Deductible applies | Contact Utilization Review for Coordination of Care. |
| **\*Private Duty Nursing** | 80%; Deductible applies | UR Notification required. |
| **\*Hospice Inpatient/Homebound** (includes Bereavement Counseling) | 80%; Deductible applies | Notification required for Inpatient Hospice. Contact Utilization Review for Coordination of Care for Homebound Hospice. |
| **Diabetic Self-Management Training - Office Visit** | 80%; Deductible applies | |
| **\*Ambulance — Air or Ground Transportation** | 80%; Deductible applies | |
| **United Concierge Medicine (UCM) Telephone Consultation** (Unlimited access) | $10 Consultation Fee Fee applies to satisfy Deductible and Annual Out-of-Pocket Maximum. | Call 844-4-VIP DOC (844-484-7362). |
| **\*All Other Covered Expenses** | 80%; Deductible applies | |

**\*  If these services are rendered by Providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.**

| **Organ Transplant Services** |
|---|
| **Organ and Tissue Transplants, Donor Expenses**<br>Contact Utilization Review upon transplant evaluation for Coordination of Care. Refer to Company's Organ Transplant Policy as Primary payer.  See Major Medical Expense Benefits for additional information. |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SCHEDULE OF BENEFITS (Cont'd.) – HSA PLAN

| Preventive and Wellness Care Benefits | | |
|---|---|---|
| This benefit is payable for Covered Procedures incurred as part of a Preventive and Wellness Care Program and is not payable for treatment of a diagnosed Illness or Injury. Services must be identified and billed as routine or part of a routine physical exam or as specified below. | | |
| **Benefit Percentage For:** | **Level II Benefit (PPO and Non-PPO)** | **Limits & Provisions** |
| All Covered Wellness Benefits | 100%; Deductible waived | See age and frequency limits and other special provisions below |

| Examples of Covered Wellness Procedures to include but are not limited to: |
|---|
| 1. Routine Physical Exam<br>2. Annual Well Woman Exam<br>3. *Annual Pap smear and other routine lab<br>4. *Annual Mammogram (routine) (age 40 and older)<br>5. *Bone Density test (routine)<br>6. *Annual PSA test (routine)<br>7. Well Baby Care Exam/Well Child Care Exam<br>8. Routine Immunizations<br>9. Flu vaccine/pneumonia vaccine<br>10. *Routine lab, x-ray, diagnostic testing and other medical screenings<br>11. Routine Vision Screening for Covered Dependent Children<br>12. Routine Hearing Screening for Covered Dependent Children<br>13. *Routine Colonoscopy (includes polyp removal - beginning at age 50 or Family history of colon cancer)<br>14. Tobacco Use Screening/Cessation Intervention (limited to 2 attempts per Calendar Year with 4 tobacco cessation counseling sessions per attempt)<br>15. *All FDA approved Women's Contraceptive methods and Women's elective Sterilization procedures |
| **NOTE:** Refer to the definition of "Preventive Care" for a link to a website that lists additional services that may be covered for preventive treatment. |

**\* If these services are rendered by Providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.**

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# ORGAN TRANSPLANT POLICY

Organ and tissue transplant coverage is provided under a separate insurance policy by Tokio Marine HCC – Stop Loss Group (TMHCC) and is issued either by National Union Fire Insurance Company of Pittsburgh, Pa. or HCC Life Insurance Company.  Such coverage pays benefits for certain organ and tissue transplants without regard to any benefits that may or may not be provided by this Major Medical Plan.  Please contact TMHCC's Transplant Unit toll-free at 1-888-449-2377 for benefit information, pre-authorization of transplant services, and transplant network Provider access.

## Pre-Authorization of Transplant Services
Pre-authorization of transplant services is required prior to seeing a transplant Provider for a consult and/or evaluation.  Failure to do so could result in reduced benefits.

## NOTICE - Transplant Network
In order to obtain 100% in-network benefits, you must use Providers in a transplant network approved by and accessed through TMHCC's Transplant Unit.  Expenses billed by the transplant network Provider that are not covered by the TMHCC policy are subject to this Medical Plan's benefits and the payment terms and conditions of the transplant network Provider's contracted rates.

For more information, contact your Medical Plan Administrator and/or human resources department.

**NOTE:** The Company's fully insured Organ Transplant Policy is the Primary payer for Organ, Tissue and Bone Marrow Transplants.  In the event the Company's Organ Transplant Policy does not cover some or all transplant related charges incurred by a Covered Person due to a pre-existing condition exclusion limitation, this Plan will consider the charges based on benefits below as the Secondary payer.  See Coordination With Organ Transplant Policy section of this Plan Document.

| Organ Transplant Plan Benefits – Secondary Payer – PPO and HSA PLANS | | | |
|---|---|---|---|
| **Benefit Percentage For:** | **Transplant Program** | **Non-Transplant Program** | **Limits & Provisions** |
| **Organ, Tissue and Bone Marrow Transplants** (Non-experimental transplants only) | 80% of Program rate Deductible applies | 80% of Usual and Customary fees Deductible applies | Contact Utilization Review upon transplant evaluation for Coordination of Care and access to the Transplant Program. |
| **Donor Expenses** Donor expenses covered if recipient is covered by this Plan. Payable under recipient's Claim. | 80% of Program rate Deductible applies | 80% of Usual and Customary fees Deductible applies | |
| **Organ Transplant Travel/Lodging Benefit** | 100% Deductible waived | Not covered | Transplant Program Travel/Lodging limited to $10,000 Maximum Benefit per Transplant. |

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## GPA HW CANCER CARE PROGRAM

The Plan provides benefit coverage for evidence-based cancer care services provided at local, regional and national cancer programs. The GPA HW Cancer Care Program will utilize specialized care coordination nurses to provide patient education and support while coordinating with the patient, Providers, Center of Excellence (COE), and Plan benefits. The principles for Certified Case Management and the guidelines of nationally recognized organizations, MCG (formerly Milliman Care Guidelines) and National Comprehensive Cancer Network (NCCN), including the NCCN Compendium of Care, will be utilized in the review of care for Medical Necessity and evidence-based medicine. In the event care is requested that is outside of the nationally recognized criteria, independent medical reviews by a Board Certified and actively practicing Oncologist or Physician of like specialty will be completed to ensure standard of medical care is provided for Plan Participants. GPA HW Cancer Care Program may utilize a panel of three (3) Board Certified and actively practicing Oncologists or Physicians of like specialty in the event of appeals. Should oncology care at a Center of Excellence benefit the patient and Plan, the HW Cancer Care Program nurse will gather the data from at least two (2) independent COE contracting sources. The COE contracts will be reviewed for comprehensiveness of contract and the COE's quality outcomes before selection. GPA HW Cancer Care Program will not limit member participation based on type of cancer.

### SECOND OPINION

The Plan provides coverage for a Second Opinion through utilization of the Pathology/DiagnosticCOE, which may include a review of the diagnosis, review of the treatment plan or both. Second Opinions may require travel to a Pathology/DiagnosticCOE to qualify for benefits. A Second Opinion may consist solely of having pathology slides reviewed by a specialized lab or may include other services. Molecular testing is a covered benefit when coordinated by GPA's HealthWatch department's Cancer Care nurse.

### CLINICAL TRIAL BENEFITS

Clinical Trials (Routine Patient Costs). Benefits are provided to Qualified Individuals for the Routine Patient Costs of items and services furnished in connection with participation in an Approved Clinical Trial. Routine Patient Costs include all items and services consistent with the coverage provided under this Plan that are typically covered for a Qualified Individual who is not enrolled in a clinical trial. Routine Patient Costs do not include:

1. The Investigational item, device, or service, itself;
2. Items and services that are provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient; or
3. A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

If one or more Participating Providers is participating in a clinical trial, the Plan may require that a Qualified Individual participate in the trial through such a Participating Provider if the Provider will accept the individual as a participant in the trial.

Approved Clinical Trial is a phase I, phase II, phase III, or phase IV clinical trial that is conducted in relation to the prevention, detection, or treatment of cancer or other life-threatening disease or condition and that is described in any of the following:

1. Federally funded trials. The study or investigation is approved or funded (which may include funding through in-kind contributions) by one or more of the following:

   a. The National Institutes of Health.
   b. The Centers for Disease Control and Prevention.
   c. The Agency for Health Care Research and Quality.
   d. The Centers for Medicare & Medicaid Services.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

    e.  A cooperative group or center of any of the entities described in (a) through (d) above or the Department of Defense or the Department of Veterans Affairs.

    f.  A qualified non-governmental research entity identified in the guidelines issued by the National Institutes of Health for center support grants.

    g.  The Department of Veterans Affairs, the Department of Defense, or the Department of Energy, if the study or investigation has been reviewed and approved through a system of peer review that the Secretary determines:

        i.  to be comparable to the system of peer review of studies and investigations used by the National Institutes of Health; and

        ii.  assures unbiased review of the highest scientific standards by Qualified Individuals who have no interest in the outcome of the review; or

2.  The study or investigation is conducted under an Investigational new Drug application reviewed by the Food and Drug Administration; or

3.  The study or investigation is a Drug trial that is exempt from having such an Investigational new Drug application.

A Qualified Individual must meet the following conditions:

1.  The individual must be eligible to participate in an Approved Clinical Trial according to the trial protocol with respect to treatment of cancer or other life-threatening condition; and

2.  Either:

    a.  The referring health care professional is a Participating Provider and has concluded that the individual's participation in such trial would be appropriate based upon the individual meeting the conditions described in paragraph (1); or

    b.  The individual provides medical and scientific information establishing that the individual's participation in such trial would be appropriate based upon the individual meeting the conditions described in paragraph (1).

Covered Persons are encouraged to contact GPA's HealthWatch department's Cancer Care Program at 1-800-827-7223 or memberservices@gpatpa.com for further information on clinical trial coverage.

**Questions:** If there are any questions regarding coverage or a specific provision of GPA's HealthWatch department's Cancer Care Program, please contact the Plan Administrator at 1-800-827-7223 or email memberservices@gpatpa.com.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## PRESCRIPTION DRUG PLAN BENEFITS

| PPO PLAN | |
|---|---|
| **Prescription Drug Copays apply to satisfy a separate Prescription Drug Annual Out-of-Pocket Maximum. After the separate Prescription Drug Annual Out-of-Pocket Maximum has been met, covered Prescription Drugs will be payable at 100% for the remainder of the Calendar Year.** | |
| **Prescription Drug Annual Out-of-Pocket Maximum**<br>Per Covered Person<br>Family Limit*<br><br>*Applies collectively to all Covered Persons in the same Family. | <br>$1,000<br>$3,000 |
| **Prescription Card Service**<br>Supply Limit<br>Generic Drugs (Tier 1)<br>Formulary Brand Name Drugs (Tier 2)<br>Non-Formulary Brand Name Drugs (Tier 3) | **100% after applicable Copay**<br>30 days<br>$15 Copay<br>$30 Copay<br>$50 Copay |
| **Mail Order Service**<br>Supply Limit<br>Generic Drugs (Tier 1)<br>Formulary Brand Name Drugs (Tier 2)<br>Non-Formulary Brand Name Drugs (Tier 3) | **100% after applicable Copay**<br>90 days<br>$30 Copay<br>$60 Copay<br>$100 Copay |
| **Specialty Drugs****<br>Supply Limit | **100% after $50 Copay**<br>30 days |
| * Specialty Drugs must be obtained through the Prescription Drug Plan's Specialty Pharmacy. However, one (1) retail fill will be allowed before filling will be required at the Specialty Pharmacy. | |
| **NOTE:  Medications required for Preventive Care services may be covered at 100%, Copay waived.** | |

| HSA PLAN | |
|---|---|
| **Prescription Drug Expenses apply to satisfy the Medical Plan's Level I/Level II Calendar Year Deductible.  The Plan requires the member to pay the entire cost of Prescription Drug expenses until the Deductible has been met.  After the Deductible has been met, Prescription Drug Expenses (Coinsurance) will apply to satisfy the Annual Out-of-Pocket Maximum. After the Annual Out-of-Pocket Maximum has been met, covered Prescription Drugs will be payable at 100% for the remainder of the Calendar Year.** | |
| **Prescription Card Service**<br>Supply Limit | **80% after Deductible met**<br>30 days |
| **Mail Order Service**<br>Supply Limit | **80% after Deductible met**<br>90 days |
| **Specialty Drugs***<br>Supply Limit | **80% after Deductible met**<br>30 days |
| * Specialty Drugs must be obtained through the Prescription Drug Plan's Specialty Pharmacy. However, one (1) retail fill will be allowed before filling will be required at the Specialty Pharmacy. | |
| **NOTE:   Medications required for Preventive Care services may be covered at 100%, Deductible waived.** | |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

| CDH Preventive Medication List (HSA Plan only) | |
| --- | --- |
| **Prescription Drug Copays will apply to satisfy the Annual Out-of-Pocket Maximum. After the Annual Out-of-Pocket Maximum has been met, covered Prescription Drugs will be payable at 100% for the remainder of the Calendar Year. CDH Preventive Medications are not subject to deductible and do not apply toward deductible.** | |
| **Prescription Card Service** | **100% after applicable Copay** |
| Supply Limit | 30 days |
| Supply Limit Generic Drugs (Tier 1) | $15 Copay |
| Formulary Brand Name Drugs (Tier 2) | $30 Copay |
| Non-Formulary Brand Name Drugs (Tier 3) | $50 Copay |
| **Mail Order Service** | **100% after applicable Copay** |
| Supply Limit | 90 days |
| Generic Drugs (Tier 1) | $15 Copay |
| Formulary Brand Name Drugs (Tier 2) | $30 Copay |
| Non-Formulary Brand Name Drugs (Tier 3) | $50 Copay |

For Coordination of Benefits when this Plan is secondary, file the prescription receipt with the Drug Plan. Call the Prescription Claims Help Desk for a Claim form. See Plan Participant identification card for the phone number.

**PPO Plan and CDH Preventive Medication List:** If the pharmacy charge is less than the Generic or Brand Copay, then the actual charge will become the Copay. Generic and Brand Name copayments apply separately to each prescription and refill and do not apply to the Calendar Year Deductible.

To be covered, Prescription Drugs must be:

1.  Purchased from a participating licensed pharmacist;
2.  Dispensed to the Covered Person for whom they are prescribed; and
3.  Legally prescribed by a Qualified Prescriber.

## DEFINITIONS

**Brand Name Drugs (Tier 2 and Tier 3)**
Trademark Drugs or substances marketed by the original manufacturer. Tier 2 Drugs are commonly used Brand Name Drugs shown on the Formulary Drug List as "Formulary Alternative(s)." Tier 3 Drugs are Brand Name Drugs listed as "Non-Formulary" or not listed.

**Generic Drugs (Tier 1)**
Drugs or substances which:

1.  Are not trademark Drugs or substances; and
2.  May be legally substituted for trademark Drugs or substances.

**Over the Counter (OTC) Drugs**
Drugs which do not require a prescription from a Qualified Prescriber, unless otherwise specified.

**Prescription Drugs**
Legend Drugs or medicines which are prescribed by a Qualified Prescriber for the treatment of Illness, Injury or Pregnancy.

**Qualified Prescriber**
A licensed Physician, Dentist, or other health care Practitioner who may, in the legal scope of his/her practice, prescribe Drugs or medicines.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Specialty Drugs**

Specialty pharmaceuticals include biotech Drugs produced using living organisms which are high cost or injectable Drugs that require heightened patient management and support.

<u>Product Selection</u>

The pharmacist substitutes more economically priced Generic equivalent Drugs whenever possible unless there is a specific request for a Brand Name by the prescribing Physician or when State law requires no substitution for the Brand Name Drug.

Most pharmacists, as a courtesy to the patient, will ask whether a Generic Drug is acceptable to the Covered Person if the Physician has specified "product selection permitted" on the prescription. If the Physician has specified "dispense as written," no choice is given to the patient, and only the applicable Copay will be charged.

<u>Miscellaneous Provisions</u>

The following provisions may be included in your Prescription Drug Plan.  Please contact the Prescription Card Service Customer Service phone number listed on the Plan Participant identification card for more information.

**Step Therapy:**  The practice of starting Drug therapy for a medical condition with the most cost-effective and safest Drug available, then progressing to other more costly alternatives if necessary.

**Therapeutic Substitution:**  A Physician-oriented service designed to increase the utilization of more cost-effective products. Substitutes are made for Non-Formulary Brand Name Drugs with either Generic or similar Formulary Brand Name Drugs in the same therapeutic class.

<u>Drug Review</u>

The Plan includes a Drug Review program which is automatically administered by the pharmacist through a nationwide computer network that verifies the eligibility of each Covered Person's card and protects the Covered Person from conflicting prescriptions which might prove harmful if taken at the same time. This program also guards against duplication of medications and incorrect dosage levels.

<u>Covered and Excluded Drugs</u>

**The following Covered and Excluded Drug listings are not all inclusive.**  To find out if a particular Drug is covered, please contact the Prescription Card Service Customer Service phone number listed on the Plan Participant identification card.

**NOTE:  Some Drugs may require authorization and may only be covered, and/or covered for certain ages, if Medically Necessary.**

<u>Prescription Drug Plan – Covered Drugs</u>
1. Legend Drugs (Drugs requiring a prescription either by Federal or State law) (there are certain Legend Drugs that may be excluded);
2. Insulin on prescription;
3. Disposable insulin needles/syringes, test strips and lancets on prescription;
4. Compounded medications of which at least one ingredient is a prescription legend Drug;
5. All FDA approved women's contraceptive Drugs and methods (Generic covered at 100%, Copay and/or Deductible waived; if no Generic available, Brand covered at 100%, Copay and/or Deductible waived);
6. Tobacco deterrent medications or any other tobacco use OTC cessation aids, all dosage forms (Generic covered at 100%, Copay and/or Deductible waived; if no Generic available, Brand covered at 100%, Copay and/or Deductible waived); and
7. Specialty Drugs.

**NOTE:  Quantity limitations may apply to some Covered Drugs.**

**NOTE:  Refer to the definition of "Preventive Care" for a link to a website that lists additional Drugs that may be covered for preventive treatment.**

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Prescription Drug Plan – Excluded Drugs**

1. Abortifacients;
2. Drugs for Cosmetic purposes;
3. Drugs prescribed for impotence/sexual dysfunction;
4. Fertility Drugs;
5. Growth hormones;
6. Weight loss medications;
7. Immunization agents, biological sera, blood or blood plasma;
8. Therapeutic devices or appliances, including needles, syringes, support garments and other non-medical substances, regardless of intended use, except those listed above;
9. Charges for the administration or injection of any Drug;
10. Prescriptions which a Covered Person is entitled to receive without charge from any Workers' Compensation laws;
11. Drugs labeled "Caution-limited by Federal law to Investigational use," or Experimental Drugs, even though a charge is made to the individual;
12. Medication which is to be taken by or administered to an individual, in whole or in part, while he/she is a patient in a licensed Hospital, Extended Care Facility, nursing home or similar institution which operates on its premises, or allows to be operated on its premises, a Facility for dispensing pharmaceuticals; and
13. Any prescription refilled in excess of the number specified by the Physician, or any refill dispensed after one (1) year from the Physician's original order.

**NOTE:** **Drugs excluded from the Prescription Drug Plan are not payable under Major Medical Expense Benefits.**

**A Prescription Drug dispensed by a retail pharmacy, Mail Order Service or Specialty Pharmacy for which a Copay and/or Coinsurance apply is not considered a Claim for benefits under this Plan and, therefore, is not subject to the Plan's Claim Filing Procedures.**

**When Alternative Care and treatment are identified by Case Management as Medically Necessary and approved by the Plan Administrator, and where there is a reasonable expectation of savings to the Plan without sacrificing the quality of care to the Plan Participant (patient), the Plan may approve and pay for all or part of the charges not shown as a Covered Prescription Drug in this Plan Document.**

## PRESCRIPTION DRUG UTILIZATION REVIEW

The Prescription Drug benefit does not have unlimited coverage. As with all medical and Hospital services, Prescription Drug utilization is subject to determinations of Medical Necessity and appropriate use. Drug Utilization Review may be concurrent, retrospective or prospective.

Concurrent Drug Utilization Review generally occurs at the time of service and may include electronic Claim audits which may help to protect patients from potential Drug interactions or Drug-therapy conflicts or overuse/under use of medications.

Retrospective Drug Utilization Review generally involves Claim review and may include communication by the Prescription Drug Plan and/or Utilization Review with the prescribing Physician to coordinate care and verify diagnoses and Medical Necessity. It may include a peer review by a Physician of like specialty to the prescribing Physician reviewing the medical and pharmacy records to determine Medical Necessity.

Should Medical Necessity not be determined by the peer review Physician, the treating Physician and Plan Participant will be notified and provided with the peer review results. The Plan Participant and Physician will be forwarded information on the appeal process as outlined in this Plan.

Prospective Drug Utilization Review may include, among other things, Physician or pharmacy assignment in which one Physician and/or one pharmacy is selected to serve as the coordinator of prescription Drug services and benefits for the eligible Plan Participant. The Plan Participant will be notified in writing of this and will be required to designate a Physician and pharmacy as his/her Providers.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## UTILIZATION REVIEW (UR) PROGRAM

The Utilization Review program is designed to help all Plan Participants receive Medically Necessary health care. Utilization Review is provided through GPA's HealthWatch department. If warranted, independent Physician reviews and appeals are conducted. **Notification must be provided to Utilization Review for all services as detailed below. It is not necessary to contact the Plan or Utilization Review for prior approval of such services.**

**UR NOTIFICATION REQUIREMENTS**

**Notification is required within forty-eight (48) hours following the services listed below (or the next business day if holiday or weekend admission):**

- **All Inpatient Hospital/Facility admissions (including admissions for Mental Disorders, Chemical Dependency, Drug and Substance Abuse);**
- **Radiation therapy and Chemotherapy;**
- **Durable Medical Equipment purchases in excess of $2,500;**
- **Orthotics;**
- **Home Health Care Therapy (Physical, Occupational, or Speech); and**
- **Private Duty Nursing.**

The Utilization Review Nurse may discuss with the Physician and/or Hospital/Facility the diagnosis, the need for hospitalization versus alternative treatment, and length of any Hospital/Facility confinement. Utilization Review will notify the Physician and/or Hospital/Facility verbally or electronically of the outcome of the Utilization Review.

**NOTE: Please refer to the Plan Participant identification card for name and phone number for Utilization Review. While UR Notification of certain services is required under the Plan, that notice does not constitute a Claim and any such action taken by Utilization Review does not constitute a Benefit Determination. Utilization Review is also being provided as a courtesy for Plan Participants in an attempt to ensure such services will be Covered Medical Expenses under the Plan. All Claims are subject to all Plan requirements, such as Medical Necessity, Major Medical Expense Benefits, Plan Exclusions, Maximum Benefits and Limitations and Eligibility provisions at the time care and services are provided.**

**CONCURRENT REVIEW**

Following notification of a Hospital/Facility admission, a Concurrent Review of treatment will be conducted by Utilization Review. "Concurrent Review" means Utilization Review will monitor the Covered Person's Hospital stay and periodically evaluate the need for continued hospitalization. In addition, Utilization Review may assist with discharge planning and address the health care needs of the patient upon release. This may involve consultation with the Covered Person's Physician and comparison of clinical information to nationally accepted criteria.

**COORDINATION OF CARE**

Coordination of Care may be indicated for medical treatment that is Medically Necessary, not Experimental and does not require UR Notification. Coordination of Care is provided by a Registered Nurse (RN) to assist the Plan Participant with coordination of medical care, prevent duplicate diagnostic testing and/or treatment and identify and refer patients with diagnoses that would benefit from further Plan programs such as Case Management, Disease Management and/or Maternity Support.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## CASE MANAGEMENT

During the Utilization Review process, catastrophic cases such as transplants, burns, spinal cord Injuries, cancer and other large cases will be identified and Case Management may be initiated. Case Management is provided by Nurses with specialized training and/or advanced national certification. The Nurse may monitor the medical care, consult with the Physicians, coordinate with the health care Providers and Facilities, and communicate with the patient and Family to promote receipt of appropriate, cost effective care to expedite the recovery process.

When Out-of-Network fees are negotiated by Case Management and/or Utilization Review on behalf of the Plan, Out-of-Network Covered Charges may be considered at the PPO Benefit level.

### ALTERNATIVE CARE

Through alternative care, Case Management may help the patient and the Plan Administrator obtain care/treatment for a serious Illness or Injury that is Medically Necessary and appropriate for the diagnosis. When alternative care and treatment are identified by Case Management as Medically Necessary and approved by the Plan Administrator, and where there is a reasonable expectation of savings to the Plan without sacrificing the quality of care to the patient, the Plan may approve and pay for all or part of the charges not shown as a Covered Expense or as a Covered Prescription Drug in this Plan Document. These expenses will be considered on the same basis as the care and treatment for which they are substituted. Benefits provided under this section are subject to all other limitations and provisions within the Plan. In exercising its authority, this Plan will act in a way so as not to discriminate against any Plan Participant. If the care is not being substituted for other Covered Expenses, it will be considered on the same basis as a same or similar Covered Expense or Covered Prescription Drug shown in this Plan Document, as determined by the Claims Administrator.

All benefits provided in this section are subject to Medical Necessity, Reasonableness, Usual and Customary charges, or the Allowable Claim Limits under the Claim Review and Audit Program.

## DISEASE MANAGEMENT

Disease Management is an Employer sponsored voluntary program that is designed to help individuals with certain chronic health conditions to better manage their care. Utilization Review, provided through GPA's HealthWatch department, supports the relationship between the Physician and the patient by providing information regarding optimal treatment options. The objective is to help individuals stay healthy by providing customized health education information for the most appropriate medical care for each individual's Illness.

## MATERNITY SUPPORT PROGRAM

A special Maternity Support Program is available from Utilization Review. The program is completely voluntary and provides educational tools to optimize the health of mothers and their newborns.  To participate, Covered Persons should call Utilization Review as soon as they know they are pregnant, preferably during the first trimester. Benefits available are:

- ➢ Coordination of a proactive education program for maternity care;
- ➢ Assessment of the risk of a Pregnancy;
- ➢ Identification of personal health factors that could influence the Pregnancy; and
- ➢ Development of proactive, risk appropriate care delivery programs for covered Pregnancies and births.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## GPA NURSE NAVIGATOR[SM]

GPA Nurse Navigator[SM] is a program that will assist Plan Participants with coordination of their medical care with various Provider options to accommodate medical care needs.  The Plan Participant can contact Nurse Navigators at the number on his/her identification card to receive assistance in finding doctors, Hospitals and medical Providers. GPA Nurse Navigator[SM] will also assist the Plan Participant with scheduling appointments, retrieving medical records, completing notifications, consulting a Physician Advisor (if necessary), medication coordination, providing education by a Registered Nurse (RN) and assessing for referrals into GPA Care Management Programs.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## COMPREHENSIVE MEDICAL BENEFITS

**COVERED MEDICAL EXPENSES (COVERED EXPENSES)**
Covered Medical Expenses mean the Reasonable and Usual and Customary charges, Allowable Claim Limit charges, and/or contracted PPO charges incurred by or on behalf of a Covered Person for Hospital or other medical services listed below which are:

1. Ordered by a Physician or licensed Practitioner;
2. Medically Necessary for the treatment of an Illness or Injury;
3. Not of a luxury or personal nature; and
4. Not excluded under the Major Medical Exclusions and Limitations section of this Plan.

**COVERED CHARGES**
If a Covered Person incurs Covered Medical Expenses as the result of an Illness or Injury, all treatment is subject to benefit payment provisions shown in the Schedule of Benefits and as determined elsewhere in this document.

**HOSPITALS, AMBULATORY SURGERY CENTERS AND OTHER FACILITIES**
Facilities do not participate in the PPO Network.  Charges for services rendered in these Facilities will be evaluated under the Claim Review and Audit Program, and Covered Charges will be determined based upon the Allowable Claim Limits. Please refer to the Claim Review and Audit Program section for additional information about the program and Allowable Claim Limits.

**PHYSICIANS AND ALL OTHER COVERED PROVIDERS**
**Network Services (PPO):** Network Services (PPO) are health care services provided by a Physician or other Provider in the designated PPO with which the Plan has contracted to provide services at specified fees. Network Covered Charges will be payable at the PPO benefit level.

This Plan may use Allowable Claim Limits to determine Covered Charges in lieu of a PPO discount.

**Out-Of-Network Services (Non-PPO):** Out-of-Network Services (Non-PPO) are health care services provided by a Physician or other Provider that is not in the Plan's designated PPO Network. Out-of-Network Covered Charges will be payable at the Non-PPO benefit level unless the Plan has a direct contract for discounting fees with an Out-of-Network Provider.

Charges for services rendered by Non-PPO Providers will be evaluated under the Claim Review and Audit Program, and Covered Charges will be determined based upon the Allowable Claim Limits.  Please refer to the Claim Review and Audit Program section for additional information about the program and Allowable Claim Limits.

**HOSPITAL OR MEDICAL FACILITY FEES/PHYSICIAN FEES**
The total cost for many medical services/procedures may be comprised of several components: Hospital or other medical Facility fees and Physician fees.

**Hospital or Medical Facility Fees:** The Hospital or medical Facility fees cover the cost of providing Room and Board and/or technicians, equipment, supplies and miscellaneous expenses involved in the care and treatment of a patient. Medical service fees billed by a Provider billing as a Facility may be separate from medical services billed by a Physician.

**Physician Fees:** The Physician fees cover the cost of medical services/procedures provided by a Physician or the professional fees billed by a Physician for the supervision, interpretation and consultation involved in the care and treatment of a patient. Each fee may be billed separately by the Physician providing the service.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## DEDUCTIBLE AMOUNT (LEVEL I and LEVEL II) – PPO PLAN

The Deductible amount for each Covered Person is the amount of Covered Expenses which must be incurred each Calendar Year before benefits are payable for Covered Medical Expenses incurred during the remainder of that year. It is the amount shown in the Schedule of Benefits as the Calendar Year Deductible. There is no Deductible carryover from one Calendar Year to the next for Covered Charges incurred and applied to the Deductible in the last three (3) months of a Calendar Year. Level I Covered Charges and Level II PPO and Non-PPO Covered Charges are combined to satisfy the Calendar Year Deductible.

## DEDUCTIBLE FAMILY LIMIT (LEVEL I and LEVEL II) – PPO PLAN

The Maximum Deductible amounts to be applied each Calendar Year to a Covered Employee and his/her covered Dependents will not be more than the Family Limit shown in the Schedule of Benefits. As soon as that limit is met (collectively) in the same Calendar Year, no further Deductibles will be applied to Covered Medical Expenses for any covered Family member during the remainder of that Calendar Year. To satisfy the Deductible Family Limit, each covered Family member can contribute no more than his/her own individual Deductible.

## DEDUCTIBLE AMOUNT (LEVEL I and LEVEL II) – HSA PLAN

The Deductible amount for each Covered Person is the amount of Covered Medical Expenses which must be incurred each Calendar Year before benefits are payable for Covered Medical Expenses incurred during the remainder of that Calendar Year. It is the amount shown in the Schedule of Benefits as the Calendar Year Deductible.  There is no Deductible carryover from one Calendar Year to the next for Covered Charges incurred and applied to the Deductible in the last three (3) months of a Calendar Year. Level I Covered Charges, Level II PPO and Non-PPO Covered Charges and Prescription Drug Expenses (excluding CDH Preventive Medications) are combined to satisfy the Calendar Year Deductible.

## FAMILY DEDUCTIBLE / ANNUAL OUT-OF-POCKET MAXIMUM FAMILY – HSA PLAN

For Employees with Family coverage, no Family member's Deductible is considered satisfied until the Family Deductible has been met. The Family Deductible and Family Out-of-Pocket Maximum can be met by one (1) Family member or two (2) or more Family members collectively.

## COMMON ACCIDENT DEDUCTIBLE

This applies when two (2) or more Covered Persons in the same Family are Injured in the same Accident. These persons need not meet separate Deductibles for treatment of Injuries incurred in this Accident; instead, only one (1) Deductible for the Calendar Year in which the Accident occurred will be required for them as a Family.

## COINSURANCE

Coinsurance is the portion of Covered Medical Expenses shared by the Plan and the Covered Person in a specific ratio (i.e., 80%/20% and/or 60%/40%) after the Calendar Year Deductible has been satisfied. The amount of Coinsurance paid by the Covered Person is applied to satisfy the Covered Person's Annual Out-of-Pocket Maximum.

## ANNUAL OUT-OF-POCKET MAXIMUM (LEVEL I and LEVEL II) – PPO PLAN

The Annual Out-of-Pocket Maximum does not include expenses which are in excess of the Allowable Claim Limits (please refer to the Claim Review and Audit Program section for additional information regarding Allowable Claim Limits). The Annual Out-of-Pocket Maximum is the maximum dollar amount a Covered Person will pay for Covered Medical Expenses each Calendar Year including the Deductible and Medical Copays. Level I Covered Charges and Level II PPO and Non-PPO Covered Charges are combined to satisfy the Annual Out-of-Pocket Maximum. Upon reaching the Annual Out-of-Pocket Maximum, Covered Medical Expenses are payable at 100% for the remainder of the Calendar Year, excluding:

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

- ➢ Prescription Copays (subject to separate Prescription Drug Annual Out-of-Pocket Maximum);
- ➢ Any Covered Charges already paid at 100% in any one (1) Calendar Year period, unless otherwise specified in the Schedule of Benefits; and
- ➢ Charges in excess of Usual and Customary, Allowable Claim Limits or charges for services that do not meet the Plan's definition of Reasonable.

## ANNUAL OUT-OF-POCKET MAXIMUM FAMILY LIMIT (LEVEL I and LEVEL II) – PPO PLAN

The Annual Out-of-Pocket Maximum Family Limit is met when all covered Family members (collectively) incur the amount shown in the Schedule of Benefits as the Annual Out-of-Pocket Maximum Family Limit.  To satisfy the Family Limit, each Covered Family member can contribute no more than his/her own individual Annual Out-of-Pocket Maximum.

## ANNUAL OUT-OF-POCKET MAXIMUM (LEVEL I and LEVEL II) – HSA PLAN

The Annual Out-of-Pocket Maximum does not include expenses which are in excess of the Allowable Claim Limits (please refer to the Claim Review and Audit Program section for additional information regarding Allowable Claim Limits). The Annual Out-of-Pocket Maximum is the maximum dollar amount a Covered Person will pay for Covered Medical and Prescription Drug Expenses each Calendar Year including the Deductible. Level I Covered Charges, Level II (PPO and Non-PPO) Covered Charges and Covered Prescription Drug Expenses are combined to satisfy the Level I/Level II Annual Out-of-Pocket Maximum.  Upon reaching the Annual Out-of-Pocket Maximum, Covered Medical and Prescription Drug Expenses are payable at 100% for the remainder of the Calendar Year, excluding:

- ➢ Any Covered Charges already paid at 100% in any one (1) Calendar Year period, unless otherwise specified in the Schedule of Benefits; and
- ➢ Charges in excess of Usual and Customary, Allowable Claim Limits or charges for services that do not meet the Plan's definition of Reasonable.

## EMERGENCY ROOM COPAY (PER VISIT - LEVEL I) – PPO PLAN

The Emergency Room Copay is the portion of Covered Medical Expenses, a flat dollar amount, payable by the Covered Person for Covered Charges each time the Covered Person is treated in a Hospital Emergency Room or Free-standing Emergency Room Facility. The Calendar Year Deductible is waived and only applies if the Covered Person is admitted Inpatient. The Emergency Room Copay is waived if admitted Inpatient. The Emergency Room Copay cannot be used to satisfy the Calendar Year Deductible but will apply to satisfy the Annual Out-of-Pocket Maximum.

## OFFICE VISIT COPAY (PER VISIT) – PPO PLAN

The Office Visit Copay is the portion of Covered Medical Expenses, a flat dollar amount, payable by the Covered Person for Covered Charges provided by and billed by the Physician at the time of each Physician Office Visit. Whenever an Office Visit Copay applies, the Calendar Year Deductible is waived for that visit except for office procedures listed in the Schedule of Benefits which are not subject to the Office Visit Copay. The Office Visit Copay cannot be used to satisfy the Calendar Year Deductible but will apply to satisfy the Annual Out-of-Pocket Maximum.

Office Visit Copays for a Primary Care Physician and a Specialist are specified in the Schedule of Benefits. A referral from a Primary Care Physician to a Specialist is not required.

## ONE CALL CARE MANAGEMENT RADIOLOGICAL BENEFIT

One Call Care Management is the Preferred Radiology Network for MRI, CT and PET scans.  The radiological services which are provided by One Call Care Management are payable as specified in the Schedule of Benefits.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**SELECT DIAGNOSTIC MEDICAL PROCEDURES**

The following is a list of Select Diagnostic Medical Procedures that may be performed in a Physician's office, the Outpatient department of a Hospital, free-standing center or an independent Facility.  Benefits are available under the Plan as specified in the Schedule of Benefits:

1.  Bone scan – Specialized x-ray of bone tissues using radioactive injection if more sensitive to bone irregularities than usual x-rays:
    a.  Limited area;
    b.  Multiple areas;
    c.  Whole body;
    d.  With vascular flow only;
    e.  Three phase technique; or
    f.  Tomographic (SPECT).
2.  Cardiac stress test:
    a.  Thallium – Use of radioactive dye to define areas of decreased blood flow in vessels of the heart while the patient exercises.
    b.  Treadmill – Reading of the electrical patterns of the heart (EKG) while the patient exercises on a treadmill.
3.  MCG – Myocardial imaging by magnetocardiography.
4.  CT Scan – Computerized x-ray picture of a part of the body.
5.  MRI (Magnetic Resonance Imaging) and MRA (Magnetic Resonance Angiography) – Diagnostic imaging modality that uses magnetic and radio frequency fields to image body tissue non-invasively.
6.  PET Scan (Positron Emission Tomography) – A three-dimensional imaging technique that allows visual examination of the internal organs and illustrates organ function.
7.  Ultrasound, Echography and Sonography – The use of inaudible sound waves to outline the shape of organs and tissues in the body.  A sonogram during Pregnancy is not considered a Select Diagnostic Medical Procedure and is payable under the Plan's Lab/X-ray Benefit.
8.  Myelogram – x-ray of the spine after injection of a contrast medium (dye) into a space in the spinal canal.
9.  Aortography, Angiography, Lymphangiography, Venography, Transcatheter, Transluminal Atherectomy and Diskography.
10. Nuclear medicine scans.


**CALENDAR YEAR MAXIMUM BENEFIT**

The Maximum Amount payable for Covered Expenses during a Calendar Year Benefit Period for each Covered Person is limited to a specific dollar amount, number of days or visits as specified in the Schedule of Benefits.  The Calendar Year is from January 1 through December 31 of the same year. The initial Calendar Year Benefit Period is from a Covered Person's effective date through December 31 of the same year.  Level I and Level II (PPO and Non-PPO) Covered Charges are combined to determine if a Calendar Year Maximum Benefit has been met.


**CONTINUITY OF CARE**

If a Covered Person is receiving treatment, services or supplies from a Preferred Physician and that Preferred Physician terminates or is terminated from the Preferred Physician Network or if the Plan Administrator changes PPO Networks, benefits for such services, treatment or supplies will continue to be paid at the Preferred Physician benefit level for a period of ninety (90) days from the date of the Preferred Physician's termination if the treatment, services or supplies are being provided for special circumstances such as:

➢  An acute condition;
➢  A life-threatening Illness; or
➢  Past the twenty-fourth (24th) week of Pregnancy and the Covered Person is receiving treatment in accordance with the dictates of medical prudence.

Special circumstances mean a condition such that the treating Physician or health care Provider reasonably believes that discontinuing care by the treating Physician or Provider could cause harm to the patient.  Special circumstances shall be identified by the treating Physician or health care Provider who must request the

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

Covered Person be permitted to continue treatment under the Physician's or Provider's care and agree not to seek payment from the patient of any amount for which the Covered Person would not be responsible if the Physician or health care Provider were still part of the Preferred Provider Organization (PPO) Network.

**CHARGES RELATED TO ACCIDENTAL INJURIES**
Prior to obtaining Accident details, the Maximum Benefit payable on charges arising from an Accidental Injury is $500. Once charges for the same related Claim equal or exceed $500, charges will be denied until expenses are determined to be an eligible benefit under this Plan.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# MAJOR MEDICAL EXPENSE BENEFITS

The following are Covered Medical Expenses under this Plan, unless specifically excluded under the Major Medical Plan Exclusions and Limitations. Benefits for these Covered Expenses will be payable as shown in the Schedule of Benefits. Charges are subject to the Reasonable and Usual and Customary amount, the Allowable Claim Limits under the Claim Review and Audit Program and/or the negotiated fee schedule of the Preferred Provider Organization (PPO).

**Covered Medical Expenses are subject to any Maximum Benefit and/or limitation specified in the Schedule of Benefits.**

**Acquired Brain Injury.** The charges for treatment of Acquired Brain Injury. Benefits are provided for services that are determined by a Physician to be Medically Necessary as a result of and related to an Acquired Brain Injury. Acquired Brain Injury is a neurological insult to the brain which is not hereditary, congenital or degenerative. The Injury to the brain has occurred after birth and results in a change in neuronal activity, which results in an impairment of physical functioning, sensory processing, cognition, or psychological behavior. Covered Medical Expenses include services listed below when they are clinically proven, goal-oriented, efficacious, based on individualized treatment plans, required for and related to treatment of an Acquired Brain Injury and provided by or under the direction of a Physician with the goal of returning the Covered Person to, or maintaining the Covered Person in, the most integrated living environment appropriate to the Covered Person.

1. Cognitive communication therapy. Services designed to address modalities of comprehension and expression, including understanding, reading, writing and verbal expression of information;
2. Cognitive rehabilitation therapy. Services designed to address the therapeutic cognitive activities based on an assessment and understanding of the individual's brain-behavioral deficits;
3. Community reintegration services. Services that facilitate the continuum of care as an affected individual transitions into the community;
4. Neurobehavioral testing. An evaluation of the history of neurological and psychiatric difficulty, current symptoms, current mental status, and pre-morbid history including the identification of problematic behavior and the relationship between behavior and the variables that control behavior;
5. Neurobehavioral treatment. Interventions that focus on behavior and the variables that control behavior;
6. Neurocognitive rehabilitation. Services designed to assist cognitively impaired individuals to compensate for deficits in cognitive functioning by rebuilding cognitive skills and/or developing compensatory strategies and techniques;
7. Neurocognitive therapy. Services designed to address neurological deficits in informational processing and to facilitate the development of higher level cognitive abilities;
8. Neurofeedback therapy. Services that utilize operant conditioning learning procedures based on electroencephalography (EEG) parameters, and which are designed to result in improved mental performance and behavior, and stabilized mood;
9. Neurophysiological testing. An evaluation of the functions of the nervous system;
10. Neurophysiological treatment. Interventions that focus on the functions of the nervous system;
11. Neuropsychological testing. The administering of a comprehensive battery of tests to evaluate neurocognitive, behavioral and emotional strengths and weaknesses and their relationship to normal and abnormal central nervous system functioning;
12. Neuropsychological treatment. Interventions designed to improve or minimize deficits in behavioral and cognitive processes;
13. Post-acute transition services. Services that facilitate the continuum of care beyond the initial neurological insult through rehabilitation and community reintegration;
14. Psychophysiological testing. An evaluation of the interrelationships between the nervous system and other bodily organs and behavior;
15. Psychophysiological treatment. Interventions designed to alleviate or decrease abnormal physiological responses of the nervous system due to behavioral or emotional factors;
16. Remediation. The process of restoring or improving a specific function;
17. Outpatient day treatment services and post-acute care treatment. Services Medically Necessary as a result of and related to an Acquired Brain Injury. Post-acute care treatment is limited to Reasonable expenses related to periodic reevaluation of care provided to an individual who has incurred an

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

Acquired Brain Injury, has been unresponsive to treatment and becomes responsive to treatment at a later date. Reasonable fees may be determined by cost; the time that has expired since the previous evaluation; any difference in the expertise of the Physician or Practitioner performing the evaluation; changes in technology and advances in medicine; and

18. Treatment Facilities. Treatment for an Acquired Brain Injury may be provided at a Facility at which the services listed above may be provided including a Hospital, acute or post-acute Rehabilitation Hospital and Assisted Living Facility. Benefits are not available for Custodial Care, Private Duty Nursing, domiciliary care, and personal care assistants.

**Admit Kits.** The charges for Hospital "admit kits."

**Allergy Testing, Allergy Injections and Allergy Serums.** The charges for allergy testing, allergy injections, allergy serums and treatment.

**Ambulance Services.** The charges for professional licensed ambulance service as follows:

1. Ground transportation when Medically Necessary and used locally to or from the nearest Facility qualified to render treatment;
2. Air ambulance where air transportation is medically indicated to transport a Covered Person to the nearest Facility qualified to render treatment (excluding commercial flights); or
3. "CARE" and "LIFE" flights in a life-threatening situation.

**Ambulatory Surgery Center.** The charges made by an Ambulatory Surgery Center.

**Anesthesia.** The charges for the cost and administration of an Anesthesia and/or anesthetic.

**Assistant Surgeon.** The charges for services of an assistant surgeon and/or Licensed Surgical Assistant when such a Provider is required to render technical assistance at an operation. The Covered Expense for such services shall be limited to 25% of the allowable surgical fee. See definition of Practitioner for covered Providers.

**Attention Deficit Disorder (ADD) and Attention Deficit Hyperactivity Disorder (ADHD).** The charges for the diagnosis and treatment of Attention Deficit Disorder (ADD) and Attention Deficit Hyperactivity Disorder (ADHD) with the exclusion of charges for education and training.

**Audiologist.** The charges of an Audiologist under direct supervision of a Physician for treatment of a hearing loss or an impaired hearing function.

**Autism Spectrum Disorder.** The charges for treatment of Autism Spectrum Disorder provided to a Dependent Child. Treatment includes all generally recognized services prescribed in relation to Autism Spectrum Disorder by the patient's primary care Physician. "Generally recognized services" may include services such as evaluation and assessment, applied behavior analysis, behavior training and management, Speech Therapy, Occupational Therapy, Physical Therapy and medications or nutritional supplements used to address symptoms of Autism Spectrum Disorder.

**Birthing Center.** The charges incurred for services in a Birthing Center.

**Blood or Blood Components.** The charges for the processing and administration of blood or blood components, but not for the cost of the actual blood or blood components if the Facility receives any replacement of blood used for which the patient is not financially responsible.

**Breast Reduction (Reduction Mammoplasty).** The charges for a reduction mammoplasty, if Medically Necessary.

**Cardiac Rehabilitation.** The charges for cardiac rehabilitation as deemed Medically Necessary provided services are rendered:

1. Under the supervision of a Physician;

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

2. In connection with a myocardial infarction, coronary occlusion or coronary bypass Surgery;
3. Initiated within twelve (12) weeks after other treatment for the medical condition ends; and
4. In a Facility whose primary purpose is to provide medical care for an Illness or Injury.

**Chemotherapy.** The charges for chemotherapy.

**Chiropractic Services.** The charges for Chiropractic Services. Charges for covered x-rays are included in the Maximum.

**Clinical and Pathological Laboratory Tests.** The charges for clinical and pathological laboratory tests and examinations including fees for professional interpretation of their results.

**Clinical Trials (Routine Patient Costs).** Benefits are provided to Qualified Individuals for the Routine Patient Costs of items and services furnished in connection with participation in an Approved Clinical Trial. Routine Patient Costs include all items and services consistent with the coverage provided under this Plan that are typically covered for a Qualified Individual who is not enrolled in a clinical trial. Routine Patient Costs do not include:

1. The Investigational item, device, or service, itself;
2. Items and services that are provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient; or
3. A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

If one or more Participating Providers is participating in a clinical trial, the Plan may require that a Qualified Individual participate in the trial through such a Participating Provider if the Provider will accept the individual as a participant in the trial.

Approved Clinical Trial is a phase I, phase II, phase III, or phase IV clinical trial that is conducted in relation to the prevention, detection, or treatment of cancer or other life-threatening disease or condition and that is described in any of the following:

1. Federally funded trials. The study or investigation is approved or funded (which may include funding through in-kind contributions) by one or more of the following:

   a. The National Institutes of Health.
   b. The Centers for Disease Control and Prevention.
   c. The Agency for Health Care Research and Quality.
   d. The Centers for Medicare & Medicaid Services.
   e. A cooperative group or center of any of the entities described in (a) through (d) above or the Department of Defense or the Department of Veterans Affairs.
   f. A qualified non-governmental research entity identified in the guidelines issued by the National Institutes of Health for center support grants.
   g. The Department of Veterans Affairs, the Department of Defense, or the Department of Energy, if the study or investigation has been reviewed and approved through a system of peer review that the Secretary determines:

      i. to be comparable to the system of peer review of studies and investigations used by the National Institutes of Health; and
      ii. assures unbiased review of the highest scientific standards by Qualified Individuals who have no interest in the outcome of the review; or

2. The study or investigation is conducted under an Investigational new Drug application reviewed by the Food and Drug Administration; or
3. The study or investigation is a Drug trial that is exempt from having such an Investigational new Drug application.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

A Qualified Individual must meet the following conditions:

1. The individual must be eligible to participate in an Approved Clinical Trial according to the trial protocol with respect to treatment of cancer or other life-threatening condition; and
2. Either:

   a. The referring health care professional is a Participating Provider and has concluded that the individual's participation in such trial would be appropriate based upon the individual meeting the conditions described in paragraph (1); or
   b. The individual provides medical and scientific information establishing that the individual's participation in such trial would be appropriate based upon the individual meeting the conditions described in paragraph (1).

A *life-threatening condition* means any Disease or condition from which the likelihood of death is probable unless the course of the Disease or condition is interrupted.

**Cochlear Implants.**  The charges for cochlear implants or any surgically implanted device to correct hearing loss.

**Contraceptives.** The charges for all FDA approved women's contraceptive methods.

**Corneal Transplants.** The charges for services and supplies in connection with corneal transplants on the same basis as any other Illness.

**Cosmetic Surgery.**  The charges for Cosmetic Surgery only in the following situations:

1. Reconstructive Surgery as a result of an accidental bodily Injury;
2. The surgical correction required as a result of a congenital Disease or Congenital Anomaly;
3. Reconstructive Surgery following neoplastic (cancer) Surgery;
4. Reconstruction of the breast on which a mastectomy has been performed;
5. Surgery and reconstruction of the other breast to produce symmetrical appearance;
6. Coverage for prostheses and physical complications related to all stages of covered mastectomy including lymphedema, in a manner determined in consultation with the attending Physician and patient; and
7. Removal of breast implants if deemed to be Medically Necessary and reconstructive breast Surgery after implant removal. Breast reconstruction is not covered if the original implants were for cosmetic reasons. However, the removal of the implant is covered, if Medically Necessary, even if the original implant was for cosmetic reasons.

**NOTE:**  The Plan's breast reconstruction Surgery benefits are subject to the requirements of the mastectomy provision of the Women's Health and Cancer Rights Act of 1998.

**Counseling.** The charges for Family counseling.

**Custom Bras for Prostheses.**  The charges for custom bras for prostheses following a mastectomy, limited to six (6) per Calendar Year.

**Dental Expenses and Oral Surgery Procedures.**  The charges for the following Dental expenses and Oral Surgery procedures:

1. Excision of impacted or partially impacted teeth;
2. Cutting procedures in the oral cavity for excision of tumors and cysts of the jawbone;
3. External incision and drainage of cellulitis;
4. Open or closed reduction of a fracture or dislocation of the jaw; and
5. Treatment necessitated by Accidental Injury to sound natural teeth.

If Medically Necessary for Dental work or Oral Surgery to be performed at an Outpatient Facility or Hospital, only the Facility and related anesthesia fees are Covered Charges.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Diabetic Supplies.**  The charges for glucometers, insulin pumps and insulin pump supplies when ordered by a Physician. The charges for insulin, insulin syringes, test strips and lancets on prescription are covered by the Prescription Drug Card or Mail Order Service.

**Diabetic Training.** The charges for diabetic self-management medical and nutritional training for diagnosed cases of diabetes rendered by a licensed Practitioner when recommended as a course of treatment by a Physician.

**Diagnostic Tests.**  The charges for electrocardiograms, electroencephalograms, pneumoencephalograms, basal metabolism tests, or similar well established diagnostic tests generally approved by Physicians throughout the United States.

**Diagnostic X-Rays.**  The charges for radiation services including diagnostic x-rays and interpretation.

**Dialysis.** The charges for dialysis. Dialysis charges may be subject to Medicare rules and reimbursement rates.

**Dietitian.**  The charges for services of a licensed Dietitian when recommended by a licensed MD or DO except for services which are otherwise excluded by the Plan.

**Drugs.**  The charges for Drugs requiring the written prescription of a licensed Physician; such Drugs must be Medically Necessary for the treatment of an Illness or Injury. See Prescription Drug Plan section. Prescription Drugs are covered by the Prescription Drug Card, Mail Order Service or Specialty Pharmacy and not payable under Major Medical Expense Benefits.

**Durable Medical Equipment.**  The charges for rental or purchase of a wheelchair, Hospital bed and other Durable Medical Equipment prescribed by a Physician and required for therapeutic use, whichever is most cost effective. Benefits will be provided for the repair, adjustment or replacement of purchased Durable Medical Equipment or components only within a reasonable time period of purchase subject to the life expectancy of the equipment.

**Elastic/Surgical Stockings.**  The charges for elastic/surgical stockings when ordered by a Physician, limited to one (1) pair per Calendar Year.

**Free-standing Emergency Room Facility.**  The charges for a Free-standing Emergency Room Facility and for services rendered therein.

**Group Therapy.** The charges for group therapy for treatment of Mental Disorders, Chemical Dependency, Drug and Substance Abuse.

**Hearing Screening.**  The charges for hearing screening as required for Preventive Care for Children.

**Heart Valve Replacements.**  The charges for heart valve replacements on the same basis as any other Illness.

**Home Health Care.**  The charges by a Home Health Care Agency for care for a Homebound patient in accordance with a Home Health Care Plan. Home Health Care Visit means a visit by a member of a home health care team.  Each visit that lasts for a period of four (4) hours or less is treated as one (1) home health care visit.  If the visit exceeds four (4) hours, each period of four (4) hours is treated as one (1) visit and any part of a four (4) hour period that remains is treated as one (1) home health care visit.

Home Health Care Plan Covered Services and Supplies are limited to:

1. Part-time or intermittent nursing care visits by a Registered Nurse (RN), a Licensed Practical Nurse (LPN), a Licensed Vocational Nurse (LVN), or Public Health Nurse who is under the direct supervision of a Registered Nurse (RN);
2. Part-time or intermittent Home Health Aide services which consist primarily of caring for the patient;
3. Physical, Occupational, Speech and respiratory Therapy services by licensed therapists;
4. Services of a Licensed Clinical Social Worker (LCSW); and

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

5. Medical supplies, Drugs and medications prescribed by a Physician, and laboratory services provided by or on behalf of a Hospital, but only to the extent that they would have been covered under this Plan if the patient had remained in the Hospital.

**Home Infusion Therapy.** The charges for Home Infusion Therapy by a licensed Provider to include intravenous infusion or injection of fluids, nutrition or medication furnished in the home setting.

**Hospice Care.** The charges relating to Hospice care provided that the Covered Person has a life expectancy of six (6) months or less. Covered Hospice expenses are limited to:

1. Room and Board for confinement in a Hospice;
2. Ancillary charges furnished by the Hospice while the Covered Person is confined therein, including rental of Durable Medical Equipment which is used solely for treating an Injury or Illness;
3. Medical supplies, Drugs and medicines prescribed by the attending Physician, but only to the extent such items are necessary for pain control and management of the terminal condition;
4. Physician services and/or nursing care by a Registered Nurse (RN), a Licensed Practical Nurse (LPN) or a Licensed Vocational Nurse (LVN);
5. Home health aide services;
6. Charges for home care furnished by a Hospital or Home Health Care Agency, under the direction of a Hospice, including Custodial Care if it is provided during a regular visit by a Registered Nurse (RN), a Licensed Practical Nurse (LPN), a Licensed Vocational Nurse (LVN) or a home health aide;
7. Medical social services by licensed or trained social workers, psychologists or counselors;
8. Nutrition services provided by a licensed Dietitian; and
9. Bereavement counseling not to exceed a period of six (6) months following the death of a Covered Person for members of such person's immediate Family.

**Hospital.** The charges for:

1. The actual Room and Board expenses incurred for a Semi-Private room or 100% of the most common Private room rate for a Hospital that does not have Semi-Private accommodations;
2. The actual expense incurred for confinement in an Intensive Care Unit, a Cardiac Care Unit or Burn Unit;
3. Miscellaneous Hospital services and supplies during Hospital confinement;
4. Inpatient Charges for nursery Room and Board;
5. Outpatient Hospital services and supplies; and
6. Hospital Emergency Room services and supplies.

**Immunizations.** The charges for Immunizations and vaccinations to include complications incurred as a result of such Immunizations.

**Infertility.** The charges for diagnostic testing for the initial diagnosis of infertility. Also covered are the charges for Surgery to treat the underlying cause of infertility.

**Infusion Therapy.** The charges for infusion therapy.

**Maternity Care.** The charges for maternity care, on the same basis as any Illness covered under this Plan for Covered Employees and covered Dependents. Plan coverage for a Hospital stay in connection with childbirth for both the mother and the newborn Child will be no less than: forty-eight (48) hours following a normal vaginal delivery, or ninety-six (96) hours following a cesarean section, unless a shorter stay is agreed to by both the mother and her attending Physician.

**Medical Services Outside the United States.** The charges for medical services incurred outside the United States and its territories provided that:

1. Treatment is a result of a Medical Emergency, and services are Medically Necessary and recognized as usual treatment for that condition;
2. Medical expenses are considered Reasonable and Usual and Customary based on the nearest U.S. geographic location to point of service;
3. Procedures are approved by the AMA;
4. All usual Plan provisions, Maximum Benefits, exclusions and limitations apply;

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

5.  Expenses must be filed in U.S. dollar amounts;
6.  Services must be translated into English; and
7.  Benefits may not be assigned to a Provider.

**Medical Supplies.**  The charges for dressings, sutures, casts, splints, trusses, crutches, braces (except dental braces), Corrective Shoes and other necessary medical supplies.

**Mental Disorders, Chemical Dependency, Drug and Substance Abuse.**  The charges for treatment of Mental Disorders, Chemical Dependency, Drug and Substance Abuse to include Inpatient, Outpatient Psychiatric Day Treatment Facility, Outpatient Chemical Dependency/Drug Treatment Facility, Outpatient therapy and Office Visit expenses. Benefits for Mental Disorders are subject to the provisions of the Mental Health Parity Act and any related amendments.

**Midwife.**  The charges for the services of a Certified Nurse Midwife (CNM).

**Morbid Obesity.**  The charges for the treatment of Morbid Obesity only when the treatment meets the Utilization Review's criteria for Medical Necessity to include surgical treatment, non-surgical treatment and complications from such treatment.

**Multiple Surgical Procedures.**  The charges for multiple Surgical Procedures when two (2) or more procedures are performed during the same operation.  The Covered Expenses are as follows:

1.  When multiple or bilateral Surgical Procedures that increase the time and amount of patient care are performed, the Covered Expense is the allowable fee for the major procedure plus 50% of the allowable fee for each of the lesser ones or the actual fee charged, whichever is less.  This provision will not apply to those procedures which are not subject to the Multiple Procedures Reduction Rules per Medicare; and
2.  When an incidental procedure is performed through the same incision, the Covered Expense is the fee for the major Surgical Procedure only. Examples of incidental procedures are:  excision of a scar, appendectomy, lysis of adhesions, etc.

**Nerve Stimulators.**  The charges for nerve stimulators and TENS units.

**Occupational Therapy.**  The charges for Occupational Therapy for treatment rendered by a licensed Occupational Therapist under supervision of a Physician at a Facility whose primary purpose is to provide medical care for an Injury or Illness.

**Organ and Tissue Transplants.**  The charges related to or in connection with human Organ and Tissue Transplants and organ Donor expenses will be considered first by the Company's fully-insured Organ and Tissue Transplant Policy as the Primary payer. Such insurance policy will be referred to as the "Organ Transplant Policy" throughout this Plan Document. If charges related to human organ and tissue transplants and organ Donor expenses incurred by a Covered Person on this Plan are not covered by the Company's fully-insured Organ Transplant Policy, the charges will be considered by this Plan. See Coordination With Organ Transplant Policy section.  Covered Charges will be payable based on the information shown in the Organ Transplant Policy section. All charges are subject to the Eligibility provisions of this Plan at the time care and services are provided.

**Orthotic Devices.**  The charges for Orthotic Devices when Medically Necessary and prescribed by a Physician or licensed Practitioner, medically designed for a given patient and used to support, align, prevent or correct deformities or to improve the function of movable parts of the body.

**Orthotic Insoles.**  The charges for orthotic insoles for the feet when prescribed by a Physician or licensed Practitioner for diabetic foot care only, medically designed for a given patient.

**Oxygen.**  The charges for oxygen and other gases and their administration.

**Phenylketonuria.** The charges for formulas necessary for the treatment of phenylketonuria or other heritable Diseases. The benefits will be paid on the same basis that benefits would be paid for Drugs ordered by a Physician. Phenylketonuria means an inherited condition that may cause severe intellectual disability if not treated.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Physical Therapy.**  The charges for Physical Therapy for the treatment or services rendered by a licensed Physical Therapist under direct supervision of a Physician at a Facility or institution whose primary purpose is to provide medical care for an Illness or Injury.

**Physician.**  The charges for the services of a legally qualified Physician for medical care and/or surgical treatment including Office Visits, home visits, Hospital Inpatient care, Hospital Outpatient visits/exams, clinic care and second/third opinion consultations.

**Private Duty Nursing.**  The charges for a Registered Nurse (RN), Licensed Practical Nurse (LPN) or Licensed Vocational Nurse (LVN) for Private Duty Nursing.

**Prosthetics.**  The charges for Prosthetics including artificial limbs and eyes to replace natural limbs and eyes and other necessary prosthetic devices, but not the replacement thereof, unless the replacement is necessary because of physiological changes.

**Psychological Testing.**  The charges for psychological testing.

**Radiation Therapy.**  The charges for radiation therapy.

**Rehabilitation Facility.**  The charges incurred for rehabilitative and habilitative services and devices and/or confinement in a Rehabilitation Facility.

**Residential Treatment Center.**  The charges for treatment of Mental Disorders, Chemical Dependency, Drug and Substance Abuse in a Residential Treatment Center.

**Routine Newborn Care.**  The charges for Routine Newborn Care for a well newborn Child for Nursery Room and Board and routine Inpatient services required for the healthy newborn following birth. Covered Expenses will also include charges for pediatric services, newborn hearing exams and circumcision. Benefits will be payable from the date of birth until the date the mother is discharged. Covered Charges are subject to a separate Calendar Year Deductible and considered an expense of the Child.

**Sales Tax.**  The applicable sales tax for covered services and supplies.

**Second or Third Opinion.**  The charges incurred for a second or third opinion when Surgery or other non-surgical treatment has been recommended.

**Skilled Nursing Facility/Extended Care Facility.** The charges incurred for confinement in a Skilled Nursing Facility/Extended Care Facility; however, such expenses are limited as follows:

1.  The attending Physician certifies that confinement is Medically Necessary. Only charges incurred in connection with care related to the Injury or Illness for which the Covered Person was Hospital confined will be eligible; and
2.  Semi-Private daily Room and Board limit.

**Sleep Disorders.** The charges for the treatment of Sleep Disorders a to include sleep studies/diagnostic testing, Surgery, Facility, devices and equipment.  However, Surgical Procedures to correct snoring are not covered.

**Speech Language Pathologist/Speech Therapy.** The charges of a legally qualified Speech Language Pathologist under direct supervision of a Physician for restorative Speech Therapy for speech loss or speech impairment due to an Illness, Injury or Congenital Anomaly or due to Surgery performed because of an Illness or Injury, other than a functional nervous disorder (i.e., stuttering, repetitive speech). Also covered are the charges for developmental Speech Therapy to correct pre-speech deficiencies or improve speech skills not fully developed.

**Sterilization.** The charges for all FDA approved women's elective sterilization procedures.  Also covered are the charges for elective vasectomies for Covered Employees and covered Dependent spouses only.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Surgical Lens Implants.** The charges for surgical lens implants for cataracts and other Diseases of the eye.

**Surgical Procedure.** The charges incurred for a Medically Necessary Surgical Procedure.

**Temporomandibular Joint (TMJ) Disorders.** The charges for medical treatment of Temporomandibular Joint (TMJ) Syndrome and related services to include the initial diagnostic visit, x-rays of the joint, injections into the joint and surgical repair of the temporomandibular joint, to exclude dental and orthodontic services.

**Tobacco Use Screening/Cessation Intervention.** The charges for tobacco use screening/cessation intervention.

**Total Parenteral Nutrition (TPN).** The charges for hyperalimentation or total parenteral nutrition (TPN) for persons recovering from or preparing for Surgery.

**United Concierge Medicine (UCM).** The charges for a United Concierge Medicine (UCM) telephone consultation with a Physician.

**Urgent Care Facility (Minor Emergency Medical Clinic).** The charges for an Urgent Care Facility and for services rendered therein.

**Vision Screening.** The charges for routine vision screening as required for Preventive Care for Children.

**Wellness Procedures.** The charges for covered wellness procedures listed as Preventive and Wellness Care Benefits.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## MAJOR MEDICAL PLAN EXCLUSIONS AND LIMITATIONS

### GENERAL EXCLUSIONS AND LIMITATIONS

The following exclusions and limitations apply to expenses incurred by all Covered Persons:

**Abortion.** Charges for services or supplies rendered to any Covered Employee or Dependent in connection with an elective abortion, unless the an elective abortion is Medically Necessary and the life of the Covered Person would be endangered if the fetus were carried to term, or if Pregnancy was the result of a criminal act such as rape or incest, or if a fetal or chromosomal abnormality existed which was diagnosed prior to the abortion. Benefits for treatment of complications arising from, or as the result of, any elective abortion will be payable on the same basis as an Illness.

**Adoption Fees.** Charges for adoption fees.

**Alternate Therapies.** Charges for acupuncture, hypnotherapy, behavior training (except behavior training for treatment of Autism Spectrum Disorder for Covered Dependent Children only), biofeedback and similar programs.

**Blood Procurement.** Charges incurred for procurement and storage of one's own blood except for procurement and storage of one's own blood if obtained within three (3) months prior to a scheduled Surgery.

**Botox.** Charges for Botox injections unless Medically Necessary and not Cosmetic.

**Chiropractic Maintenance Therapy.** Charges for Chiropractic Services for maintenance therapy in accordance with Utilization Review's criteria for maintenance care.

**Claim Received After Filing Deadline.** Charges for a Claim received after twelve (12) months from the date the service was rendered.

**Close Relative.** Charges for treatment, services and supplies provided by a Close Relative of the Covered Person, as defined in this Plan.

**Consultations Online/Telephone.** Charges for telephone or online consultations with a Physician and/or other Providers except for United Concierge Medicine (UCM) telephone consultations.

**Continuous Passive Motion Equipment.** Charges for purchase or rental of Continuous Passive Motion (CPM) equipment, unless used for post-surgical rehabilitation.

**Cosmetic.** Charges incurred in connection with the care or treatment of, or operations which are performed for, Cosmetic purposes of any kind, including treatment or Surgery for complications or correction of Cosmetic Surgery or treatment, *except* for Cosmetic Surgery procedures listed as covered in Major Medical Expense Benefits.

**Counseling.** Charges for marriage counseling.

**Custodial Care.** Charges for Custodial Care and maintenance care. Unless specifically mentioned otherwise, the Plan does not provide benefits for services and supplies intended primarily to maintain a level of physical or mental function.

**Deductible/Coinsurance.** Any portion of the billed charges for services or supplies which the Provider offers to waive, such as the portion which would not be paid by the Plan due to Deductible or Coinsurance provisions.

**Dental.** Charges incurred for treatment on or to the teeth, the nerves or roots of the teeth, gingival tissue or alveolar processes; however, benefits will be payable for covered Oral Surgery procedures and treatment required because of Accidental Injury to sound natural teeth. This exception shall not in any event be deemed to include charges for treatment for the repair or replacement of a denture or bridgework. Injury to teeth from chewing or biting is not considered an Accidental Injury.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Durable Medical Equipment Repair.** Charges for repair, adjustment or replacement of rented Durable Medical Equipment or components.

**Education.** Charges for education or training of any type including those for learning disabilities, except diabetic self-management medical training for diagnosed cases of diabetes and behavior training for treatment of Autism Spectrum Disorder.

**Excess.** Charges that are not payable under the Plan due to application of any Plan maximum or limit or because the charges are in excess of the Usual and Customary amount, Allowable Claim Limits or are for services not deemed to be Reasonable or Medically Necessary, based upon the Plan Administrator's determination as set forth by and within the terms of this document.

**Experimental.** Charges for research studies and Experimental medical procedures, treatment, Drugs, devices and related services considered to be Experimental/Investigational in nature as defined in the Plan Definitions except clinical trials listed as covered in Major Medical Expense Benefits. The Claims Administrator retains the right to have such medical expenses reviewed by an independent panel of peer reviewers to determine whether such expenses are considered accepted, standard medical treatment or are Experimental/Investigational.

**Experimental Transplants.** Charges related to or in connection with Experimental Organ, Tissue and Bone Marrow Transplants including any animal organ transplants.

**Fees.** Charges for completion of form fees, missed appointment fees or late fees.

**Foot Care.** Charges for callus or corn paring or excision, toenail trimming, any manipulative procedure for weak or fallen arches, flat or pronated foot, foot strain, Orthopedic Shoes (unless attached to a brace) or other devices for support of the feet, except for:

1. An open cutting operation for the treatment of weak, strained, flat, unstable or unbalanced feet, metatarsalgia or bunions;
2. Removal of nail roots;
3. Foot treatment required because of a metabolic or peripheral vascular Disease; and
4. Orthotic insoles for the feet when prescribed by a Physician or licensed Practitioner for diabetic foot care only, medically designed for a given patient.

**Gender Reassignment.** Charges related to or in connection with gender reassignment procedures.

**Genetic Testing.** Charges for genetic testing except as required under Preventive Services.

**Government.** Charges for Hospital confinement, medical or surgical services or other treatment furnished or paid for by or on behalf of the United States, or any State, province or other political subdivision unless there is an unconditional requirement to pay such charges whether or not there is insurance.

**Hair Loss/Wigs.** Charges for treatment of hair loss including wigs, hairpieces and hair transplants.

**Hazardous Pursuit.** Charges resulting from a Hazardous Pursuit, Hobby or Activity. This includes services, supplies, care and/or treatment of an Injury or Illness that results from engaging in a Hazardous Pursuit, Hobby or Activity. A pursuit, hobby or activity is hazardous if it involves or exposes an individual to risk of a degree or nature not customarily undertaken in the course of the Covered Person's customary occupation or if it involves leisure time activities commonly considered as involving unusual or exceptional risks, characterized by a constant threat of danger or risk of bodily harm, including but not limited to: hang gliding; skydiving; bungee jumping; parasailing; use of all-terrain vehicles; rock climbing; use of explosives; automobile, motorcycle, aircraft, or speed boat racing; and travel to countries with advisory warnings, unless such Injury is the result of a medical condition (either physical or mental) or is the result of the Covered Person being the victim of an act of domestic violence.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Hearing Exams and Hearing Aids/Devices.** Charges incurred in connection with routine hearing exams and charges for the purchase or fitting of hearing aids/devices or such similar aid devices. This exclusion does not apply to routine hearing screenings as required for Preventive Care for Children or to surgically implanted devices to correct hearing loss.

**Home Health Care Plan Exclusions.** Charges for:

1. Services and supplies not included in the Home Health Care Plan;
2. Services of a person who is a Close Relative of the Covered Person;
3. Services of any social worker unless designated LCSW;
4. Transportation services;
5. Food or home delivered meals; and
6. Custodial Care and housekeeping.

**Illegal Acts.** Charges for Injury or Illness resulting from or sustained during the commission, or attempted commission, of an assault or a crime punishable as a felony, whether or not the Covered Person was charged, convicted or received any type of fine, penalty, imprisonment or other sentence or punishment, unless such Injury is the result of a medical condition (either physical or mental) or is the result of the Covered Person being the victim of an act of domestic violence.

**Illegal in the United States.** Charges for any services or supplies not considered legal in the United States.

**Incurred by Other Persons.** Charges for expenses actually incurred by other persons.

**Infertility.** Charges related to or in connection with the treatment of infertility to include fertility studies, sterility studies, procedures to restore or enhance fertility (except Surgical Procedures to treat the underlying cause of infertility), artificial insemination or in-vitro fertilization or other similar procedures.

**I.Q. Testing.** Charges for I.Q. testing.

**Massage Therapy.** Charges for massage therapy unless services are provided under a Physical Therapy Treatment Plan.

**Medicare.** Charges for benefits that are provided, or which would have been provided had the Participant enrolled in, applied for, or maintained eligibility for such care and service benefits, under Title XVIII of the Federal Social Security Act of 1965 (Medicare), including any amendments thereto, or under any Federal law or regulation, except as provided in the sections entitled "Coordination of Benefits" and "Medicare."

**Negligence.** Charges for Injuries resulting from negligence, misfeasance, malfeasance, nonfeasance or malpractice on the part of any licensed Provider.

**Newborns of Dependent Children.** Charges related to or in connection with newborns of Dependent Children, unless the newborn Child meets the definition of an Eligible Dependent.

**Not Acceptable.** Charges that are not accepted as standard practice by the AMA, ADA or the FDA.

**Not Certified/Authorized.** Charges for treatment, services or supplies that are not certified by a Physician or Practitioner who is attending the Covered Person as being required for the treatment of Injury or Disease, and performed by an appropriate Practitioner.

**Not Connected with Active Illness.** Charges for hospitalization primarily for x-rays, laboratory tests, diagnostic study, physiotherapy, hydrotherapy, medical observation, convalescent or rest care, or any medical examination or test not connected with an active Illness or Injury, unless otherwise specified for Preventive and Wellness Care Benefits or otherwise specified as covered in this Plan.

**Not Legally Obligated to Pay.** Charges incurred for which the Covered Person, in the absence of this coverage, is not legally obligated to pay, or for which a charge would not ordinarily be made in the absence of this coverage.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Not Medically Necessary.** Charges incurred in connection with services and supplies which are not Medically Necessary for treatment of an active Illness or Injury unless listed as Covered Wellness Procedures in the Preventive and Wellness section of the Schedule of Benefits or otherwise specified as covered in this Plan.

**Not Rendered by/Provided under Supervision of Physician.** Charges for Physicians' fees for any treatment which is not rendered by or provided under the supervision of a Physician.

**Nutritional Supplements.** Charges for nutritional supplements and related supplies, whether or not prescribed by a Physician. The Plan will consider charges for nutritional supplements, feeding tubes and related supplies only if a Covered Person is unable to get nutrition by any other means and nutritional supplements for treatment of Autism Spectrum Disorder for Covered Dependent Children only.

**Occupational.** Charges arising out of or in the course of any occupation for wage or profit, whether or not the Covered Person is entitled to benefits under any Workers' Compensation or Occupational Disease Law, or any such similar law.

**Organ Transplant Policy.** Charges for all transplant services covered under the Company's fully-insured Organ Transplant Policy. See Organ Transplant Policy section.

**Personal Convenience.** Charges incurred for services or supplies which constitute personal comfort or beautification items, television or telephone use, or charges in connection with Custodial Care.

**Portable Uterine Monitors.** Charges for portable uterine monitors unless approved by Utilization Review and/or Case Management.

**Prior to Coverage.** Charges for services that are rendered or received prior to or after any period of coverage hereunder, except as specifically provided herein.

**Prior to Effective Date.** Charges incurred prior to the effective date of coverage under the Plan, or after coverage is terminated.

**Provider Error.** Charges for services required as a result of unreasonable Provider error.

**Riot/Civil Insurrection.** Charges resulting from or sustained as a result of participation in a riot or civil insurrection.

**Sexual Dysfunctions.** Charges for treatment of sexual dysfunctions or inadequacies that do not have a physiological or organic basis.

**Sterilization Reversal.** Charges resulting from or in connection with the reversal of a sterilization procedure.

**Subrogation, Reimbursement, and/or Third Party Responsibility.** Charges for treatment of an Injury or Illness not payable by virtue of the Plan's subrogation, reimbursement, and/or third party responsibility provisions.

**Surrogate Fees.** Charges for surrogate fees.

**Travel Outside the United States.** Charges incurred as the result of travel outside the United States or its territories specifically to receive medical treatment.

**Vision Correction Surgery.** Charges for any Surgical Procedure for the correction of a visual refractive problem including radial keratotomy, lasik or similar Surgical Procedures.

**Vision Exam and Eyewear.** Charges incurred in connection with routine vision exams or eye refractions, and the purchase or fitting of eyeglasses and contact lenses. This exclusion/limitation shall not apply to routine vision screenings as required for Preventive Care for Children or the initial purchase of eyeglasses or contact lenses following cataract Surgery.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**War.** Charges incurred as a result of war or any act of war, whether declared or undeclared, or caused during service in the armed forces of any country.

**Weight Loss Programs.** Charges for weight loss programs even when recommended by a Physician.

NOTE:  **With respect to any Injury which is otherwise covered by the Plan, the Plan will not deny benefits otherwise provided for treatment of the Injury if the Injury results from being the victim of an act of domestic violence or a documented medical condition. To the extent consistent with applicable law, this exception will not require this Plan to provide particular benefits other than those provided under the terms of the Plan.**

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## COORDINATION OF BENEFITS

The Coordination of Benefits provision is intended to prevent the payment of benefits which exceed Covered Expenses. It applies when the Plan Participant is also covered by another plan or plans. When more than one coverage exists, one plan (primary plan) normally pays its benefits in full and the other plans (secondary plans) pay a reduced benefit. This Plan may pay either its benefits in full or at a reduced amount which, when added to the benefits payable by the other plan or plans, will not exceed 100% of Allowable Expenses. Only the amount paid by this Plan will be charged against the Plan Benefit Maximums.

For organ and tissue transplants, see Coordination With Organ Transplant Policy section. The reduced Benefits payable under this Plan for organ and tissue transplants which, when added to the benefits payable by the Organ Transplant Policy, will not exceed benefits payable under this Plan, if this Plan were primary.

The Coordination of Benefits provision applies whether or not a Claim is filed under the other plan or plans. If needed, authorization must be given to this Plan to obtain information as to benefits or services available from the other plan or plans, or to recover overpayments.

All benefits contained in the Plan Document are subject to this provision.


### EXCESS INSURANCE

If at the time of Injury, Illness, Disease or disability there is available, or potentially available, any Coverage (including but not limited to Coverage resulting from a judgment at law or settlements), the benefits under this Plan shall apply only as an excess over such other sources of Coverage.

For purposes of this Coordination of Benefits provision, the term "plan" as used herein will mean any plan providing benefits or services for medical or dental treatment, and such benefits or services are provided by:

1. Group insurance or any other arrangement for coverage for Covered Persons in a group whether on an insured or uninsured basis, including but not limited to:
   a. Hospital indemnity benefits; and
   b. Hospital reimbursement-type plans which permit the Covered Person to elect indemnity at the time of Claims;
2. Hospital or medical service organizations on a group basis, group practice and other group pre-payment plans;
3. Hospital or medical service organizations on an individual basis having a provision similar in effect to this provision;
4. A Licensed Health Maintenance Organization (HMO);
5. Any coverage for students which is sponsored by, or provided through, a school or other educational institution;
6. Any coverage under a governmental program, and any coverage required or provided by any statute;
7. Group automobile insurance;
8. Individual automobile insurance coverage on an automobile leased or owned by the Employer; or
9. Any individual automobile insurance, including No-Fault Automobile Insurance on an individual basis.

"Plan" will be construed separately with respect to each policy, contract, or other arrangement for benefits or services, and separately with respect to that portion of any such policy, contract, or other arrangement which reserves the right to take the benefits or services of other plans into consideration in determining its benefits and that portion which does not.

"Allowable Expense" is the Usual and Customary charge within Allowable Claim Limits for any Medically Necessary, Reasonable, eligible item of expense, at least a portion of which is covered under this Plan. When some other plan provides benefits in the form of services rather than cash payments, the Reasonable cash value of each service rendered, in the amount that would be payable in accordance with the terms of the Plan, shall be deemed to be the benefit. Benefits payable under any other plan include the benefits that would have been payable had claim been duly made.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

In the case of HMO (Health Maintenance Organization) plans, this Plan will not consider any charges in excess of what an HMO Provider has agreed to accept as payment in full.  Further, when an HMO is primary and the Covered Person does not use an HMO Provider, this Plan will not consider as Allowable Expenses any charges that would have been covered by the HMO had the Covered Person used the services of an HMO Provider.

"Claim Determination Period" is a Calendar Year, a Plan Year or that portion of a Calendar or Plan Year during which the Covered Person, for whom Claim is made, has been covered under this Plan.

## COORDINATION PROCEDURES

Notwithstanding the other provisions of this Plan, benefits that would be payable under this Plan will be reduced so that the sum of benefits payable under this Plan and all benefits payable under all other plans will not exceed the total of Allowable Expenses incurred during any Claim Determination Period with respect to Covered Persons eligible for:

1.  Benefits, either as an insured person or Employee or as a Dependent, under any other plan which has no provision similar in effect to this provision.

2.  Dependents' benefits under this Plan who are also eligible for benefits:

    a.  As an insured person or Employee under any other plan; or
    b.  As a Dependent Child of an insured person or Employee covered under any other plan.

3.  A Covered Person under this Plan who is also eligible for benefits as an insured person or Employee under any other plan and has been covered continuously for a longer period of time under such other plan.

For the purpose of determining the applicability of and for implementing this provision or any provision of similar purpose in any other plan, the Plan Administrator may, without the consent of or notice to any person, release to or obtain from any other insurance company or other organization or person any information with respect to any person which the Plan Administrator deems to be necessary for such purposes.  Any Covered Person claiming benefits under this Plan will furnish to the Plan Administrator such information as may be necessary to implement this provision or to determine its applicability.

## ORDER OF BENEFIT DETERMINATION

Each plan makes its Claim payment according to where it falls in this order, if Medicare is not involved:

1.  If a plan contains no provision for Coordination of Benefits, then it pays primary before all other plans.

2.  The plan which covers the Covered Person as an Employee (or named insured) pays primary as though no other plan existed; remaining recognized charges are paid under a secondary plan which covers the Claimant as a Dependent.

3.  If the Covered Person is a Dependent Child:

    a.  Whichever parent has a birthday anniversary which occurs earlier in the Calendar Year shall be considered to have the primary plan;
    b.  If birthday anniversaries are the same, then the plan of the parent who has been covered under his/her plan for the longer period of time will be primary; and
    c.  If the plan with which this Plan is to be coordinated does not include the requirements shown above, then the plan without such requirements will be primary.

4.  If the Covered Person is a Dependent Child and the parents are divorced, then:

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

   a.  The plan of the parent with custody pays first, unless a court order or decree specifies the other parent to have financial responsibility, in which case that parent's plan would pay first; or

   b.  The plan of a step-parent with whom the Child lives pays second (if applicable).

5.  If the order set out in 1, 2, 3 or 4 above does not apply in a particular case, then the plan which has covered the Covered Person for the longest period of time will pay first.

## FACILITY OF PAYMENT

Whenever payments which should have been made under this Plan in accordance with this provision have been made under any other plan or plans, the Plan Administrator will have the right, exercisable alone and in its sole discretion, to pay to any insurance company or other organization or person making such other payments any amounts it will determine in order to satisfy the intent of this provision, and amounts so paid will be deemed paid under this Plan and to the extent of such payments, the Plan Administrator will be fully discharged from liability under this Plan.

The benefits that are payable will be charged against any applicable Maximum payment or benefit of this Plan rather than the amount payable in the absence of this provision.

## RIGHT OF RECOVERY

In accordance with the Recovery of Payments provision, whenever payments have been made by this Plan with respect to Allowable Expenses in a total amount, at any time, in excess of the Maximum Amount of payment necessary at that time to satisfy the intent of this Article, the Plan shall have the right to recover such payments, to the extent of such excess, from any one or more of the following as this Plan shall determine: any person to or with respect to whom such payments were made, or such person's legal representative, any insurance companies, or any other individuals or organizations which the Plan determines are responsible for payment of such Allowable Expenses, and any future benefits payable to the Covered Person or his or her Dependents.  **Please see the Recovery of Payments provision for more details.**

## COORDINATION WITH ORGAN TRANSPLANT POLICY

Covered Persons who are eligible for the Company's fully-insured Organ Transplant Policy will be entitled to benefits under this Plan only after consideration of transplant expenses by the Company's Organ Transplant Policy.  The Organ Transplant Policy is always the Primary payer and pays before any benefits under this Plan are considered unless the insured person is eligible for Medicare or is a Dependent covered by another employer's group plan.  This Plan will always be the Secondary payer unless charges are not covered by the Organ Transplant Policy.  This Plan may pay either its benefits in full or a reduced amount which, when added to the benefits payable by the Organ Transplant Policy, will not exceed the benefits payable under this Plan if this Plan were Primary.  Only the amount paid by this Plan will be charged against the Plan Maximums.  This Plan will fully coordinate its benefits, as Secondary payer, against the benefits provided under the above referenced transplant policy.

## COORDINATION WITH MEDICARE

Notwithstanding all other provisions of this Plan, Covered Persons who are eligible for Medicare benefits may be entitled to benefits under this Plan which will be coordinated with Medicare in accordance with the Coordination of Benefits provision of this Plan and subject to the rules and regulations as specified by the Tax Equity and Fiscal Responsibility Act of 1982 as they may be amended from time to time.  This Plan is primary

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

to Medicare coverage for all active Employees and Dependents (regardless of age) unless Medicare states otherwise for certain medical conditions. In the event that this Plan is secondary to Medicare, benefits payable under this Plan will be reduced by benefits that would be payable for the same services under Medicare Parts A and B whether or not the Covered Person is enrolled in Medicare Parts A and B.

## COORDINATION WITH AUTOMOBILE INSURANCE COVERAGE

The Plan's liability for expenses arising out of an automobile Accident is based on the type of automobile insurance law enacted by the Covered Person's State.  Nationally, there are three types of State automobile insurance laws:

1.  No-Fault Automobile Insurance laws;
2.  Financial responsibility laws; or
3.  Other automobile liability insurance laws.

### COORDINATION WITH AUTOMOBILE NO-FAULT COVERAGE

Except as required by law, the Plan is secondary to any No-Fault Automobile coverage.  It is not intended to reduce the level of coverage that would otherwise be available through a No-Fault Automobile Insurance policy nor does it intend to be primary in order to reduce the premiums or cost of No-Fault Automobile coverage.

If the Covered Person or his/her covered Dependent incur Covered Charges as a result of an automobile Accident (either as driver, passenger or pedestrian), the amount of Covered Charges that the Plan will pay is limited to:

1.  Any Deductible under the automobile coverage;
2.  Any Copayment under the automobile coverage;
3.  Any expense properly excluded by the automobile coverage that is a Covered Charge; and
4.  Any expense that the Plan is required to pay by law.

An individual is considered to be covered under an automobile insurance policy if he/she is either:

1.  An owner or principal named insured of the policy;
2.  A Family member of a person insured under the policy; or
3.  A person who would be eligible for medical expense benefits under an automobile insurance policy if this Plan did not exist.

### COORDINATION WITH FINANCIAL RESPONSIBILITY LAW

The Plan is secondary to automobile coverage or to any other party who may be liable for the Covered Person's medical expenses resulting from the automobile Accident.

If the Covered Person's State has a "financial responsibility" law which does not allow the Plan to pay benefits as secondary or which does not allow the Plan to advance payments with the intent of subrogating or recovering the payment, the Plan will not pay any benefits related to an automobile Accident for the Covered Person or their Dependents.

### COORDINATION WITH OTHER AUTOMOBILE LIABILITY INSURANCE

If the Covered Person's State does not have a No-Fault Automobile Insurance law or a "financial responsibility" law, this Plan is secondary to their automobile insurance coverage or to any other party who may be liable for the Covered Person's medical expenses resulting from the automobile Accident.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**COORDINATION WITH UNDERINSURED/UNINSURED MOTORIST COVERAGE**

If the Covered Person is involved in an automobile Accident and, as a result of the Accident, the Plan pays benefits, and if the Covered Person receives a settlement from their underinsured or uninsured motorist policy, the Plan is entitled to receive, from the proceeds of the settlement with the underinsured or uninsured motorist coverage, the expenses of the Plan. The Plan is not entitled to receive any recovery that is in excess of its expenses. The Plan agrees to payment of benefits prior to the receipt by the Covered Person of any recovery from their underinsured or uninsured motorist policy. The Covered Person agrees to notify the Plan of the existence of a recovery from an underinsured or uninsured motorist policy and further agrees to remit to the Plan the proceeds of any recovery received from an underinsured or uninsured motorist policy up to the expenditures made by the Plan. Any expenses by the Plan which are in excess of the proceeds received by the underinsured/uninsured motorist policy will be the responsibility of the Plan pursuant to the terms and conditions of the Plan.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## SUBROGATION AND REIMBURSEMENT PROVISIONS

### PAYMENT CONDITION

1. The Plan, in its sole discretion, may elect to conditionally advance payment of benefits in those situations where an Injury, sickness, Disease or disability is caused in whole or in part by, or results from the acts or omissions of Covered Persons, Plan Beneficiaries and/or their Dependents, beneficiaries, estate, heirs, guardian, personal representative, or assigns (collectively referred to hereafter in this section as "Covered Person(s)") or a third party, where another party may be responsible for expenses arising from an incident and/or other funds are available, including but not limited to no-fault, uninsured motorist, underinsured motorist, medical payment provisions, third party assets, third party insurance and/or guarantor(s) of a third party (collectively "Coverage").

2. A Covered Person(s), his/her attorney, and/or legal guardian of a minor or incapacitated individual agrees that acceptance of the Plan's conditional payment of medical benefits is constructive notice of these provisions in their entirety and agrees to maintain 100% of the Plan's conditional payment of benefits or the full extent of payment from any one or combination of first and third party sources in trust, without disruption except for reimbursement to the Plan or the Plan's assignee. The Plan shall have an equitable lien on any funds received by the Covered Person(s) and/or his/her attorney from any source and said funds shall be held in trust until such time as the obligations under this provision are fully satisfied. The Covered Person(s) agrees to include the Plan's name as a co-payee on any and all settlement drafts. Further, by accepting benefits the Covered Person(s) understands that any recovery obtained pursuant to this section is an asset of the Plan to the extent of the amount of benefits paid by the Plan and that the Covered Person shall be a trustee over those Plan assets.

3. In the event a Covered Person(s) settles, recovers, or is reimbursed by any Coverage, the Covered Person(s) agrees to reimburse the Plan for all benefits paid or that will be paid by the Plan on behalf of the Covered Person(s). When such a recovery does not include payment for future treatment, the Plan's right to reimbursement extends to all benefits paid or that will be paid by the Plan on behalf of the Covered Person(s) for charges Incurred up to the date such Coverage or third party is fully released from liability, including any such charges not yet submitted to the Plan. If the Covered Person(s) fails to reimburse the Plan out of any judgment or settlement received, the Covered Person(s) will be responsible for any and all expenses (fees and costs) associated with the Plan's attempt to recover such money. Nothing herein shall be construed as prohibiting the Plan from claiming reimbursement for charges Incurred after the date of settlement if such recovery provides for consideration of future medical expenses.

4. If there is more than one party responsible for charges paid by the Plan, or that may be responsible for charges paid by the Plan, the Plan will not be required to select a particular party from whom reimbursement is due. Furthermore, in regards to an unallocated settlement fund meant to compensate multiple injured parties of which the Covered Person(s) is/are only one or a few, that unallocated settlement fund is considered designated as an "identifiable" fund from which the Plan may seek reimbursement.

### SUBROGATION

1. As a condition to participating in and receiving benefits under this Plan, the Covered Person(s) agrees to assign to the Plan the right to subrogate and pursue any and all claims, causes of action or rights that may arise against any person, corporation and/or entity and to any Coverage to which the Covered Person(s) is entitled, regardless of how classified or characterized, at the Plan's discretion, if the Covered Person(s) fails to so pursue said rights and/or action.

2. If a Covered Person(s) receives or becomes entitled to receive benefits, an automatic equitable lien attaches in favor of the Plan to any claim which any Covered Person(s) may have against any coverage

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

and/or party causing the sickness or Injury to the extent of such conditional payment by the Plan plus reasonable costs of collection.  The Covered Person is obligated to notify the Plan or its authorized representative of any settlement prior to finalization of the settlement, execution of a release, or receipt of applicable funds.  The Covered Person is also obligated to hold any and all funds so received in trust on the Plan's behalf and function as a trustee as it applies to those funds until the Plan's rights described herein are honored and the Plan is reimbursed.

3.   The Plan may, at its discretion, in its own name or in the name of the Covered Person(s) commence a proceeding or pursue a claim against any party or Coverage for the recovery of all damages to the full extent of the value of any such benefits or conditional payments advanced by the Plan.

4.   If the Covered Person(s) fails to file a claim or pursue damages against:

   a.   The responsible party, its insurer, or any other source on behalf of that party;
   b.   Any first party insurance through medical payment coverage, personal Injury protection, no-fault coverage, uninsured or underinsured motorist coverage;
   c.   Any policy of insurance from any insurance company or guarantor of a third party;
   d.   Workers' Compensation or other liability insurance company; or
   e.   Any other source, including but not limited to crime victim restitution funds, any medical, disability or other benefit payments, and school insurance coverages;

then the Covered Person(s) authorizes the Plan to pursue, sue, compromise and/or settle any such claims in the Covered Person(s) and/or the Plan's name and agrees to fully cooperate with the Plan in the prosecution of any such claims. The Covered Person(s) assigns all rights to the Plan or its assignee to pursue a claim and the recovery of all expenses from any and all sources listed above.

## RIGHT OF REIMBURSEMENT

1.   The Plan shall be entitled to recover 100% of the benefits paid or payable benefits Incurred, that have been paid and/or will be paid by the Plan, or were otherwise Incurred by the Covered Person(s) prior to and until the release from liability  of the liable entity, as applicable, without deduction for attorneys' fees and costs or application of the common fund doctrine, made whole doctrine, or any other similar legal or equitable theory, and without regard to whether the Covered Person(s) is fully compensated by his or her recovery from all sources.  The Plan shall have an equitable lien which supersedes all common law or statutory rules, doctrines, and laws of any State prohibiting assignment of rights which interferes with or compromises in any way the Plan's equitable lien and right to reimbursement. The obligation to reimburse the Plan in full exists regardless of how the judgment or settlement is classified and whether or not the judgment or settlement specifically designates the recovery or a portion of it as including medical, disability, or other expenses and extends until the date upon which the liable party is released from liability.  If the Covered Person's/ Covered Persons' recovery is less than the benefits paid, then the Plan is entitled to be paid all of the recovery achieved. Any funds received by the Covered Person are deemed held in constructive trust and should not be dissipated or disbursed until such time as the Covered Person's obligation to reimburse the Plan has been satisfied in accordance with these provisions.  The Covered Person is also obligated to hold any and all funds so received in trust on the Plan's behalf and function as a trustee as it applies to those funds until the Plan's rights described herein are honored and the Plan is reimbursed.

2.   No court costs, experts' fees, attorneys' fees, filing fees, or other costs or expenses of litigation may be deducted from the Plan's recovery without the prior, express written consent of the Plan.

3.   The Plan's right of subrogation and reimbursement will not be reduced or affected as a result of any fault or claim on the part of the Covered Person(s), whether under the doctrines of causation, comparative fault or contributory negligence, or other similar doctrine in law. Accordingly, any lien reduction statutes, which attempt to apply such laws and reduce a subrogating Plan's recovery, will not be applicable to the Plan and will not reduce the Plan's reimbursement rights.

4.   These rights of subrogation and reimbursement shall apply without regard to whether any separate written acknowledgment of these rights is required by the Plan and signed by the Covered Person(s).

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

5.   This provision shall not limit any other remedies of the Plan provided by law. These rights of subrogation and reimbursement shall apply without regard to the location of the event that led to or caused the applicable sickness, Injury, Disease or disability.

## PARTICIPANT IS A TRUSTEE OVER PLAN ASSETS

1.   Any Covered Person who receives benefits and is therefore subject to the terms of this section is hereby deemed a recipient and holder of Plan assets and is therefore deemed a trustee of the Plan solely as it relates to possession of any funds which may be owed to the Plan as a result of any settlement, judgment or recovery through any other means arising from any Injury or Accident.  By virtue of this status, the Covered Person understands that he/she is required to:

   a.   Notify the Plan or its authorized representative of any settlement prior to finalization of the settlement, execution of a release, or receipt of applicable funds;
   b.   Instruct his/her attorney to ensure that the Plan and/or its authorized representative is included as a payee on all settlement drafts;
   c.   In circumstances where the Covered Person is not represented by an attorney, instruct the insurance company or any third party from whom the Plan Participant obtains a settlement, judgment or other source of coverage to include the Plan or its authorized representative as a payee on the settlement draft; and
   d.   Hold any and all funds so received in trust, on the Plan's behalf, and function as a trustee as it applies to those funds, until the Plan's rights described herein are honored and the Plan is reimbursed.

2.   To the extent the Covered Person disputes this obligation to the Plan under this section, the Covered Person or any of its agents or representatives is also required to hold any/all settlement funds, including the entire settlement if the settlement is less than the Plan's interests, and without reduction in consideration of attorney's fees, for which he/she exercises control, in an account segregated from their general accounts or general assets until such time as the dispute is resolved.

3.   No Covered Person, beneficiary, or the agents or representatives thereof, exercising control over plan assets and incurring trustee responsibility in accordance with this section will have any authority to accept any reduction of the Plan's interest on the Plan's behalf.

## RELEASE OF LIABILITY

The Plan's right to reimbursement extends to any incident related care that is received by the Covered Person(s) ("Incurred") prior to the liable party being released from liability.  The Covered Person's/Covered Persons' obligation to reimburse the Plan is therefore tethered to the date upon which the Claims were Incurred, not the date upon which the payment is made by the Plan.  In the case of a settlement, the Covered Person has an obligation to review the "lien" provided by the Plan and reflecting Claims paid by the Plan for which it seeks reimbursement, prior to settlement and/or executing a release of any liable or potentially liable third party, and is also obligated to advise the Plan of any incident related care Incurred prior to the proposed date of settlement and/or release, which is not listed but has been or will be Incurred, and for which the Plan will be asked to pay.

## EXCESS INSURANCE

If at the time of Injury, sickness, Disease or disability there is available, or potentially available any Coverage (including but not limited to Coverage resulting from a judgment at law or settlements), the benefits under this Plan shall apply only as an excess over such other sources of Coverage, except as otherwise provided for under the Plan's Coordination of Benefits section. The Plan's benefits shall be excess to:

1.   The responsible party, its insurer, or any other source on behalf of that party;
2.   Any first party insurance through medical payment coverage, personal Injury protection, no-fault coverage, uninsured or underinsured motorist coverage;
3.   Any policy of insurance from any insurance company or guarantor of a third party;
4.   Workers' Compensation or other liability insurance company; or

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

5. Any other source, including but not limited to crime victim restitution funds, any medical, disability or other benefit payments, and school insurance coverage.

## SEPARATION OF FUNDS

Benefits paid by the Plan, funds recovered by the Covered Person(s), and funds held in trust over which the Plan has an equitable lien exist separately from the property and estate of the Covered Person(s), such that the death of the Covered Person(s), or filing of bankruptcy by the Covered Person(s), will not affect the Plan's equitable lien, the funds over which the Plan has a lien, or the Plan's right to subrogation and reimbursement.

## WRONGFUL DEATH CLAIMS

In the event that the Covered Person(s) dies as a result of his/her injuries and a wrongful death or survivor claim is asserted against a third party or any Coverage, the Plan's subrogation and reimbursement rights shall still apply.

## OBLIGATIONS

1. It is the Covered Person(s) obligation at all times, both prior to and after payment of medical benefits by the Plan to:

   a. Cooperate with the Plan, or any representatives of the Plan, in protecting its rights, including discovery, attending depositions, and/or cooperating in trial to preserve the Plan's rights;
   b. Provide the Plan with pertinent information regarding the sickness, Disease, disability or Injury, including Accident reports, settlement information and any other requested additional information;
   c. Take such action and execute such documents as the Plan may require to facilitate enforcement of its subrogation and reimbursement rights;
   d. Do nothing to prejudice the Plan's rights of subrogation and reimbursement;
   e. Promptly reimburse the Plan when a recovery through settlement, judgment, award or other payment is received;
   f. To notify the Plan or its authorized representative of any incident related claims or care which may be not identified within the lien (but has been Incurred) and/or reimbursement request submitted by or on behalf of the Plan.
   g. Notify the Plan or its authorized representative of any settlement prior to finalization of the settlement;
   h. Not settle or release, without the prior consent of the Plan, any claim to the extent that the Plan Beneficiary may have against any responsible party or Coverage;
   i. Instruct his/her attorney to ensure that the Plan and/or its authorized representative  is included as a payee on any settlement draft;
   j. In circumstances where the Covered Person is not represented by an attorney, instruct the insurance company or any third party from whom the Covered Person obtains a settlement to include the Plan or its authorized representative as a payee on the settlement draft; and
   k. Make good faith efforts to prevent disbursement of settlement funds until such time as any dispute between the Plan and Covered Person over settlement funds is resolved.

2. If the Covered Person(s) and/or his or her attorney fails to reimburse the Plan for all benefits paid, to be paid, Incurred, or that will be Incurred, prior to the date of the release of liability from the relevant entity, as a result of said Injury or condition, out of any proceeds, judgment or settlement received, the Covered Person(s) will be responsible for any and all expenses (whether fees or costs) associated with the Plan's attempt to recover such money from the Covered Person(s).

3. The Plan's right to reimbursement and/or subrogation is in no way dependent upon the Covered Person(s)' cooperation or adherence to these terms.

## OFFSET

If timely repayment is not made, or the Covered Person(s) and/or his or her attorney fails to comply with any of the requirements of the Plan, the Plan has the right, in addition to any other lawful means of recovery, to deduct the value of the Covered Person's amount owed to the Plan. To do this, the Plan may refuse payment of any future medical benefits and any funds or payments due under this Plan on behalf of the Covered Person(s) in an amount equivalent to any outstanding amounts owed by the Covered Person to the Plan. This provision applies even if the Covered Person has disbursed settlement funds.

## MINOR STATUS

1. In the event the Covered Person(s) is a minor as that term is defined by applicable law, the minor's parents or court-appointed guardian shall cooperate in any and all actions by the Plan to seek and obtain requisite court approval to bind the minor and his/her estate insofar as these subrogation and reimbursement provisions are concerned.

2. If the minor's parents or court-appointed guardian fail to take such action, the Plan shall have no obligation to advance payment of medical benefits on behalf of the minor.  Any court costs or legal fees associated with obtaining such approval shall be paid by the minor's parents or court-appointed guardian.

## LANGUAGE INTERPRETATION

The Plan Administrator retains sole, full and final discretionary authority to construe and interpret the language of this provision, to determine all questions of fact and law arising under this provision, and to administer the Plan's subrogation and reimbursement rights.  The Plan Administrator may amend the Plan at any time without notice.

## SEVERABILITY

In the event that any section of this provision is considered invalid or illegal for any reason, said invalidity or illegality shall not affect the remaining sections of this provision and Plan. The section shall be fully severable. The Plan shall be construed and enforced as if such invalid or illegal sections had never been inserted in the Plan.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## CLAIM REVIEW AND AUDIT PROGRAM

The Plan has arranged with ELAP Services, LLC ("ELAP") for a program of Claim review and auditing in order to identify charges billed in error, charges for excessive or unreasonable fees and charges for services which are not medically appropriate. Benefits for Claims which are selected for review and auditing will be reduced for any charges that are determined to be in excess of Allowable Claim Limits (as defined below). The determination of Allowable Claim Limits under this Program will supersede any other Plan provisions related to application of a Usual and Customary fee determination.

Medical care Providers will be given a fully detailed explanation of any charges that are found to be in excess of Allowable Claim Limits, and allowed the rights and privileges to file an appeal of the determination in accordance with the same rights and privileges accorded to Plan Participants, in exchange for the Provider's agreement not to bill the Plan Participant for charges which were not covered as a result of the Claim review and audit.

**Any Plan Participant who continues to receive billings from the medical care Provider for these charges should contact** ELAP **or the Plan Administrator right away for assistance.**

The Plan Administrator is identified in the General Information and Purpose section of this Summary Plan Description. ELAP may be contacted at:

> ELAP Services, LLC
> 1550 Liberty Ridge, Suite 330
> Wayne, PA 19087
> Phone: 610-321-1030
> Fax: 610-321-1031

The Plan Participant must pay for any normal cost-sharing features of the Plan, such as Deductibles, Coinsurance and Copayments, and any amounts otherwise excluded or limited according to the terms of the Plan.

The success of this program will be achieved through a comprehensive review of detailed records including, for example, itemized charges and descriptions of the services and supplies provided. Without this detailed information, the Plan will be unable to make a determination of the amount of Covered Medical Expenses that may be eligible for reimbursement. Any additional information required for the audit will be requested directly from the Provider of service and the Claimant. In the event that the Plan Administrator does not receive information adequate for the Claim review and audit within the time limits required under ERISA, it will be necessary to deny the Claim. Should such a denial be necessary, the Claimant and/or the Provider of service may appeal the denial in accordance with the provisions which may be found in the section, "Procedures for Claims and Appeals," in this Summary Plan Description.

In the following provisions of the Claim Review and Audit Program, the term "Plan Administrator" shall be deemed to mean ELAP:

"Allowable Claim Limits" means the charges for services and supplies, listed and included as Covered Medical Expenses under the Plan, which are Medically Necessary for the care and treatment of Illness or Injury, but only to the extent that such fees are within the Allowable Claim Limits. Examples of the determination that a charge is within the Allowable Claim Limit include, but are not limited to, the following guidelines:

1. **Errors, Unbundled and/or Unsubstantiated Charges.** Allowable Claim Limits will not include the following amounts:

   a. Charges identified as improperly coded, duplicated, unbundled and/or for services not performed;
   b. Charges for treating Injuries sustained or Illnesses contracted, including infections and complications, which, in the opinion of the Plan Administrator, can be attributed to medical errors by the Provider;
   c. Charges that cannot be identified or understood; and
   d. Charges that cannot be verified from audits of medical records.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

2. **Guidelines.** The following guidelines will be used when determining Allowable Claim Limits:

   a. <u>Facilities.</u> The Allowable Claim Limit for Claims by a Facility, including but not limited to, Hospitals, emergency and urgent care centers, rehabilitation and skilled nursing centers, and any other health care Facility, shall be the greater of (I) 112% of the Facility's most recent departmental cost ratio, reported to the Centers for Medicare and Medicaid Services ("CMS") and published in the American Hospital Directory as the "Medicare Cost Report" (the "CMS Cost Ratio"), or (II) the Medicare allowed amount for the services in the geographic area plus an additional 20%. If insufficient information is available to identify either the Facility's most recent departmental cost ratio or the Medicare allowed amount, the Allowable Claim Limit shall be either (I) or (II) herein that can be identified.

   b. <u>Ambulatory Health Care Centers.</u> The Allowable Claim Limit for ambulatory health care centers, including Ambulatory Surgery Centers, which are independent Facilities shall be the Medicare allowed amount for the services in the geographic area plus an additional 20%. In the event that insufficient information is available to identify the Medicare allowed amount, the Allowable Claim Limit for such services shall be to the extent available either the Outpatient or Inpatient Medicare allowed amount for the service, plus an additional 20%.

   c. <u>Professional Providers.</u> The Allowable Claim Limits for professional Providers shall be determined using the following:

      i.   For general medical and primary care Claims, the Medicare allowed amount in the geographic area plus an additional 40%;
      ii.  For Specialist medical and surgical care Claims, the Medicare allowed amount in the geographic area plus an additional 55%;
      iii. For anesthesiologist Claims, the Medicare allowed amount in the geographic area plus an additional 100%; or
      iv.  For other non-Facility Claims and supplies (such as Durable Medical Equipment, laboratory services and supplies, ambulance, air ambulance, etc.), the Medicare allowed amount in the geographic area plus an additional 25%.

      For purposes of determining the proper Allowable Claim Limits for professional Providers in categories (i), (ii), (iii) or (iv) above, the Plan Administrator shall determine the applicable category for each Claim based on the taxonomy code used by the professional Provider for that Claim. The Plan Administrator determines, in its sole discretion, the type of Provider for determining Allowable Claim Limits, as detailed above.

   d. <u>Directly Contracted Providers.</u> The Allowable Claim Limits for Directly Contracted Providers shall be the negotiated rate as agreed under the Direct Agreement.

   e. <u>Insufficient Information to Determine Allowable Claim Limit.</u> In the event that insufficient information is available to determine Allowable Claim Limits for specific services or supplies using the guidelines listed in Section 2 above as may be applicable, ELAP may apply the following guidelines:

      i.   <u>General Medical and/or Surgical Services.</u> The Allowable Claim Limit for any covered services may be calculated based upon industry-standard resources including, but not limited to, published and publicly available fee and cost lists and comparisons, or any combination of such resources that, in the opinion of the Plan Administrator, results in the determination of a Reasonable expense under the Plan.
      ii.  <u>Pharmaceuticals.</u> The Allowable Claim Limit for pharmacy charges by a Provider may be determined by applying the Average Wholesale Price (AWP) as defined by REDBOOK at the rate of 112% of AWP.
      iii. <u>Medical and Surgical Supplies, Implants, Devices.</u> The Allowable Claim Limit for charges for medical and surgical supplies made by a Provider may be based upon the invoice price (cost) to the Provider, plus an additional 12%. The documentation used as the resource for this determination will include, but not be limited to, invoices, receipts, cost lists or other documentation as deemed appropriate by the Plan Administrator.
      iv.  <u>Physician, Medical and Surgical Care, Laboratory, X-ray, and Therapy.</u> The Allowable Claim Limit for these services may be determined based upon the 60th percentile of Fair Health (FH®) Allowed Benchmarks.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Comparable Services or Supplies.**  In the event that insufficient information is available to determine Allowable Claim Limits for specific services or supplies using the guidelines listed in Section 2 above, Allowable Claim Limits will be determined considering the most comparable services or supplies based upon comparative severity and/or geographic area to determine the Allowable Claim Limit.  The Plan Administrator reserves the right, in its sole discretion, to determine any Allowable Claim Limit amount for certain conditions, services and supplies using accepted industry-standard documentation, applied without discrimination to any Covered Person.

In the event that a determination of Allowable Claim Limit for a Claim exceeds the actual charges billed for the services and/or supplies, the actual charges billed for the Claim shall be the Allowable Claim Limit.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## PROCEDURES FOR CLAIMS AND APPEALS

The procedures outlined below must be followed by Claimants to obtain payment of benefits under this Plan.

### NOTICE AND PROOF OF CLAIM

Written notice and proof of an incurred Claim should always be filed with the Claims Administrator as soon as possible. **Claims must be filed within twelve (12) months from the date of service to be covered by the Plan.** If an individual's coverage under the Plan ceases, all Claims incurred prior to termination of coverage **must** be filed within twelve (12) months from the date of service, or the Claims will not be covered by the Plan.

Claims **must** be filed sooner in certain circumstances:

➢ If the Plan is terminated, all Claims incurred prior to the Plan termination **must** be received within ninety (90) days after the termination or the Claims will not be covered.

Any Claims incurred after termination of Plan coverage for any reason are not covered under the Plan.

Under ERISA, there are four types of Claims: Pre-service (Urgent), Pre-service (Non-urgent), Concurrent Care, and Post-service.

➢ A "Pre-service Claim" is a Claim for a benefit under the Plan where the Plan conditions receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining medical care. Because the Plan does not require Claimants to obtain approval of a medical service prior to getting treatment on an urgent or non-urgent basis, there are no "Pre-service Claims." The Claimant simply follows the Plan's procedures with respect to notice that is required after receipt of treatment, and files the Claim as a Post-service Claim.

➢ A "Concurrent Claim" arises when the Plan has approved an on-going course of treatment to be provided over a period of time or number of treatments, and either: (a) the Plan determines that the course of treatment should be reduced or terminated, or (b) the Claimant requests an extension of the course of treatment beyond that which the Plan has approved.  Because the Plan does not require Claimants to obtain approval of medical services prior to getting treatment, there is no need to contact Utilization Review to request an extension of a course of treatment. The Claimant simply follows the Plan's procedures with respect to notice that is required after receipt of treatment, and files the Claim as a Post-service Claim.

➢ A "Post-service Claim" is a Claim for a benefit under the Plan after the services have been rendered.

A Post-service Claim is considered to be filed when the following information is received by the Claims Administrator with a Form CMS-1500 or Form UB-04 or any successor forms:

1. The date of service;
2. The name, address, telephone number, and tax identification number of the Provider of the services or supplies;
3. The place where the services were rendered;
4. The diagnosis and procedure codes;
5. The amount of charges (including any PPO re-pricing information);
6. The name of the Plan;
7. The name of the Covered Employee; and
8. The name of the patient.

Each Claimant claiming benefits under the Plan shall be responsible for supplying, at such times and in such manner as the Plan Administrator in its sole discretion may require, written proof that the expenses were incurred, or that the benefit is covered under the Plan. This includes any substantiating documentation, Coordination of Benefits information or other information that may be required by the Plan as proof. If the Plan Administrator in its sole discretion determines that the Claimant has not incurred a Covered Expense, or that the benefit is not covered under the Plan, or if the Claimant fails to furnish such proof as is requested, no benefits shall be payable under the Plan.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**CLAIMS DETERMINATION**

The Plan Administrator shall notify the Claimant, in accordance with the provisions set forth below, of any Adverse Benefit Determination within the following timeframes:

➢ If the Claimant has provided all of the information needed to process the Claim in a Reasonable period of time, but not later than thirty (30) days after receipt of the Claim. This period may be extended by the Plan for up to fifteen (15) days, provided that the Plan Administrator: (a) determines that such an extension is necessary due to matters beyond the control of the Plan, and (b) notifies the Claimant, prior to the expiration of the initial thirty (30) day processing period, of the circumstances requiring the extension of time, and the date by which the Plan expects to render a decision. If an extension has been requested, then the Plan Administrator shall notify the Claimant of any Adverse Benefit Determination prior to the end of the fifteen (15) day extension period.

➢ If additional information is requested from the Claimant to process the Claim during the initial processing period, then the Claimant will be notified of a determination of benefits prior to the end of the extension period. If additional information is requested from the Claimant during the extension period, then the Claimant will be notified of the determination by a date agreed to by the Plan Administrator and the Claimant.

➢ Notice to the Claimant of a rescission of coverage will be provided at least thirty (30) days in advance of the retroactive termination of coverage by the Plan.

A Benefit Determination is required to be made within the period of time beginning when a Claim is deemed to be filed in accordance with the procedures of the Plan.

For purposes of the Plan's provisions for internal Claims and appeals and external review processes, a "Claim" for benefits is defined as a request for a plan benefit made by a Claimant in accordance with a plan's reasonable procedure for filing benefit Claims. A call from a Provider who wants to know if an individual is covered under the Plan, or if a certain procedure or treatment is a covered expense before the treatment is rendered, is not a "Claim" since an actual Claim for benefits is not being filed with the Plan. Likewise, presentation of a prescription to a pharmacy does not constitute a Claim.

An "Adverse Benefit Determination" is defined as a denial, reduction, or termination of, or a failure to provide or make a payment (in whole or in part) for a benefit, including any such denial, reduction, rescission of coverage, termination, or failure to provide or make a payment for a Claim that is based on:

7. A determination of an individual's eligibility to participate in a plan or health insurance coverage;
8. A determination that a benefit is not a covered benefit;
9. The imposition of a source-of-Injury exclusion, PPO Provider network exclusion, or other limitation on otherwise covered benefits; or
10. A determination that a benefit is Experimental, Investigational, or not Medically Necessary or appropriate.

Although it is not a Claim for benefits, the definition of an Adverse Benefit Determination also includes a rescission of coverage under the Plan. A "rescission of coverage" is defined as a cancellation or discontinuance of coverage that has retroactive effect, except to the extent it is attributable to a failure to timely pay required premiums or contributions towards the cost of coverage.

**NOTICE OF ADVERSE BENEFIT DETERMINATION**

If the initial Benefit Determination is an Adverse Benefit Determination, notification will be sent to the Claimant and will include the following information:

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

1. Information sufficient to identify the Claim involved, including the date of the service, the health care Provider, the Claim amount (if applicable), and, upon request, the diagnosis code and its corresponding meaning, and the treatment code and its corresponding meaning;

2. The reason or reasons for the Adverse Benefit Determination or final internal Adverse Benefit Determination, including the denial code and its corresponding meaning, as well as a description of the Plan's standard, if any, used in denying the Claim. In the case of a final internal Adverse Benefit Determination, this description must also include a discussion of the decision;

3. References to the Plan specific provisions on which the Adverse Benefit Determination is based;

4. A description of any additional material or information necessary for the Claimant to perfect the Claim, and an explanation of why such material or information is necessary;

5. A description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action following an Adverse Benefit Determination on final review;

6. A statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the Claimant's Claim;

7. The identity of any medical or vocational experts consulted in connection with a Claim, even if the Plan did not rely upon their advice (or a statement that the identity of the expert will be provided upon request);

8. If an internal rule, guideline, protocol, or other similar criterion was relied on in making the Adverse Benefit Determination, either the specific rule, guideline, protocol or other similar criterion, or a statement that such information was relied on in making the Adverse Benefit Determination, and that a copy of the rule, guideline, protocol or other criterion will be provided free of charge on request; and

9. If the Adverse Benefit Determination is based on a medical judgment (such as Medical Necessity or whether the treatment was Experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon written request.

## PHYSICAL EXAMINATION

The Plan Administrator or Claims Administrator has the right to have the Claimant examined as often as reasonably necessary while a Claim is pending. Benefits are payable under this Plan only if they are Medically Necessary for the Illness or Accidental Injury of the Covered Person. This Plan reserves the right to make a Utilization Review to determine whether services are Medically Necessary for the proper treatment of the Covered Person. All such information will be confidential.

## CLAIMS AUDIT

Once a written Claim for benefits is received, the Claims Administrator, acting on the discretionary authority of the Plan Administrator, may elect to have such Claim reviewed or audited for accuracy and reasonableness of charges as part of the adjudication process. This process may include, but may not be limited to, identifying: (a) charges for items/services that may not be covered or may not have been delivered, (b) duplicate charges and (c) charges beyond the Reasonable, necessary and Usual and Customary guidelines as determined by the Plan. In addition, please refer to the section entitled "Claim Review and Audit Program" for information regarding Plan provisions related to the audit and adjudication of certain eligible Claims under that Program.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## PAYMENT OF CLAIMS

Plan benefits are payable to the Covered Employee, unless the Claimant gives written direction, at the time of filing proof of such loss, to pay directly the health care Provider rendering such services. Such payment to a health care Provider is subject to the approval of the Plan Administrator.  If any such benefit remains unpaid at the death of the Covered Employee, if the Claimant is a minor, or if the Claimant is (in the opinion of the Plan Administrator) legally incapable of giving a valid receipt and discharge for any payment, the Plan Administrator may, at its option, pay such benefits to any one or more of the following relatives of the Claimant: wife, husband, mother, father, Child or Children, brother or brothers, sister or sisters. Such payment will constitute a complete discharge of the Plan's obligation to the extent of such payment, and the Plan Administrator will not be required to follow-up and determine how such paid money was used.

## APPEAL PROCESS

The Plan provides for two (2) levels of appeal following an Adverse Benefit Determination. The Claimant has one hundred eighty (180) days following an initial Adverse Benefit Determination to file an appeal of that determination, and sixty (60) days following a second Adverse Benefit Determination to file an appeal of that determination. The appeal process will provide the Claimant with a reasonable opportunity for a full and fair review of the Claim and Adverse Benefit Determination and will include the following:

1. Receipt of written request by the Claims Administrator from the Claimant, or an Authorized Representative of the Claimant, with the proper form for review of Adverse Benefit Determination, which initiates the appeal process.

2. The Claimant will have the opportunity to submit written comments, documents, records, and other information relating to the Claim.

3. The Claimant will have the opportunity to review the Claim file and to present evidence and testimony as part of the internal claims and appeals process.

4. The Claimant will be provided, free of charge and sufficiently in advance of the date that the notice of final internal Adverse Benefit Determination is required, with new or additional evidence considered, relied upon, or generated by the Plan in connection with the Claim, as well as any new or additional rationale for a denial at the internal appeals stage, and a reasonable opportunity for the Claimant to respond to such new evidence or rationale.

5. The Claimant will be provided, on request and free of charge: (a) reasonable access to, and copies of all documents, records, and other information relevant to the Claimant's Claim in possession of the Plan Administrator, ELAP Services, LLC ("ELAP") or the Claims Administrator; (b) information regarding any rule, guideline, protocol, or other similar criterion relied upon in making the Adverse Benefit Determination; (c) information regarding any voluntary appeals procedures offered by the Plan; (d) information regarding the Claimant's right to an external review process; and (e) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances.

6. The review of the Adverse Benefit Determination will take into account all comments, documents, records and other information submitted by the Claimant relating to the Claim, without regard to whether such information was submitted or considered in the initial Benefit Determination.

7. No deference will be afforded to the previous Adverse Benefit Determination.

8. The party reviewing the appeal may be neither the party who made the prior Adverse Benefit Determination, nor a subordinate of the party who made the prior Adverse Benefit Determination.

9. In deciding an appeal on which the Adverse Benefit Determination was based in whole or in part on a medical judgment, including whether a particular treatment, Drug, or other item is Experimental, Investigational, or not Medically Necessary or appropriate, the Claims Administrator, ELAP or the Plan Administrator, as appropriate depending on the level of appeal, will consult with a health care

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

professional who has appropriate training and experience in the field of medicine involving the medical judgment. The health care professional consulted for the appeal will not be the health care professional or a subordinate of the health care professional consulted in connection with the Adverse Benefit Determination that is the subject of the appeal.

10. Medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the Adverse Benefit Determination will be identified, even if the Plan did not rely upon their advice.

11. The first level of appeal will be the responsibility of the Claims Administrator and will be decided within thirty (30) days of the Claims Administrator's receipt of the request. The second level of appeal will be the responsibility of ELAP and will be decided within thirty (30) days of the Plan's receipt of the request.

For questions about appeal rights or for assistance, Claimants can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). Consumer assistance may be available in your State.  Contact your State Department of Insurance to find out if consumer assistance for claim appeals is available. See Appendix I for additional information.

## FIRST APPEAL LEVEL

### Requirements for First Appeal
The Claimant must file the first appeal, in writing, within one hundred eighty (180) days following receipt of the notice of an Adverse Benefit Determination. The Claimant's appeal must be addressed as follows:

> Appeals Department
> Group & Pension Administrators, Inc. (GPA)
> Park Central 8
> 12770 Merit Drive, Suite 200
> Dallas, Texas  75251

It shall be the responsibility of the Claimant to submit proof that the Claim is covered and payable under the provisions of the Plan.  An appeal must include:

1. The name of the Employee/Claimant;
2. The Employee's/Claimant's Social Security number;
3. The group name or identification number;
4. All facts and theories supporting the Claim for benefits. **Failure to include any theories or facts in the appeal will result in such facts being inadmissible. In other words, the Claimant will lose the right to raise such factual arguments and theories which support this Claim if the Claimant fails to include them in the appeal;**
5. A statement in clear and concise terms of the reason or reasons for the disagreement with the handling of the Claim; and
6. Any material or information that the Claimant has which indicates that the Claimant is entitled to benefits under the Plan.

If the Claimant provides all of the required information, it may be that the expenses will be eligible for payment under the Plan.

### Timing of Notification of Benefit Determination on First Appeal
The Plan shall notify the Claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than thirty (30) days after receipt of the appeal.

The period of time within which the Plan's determination is required to be made shall begin at the time an appeal is filed in accordance with the procedures of this Plan, without regard to whether all information necessary to make the determination accompanies the filing.

### Notice of Benefit Determination on First Appeal
The Claimant will be notified of the Benefit Determination on appeal. If there is an Adverse Benefit Determination on appeal, the notification will include the following information:

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

1. The reason or reasons for the Adverse Benefit Determination;

2. References to the Plan provisions on which the Adverse Benefit Determination is based;

3. A description of any additional material or information necessary for the Claimant to perfect the Claim, and an explanation of why such material or information is necessary;

4. A statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claimant's Claim;

5. A description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on final review;

6. A description of voluntary appeal procedures offered by the Plan and, upon the Claimant's request, any additional information about the voluntary appeal procedures;

7. If an internal rule, guideline, protocol, or other similar criterion was relied on in making the Adverse Benefit Determination, either the specific rule, guideline, protocol or other similar criterion or a statement that such was relied on in making the Adverse Benefit Determination, and that a copy of the rule, guideline, protocol or other criterion will be provided free of charge on request;

8. If the Adverse Benefit Determination is based on a medical judgment (such as Medical Necessity or whether or not treatment is Experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances, or a statement that such explanation will be provided free of charge on request;

9. The identity of any medical or vocational experts consulted in connection with the Claim, even if the Plan did not rely upon their advice; and

10. The following statement: "You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State Insurance Regulatory Agency."

**Furnishing Documents in the Event of an Adverse Determination**
In the case of an Adverse Benefit Determination on review, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in the section relating to Notice of Benefit Determination on First Appeal, as appropriate.

## SECOND APPEAL LEVEL

**Adverse Decision on First Appeal; Requirements for Second Appeal**
Upon receipt of notice of the Plan's Adverse Benefit Determination regarding the first appeal, the Claimant has sixty (60) days to file a second appeal of the denial of benefits. The Claimant again is entitled to a "full and fair review" of any denial made at the first appeal, which means the Claimant has the same rights during the second appeal as he or she had during the first appeal. As with the first appeal, the Claimant's second appeal must be in writing and must include all of the items set forth in the section entitled "Requirements for First Appeal."

**Timing of Notification of Benefit Determination on Second Appeal**
The Plan shall notify the Claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than thirty (30) days after receipt of the second appeal.

The period of time within which the Plan's determination is required to be made shall begin at the time the second appeal is filed in accordance with the procedures of this Plan, without regard to whether all information necessary to make the determination accompanies the filing.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Manner and Content of Notification of Adverse Benefit Determination on Second Appeal**

The same information must be included in the Plan's response to a second appeal as a first appeal, except for: (a) a description of any additional information necessary for the Claimant to perfect the Claim and an explanation of why such information is needed; and (b) a description of the Plan's review procedures and the time limits applicable to the procedures. See the section entitled "Notice of Benefit Determination on First Appeal."

**Furnishing Documents in the Event of an Adverse Determination**

In the case of an Adverse Benefit Determination on the second appeal, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in the section relating to the Notice of Benefit Determination on First Appeal, as appropriate.

**Decision on Second Appeal to be Final**

If, for any reason, the Claimant does not receive a written response to the appeal within the appropriate time period set forth above, the Claimant may assume that the appeal has been denied. The decision will be final, binding and conclusive, and will be afforded the maximum deference permitted by law. **All Claim review procedures provided for in the Plan must be exhausted before any legal action is brought. Any legal action for the recovery of any benefits must be commenced within three (3) years after the Plan's Claim review procedures have been exhausted. Any action with respect to a Fiduciary's Breach of any responsibility, duty or obligation hereunder must be brought within three (3) years after the date of service.**

**Appointment of Authorized Representative**

A Claimant is permitted to appoint an Authorized Representative to act on his behalf with respect to a benefit Claim or appeal of an Adverse Benefit Determination. An Assignment of Benefits by a Claimant to a Provider will not constitute appointment of that Provider as an Authorized Representative. To appoint such a representative, the Claimant must complete a form which can be obtained from the Plan Administrator or the Claims Administrator. In the event a Claimant designates an Authorized Representative, all future communications from the Plan will be with the Authorized Representative, rather than the Claimant, unless the Claimant directs the Plan Administrator, in writing, to the contrary.


**PROVIDER OF SERVICE APPEAL RIGHTS**

A Claimant may appoint the Provider of service as the Authorized Representative with full authority to act on his or her behalf in the appeal of a denied Claim. An Assignment of Benefits by a Claimant to a Provider of service will not constitute appointment of that Provider as an Authorized Representative. However, in an effort to ensure a full and fair review of the denied Claim, and as a courtesy to a Provider of service that is not an Authorized Representative, the Plan will consider an appeal received from the Provider in the same manner as a Claimant's appeal, and will respond to the Provider and the Claimant with the results of the review accordingly. Any such appeal from a Provider of service must be made within the time limits and under the conditions for filing an appeal specified under the section, "Appeal Process," above. **Providers requesting such appeal rights under the Plan must agree to pursue reimbursement for Covered Medical Expenses directly from the Plan, waiving any right to recover such expenses from the Claimant, and comply with the conditions of the section, "Requirements for First Appeal," above.**

For purposes of this section, the Provider's waiver to pursue Covered Medical Expenses does not include the following amounts, which will remain the responsibility of the Claimant:

➢ Deductibles;
➢ Copayments;
➢ Coinsurance;
➢ Penalties for failure to comply with the terms of the Plan;
➢ Charges for services and supplies which are not included for coverage under the Plan; and
➢ Amounts which are in excess of any stated Plan maximums or limits. **Note: This does not apply to amounts found to be in excess of Allowable Claim Limits, as defined in the section, "Claim Review and Audit Program."** The Provider must agree to waive the right to balance bill for these amounts.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

Also, for purposes of this section, if a Provider indicates on a Form UB-04 or on a Form CMS-1500 (or similar Claim form) that the Provider has an Assignment of Benefits, then the Plan will require no further evidence that benefits are legally assigned to that Provider.

Contact the Claims Administrator or the Plan Administrator for additional information regarding Provider of service appeals.

## EXTERNAL REVIEW OF ADVERSE BENEFIT DETERMINATIONS

When the internal appeals procedures have been exhausted, the Claimant may elect to have an additional and final opportunity for a review of an Adverse Benefit Determination (including a final internal Adverse Benefit Determination) by an independent review organization (IRO). The IRO will be accredited by URAC or a similar nationally recognized accrediting organization for the purpose of conducting an independent and unbiased review.

The request for an external review must be filed by the Claimant within four (4) months following the Claimant's receipt of the notice of Adverse Benefit Determination or final internal Adverse Benefit Determination. However, if the Plan fails to strictly adhere to all the requirements of the internal claims and appeals process with respect to a Claim, the Claimant will be deemed to have exhausted the internal claims and appeals process, and the Claimant may initiate an external review and pursue any available remedies under applicable law, such as judicial review.

The Plan's external review process applies to any eligible Adverse Benefit Determination or final internal Adverse Benefit Determination on appeal, except that a denial, reduction, termination, or a failure to provide payment for a benefit based on a determination that a Participant or beneficiary failed to meet the requirements for eligibility under the terms of the Plan is not eligible for the external review process.

There are two (2) types of external reviews; standard and expedited. An external review is a standard external review unless the timing required to perform a standard external review involves circumstances that would seriously jeopardize the life or health of the Claimant or would jeopardize the Claimant's ability to regain maximum function, or if the final internal Adverse Benefit Determination concerns an admission, availability of care, continued stay, or health care item or service for which the Claimant received Emergency services but has not yet been discharged from the Facility. In such cases, the Plan will consider the external review to be an expedited review.

## EXPEDITED EXTERNAL REVIEW FOR URGENT OR EMERGENCY CARE

**This Plan does not require a Claimant to obtain prior approval for pre-service urgent care Claims or Emergency care services before getting treatment;** therefore, neither the internal appeals nor the external review procedures will apply to these Claims. In an Emergency or urgent care situation, the Claimant should follow instructions from his/her health care Provider, and file the Claim as a post-service Claim. If the post-service Claim results in an Adverse Benefit Determination, the Claimant may file an appeal in accordance with the Plan's provisions for "Appeal Process," which are explained above.

Appeals of Claims involving concurrent care will be subject to the Plan's provisions for expedited external review, as explained below.

## PROCEDURES FOR INITIATION OF AN EXTERNAL REVIEW

### Standard External Review
A request for an external review must include the same information that is required for an internal appeal, listed above in the section, "Appeal Process."

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

Once the request for a standard external review is filed, the Plan will have five (5) business days to do a preliminary review of the request to determine whether it is eligible and whether all of the information and forms required to process the external review have been provided.

Within one (1) business day following completion of the preliminary review, the Plan will notify the Claimant in writing whether the request is eligible for external review.

➢ If the request is complete but is not eligible for external review, the notice will contain an explanation of the reason that the request is ineligible.

➢ If the request is incomplete, the notice will describe the information or materials needed to make the request complete. The Claimant must submit the information or materials needed within forty-eight (48) hours following receipt of the notice, or the expiration of the original four (4) month filing period, whichever is later.

An eligible request which is complete and timely filed will be assigned to an independent review organization (IRO) by the Plan. The Plan will have arrangements to access at least three (3) accredited IROs to which external reviews will be assigned on a random or rotated basis to ensure an independent and unbiased review.

The assigned IRO will notify the Claimant in writing of the request's eligibility and acceptance for external review.  This notice will include a statement that the Claimant may submit to the IRO, in writing and within ten (10) business days following receipt of the notice, any additional information that the IRO must consider when conducting the external review.

Within five (5) business days after the date of assignment of the IRO, the Plan must provide to the assigned IRO the documents and any information considered in making the Adverse Benefit Determination or final internal Adverse Benefit Determination. Failure by the Plan to timely provide the documents and information will not delay the conduct of the external review, and the IRO may decide to reverse the Adverse Benefit Determination or final internal Adverse Benefit Determination. In this case, the IRO will notify the Plan and the Claimant within one (1) business day following the decision to reverse the determination.

The assigned IRO will forward any information which is submitted by the Claimant to the Plan, and the Plan may reconsider its Adverse Benefit Determination or final internal Adverse Benefit Determination; however, reconsideration by the Plan will not delay the external review. If the Plan decides to reverse its Adverse Benefit Determination or final internal Adverse Benefit Determination, it may terminate the external review and notify the IRO and the Claimant within one (1) business day of the decision.

The IRO will provide written notice to the Claimant and the Plan of the final external review decision within forty-five (45) days following receipt of the request for review. The notice will contain:

➢ A general description of the reason for the request for external review, including information sufficient to identify the Claim (including the date or dates of service, the health care Provider, the Claim amount (if applicable), and, upon request, the diagnosis code and its corresponding meaning, the treatment code and its corresponding meaning, and the reason for the previous denial;

➢ The date the IRO received the request for external review and the date on which it made the decision;

➢ References to the evidence or documentation, including the specific coverage provisions and evidence-based standards, considered in reaching its decision;

➢ A discussion of the principal reason or reasons for its decision, including the rationale for its decision and the evidence-based standards that were relied on in making the decision;

➢ A statement that the determination is binding except to the extent that other remedies may be available under State or Federal law to either the group health plan or to the Claimant;

➢ A statement that judicial review may be available to the Claimant; and

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

> ➤ Current contact information, including a phone number, for any applicable office of health insurance consumer assistance or ombudsman established under PHS Act section 2793. See Appendix I for additional information.

**Expedited External Review**

A final internal Adverse Benefit Determination concerning an admission, availability of care, continued stay, or health care item or service for which the Claimant received Emergency services but has not yet been discharged from the Facility will be considered for an expedited external review. These are considered to be pre-service **non-urgent** care Claims and concurrent Claims.

The procedures that apply to standard external reviews will apply to expedited external reviews, except that:

➤ The preliminary review of the request to determine whether it is eligible and whether all of the information and forms required to process the external review have been provided must be conducted immediately, and the Plan must immediately notify the Claimant regarding the eligibility determination;

➤ Upon a determination that a request is eligible for external review following the preliminary review, the Plan will immediately assign an IRO pursuant to the requirements set forth for standard external reviews;

➤ The Plan must provide or transmit all necessary documents and information considered in making the Adverse Benefit Determination or final internal Adverse Benefit Determination to the assigned IRO electronically, by phone, facsimile or any other available expeditious method; and

➤ The IRO must provide notice of the final external review decision as expeditiously as the Claimant's medical condition or circumstances require, but in no event more than seventy-two (72) hours after the IRO received the request for an expedited external review. If the notice is not in writing, the assigned IRO must provide written confirmation of the decision to the Claimant and the Plan within forty-eight (48) hours following the notice.

## DECISION FOLLOWING AN EXTERNAL REVIEW

Upon receipt of a notice from the IRO reversing the decision of an Adverse Benefit Determination or final internal Adverse Benefit Determination, the Plan will immediately provide coverage or payment for the Claim. An external review decision is binding on the Plan as well as the Claimant, except to the extent other remedies are available under State or Federal law.

## RECOVERY OF PAYMENTS

Occasionally, benefits are paid more than once, are paid based upon improper billing or a misstatement in a proof of loss or enrollment information, are not paid according to the Plan's terms, conditions, limitations or exclusions, or should otherwise not have been paid by the Plan. As such, this Plan may pay benefits that are later found to be greater than the Maximum Allowable Charge. In this case, this Plan may recover the amount of the overpayment from the source to which it was paid, primary payers, or from the party on whose behalf the charge(s) were paid. As such, whenever the Plan pays benefits exceeding the amount of benefits payable under the terms of the Plan, the Plan Administrator has the right to recover any such erroneous payment directly from the person or entity who received such payment and/or from other payers and/or the Covered Person or Dependent on whose behalf such payment was made.

A Covered Person, Dependent, Provider, another benefit plan, insurer, or any other person or entity who receives a payment exceeding the amount of benefits payable under the terms of the Plan or on whose behalf such payment was made, shall return or refund the amount of such erroneous payment to the Plan within thirty (30) days of discovery or demand. The Plan Administrator shall have no obligation to secure payment for the expense for which the erroneous payment was made or to which it was applied.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

The person or entity receiving an erroneous payment may not apply such payment to another expense. The Plan Administrator shall have the sole discretion to choose who will repay the Plan for an erroneous payment and whether such payment shall be reimbursed in a lump sum. When a Covered Person or other entity does not comply with the provisions of this section, the Plan Administrator shall have the authority, in its sole discretion, to deny payment of any Claims for benefits by the Covered Person and to deny or reduce future benefits payable (including payment of future benefits for other Injuries or Illnesses) under the Plan by the amount due as reimbursement to the Plan. The Plan Administrator may also, in its sole discretion, deny or reduce future benefits (including future benefits for other Injuries or Illnesses) under any other group benefits plan maintained by the Plan Sponsor. The reductions will equal the amount of the required reimbursement.

Providers and any other person or entity accepting payment from the Plan or to whom a right to benefits has been assigned, in consideration of services rendered, payments and/or rights, agree to be bound by the terms of this Plan and agree to submit Claims for reimbursement in strict accordance with their State's health care practice acts, ICD-10 or CPT standards, Medicare guidelines, HCPCS standards, or other standards approved by the Plan Administrator or insurer. Any payments made on Claims for reimbursement not in accordance with the above provisions shall be repaid to the Plan within thirty (30) days of discovery or demand or incur prejudgment interest of 1.5% per month. If the Plan must bring an action against a Covered Person, Provider or other person or entity to enforce the provisions of this section, then that Covered Person, Provider or other person or entity agrees to pay the Plan's attorneys' fees and costs, regardless of the action's outcome.

Further, Covered Persons and/or their Dependents, beneficiaries, estate, heirs, guardian, personal representative, or assigns (Covered Persons) shall assign, or be deemed to have assigned, to the Plan their right to recover said payments made by the Plan, from any other party and/or recovery for which the Covered Person(s) are entitled, for or in relation to Facility-acquired condition(s), Provider error(s), or damages arising from another party's act or omission for which the Plan has not already been refunded.

The Plan reserves the right to deduct from any benefits properly payable under this Plan the amount of any payment which has been made:

1.  In error;
2.  Pursuant to a misstatement contained in a proof of loss or a fraudulent act;
3.  Pursuant to a misstatement made to obtain coverage under this Plan within two (2) years after the date such coverage commences;
4.  With respect to an ineligible person;
5.  In anticipation of obtaining a recovery if a Covered Person fails to comply with the Plan's Subrogation and Reimbursement Provisions; or
6.  Pursuant to a Claim for which benefits are recoverable under any policy or act of law providing for coverage for occupational Injury or Disease to the extent that such benefits are recovered. This provision (6) shall not be deemed to require the Plan to pay benefits under this Plan in any such instance.

The deduction may be made against any Claim for benefits under this Plan by a Covered Person or by any of his covered Dependents if such payment is made with respect to the Covered Person or any person covered or asserting coverage as a Dependent of the Covered Person.

If the Plan seeks to recoup funds from a Provider due to a Claim being made in error, a Claim being fraudulent on the part of the Provider, and/or the Claim is the result of the Provider's misstatement, said Provider shall, as part of its Assignment of Benefits from the Plan, abstain from billing the Covered Person for any outstanding amount(s).

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## GENERAL PROVISIONS

**RIGHT OF RECOVERY**
In accordance with the Recovery of Payments provision, whenever payments have been made by this Plan in a total amount, at any time, in excess of the Maximum Amount of benefits payable under this Plan, the Plan shall have the right to recover such payments, to the extent of such excess, from any one or more of the following as this Plan shall determine: any person to or with respect to whom such payments were made, or such person's legal representative, any insurance companies, or any other individuals or organizations which the Plan determines are responsible for payment of such amount, and any future benefits payable to the Covered Person or his or her Dependents. See the Recovery of Payments provision for full details.

**MISSTATEMENT OF AGE**
If age is a factor in determining eligibility or amount of coverage and there has been a misstatement of age, the coverages or amounts of benefits, or both, for which the person is covered shall be adjusted in accordance with the Covered Person's true age. Any such misstatement of age shall neither continue coverage otherwise validly terminated, nor terminate coverage otherwise validly in force. Benefits will be adjusted following the date of the discovery of such misstatement.

**WAIVER OR ESTOPPEL**
No term, condition or provision of the Plan shall be waived, and there shall be no estoppel against the enforcement of any provision of the Plan, except by written direction of the Plan Administrator. No such waiver shall be deemed a continuing waiver unless specifically stated. Each waiver shall operate only as to the specific term or condition waived and shall not constitute a waiver of such term or condition for the future or as to any act other than that specifically waived.

**WORKERS' COMPENSATION NOT AFFECTED**
This Plan is not in lieu of and does not affect any requirement for coverage by Workers' Compensation Insurance or, where permitted and applicable, any other alternative form of Workers' Compensation benefits.

**CONFORMITY WITH LAW**
This Plan shall be deemed to automatically be amended to conform as required by any applicable law, regulation or the order or judgment of a court of competent jurisdiction governing provisions of this Plan, including, but not limited to, stated maximums, exclusions or limitations. In the event that any law, regulation or the order or judgment of a court of competent jurisdiction causes the Plan Administrator to pay Claims which are otherwise limited or excluded under this Plan, such payments will be considered as being in accordance with the terms of this Plan Document. It is intended that the Plan will conform to the requirements of ERISA, as it applies to Employee welfare plans, as well as any other applicable law.

**CONFORMITY WITH STATUTE(S)**
Any provision of the Plan which is in conflict with statutes that are applicable to this Plan is hereby amended to conform to the minimum requirements of said statute(s).

**NOTICES**
All payments or notices of any kind to Employees, Participants, beneficiaries, or Plan officials may be mailed to the address for that person last appearing on the records of the Plan Administrator. When such a notice is mailed by first class mail, it is deemed to have been: (a) duly delivered on the date post-marked; and (b) duly received three (3) calendar days after being deposited, postage prepaid, in the United States Mail. When such a notice is delivered in person, it is deemed to have been received the same day as delivery. Each person must keep the Plan Administrator notified of his current address. If there is doubt about the accuracy of an address, the Plan may give notice, by registered mail, to any such person's last address, that payments and other mail are being withheld pending receipt of a proper mailing address from that person.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## STATEMENTS

All statements made by the Company or by a Covered Person will, in the absence of fraud, be considered representations and not warranties, and no statements made for the purpose of obtaining benefits under this document will be used in any contest to avoid or reduce the benefits provided by the document unless contained in a written application for benefits and a copy of the instrument containing such representation is or has been furnished to the Covered Person.

Any Covered Person, who knowingly and with intent to defraud the Plan, files a statement of Claim containing any materially false information, or conceals, for the purpose of misleading, information concerning any material fact, commits a fraudulent act. The Covered Person may be subject to prosecution by the United States Department of Labor. Fraudulently claiming benefits may be punishable by a substantial fine, imprisonment, or both.

## FRAUD

The following actions by a Covered Person or a Covered Person's knowledge of such actions being taken by another, constitute fraud and will result in immediate, indefinite and permanent termination of all coverage under this Plan for the entire Family unit of which the Covered Person is a member:

1. Attempting to submit a Claim for benefits (which includes attempting to fill a prescription) for a person who is not a Covered Person in the Plan;
2. Attempting to file a Claim for a Covered Person for services that were not rendered or Drugs or other items that were not provided;
3. Providing false or misleading information in connection with enrollment in the Plan; or
4. Providing any false or misleading information to the Plan.

## MISCELLANEOUS

Section titles are for convenience of reference only and are not to be considered in interpreting this Plan.

No failure to enforce any provision of this Plan shall affect the right thereafter to enforce such provision, nor shall such failure affect its right to enforce any other provision of this Plan.

## ALLOCATION AND APPORTIONMENT OF BENEFITS

The Plan reserves the right to allocate the Deductible amount to any Covered Charges and to apportion the benefits to the Covered Person and any assignees.  Such allocation and apportionment shall be conclusive and shall be binding upon the Covered Person and all assignees.

## FACILITY OF PAYMENT

If a Claimant is a minor or is physically or mentally incapable of giving a valid release for payment, the Claims Administrator, at its option, may make payment to a party who has assumed responsibility for the care of such person. Such payments will be made until Claim is made by a guardian. If a Claimant dies while benefits remain unpaid, benefits will be paid at the Claim Administrator's option to:

1. The person or institution on whose charges Claim is based; or
2. A surviving relative (wife, husband, mother, father, Child or Children, brother or brothers, sister or sisters).

Such payment will release the Plan Administrator and Claims Administrator of all further liability to the extent of payment.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## ELIGIBILITY FOR COVERAGE

Coverage provided under this Plan for Employees and their Dependents shall be in accordance with the Eligibility, Effective Date, and Termination provisions as stated in this Plan Document as follows.

**NOTE:** A Covered Person previously terminated under this Plan due to fraud, or the actions being taken by another which constituted fraud, as addressed within the Fraud section of this Plan, will be immediately, indefinitely and permanently terminated from all coverage under this Plan and ineligible for future enrollment in this Plan.

## EMPLOYEE ELIGIBILITY

An Employee will be considered eligible for coverage on the day following the date that he/she:

1.  Completes a sixty (60) day Waiting Period as described below; and
2.  Is regularly scheduled to work for the Employer on a Full-time Employment basis for at least thirty (30) hours per week.

## WAITING PERIOD

A Waiting Period is the period of time that must pass before coverage can become effective for an otherwise Eligible Employee or Dependent. The Plan's Waiting Period for all new Employees is at least sixty (60) days.

## DEPENDENT ELIGIBILITY

A Dependent, **as defined in the Plan Definitions**, will be considered eligible for coverage on the date the Employee becomes eligible for Dependent coverage or the date the Dependent is acquired, subject to all limitations and requirements of this Plan, and in accordance with the following:

1.  A newborn or adopted Child of a Covered Employee will be considered eligible and will be covered from the moment of birth or from the date of adoption or Placement for Adoption for **thirty-one (31) days** for Injury or Illness, including the Medically Necessary care and treatment of medically diagnosed congenital defects, birth abnormalities and prematurity, Routine Newborn Care and Well Baby Care. Written notification must be received by the Plan Administrator within thirty-one (31) days after the Child's date of birth, date of adoption or Placement for Adoption for continued coverage. A newborn Child of a Dependent Child is not eligible for this Plan unless the newborn Child meets the definition of an Eligible Dependent.

2.  A new spouse of a Covered Employee and any Dependent Children of a new spouse who meet the Plan's definition of Dependent will be considered eligible and will be covered on the date of the Covered Employee's marriage, provided the spouse and/or his/her Children are enrolled as Dependents of the Covered Employee within thirty-one (31) days after the date of marriage.

3.  A Child of a Covered Employee who meets the Plan's definition of a Dependent will be considered eligible if the Child is under twenty-six (26) years of age.

4.  If a Dependent of a Covered Employee is to be enrolled in the Plan, other than at the time of his/her eligibility or birth, adoption, court order or marriage to the Covered Employee, that Dependent would be considered a Late Enrollee unless he/she qualifies for a Special Enrollment or there is a Status Change.

5.  A spouse and/or Child of a Covered Employee who previously was not eligible for the Plan will be considered eligible on the date he/she meets the Plan's definition of Dependent.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

The Eligibility provisions are subject to the requirements of the Omnibus Budget Reconciliation Act of 1993 (OBRA 1993), effective August 10, 1993, as the same may be later amended.

If a Dependent has a change in eligibility while covered under this Plan from Dependent to Employee and no interruption in coverage has occurred, the Plan will consider that coverage has been continuous with respect to the Eligibility Waiting Period.

A person cannot be covered as a Dependent of more than one (1) Employee under this Plan. In addition, an Employee cannot be covered as both an Employee and a Dependent under this Plan.

**NOTE:**   A Dependent Child who was enrolled on the most recent restated date of this Plan, January 1, 2020, and who was previously covered by the Plan, will also be considered eligible to continue coverage under this Plan.  However, the Dependent Child will only be considered eligible until the qualifying age of twenty-six (26) unless otherwise specified in the definition of Dependent.

## TRANSFERS

Any prior time spent as an Employee of a subsidiary/affiliate company who was covered under the subsidiary's/affiliate's medical plan will be used to credit the transferred Employee's required time to satisfy the Waiting Period for this Plan.  In addition, Deductibles and Out-of-Pocket Maximums previously satisfied with the subsidiary's/affiliate's plan will be credited to satisfy the Deductible and Out-of-Pocket Maximum requirements for this Plan.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## QUALIFIED MEDICAL CHILD SUPPORT ORDERS / PLACEMENT FOR ADOPTION

The Plan will comply with the rules relating to adopted Children, Children placed for adoption, Qualified Medical Child Support Orders ("QMCSO"), and National Medical Support Notices ("NMSN"). The Plan will use the following rules related to Children placed for adoption, QMCSOs and NMSNs.

This Plan will provide benefits in accordance with the applicable requirements of any QMCSO or NMSN. A QMCSO is a Medical Child Support Order of a court or of certain administrative agencies that creates, recognizes or assigns to a Child of a Plan Participant the right to receive health benefit coverage under the Plan. A NMSN is an order issued by a State agency requiring the Plan to cover a Child. To be qualified, a Medical Child Support Order must comply with State and Federal laws and contain the following:

1. The name and last known mailing address (if any) of both the Plan Participant and the Child covered under the order except that, to the extent provided in the order, the name and mailing address of an official of a State or a political subdivision thereof may be substituted for the mailing address of any such Alternate Recipient.

2. A reasonable description of the type of coverage to be provided by the Plan for each Child (or the manner in which the type of coverage will be determined).

3. The period of coverage to which the order applies.

In addition, a QMCSO or NMSN will generally not be considered qualified if it requires the Plan to provide certain benefits or options which are not otherwise provided by the Plan. The Plan Administrator will notify the Plan Participant of the receipt of a Medical Child Support Order and the procedures for determining whether it is a Qualified Medical Child Support Order or a NMSN. The Plan Administrator will then determine within a reasonable period of time whether the Medical Child Support Order is a QMCSO or NMSN.

Plan Participants may request and receive, free of charge, a copy of Plan procedures relating to QMCSOs and NMSNs.

If an Employee is not enrolled in the Plan, and the Employee would otherwise be eligible for coverage, the Plan must enroll the Eligible Employee and the Child(ren) covered by the QMCSO.

This Plan will also provide benefits to Dependent Children placed for adoption on the same basis as natural Children even prior to the adoption becoming final. A Child will be considered "Placed for Adoption" with a Plan Participant if the Plan Participant has assumed a legal obligation for total or partial support of the Child in anticipation of adoption of the Child. For this reason, if a Child is placed with a Plan Participant for adoption by an adoption agency or other entity, the Plan Participant must provide to the Plan Administrator documentation (e.g., signed court order) that the adoption agency or other entity had legal custody of the Child on the date that the Child was placed with the Plan Participant for adoption. The Plan Administrator will determine within a reasonable period of time whether a Child has been "Placed for Adoption."

The Plan Administrator has final, discretionary authority to determine: (1) whether a Medical Child Support Order qualifies as a QMCSO or NMSN; and (2) whether a Child has been "Placed for Adoption."

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# EFFECTIVE DATE OF COVERAGE

## EMPLOYEE EFFECTIVE DATE

An Eligible Employee, properly enrolled in the Plan, will be referred to as a "Covered Employee."

Each Employee's coverage under the Plan shall become effective on the day following the date the Employee completes the eligibility requirement(s) of the Plan provided written or electronic application for coverage is made on or before or within thirty-one (31) days after the date the Employee eligibility requirement(s) are met.

## DEPENDENT EFFECTIVE DATE

Dependent coverage under the Plan shall become effective on the date Dependent eligibility requirements are met, provided the Employee makes written or electronic application for Dependent coverage on or before or within thirty-one (31) days after the date Dependent eligibility requirements are met subject to the enrollment requirements as follows:

1.  In order to become covered under the Plan, Eligible Dependents must be identified on an Enrollment and/or Change form.

2.  If the Employee makes a request for Dependent coverage on or before or within thirty-one (31) days immediately following his/her own effective date, then each Eligible Dependent will become effective on the same date the Employee's coverage is effective.

3.  If an Employee makes a request to add a Dependent Child to the Plan in accordance with a Qualified Medical Child Support Order (QMCSO), the effective date of coverage for the Dependent Child will be the date specified in the QMCSO. Child(ren) covered by QMCSOs may be enrolled in this Plan if the Employee would otherwise be eligible for coverage regardless of whether the Employee is currently enrolled. The Plan must enroll the Eligible Employee and the Child(ren) covered by the Notice without any enrollment restrictions (i.e., they will not be considered Late Enrollees).

4.  If the Covered Employee makes a request to add a Dependent spouse and/or Child who previously was not eligible for the Plan within thirty-one (31) days of such Dependent becoming entitled to Special Enrollment rights or following a Status Change, the effective date of coverage is the date the individual meets the Plan's definition of Dependent.

## LATE ENROLLEE

An Employee or Dependent who enrolls in the Plan more than thirty-one (31) days after the date of his/her initial eligibility is considered a Late Enrollee unless he/she qualifies for a Special Enrollment or there is a Status Change.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## EMPLOYEE AND DEPENDENT SPECIAL ENROLLMENT PERIODS

The Plan provides Special Enrollment rights and Special Enrollment Periods for Employees and their Dependents who previously declined to enroll in the Plan and who remain eligible for the Plan.

### SPECIAL ENROLLMENT PERIOD FOR LOSS OF ELIGIBILITY FOR OTHER COVERAGE

Eligible Employees and Eligible Dependents who do not enroll in the Plan at their initial opportunity because of other health coverage and subsequently lose eligibility for that other coverage (except for cause or nonpayment of premium) have Special Enrollment rights. Special Enrollment in this Plan must be requested within thirty-one (31) days after the date eligibility for other coverage ends. If an individual enrolls during a Special Enrollment Period, he/she is considered a Special Enrollee; he/she will not be considered a Late Enrollee.

Individuals who previously declined coverage in the Plan because of other coverage may be eligible to enroll in the Plan during the Special Enrollment Period if eligibility for other coverage is lost as a result of one of the following:

1. Legal separation, divorce, death, termination of employment or reduction in the number of hours worked;
2. Loss of Dependent status;
3. The plan no longer offers any benefits to a class of similarly situated individuals;
4. Moving out of an HMO service area with no other coverage option available;
5. Termination of a benefit package option, unless a substitute is offered;
6. Employer contributions were terminated; or
7. COBRA Continuation Coverage was exhausted.

Loss of coverage due to an individual's failure to pay premiums or contributions does not qualify for a Special Enrollment Period. Voluntarily dropping coverage does not trigger Special Enrollment rights because there is no loss of eligibility.

**Length of Special Enrollment Period for Loss of Eligibility for Other Coverage**
A request for a Special Enrollment due to loss of eligibility for other coverage must be made no later than thirty-one (31) days after the exhaustion of COBRA coverage or the termination of other non-COBRA coverage as a result of the loss of eligibility or termination of Employer contributions toward that coverage.

**Effective Date of Coverage Following Special Enrollment for Loss of Eligibility for Other Coverage**
The effective date of coverage for an Eligible Employee and his/her Eligible Dependents who make written or electronic application for coverage during a Special Enrollment Period will be the day following the date of loss of other coverage.

### SPECIAL ENROLLMENT PERIOD FOR NEW DEPENDENT

1. An Employee who previously declined enrollment and who remains eligible for coverage under the Plan has Special Enrollment rights when the Eligible Employee acquires a new Dependent through marriage, birth, adoption or Placement for Adoption.

2. A new spouse is entitled to Special Enrollment rights when he/she becomes the spouse of a Covered Employee or when a Child becomes a Dependent of a Covered Employee through birth, adoption or Placement for Adoption.

3. A person is entitled to Special Enrollment rights when the person becomes a Dependent of a Covered Employee through marriage, birth, adoption or Placement for Adoption.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A4d-9EBA-A602DE9A8D8D

4. An Employee who previously declined enrollment and remains eligible for coverage under the Plan has Special Enrollment rights for himself/herself and the Employee's spouse if a Child becomes a Dependent of the Employee through birth, adoption or Placement for Adoption.

**Length of Special Enrollment Period for New Dependents**
A request for a Special Enrollment due to acquiring new Dependents must be made no later than thirty-one (31) days after the date of marriage, birth, adoption or Placement for Adoption.

**Effective Date of Coverage Following New Dependent Special Enrollment**
The effective date of coverage for an Eligible Employee and his/her Eligible Dependents who make written or electronic application for coverage during a New Dependent Special Enrollment Period will be as follows:

1. In the case of marriage:  the date of marriage;

2. In the case of a Dependent's birth:  the date of birth; or

3. In the case of a Dependent's adoption or Placement for Adoption: the date of such adoption or Placement for Adoption.

**NOTE:**  Proof of Qualifying Event for Special Enrollment will be required.

**SPECIAL ENROLLMENT PERIOD UNDER THE CHILDREN'S HEALTH INSURANCE PROGRAM REAUTHORIZATION ACT OF 2009 (CHIPRA)**

Eligible Employees and Eligible Dependents who do not enroll in the Plan at their initial opportunity because of the Eligible Employee's and/or Eligible Dependent's coverage under Medicaid or a State Children's Health Insurance Program (CHIP) and subsequently lose eligibility for Medicaid or CHIP coverage have Special Enrollment rights. Special Enrollment in this Plan must be requested within sixty (60) days after the date eligibility for Medicaid or CHIP ends. If an individual enrolls during a Special Enrollment Period, he/she is considered a Special Enrollee; he/she will not be considered a Late Enrollee.

Eligible Employees and Eligible Dependents who do not enroll in the Plan at their initial opportunity but become eligible for a premium assistance subsidy under Medicaid or CHIP have Special Enrollment rights. Special Enrollment in this Plan must be requested within sixty (60) days after the date eligibility for Medicaid or CHIP premium assistance is determined. If an individual enrolls during a Special Enrollment Period, he/she is considered a Special Enrollee; he/she will not be considered a Late Enrollee.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## ANNUAL OPEN ENROLLMENT PERIOD FOR THE EMPLOYEE BENEFIT PLAN

The Annual Open Enrollment Period for the Plan is the month of November of each year for an effective date of January 1, provided written or electronic application for coverage is made before the end of the Annual Open Enrollment Period or within thirty-one (31) days after the Annual Open Enrollment Period. All Eligible Employees and Dependents not currently enrolled in the Plan may do so during the Annual Open Enrollment Period. All Covered Employees are required to re-enroll in the Plan. If application to enroll is made more than thirty-one (31) days after the Annual Open Enrollment Period ends, the Employee and/or Dependent must wait until the Plan's next Open Enrollment Period to enroll.

The Plan allows a choice of Plan Options: Cost Plus HSA Plan and Cost Plus PPO Plan. An Eligible Employee can elect one (1) Plan Option for himself/herself and the same option for his/her Eligible Dependents.

## LATE ENROLLEE

A Late Enrollee is an Employee or Dependent who gave up his/her initial opportunity to enroll in the Plan. A Late Enrollee can only enroll once a year during the Annual Open Enrollment Period for the Plan unless he/she qualifies for a Special Enrollment or if there is a Status Change.

### EMPLOYEE LATE ENROLLEE

An Employee is considered a Late Enrollee if:

1. He/she makes written or electronic application for coverage under the Plan more than thirty-one (31) days after the date of his/her initial eligibility;
2. He/she is not eligible for a Special Enrollment or enrollment as a result of a Status Change; or
3. He/she failed to enroll by the end of a Special Enrollment Period or enrollment period for a Status Change.

**Effective Date of Coverage for Employee Late Enrollees**

The effective date of coverage for an Employee who is a Late Enrollee will be the effective date of the Annual Open Enrollment for the Plan.

### DEPENDENT LATE ENROLLEE

A Dependent is considered a Late Enrollee if:

1. The Covered Employee makes written or electronic application for Dependent coverage after the thirty-one (31) day period immediately following his/her effective date of coverage and the Dependent was not enrolled by the end of a Special Enrollment Period;

2. The Covered Employee makes a written or electronic request to add a Dependent after the thirty-one (31) day period immediately following the date of birth, date of marriage, date of adoption or date of Placement for Adoption; or

3. An Eligible Employee (not currently enrolled in the Plan) makes a written or electronic request to add a new Dependent more than thirty-one (31) days after the Dependent's date of birth, date of marriage, date of adoption or date of Placement for Adoption.

**Effective Date of Coverage for Dependent Late Enrollees**

The effective date of coverage for each Dependent who is a Late Enrollee will be the effective date of the Annual Open Enrollment for the Plan.

The Eligibility and Effective Date provisions are subject to the requirements of the Omnibus Budget Reconciliation Act of 1993 (OBRA 1993) and the Health Insurance Portability and Accountability Act of 1996 (HIPAA) as they may be amended.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# COVERAGE CHANGES

**FOR EMPLOYEES PARTICIPATING IN THE SECTION 125 PLAN**

Contributions to the Plan are made on a "Salary Reduction" basis under Section 125 of the Internal Revenue Code. This allows premium contributions to be withheld from the Employee's paycheck on a "pre-tax" basis before any Federal Income Tax or FICA taxes are calculated.

The Annual Election Period for the Section 125 Plan is the same as the Annual Open Enrollment Period for the Employee Health Plan. This is the month of November of each year for an effective date of January 1. Once an election is made to participate, this election can only be changed during the next year's Annual Open Enrollment Period for the Plan.

A coverage change or Plan Option change is allowed in the Medical Plan if there is a change in status due to certain events including, but not limited to, any of the following:

**Status Changes**
- Marriage
- Divorce or legal separation (in those States recognizing legal separation)
- Birth or adoption of a Child
- Death of spouse or Child
- Commencement of spouse's or Dependent's employment
- Termination of spouse's or Dependent's employment
- Open enrollment for spouse's/Dependent's Employer plan
- Significant cost or coverage changes for Employee, spouse or Dependent
- Change from part-time to Full-time Employment (or vice-versa)/reduction or increase in hours
- Unpaid Leave of Absence
- Change in the residence or worksite
- Dependent satisfies or ceases to satisfy the eligibility requirements for coverage
- Qualified Medical Child Support Order (QMCSO)
- Entitlement to or loss of eligibility for Medicare or Medicaid
- Entitlement to or loss of eligibility for a State Children's Health Insurance Program (CHIP)
- Open enrollment of a Marketplace Qualified Health Plan (QHP) as outlined by the Affordable Care Act (ACA)

An election change may be made only if a recognized Status Change for cafeteria plans will result in the gain or loss of eligibility for coverage of the Employee, the Employee's spouse or Dependent.

A written request for addition or deletion of coverage due to a Status Change must be made within thirty-one (31) days of that change or the exception will not apply. However, a request for addition or deletion of coverage due to a change in eligibility under Medicaid or a State Children's Health Insurance Program (CHIP) must be made within sixty (60) days of that change.

**Tag Along Rule:** If, due to a Status Change, an Eligible Employee enrolls in health coverage or a Covered Employee elects to increase health coverage, at that time, the Eligible Employee or the Covered Employee may also enroll his/her spouse and/or Eligible Dependents who were not previously covered for health care regardless of whether such individuals personally experienced the Status Change.

**Effective Date of Coverage Following Status Change**
Most Status Changes qualify for Special Enrollment. See the Employee and Dependent Special Enrollment Periods section.

If there is a Status Change which does not qualify for a Special Enrollment Period as outlined in the Employee and Dependent Special Enrollment Periods, the effective date of coverage under the Medical Plan will be the date of the Status Change.

# PLAN OPTION CHANGES

The Plan allows a choice of Plan Options. Plan Option changes can only be made once a year during the Annual Open Enrollment Period for the Plan unless there is a Status Change or a Special Enrollment. See section entitled Employee and Dependent Special Enrollment Periods.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# TERMINATION OF COVERAGE

## EMPLOYEE COVERAGE TERMINATION

An Employee's coverage shall automatically terminate at midnight on the earliest of the following dates:

1.  The date employment terminates;
2.  The date the Employee ceases to be eligible or ceases to be in a class of Employees eligible for coverage;
3.  The date the Employee fails to make any required contribution for coverage;
4.  The date the Plan is terminated; or with respect to any Employee's benefit of the Plan, the date of termination of such benefit;
5.  The date the Employee enters the Uniformed Services of the United States or armed forces of any country or international organization on a full-time active duty basis if active duty is to exceed thirty-one (31) days;
6.  The date the Employee fails to return to Full-time Employment following an approved Leave of Absence. See Coverage During Leave of Absence section;
7.  The date the Employee takes an unapproved Leave of Absence from work; or
8.  The date the Employee dies.

## DEPENDENT COVERAGE TERMINATION

The Dependent coverage of an Employee shall automatically terminate at midnight on the earliest of the following dates:

1.  The date the Dependent (other than a Dependent Child age twenty-six (26) or older) ceases to be an Eligible Dependent as defined in the Plan;
2.  The date of termination of the Employee's coverage under the Plan;
3.  The date the Employee ceases to be in a class of Employees eligible for Dependent coverage;
4.  The date the Employee fails to make any required contribution for Dependent coverage;
5.  The date the Plan is terminated; or with respect to any Dependent's benefit of the Plan, the date of termination of such benefit;
6.  The date the Employee or Dependent enters the Uniformed Services of the United States or armed forces of any country or international organization on a full-time active duty basis if active duty is to exceed thirty-one (31) days;
7.  The date the Employee fails to return to Full-time Employment following an approved Leave of Absence. See Coverage During Leave of Absence section;
8.  The date the Employee takes an unapproved Leave of Absence from work;
9.  The last day of the month in which the Dependent Child reaches age twenty-six (26);
10. The date the unmarried adult Dependent Child age twenty-six (26) or older for whom coverage is being continued due to the Child being Physically Handicapped or Intellectually Disabled and incapable of earning his/her own living, upon the earliest to occur of: a. cessation of such inability; b. failure to furnish any required proof of the uninterrupted continuance of such inability or to submit to any required examination; c. the Child no longer being dependent on the Employee for his/her support; or d. the Child's marriage. However, if such earliest event occurs before the last day of the month in which such Dependent Child reaches age twenty-six (26), then coverage will terminate on the last day of the month in which such Dependent Child reaches age twenty-six (26); or
11. The date the Employee dies.

Coverage may be continued under COBRA, but continuation of coverage is not automatic upon the occurrence of a Qualifying Event. A Covered Employee or a covered Dependent is responsible for notifying the Plan Administrator within sixty (60) days after the date of certain Qualifying Events (including loss of coverage due to divorce, legal separation, or a Dependent Child ceasing to qualify as a Dependent). A change form may be obtained from the Employer. Failure to provide such notice will result in loss of eligibility to elect COBRA coverage. See Continuation of Group Health Coverage (COBRA) section for further information.

**NOTE:   The Termination provisions are subject to the requirements of the Consolidated Omnibus Budget Reconciliation Act (COBRA), Public Law 99-272 and the Company's Section 125 Plan.**

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## COVERAGE DURING LEAVE OF ABSENCE

If, after depletion of sick leave, vacation time or Paid Time Off (PTO), whichever is appropriate (if any), active work ceases due to an Employer approved non-medical temporary Leave of Absence, lay-off, an Employer approved Medical and Disability Leave, an approved Leave of Absence subject to the Family and Medical Leave Act (FMLA), an approved leave as a reasonable accommodation under the Americans with Disabilities Act (ADA) or approved leave required by applicable State law (Family, Medical, Disability and/or other temporary leave), the Plan Administrator may, while the Plan is in force, continue the Employee's coverage (Employee and Dependent) during the period after cessation of active work due to:

1.  Employer approved non-medical temporary personal Leave of Absence, or lay-off, but not to exceed a period of twenty-two (22) weeks provided any required Employee contributions are made; or

2.  Employer approved Medical and Disability Leave of Absence, but not to exceed a period of twenty-two (22) weeks provided any required Employee contributions are made; or

3.  Approved Family and Medical Leave (FMLA), but not to exceed a period of twelve (12) weeks (or twenty-six (26) weeks in the case of a Family service member medical leave) provided any required Employee contributions are made; or

4.  Approved leave as a reasonable accommodation under the Americans with Disabilities Act (ADA), as amended, for the timeframe approved by the Employer when leave is the only available accommodation; or

5.  Approved leave required by applicable State law (Family, Medical, Disability and/or other temporary leave) for up to the minimum amount of time required by such State law provided any required Employee contributions are made.

The above Employer approved non-medical Leave of Absence and Employer approved Medical and Disability Leave are concurrent with, and are not in addition to, the twelve (12) week (or twenty-six (26) weeks in the case of a Family service member medical leave) approved Family and Medical Leave (FMLA), an approved leave as a reasonable accommodation under the Americans with Disabilities Act (ADA) or the minimum amount of time required by an approved leave required by applicable State law (Family, Medical, Disability and/or other temporary leave).

**NOTE:** If applicable State law requires a longer Leave of Absence than FMLA or any other approved Leave of Absence, then State law will prevail.

If the Employee has not returned to Employment that meets the eligibility requirements after completion of an approved Leave of Absence, or if the Employee notifies the Employer that he/she will not be returning to Employment that meets the eligibility requirements following the Leave of Absence, coverage terminates and COBRA continuation becomes available on the basis of reduction in hours.  See Continuation of Group Health Coverage (COBRA) section.  Failure of the Employee to make any required Employee contributions during an approved Leave of Absence will also result in termination of coverage.

Family and Medical Leave is subject to the requirements of the Family and Medical Leave Act (FMLA).

## ACTIVE DUTY IN THE ARMED FORCES

If a Covered Employee and/or his/her covered Dependent(s) would lose Plan coverage as a result of the Employee being called for active duty in the armed forces of the United States, such a reduction in hours (or termination of employment) would be a COBRA Qualifying Event. Any coverage mandated under the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), as amended by the Veterans Benefits Improvement Act of 2004, will run concurrently with federally mandated COBRA coverage. For additional information, see the sections entitled Continuation of Group Health Coverage (COBRA) and Continuation of Coverage under USERRA.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## REHIRES / REINSTATEMENT OF COVERAGE

A terminated Employee who is rehired will be treated as a new hire and will be required to satisfy all Eligibility and enrollment requirements of the Plan only if the Employee was not credited with an Hour of Service with the Employer (or any member of the controlled or affiliated group) for a period of at least thirteen (13) consecutive weeks immediately preceding the date of rehire or, if less, a period of consecutive weeks that exceeds the greater of (a) four (4) weeks, or (b) the number of weeks of the Employee's immediately preceding Period of Employment.

If a terminated Employee is rehired by the Company within a thirteen (13) week period immediately following the date of such termination, the Employee shall become eligible for reinstatement of coverage on the date the Employee resumes employment, and the Employee's Dependents shall also become eligible for reinstatement on that date.  However, re-enrollment is not automatic and the Employee must enroll or waive enrollment within thirty-one (31) days of the rehire employment date. The reinstated Employee and the Employee's Dependents will not be subject to the Waiting Period for new Employees.

An Employee whose coverage would terminate due to active duty in the Uniformed Services of the United States, and who qualifies for military leave under the Uniformed Services Employment and Reemployment Rights Act (USERRA), will be reinstated on the date he/she resumes employment with the Company provided that such resumption of employment is within the time period specified in USERRA.

The reinstatement procedures following a USERRA military leave are subject to the requirements of USERRA.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## REPLACEMENT OF GROUP MEDICAL COVERAGE
## DUE TO THE ACQUISITION OF AN EMPLOYER BY THE COMPANY

The following provisions apply only to persons who were covered for medical expense benefits under a prior plan on the date of its discontinuance and who are included in a class of persons who are eligible for coverage under this Plan on the effective date of the acquisition of the Employer. Each person for whom the required contributions, if any, are paid shall become covered on the later of:

1.  The effective date of the acquisition; or

2.  The date the prior plan is discontinued.

If such person has not met the Employee Eligibility or other applicable Effective Date requirements of this Plan, but has satisfied all or a portion of the waiting periods of the prior plan, that time will be counted together with time employed at the Company to satisfy the Eligibility requirements of this Plan.

The following conditions apply:

1.  No benefits will be paid for expenses incurred prior to the effective date of the acquisition.

2.  No benefits will be paid for expenses incurred under the Plan if such expenses are payable under the terms of the prior plan.

3.  If a person has coverage under the prior plan as a result of Total Disability, the coverage under the Plan will be the same as the coverage provided by the prior plan. In no event will the amount payable under this provision exceed the Maximum Amount payable under the Plan.

4.  If such person is pregnant on the effective date of the acquisition, any benefits payable related to the Pregnancy will be determined from this Plan's provisions which pertain to Pregnancy and to Complications of Pregnancy.

**Deductible/Out-of-Pocket Maximum Credit**
Any Deductible and/or Out-of-Pocket Maximum amount required under this Plan may be satisfied, wholly or in part, by an expense which was incurred while such person was covered under the prior plan, if the expense was incurred during the time period applicable to the Deductible and/or Out-of-Pocket Maximum amount and would have qualified as a Covered Expense under this Plan.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## FAMILY AND MEDICAL LEAVE (FMLA)

All Employers employing at least fifty (50) workers within a seventy-five (75) mile radius of the work place must provide Eligible Employees with up to twelve (12) weeks or twenty-six (26) weeks, in the case of #5 below, of job-protected Leave of Absence during a twelve (12) month period, as determined by the Employer, generally for any of the following situations:

1.  The birth or adoption of a Child;

2.  The serious Illness of the Employee's spouse, Child, or parent;

3.  The Employee's own disabling serious Illness;

4.  The qualifying exigency (as defined by the Secretary of Labor) of the Employee's spouse, Child or parent service member who is on active duty or has been notified of an impending call or order to active duty; or

5.  The serious Illness or Injury of the Employee's spouse, Child, parent or next of kin service member whose Illness or Injury was incurred in the line of duty that may render the member unfit to perform the duties of the service member's office, grade, rank or rating.

ELIGIBLE EMPLOYEES: Employees who have been employed by the Employer for at least twelve (12) months and who have worked at least 1,250 hours for the Employer during the previous twelve (12) months are eligible for Family and Medical Leave.

BENEFIT REQUIREMENT:  The Employer must provide the same group health plan during the leave under the same level of contribution required during active employment.

RETURN TO EMPLOYMENT:  Although the leave is unpaid, the Employee must be guaranteed return to the same or equivalent position with equivalent Employee benefits, pay, and other terms of employment. (Note: An Employer may deny job restoration under the leave law to Employees who are in the highest paid 10% of Employees.)

Employee benefits may include:

- group life
- educational benefits
- sick leave

- medical
- annual leave
- disability

- dental
- pensions

If an Employee chooses not to retain Plan coverage during Family and Medical Leave, Plan coverage may be restored upon return to active service as an Eligible Employee. Employees must be treated as though no service interruption had occurred. This means that new Waiting Periods will not be applied. Any period of coverage provided for disability may run concurrently with Family and Medical Leave.

**The above listing of Employee benefits may or may not be applicable to every company's plan of benefits. This section is intended as a summary of the Family and Medical Leave Act of 1993 (FMLA), effective August 5, 1993, as amended, not as a complete interpretation of the law.**

**NOTE:** An Eligible Employee must refer to the Company's policy for complete information.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

## CONTINUATION OF GROUP HEALTH COVERAGE (COBRA)

**CONTINUATION OF COVERAGE**
(Applies to Medical and Prescription Drug Coverage)

When Plan coverage terminates due to a Qualifying Event, a Covered Employee or covered Dependent is a Qualified Beneficiary and eligible to elect continued group health coverage ("COBRA coverage"). COBRA coverage is the same health coverage that applies to Covered Employees and covered Dependents under the Plan.  However, the individual electing COBRA coverage must pay the full cost of the coverage plus an administrative fee of 2%.

The length of time COBRA coverage can be continued is based upon the date of and the applicable Qualifying Event as described below:

| Qualified Beneficiary | Qualifying Event | Maximum Coverage Period |
|---|---|---|
| Covered Employee and/or Covered Dependent | Loss of coverage due to termination of employment (other than for gross misconduct) or reduction in hours | 18 months |
| Disabled Covered Employee and/or Disabled Covered Dependent and each Qualified Beneficiary who is not disabled* | Loss of coverage due to termination of employment (other than for gross misconduct) or reduction in hours | 29 months* |
| Covered Dependent | Loss of coverage due to divorce, legal separation or death of Employee | 36 months |
| Covered Dependent | Loss of coverage due to Dependent Child losing eligibility as a Dependent Child | 36 months |
| Covered Dependent | Loss of coverage due to Covered Employee's entitlement to Medicare (See Special Medicare Entitlement Rule section.) | 36 months |

**QUALIFIED BENEFICIARY**

A Qualified Beneficiary also includes a Child born to or placed for adoption with a former Covered Employee/Qualified Beneficiary during the period of COBRA coverage.  Newborns and adopted Children of former Covered Employees/Qualified Beneficiaries have independent COBRA rights and can remain on the Plan even if the former Covered Employee/Qualified Beneficiary drops coverage.

**\*SOCIAL SECURITY DISABILITY**

If a Covered Employee or a covered Dependent is determined to be disabled, as defined in the Social Security Act, on the date of the termination of employment or reduction in hours, or at any time during the first sixty (60) days of COBRA Continuation Coverage, the disabled person may be entitled to continue COBRA coverage for up to twenty-nine (29) months from the date of termination of employment or reduction in hours, provided the Social Security Administration determines, during the initial eighteen (18) month coverage period, that the individual is disabled. To qualify for the eleven (11) month extension of the maximum coverage period, the disabled person must provide the Plan Administrator with a copy of the Social Security Administration determination letter within sixty (60) days of receipt of same, and not later than the expiration of the original eighteen (18) month initial coverage period.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

The cost of COBRA coverage for an individual entitled to extended coverage due to Social Security Disability for the period after the end of the eighteen (18) month COBRA coverage period will increase to 150% of the full cost for active participants.

## SECONDARY QUALIFYING EVENTS

If COBRA coverage is elected by a covered Dependent based on the Covered Employee's loss of coverage due to termination of employment or reduction in hours and a second Qualifying Event (divorce, legal separation, death or a Dependent Child losing eligibility as a Dependent Child) occurs during the eighteen (18) month COBRA coverage period, the covered Dependent's maximum COBRA coverage period will begin on the date of the first Qualifying Event and continue for a thirty-six (36) month period. For example: If a Covered Employee terminates employment on December 31, 2017, the Employee's covered Dependent elects COBRA coverage, and the former Employee dies before July 1, 2019 (that is prior to the end of the original eighteen (18) month COBRA coverage period), the maximum COBRA coverage period for the Dependent who elected COBRA coverage is extended until December 31, 2020.

## SPECIAL MEDICARE ENTITLEMENT RULE

Entitlement to Medicare is not considered a traditional secondary Qualifying Event for a covered Dependent; however, Medicare entitlement does provide potentially longer periods of continuation coverage to certain Qualified Beneficiaries based on the sequence of events. If a Covered Employee becomes entitled to Medicare, but the Employee is still a full-time active Employee, this event is not a COBRA Qualifying Event since Medicare entitlement alone does not cause a loss of coverage. If the Covered Employee voluntarily terminates employment after the Medicare entitlement date, the loss of coverage triggers a potential eighteen (18) month COBRA continuation period for all Qualified Beneficiaries. While the Covered Employee is only entitled to eighteen (18) months of COBRA Continuation Coverage, the other Qualified Beneficiaries (spouse and/or Dependent Children) are entitled to eighteen (18) months or thirty-six (36) months, measured from the date of the Employee's Medicare entitlement, whichever is greater.

## EMPLOYEE RESPONSIBILITIES

**COBRA coverage is not automatic upon the occurrence of a Qualifying Event. COBRA coverage must be elected as described below. In addition, a Covered Employee or a covered Dependent is responsible for notifying the Plan Administrator within sixty (60) days after the date of the Qualifying Event if the Qualifying Event is the loss of coverage due to divorce, legal separation, or a Dependent Child losing eligibility as a Dependent Child. A change form may be obtained from the Employer. Failure to provide such notice will result in loss of eligibility to elect COBRA coverage.**

A Qualified Beneficiary must elect COBRA coverage no later than sixty (60) days after the date the eligible individual is sent an election form describing his/her right to elect continuation coverage (COBRA Election Period). If a Qualified Beneficiary elects coverage during the sixty (60) day COBRA Election Period, coverage is continuous from the time coverage would otherwise have been lost. A properly completed election form must be returned to the Plan Administrator, signed and dated, by the end of the COBRA Election Period.

If premium payment is not sent with the election form, initial premium payment for COBRA coverage must be received no later than forty-five (45) days after the date COBRA coverage was elected. Initial payment must cover the retroactive monthly coverage period beginning with the date of loss of coverage. **Coverage will not become effective until initial premium payment is received.**

Coverage will remain in effect if subsequent premiums are paid no later than thirty (30) days after the due dates of such payments. **Failure to pay premiums within the time periods specified will result in termination of COBRA coverage. Once continuation is terminated, the coverage cannot be reinstated.** If timely payments of the premium are made to the Plan in an amount that is not significantly less than the amount the Plan requires to be paid for a period of coverage, then the amount paid is deemed to satisfy the Plan's requirement for the amount that must be paid for continuation coverage, unless the Plan notifies the

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

Qualified Beneficiary of the amount of the deficiency and grants a reasonable period of time (30 days) for payment of the deficiency to be made. For purposes of this section an amount not significantly less than the amount the Plan requires to be paid shall be defined as not more than the lesser of $50 or 10% of the required payment amount.

## TERMINATION OF COBRA CONTINUATION COVERAGE

COBRA coverage, for a Qualified Beneficiary who elects such coverage, will terminate prior to the completion of the eighteen (18) month, twenty-nine (29) month, or thirty-six (36) month period previously described upon one of the following occurrences:

1. The Qualified Beneficiary becomes covered by another group health plan **after** the date of COBRA election;
2. Required contributions are not paid by or on behalf of the Qualified Beneficiary in a timely manner;
3. The Qualified Beneficiary becomes entitled to benefits under Medicare **after** the date of COBRA election;
4. The Qualified Beneficiary makes a request, in writing, to terminate coverage; or
5. The Plan Sponsor ceases to provide any group health plan to any similarly situated Employee.

## NEW DEPENDENTS

If during the eighteen (18) months, twenty-nine (29) months or thirty-six (36) months, if applicable, of COBRA coverage, a Qualified Beneficiary acquires new Dependents (such as through marriage), the new Dependent(s) may be added to the coverage according to the provisions of the Plan. However, the new Dependents do not gain the status of a Qualified Beneficiary and will lose coverage if the Qualified Beneficiary who added them to the Plan loses coverage.

An exception to this is a Child who is born to, or a Child who is placed for adoption with, the Covered Employee Qualified Beneficiary. If the newborn or adopted Child is added to the Covered Employee's COBRA Continuation Coverage, then, unlike a new spouse, the newborn or adopted Child will gain the rights of all other Qualified Beneficiaries. The addition of a newborn or adopted Child does not extend the eighteen (18) or twenty-nine (29) month coverage period. Plan procedures for adding new Dependents can be found in the Eligibility and Effective Date sections of this Plan. Premium rates will be adjusted at that time to the applicable rate.

## OPEN ENROLLMENTS

Should an Open Enrollment Period occur during the COBRA continuation period, the Plan Administrator will notify the COBRA Participant of that right as well. If an Open Enrollment Period occurs, the Qualified Beneficiary will have the same rights to select the coverage and any of the options or plans that are available for similarly situated non-COBRA Participants.

## TIMING OF THE ELECTION NOTICE

If a Qualifying Event is the Covered Employee's loss of coverage due to termination of employment, reduction in hours, death or Medicare entitlement, the Plan Administrator has forty-four (44) days to notify the Qualified Beneficiary of the right to elect COBRA coverage or, if applicable, the Plan Administrator must notify the COBRA Administrator within thirty (30) days of the Qualifying Event, and the COBRA Administrator has fourteen (14) days to notify the Qualified Beneficiary of the right to elect COBRA coverage.

## CONTINUATION OF COVERAGE UNDER USERRA

This section summarizes continuation of coverage under this Plan for Employees absent from work due to military service. The Plan intends to provide benefits as a result of military Leave of Absence as mandated by USERRA, as it may be amended from time to time.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

As an Employee you have a right to choose this continuation of coverage if you are absent from work due to service in one of the uniformed services of the United States. "Service" means: active duty, active duty for training, initial active duty for training, inactive duty training, full-time National Guard duty and absence from work to determine the Employee's fitness for any of the designated types of duty.

Employees who are dishonorably discharged from the military are not eligible for continuation of coverage under USERRA.

Under the law, the Employee must give the Employer written or verbal advance notice of the military leave, if it is practical to do so, and failure to do so may result in the departing Employee's coverage being cancelled, unless the Employee is excused from giving advance notice of service under USERRA's provisions because it was impossible, unreasonable, or precluded by military necessity. A designated, authorized officer of the branch of the military in which the Employee will be serving may also provide such notice directly to the Employer.

Coverage also may be cancelled if a departing Employee leaves for a period of service that exceeds thirty (30) days and gives advance notice of service, but fails to elect continuation coverage. However, should the Employee pay all unpaid amounts due within sixty (60) days from the date the Employee left for such service, then the Employee will be retroactively reinstated with uninterrupted coverage to the Employee's date of departure.

If the Employee chooses Continuation of Coverage under USERRA, the Employer is required to offer coverage identical to that provided under the Plan prior to the Employee's military leave.  If the Employee takes military leave on or after December 10, 2004, and the Employee lost coverage due to that military service, the Employee has the right to elect to extend coverage for the Employee, the Employee's spouse and the Employee's Dependents who are covered by the Plan for up to twenty-four (24) months while the Employee remains on active duty, or during the period that the Employee's reemployment rights are protected.  During the first thirty (30) days of leave, the cost of the coverage the Employee elects is the same as the rate that the Employee paid as an Employee.  After that time, the rate is the same rate that the Plan charges for COBRA Continuation Coverage. If the Employee or another member of the Employee's Family covered by the Plan becomes disabled during the first sixty (60) days of such coverage, and the Employee provides to the Plan a copy of the Social Security Administration determination of disability before the end of the twenty-four (24) months of coverage, the coverage by the Plan for the Employee, as well as the Employee's spouse and other Family members, can be extended to twenty-nine (29) months.  The Employee will have to pay a higher rate for this additional five (5) months of coverage. In addition, if there is an event that would allow the Employee's spouse or Dependent to receive thirty-six (36) months of COBRA coverage, as described above under the COBRA Continuation Coverage provisions, then the Employee's spouse or Dependent will be entitled to elect such coverage if they notify the Plan within sixty (60) days after the event occurs.

If the Employee does not make timely premium payments, then the Plan will provide the Employee with thirty (30) days written notice to pay the premiums.  If the Employee fails to pay the requested premium(s) within the thirty (30) days, the Plan has the right to cancel the Employee's continuation of coverage.

If an Employee's or a Dependent of an Employee's health plan coverage was terminated by reason of service in the uniformed services, that coverage must be reinstated upon reemployment, unless the Plan imposes an exclusion or Waiting Period as to Illnesses or Injuries determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, the performance of service.

If you feel you might have continuation rights under USERRA, please contact Human Resources as soon as possible.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

# DEFINITIONS

Terminology listed below, along with the definition or explanation of the manner in which the term is used, will be recognized for the purpose of this Plan, only if used in this Plan. Terms defined, but not used in this Plan, are to be considered general in nature and are in no way to be used to define or limit benefits or provisions of the Plan. Words or phrases used in this Plan that are capitalized or set forth in bold type but not defined in the Plan are contained in that form as section headings or for ease of review and are intended to have the general meanings associated with such words or phrases based on the context in which they are used.

Masculine pronouns used in this Plan Document shall include masculine or feminine gender unless the context indicates otherwise.

Wherever any words are used herein in the singular or plural, they shall be construed as though they were in the plural or singular, as the case may be, in all cases where they would so apply.

**Accident:** A sudden and unforeseen event, or a deliberate act resulting in unforeseen consequences.

**Accidental Injury:** See definition of "Injury."

**Actively at Work:** As applied to an Employee: the Employee will be considered "Actively at Work" on any day the Employee performs in the customary manner all of the regular duties of employment; an Employee will be deemed "Actively at Work" on each day of a regular paid vacation or on a regular non-working day on which the Covered Employee is not totally disabled, provided the Covered Employee was "Actively at Work" on the last preceding regular work day. An Employee shall be deemed Actively at Work if the Employee is absent from work due to a health factor, subject to the Plan's Leave of Absence provisions.

**ADA:** The American Dental Association.

**Adverse Benefit Determination:** Any denial, reduction or termination of, or a failure to provide or make a payment (in whole or in part) for a benefit, including any such denial, reduction, rescission of coverage, termination or failure to provide or make payment that is based on certain benefit coverage and eligibility determinations.

**Adverse Benefit Determination on Appeal:** The upholding or affirmation of an appealed Adverse Benefit Determination.

**Allowable Claim Limits:** The charges for services and supplies, listed and included as Covered Medical Expenses under the Plan, which are Medically Necessary for the care and treatment of Illness or Injury, but only to the extent that such fees are within the Allowable Claim Limits. See Claim Review and Audit Program section.

**Allowable Expense:** The Usual and Customary charge within Allowable Claim Limits for any Medically Necessary, Reasonable eligible item of expense, at least a portion of which is covered under this Plan. When some other plan provides benefits in the form of services rather than cash payments, the Reasonable cash value of each service rendered, in the amount that would be payable in accordance with the terms of the Plan, shall be deemed to be the benefit. Benefits payable under any other plan include the benefits that would have been payable had claim been duly made.

**Alternate Recipient:** Any Child of a Participant who is recognized under a Medical Child Support Order as having a right to enrollment under this Plan as the Participant's Eligible Dependent. For purposes of the benefits provided under this Plan, an Alternate Recipient shall be treated as an Eligible Dependent, but for purposes of the reporting and disclosure requirements under ERISA, an Alternate Recipient shall have the same status as a Participant.

**Alternative Care Plan:** In circumstances where there is a reasonable expectation of savings for standard of care medical treatment, medication, or other services and this alternative care can be substituted for more costly care while remaining the treatment of choice, an Alternative Care Plan will be developed to

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

optimize the savings obtained by the services substituted. Example: Substituting Home Health Private Duty Nursing for care in an Inpatient Skilled Nursing Facility.

**AMA:** The American Medical Association.

**Ambulatory Surgery Center:** An institution or Facility, either free-standing or as a part of a Hospital with permanent Facilities, equipped and operated for the primary purpose of performing Surgical Procedures and to which a patient is admitted and from which a patient is discharged within a twenty-four (24) hour period. An office maintained by a Physician for the practice of medicine or dentistry, or for the primary purpose of performing terminations of Pregnancy, shall not be considered as an Ambulatory Surgery Center.

**Ancillary Services:** Incidental services that assist a medical procedure, but are not essential to the accomplishment of the medical procedure (i.e., laboratory testing).

**Annual:** Yearly; occurring once each Calendar Year.

**Annual Out-of-Pocket Maximum (PPO PLAN):** The Maximum dollar amount a Covered Person will pay for Covered Medical Expenses, including the Calendar Year Deductible and Medical Copays, but excluding any Covered Charges already paid at 100% in any one Calendar Year period, unless otherwise specified in the Schedule of Benefits. A separate Prescription Drug Annual Out-of-Pocket Maximum applies to Prescription Drug Copays.

**Annual Out-of-Pocket Maximum (HSA PLAN):** The Maximum dollar amount a Covered Person will pay for Covered Medical and Prescription Drug Expenses including the Calendar Year Deductible, but excluding any Covered Charges already paid at 100% in any one Calendar Year period, unless otherwise specified in the Schedule of Benefits.

**Approved Clinical Trial:** A phase I, II, III or IV trial that is federally funded by specified Agencies (National Institutes of Health, CDCP, Agency for Health Care Research, CMS, Dept. of Defense or Veterans Affairs, or a non-governmental entity identified by NIH guidelines) or is conducted under an Investigational new Drug application reviewed by the FDA (if such application is required).

**Assignment of Benefits:** An arrangement whereby the Plan Participant assigns his/her right to seek and receive payment of eligible Plan benefits, in strict accordance with the terms of this Plan Document, to a Provider. If a Provider accepts said arrangement, Provider's rights to receive Plan benefits are equal to those of a Plan Participant, and are limited by the terms of this Plan Document. A Provider that accepts this arrangement indicates acceptance of an "Assignment of Benefits" as consideration in full for services, supplies, and/or treatment rendered.

**Authorized Representative:** Person authorized to act on behalf of a Claimant for a benefit Claim or appeal of an Adverse Benefit Determination.

**Autism Spectrum Disorder:** A disorder that includes autism, Asperger's Syndrome or pervasive development disorder.

**Benefit Determination:** A determination by the Plan Administrator or Claims Administrator on a Claim for benefits, including an Adverse Benefit Determination.

**Benefit Percentage:** The portion of Covered Expenses to be paid by the Plan in accordance with the coverage provisions as shown on the Schedule of Benefits. It is the basis used to determine any out-of-pocket expenses including the Calendar Year Deductible, Medical Copays and Prescription Drug Copays which are to be paid by the Covered Person.

**Birthing Center:** A Facility, staffed by Physicians, which is licensed as a Birthing Center in the jurisdiction where it is located.

**Breach:** A Breach is, generally, an impermissible use or disclosure under the Privacy Rule that compromises the security or privacy of the Protected Health Information such that the use or disclosure poses a significant risk of financial, reputational, or other harm to the affected individual.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Calendar Year:** A period of time commencing on January 1 and ending on December 31 of the same given year.

**Chemical Dependency:** The abuse of, or psychological or physical dependency on, or addiction to, alcohol or a controlled substance. A "controlled substance" means a toxic inhalant or a substance designated as a controlled substance as declared by Federal or State law where applicable.

**Chemical Dependency Treatment Center:** A Facility which provides a program for the treatment of Chemical Dependency pursuant to a written treatment plan approved and monitored by a Physician and is also:

1. Accredited as such a Facility by the Council on Accreditation (COA) or Joint Commission on Accreditation of Health Care Organizations or sponsored by the A.M.A. or A.H.A.;
2. Affiliated with a Hospital under contractual agreement with an established system for patient referral;
3. Licensed as a Chemical Dependency treatment program by the applicable State Commission on Alcohol and Drug Abuse; and
4. Licensed, certified or approved as a Chemical Dependency treatment program or center by any other State agency having legal authority to so license, certify or approve.

**Child(ren):** In addition to the Employee's own blood descendant of the first degree or lawfully adopted Child, a Child placed with a Covered Employee in anticipation of adoption, a Covered Employee's Child who is an Alternate Recipient under a Qualified Medical Child Support Order as required by the Federal Omnibus Budget Reconciliation Act of 1993, any stepchild, or any other Child for whom the Employee has been legally appointed guardian or conservator. See definition of "Dependent" for any other eligibility provisions for a Child.

**CHIP:** Refers to the Children's Health Insurance Program or any provision or section thereof, which is herein specifically referred to, as such act, provision or section may be amended from time to time.

**CHIPRA:** Refers to the Children's Health Insurance Program Reauthorization Act of 2009 or any provision or section thereof, which is herein specifically referred to, as such act.

**Chiropractic Services:** The detection and correction, by manual or mechanical means, of the interference with nerve transmissions and expressions resulting from distortion, misalignment or dislocation of the spinal (vertebrae) column.

**Claim:** A request for a Plan benefit or benefits made by a Claimant in accordance with the Plan's reasonable procedure for filing benefit Claims.

**Claim Determination Period:** A Calendar Year, a Plan Year or that portion of a Calendar or Plan Year during which the Covered Person, for whom Claim is made, has been covered under this Plan.

**Claimant:** Individual for whom a Claim is filed.

**Claims Administrator:** The third party or parties with whom the Plan Administrator has contracted to process the Claims for the benefits under this Plan.

**Clean Claim:** A Clean Claim is one that can be processed in accordance with the terms of this document without obtaining additional information from the service Provider or a third party. It is a Claim which has no defect or impropriety. A defect or impropriety shall include a lack of required substantiating documentation as set forth and in accordance with this document, or a particular circumstance requiring special treatment which prevents timely payment as set forth in this document, and only as permitted by this document, from being made. A Clean Claim does not include Claims under investigation for fraud and abuse or Claims under review for Medical Necessity and Reasonableness, or fees under review for Usual and Customariness, or any other matter that may prevent the charge(s) from being covered expenses in accordance with the terms of this document.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

*Filing a Clean Claim.* A Provider submits a Clean Claim by providing the required data elements on the standard Claim forms, along with any attachments and additional elements or revisions to data elements of which the Provider has knowledge. The Plan Administrator may require attachments or other information in addition to these standard forms (as noted elsewhere in this document and at other times prior to Claim submittal) to ensure charges constitute covered expenses as defined by and in accordance with the terms of this document. The paper Claim form or electronic file record must include all required data elements and must be complete, legible, and accurate. A Claim will not be considered to be a Clean Claim if the Plan Participant has failed to submit required forms or additional information to the Plan as well.

**Close Relative:** Includes the spouse, mother, father, sister, brother, Child, or in-laws of the Covered Person.

**COBRA:** Title X of the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended.

**COBRA Continuation Coverage:** Coverage under this Plan that satisfies an applicable COBRA continuation provision.

**COBRA Election Period:** The sixty (60) day period during which a COBRA Qualified Beneficiary, who would lose coverage as a result of a Qualifying Event, may elect Continuation Coverage under COBRA. This sixty (60) day period begins the later of:

1. The date of termination of coverage as a result of a Qualifying Event; or
2. The date of the notice of the right to elect COBRA Continuation Coverage under this Plan.

**COBRA Qualified Beneficiary:** A former Employee or Dependent covered under this Plan on the day before the Qualifying Event who is eligible for continuing coverage under the provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) and its amendments. A COBRA Qualified Beneficiary has independent election rights.

**Coinsurance:** The portion of Covered Expenses that is shared by the Plan and the Covered Person in a specific ratio (i.e., 80%/20%) after the Calendar Year Deductible has been satisfied. The amount of Coinsurance paid by or on behalf of the Covered Person is applied toward the Covered Person's or Family's Annual Out-of-Pocket Maximum.

**Company: W.R. Meadows, Inc.** (Plan Sponsor).

**Complications of Pregnancy:** A Disease, disorder or condition which is diagnosed as distinct from normal Pregnancy but adversely affected by or caused by Pregnancy. This includes, but is not limited to:

1. Inter-abdominal Surgery, including cesarean section;
2. Excessive vomiting (hyperemesis gravidarum);
3. Toxemia with convulsions (eclampsia);
4. Extra-uterine Pregnancy (ectopic);
5. Postpartum hemorrhage;
6. Rupture or prolapse of the uterus;
7. Spontaneous termination of Pregnancy during a period of gestation in which a viable birth is not possible; or
8. Similar medical and surgical conditions of comparable severity.

Complications of Pregnancy will not include:

1. Elective abortion;
2. False labor;
3. Occasional spotting;
4. Physician prescribed rest;
5. Morning sickness; or
6. Similar conditions associated with the management of a difficult Pregnancy.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Concurrent Review:** The Utilization Review department's review of a Hospital stay, periodically evaluating the need for continued hospitalization.

**Congenital Anomaly:** A Congenital Anomaly may be viewed as a physical, metabolic or anatomic deviation from the normal pattern of development that is apparent at birth or detected during the first year of life.

**Copay:** The portion of Covered Expenses which is payable by the Covered Person and which is not applicable to the Calendar Year Deductible unless otherwise stated in this Plan Document.

**Corrective Shoes:** Shoes with a prescription correction which is a permanent and integral part of the shoe.

**Cosmetic Procedure/Cosmetic Surgery:** A procedure performed solely for the improvement of a Covered Person's appearance rather than for the improvement or restoration of bodily function.

**Covered Employee:** An Employee meeting the eligibility requirements for coverage as specified in this Plan and who is properly enrolled in the Plan.

**Covered Medical Expenses (Covered Expenses):** The Reasonable and Usual and Customary charges, Allowable Claim Limit charges and/or contracted PPO charges incurred by or on behalf of a Covered Person for the Hospital or other medical services listed below which are:

1. Ordered by a Physician or licensed Practitioner;
2. Medically Necessary for the treatment of an Illness or Injury;
3. Not of a luxury or personal nature; and
4. Not excluded under the Major Medical Exclusions and Limitations section of this Plan.

**Covered Person:** An Employee, a Dependent, a COBRA Qualified Beneficiary or a COBRA Qualified Beneficiary's Dependent meeting the eligibility requirements for coverage as specified in this Plan, and who is properly enrolled in the Plan.

**Custodial Care:** That type of care or service, wherever furnished and by whatever name called, which is designed primarily to assist a Covered Person, whether or not totally disabled, in the activities of daily living. Such activities include, but are not limited to: bathing, dressing, feeding, preparation of special diets, assistance in walking or in getting in and out of bed, and supervision over medication which can normally be self-administered.

**Date of Hire:** The Employee's first day of Full-time Employment with the Employer.

**Deductible:** A specified dollar amount of Covered Expenses which must be incurred during a Calendar Year before any other Covered Expenses can be considered for payment according to the applicable Benefit Percentage. The Plan Administrator reserves the right to allocate and apportion the Deductible and benefits to any Covered Persons and assignees.

**Dependent:**

1. The Covered Employee's legal licensed spouse. Such spouse must have met all requirements of a valid marriage contract in accordance with the laws of the State in which such parties were married. However, the Plan does not recognize a common-law marriage. **NOTE:** Proof of legal status may be required by the Plan Administrator.

2. The Covered Employee's Child who meets all of the following conditions:

   a. Is less than **twenty-six (26) years of age**; and

   b. Is either a:

      i. Natural (biological) Child; or
      ii. Child who has been legally adopted or placed for adoption with the Covered Employee; or

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

   iii.  Stepchild; or
   iv.  Foster Child; or
   v.  Child who has been placed under the legal guardianship or conservatorship of the Covered Employee or the Employee's covered Dependent spouse.

The age requirement above is waived for any unmarried Child who is Physically Handicapped or Intellectually Disabled and incapable of sustaining his/her own living, who has the same legal residence as the Employee for more than one-half of the Calendar Year, and who does not provide more than one-half of his/her own support for the Calendar Year in which the Child is enrolled for coverage under the Plan. Such Child must have been mentally or physically incapable of earning his/her own living prior to attaining the limiting age stated above. Proof of incapacity must be furnished to the Plan Administrator at the time of initial enrollment or within thirty-one (31) days of the date such Dependent's coverage would have otherwise terminated due to the age requirement. In addition, the Claims Administrator reserves the right to request proof of continued incapacity at any time.

**NOTE:** Proof of Dependent eligibility may be required.

**Detoxification:** The process whereby an alcohol-intoxicated person or person experiencing the symptoms of Substance Abuse is assisted, in a Facility licensed by the Department of Health, through the period of time necessary to eliminate, by metabolic or other means, the intoxicating alcohol, alcohol dependency factors or alcohol in combination with Drugs as determined by a licensed Physician, while keeping the physiological risk to the patient at a minimum.

**Developmental Delay:** A significant variation in normal development as measured by appropriate diagnostic instruments and procedures in one or more of the following: cognitive development, physical development, communication development, social or emotional development or adaptive development.

**Diagnostic Service:** A test or procedure performed for specified symptoms to detect or to monitor a Disease or condition. It must be ordered by a Physician or other professional Provider.

**Direct Agreement:** A complete agreement between a Directly Contracted Provider and ELAP or the Plan Sponsor which contains the terms and conditions under which the Covered Person may access discounted fees and/or negotiated or scheduled reimbursement rates which the Plan adopts as Allowable Claims Limits for Claims submitted by directly contracted Providers.

**Directly Contracted Provider:** A medical Provider which has entered into a Direct Agreement with ELAP or the Plan Sponsor to provide certain medical services to Covered Persons at agreed upon Allowable Claim Limits.

**Disease:** Any disorder which does not arise out of, which is not caused or contributed to by, and which is not a consequence of, any employment or occupation for compensation or profit; however, if evidence satisfactory to the Plan is furnished showing that the individual concerned is covered as an Employee under any Workers' Compensation law, occupational Disease law or any other legislation of similar purpose, or under the maritime doctrine of maintenance, wages, and cure, but that the disorder involved is one not covered under the applicable law or doctrine, then such disorder shall, for the purposes of the Plan, be regarded as a sickness, Illness or Disease.

**Domestic Partners:** Applies to two (2) individuals either of the same sex or opposite sex who live together in a long-term relationship of indefinite duration with an exclusive mutual commitment in which the Domestic Partners agree to be jointly responsible for each other's common welfare and share financial obligations.

**Donor:** One who furnishes blood, tissue, or an organ to be used in another person.

**Drug:** Insulin and prescription legend Drugs. A prescription legend Drug is a Federal legend Drug (any medicinal substance which bears the legend: "Caution: Federal law prohibits dispensing without a Prescription") or a State restricted Drug (any medicinal substance which may be dispensed only by Prescription, according to State law) and which, in either case, is legally obtained from a licensed Drug dispenser only upon a prescription of a currently licensed Physician.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Durable Medical Equipment:** Equipment which is:

1. Able to withstand repeated use;
2. Primarily and customarily used to serve a medical purpose; and
3. Not generally useful to a person in the absence of Illness or Injury.

**Elective Surgical Procedure/Elective Surgery:** A non-Emergency Surgical Procedure which is scheduled at the Covered Person's convenience without endangering the Covered Person's life or without causing serious impairment to the Covered Person's bodily functions.

**Electronic Protected Health Information (ePHI):** "Electronic Protected Health Information (ePHI)" has the meaning set forth in 45 C.F.R. Section 160.103, as amended from time to time, and generally means Protected Health Information that is transmitted or maintained in any electronic media.

**Eligible Dependent:** An Employee's Dependent who meets the Plan's eligibility requirements to enroll for coverage while the Employee is covered under the Plan.

**Eligible Employee:** An Employee who has satisfied the applicable Waiting Period and who is employed by the Employer on a full-time basis for at least thirty (30) hours per week, not to include seasonal or temporary Employees.

**Emergency/Medical Emergency:** A situation where necessary treatment is required as the result of a sudden and severe medical event or acute condition. An Emergency includes poisoning, shock, and hemorrhage. Other Emergencies and acute conditions may be considered on receipt of proof, satisfactory to the Plan, that an Emergency did exist. The Plan may, at its own discretion, request satisfactory proof that an Emergency or acute condition did exist. Some examples of an Emergency are: apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple Injuries, convulsions, respiratory distress including asthma attacks, apparent poisoning or severe pain from the sudden onset of an Illness. Some examples of conditions that are not generally considered an Emergency are: colds, influenza, ear infections, nausea or headaches.

**Emergency Services:** With respect to an Emergency medical condition:

1. A medical screening examination (as required under section 1867 of the Social Security Act, 42 U.S.C. 1395dd) that is within the capability of the Emergency department of a Hospital, including Ancillary Services routinely available to the Emergency department to evaluate such Emergency medical condition or within the capability of a Free-standing Emergency Room Facility; and
2. Such further medical examination and treatment, to the extent they are within the capabilities of the staff and Facilities available at the Hospital or within the capabilities of the staff at a Free-standing Emergency Room Facility, as are required under section 1867 of the Social Security Act (42 U.S.C. 1395dd) to stabilize the patient.

**Employee:** A person who is regularly scheduled to work for the Employer for at least the minimum number of hours shown in the Eligibility section of this Plan Document.

**Employer:** The Company and any affiliates adopting the Plan with the consent of the Company by approval of the affiliate entity's governing body.

**Enrollment Date:** The Enrollment Date in the Plan for an Eligible Employee who enrolls in the Plan during his/her initial eligibility period is the Employee's Date of Hire. The Enrollment Date for a Special Enrollee or a Late Enrollee is the first day of coverage in the Plan.

**ERISA:** Employee Retirement Income Security Act of 1974 as amended. "ERISA" also refers to a provision or section thereof to which a specific reference is made herein.

**Essential Health Benefits:** "Essential Health Benefits" shall mean, under section 1302(b) of the Patient Protection and Affordable Care Act (PPACA), those health benefits to include at least the following general categories and the items and services covered within the categories: ambulatory patient services;

Emergency Services; hospitalization; maternity and newborn care; mental health and Substance Abuse disorder services, including behavioral health treatment; Prescription Drugs; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic Disease management; and pediatric services, including oral and vision care.

**Experimental/Investigational:** Services or treatments that are not widely used or accepted by most Practitioners or lack credible evidence to support positive short or long-term outcomes from those services or treatments, and that are not the subject of, or in some manner related to, the conduct of an Approved Clinical Trial, as such term is defined herein; these services are not included under or as Medicare reimbursable procedures, and include services, supplies, care, procedures, treatments or courses of treatment which:

1. Do not constitute accepted medical practice under the standards of the case and by the standards of a reasonable segment of the medical community or government oversight agencies at the time rendered; or
2. Are rendered on a research basis as determined by the United States Food and Drug Administration and the AMA's Council on Medical Specialty Societies.

Non-approved Phase I and II clinical trials shall be considered Experimental.  Non-approved clinical trials include anything that is not listed in the Approved Clinical Trial definition.

A Drug, device, or medical treatment or procedure is Experimental:

1. If the Drug or device cannot be lawfully marketed without approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the Drug or device is furnished;

2. If reliable evidence shows that the Drug, device or medical treatment or procedure is the subject of ongoing Phase I, II, or III clinical trials or (unless identified as a covered service elsewhere) under study to determine its:

   a. maximum tolerated dose;
   b. toxicity;
   c. safety;
   d. efficacy; and
   e. efficacy as compared with the standard means of treatment or diagnosis; or

3. Reliable evidence shows that the opinion among experts regarding the treatment, procedure, device, Drug, or medicine is that the preponderance of current evidence does not support its efficacy, safety, or its efficacy as compared with the standard means of treatment or with regard to medication, has not determined its maximum tolerated dose.

Reliable evidence shall mean:

1. Only published reports and articles in the authoritative medical and scientific literature;
2. The written protocol or protocols used by the treating Facility or the protocol(s) of another Facility studying substantially the same Drug, device, or medical treatment or procedure; or
3. The written informed consent used by the treating Facility or by another facility studying substantially the same Drug, device, or medical treatment or procedure.

Subject to a medical opinion, if no other FDA approved treatment is feasible and as a result the Participant faces a life or death medical condition, the Plan Administrator retains discretionary authority to cover the services or treatment.

Medical care and treatment, including prescriptions/diagnostics/labs that are not related directly to a clinical trial are considered for coverage under the Plan for those patients participating in a clinical trial.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Facility/Free-standing Facility:** A Facility means a Hospital or treatment center that provides medical services on an Inpatient and/or Outpatient basis. A Free-standing Facility is an independent Facility which provides medical services on an Outpatient basis, which may or may not be affiliated with a Hospital (i.e., Ambulatory Surgery Center). See separate definition for "Free-standing Emergency Room Facility."

**Family:** A Covered Employee and his/her Eligible Dependents.

**Family and Medical Leave:** A Leave of Absence pursuant to the provisions of the Family and Medical Leave Act of 1993 (FMLA), as amended

**Fiduciary:** The Plan Administrator, but only with respect to the specific responsibilities relating to the administration of the Plan.

**Foster Child:** A Child for whom an Employee has assumed a legal obligation to support and care, provided:

1. Such Child normally lives with the Employee in a parent-Child relationship; and
2. The Employee has a legal right to claim such Child as a Dependent on his federal income tax return if the Child resides with the Employee for a period of six (6) months or longer.

**Free-standing Emergency Room Facility:** An independent Facility which provides care for urgent medical conditions and is open twenty-four (24) hours a day, but is not located at a Hospital.

**Full-time Employment:** A basis whereby an Employee is regularly expected to be employed by the Employer for the minimum number of hours shown in the Employee Eligibility section of this Plan Document. Such work may occur either at the usual place of business of the Employer or at a location to which the business of the Employer requires the Employee to travel, and for which he/she receives regular earnings from the Employer.

**Genetic Information:** Information about genes, gene products and inherited characteristics that may derive from an individual or a Family member. This includes information derived from laboratory tests that identify mutations in specific genes or chromosomes, physical medical examinations, Family histories and direct analyses of genes or chromosomes.

**GINA:** The Genetic Information Nondiscrimination Act of 2008 (Public Law No. 110-233), which prohibits group health plans, issuers of individual health care policies and Employers from discriminating on the basis of Genetic Information.

**Habilitation Services:** Services designed to assist individuals in acquiring, retaining and improving the self-help, socialization and adaptive skills necessary to reside successfully in home and community based settings.

**Hazardous Pursuit, Hobby or Activity:** Services, supplies, care and/or treatment of an Injury or Illness that results from engaging in a Hazardous Pursuit, Hobby or Activity. A pursuit, hobby or activity is hazardous if it involves or exposes an individual to risk of a degree or nature not customarily undertaken in the course of the Covered Person's customary occupation or if it involves leisure time activities commonly considered as involving unusual or exceptional risks, characterized by a constant threat of danger or risk of bodily harm, including but not limited to: hang gliding; skydiving; bungee jumping; parasailing; use of all-terrain vehicles; rock climbing; use of explosives; automobile, motorcycle, aircraft, or speed boat racing; and travel to countries with advisory warnings.

**Health Insurance Portability and Accountability Act of 1996 (HIPAA):** With regard to health care plans, it should be noted that this Act implemented the portability of health insurance, amended ERISA disclosure requirements and changed health status eligibility provisions for Employee health plans.

**Health Maintenance Organization (HMO):** An organized system of health care delivery available to individuals residing in a specific geographic area providing comprehensive medical care to enrollees for a predetermined periodic payment.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**HIPAA Privacy Standards:** The Privacy Standards of the Health Insurance Portability and Accountability Act of 1996, as they may be amended from time to time.

**Home Health Care Agency:** A public or private agency or organization that specializes in providing medical care and treatment in the patient's home. Such a Provider must meet all of the following conditions:

1. It is primarily engaged in and duly licensed, if such licensing is required, by the appropriate licensing authority to provide skilled nursing services and other therapeutic services;
2. It has policies established by a professional group associated with the agency or organization. This professional group must include at least one (1) Physician and at least one (1) Registered Nurse (RN) to govern the services provided and it must provide for full-time supervision of such services by a Physician or Registered Nurse (RN);
3. It maintains a complete medical record on each individual; and
4. It has a full-time administrator.

**Home Health Care Plan:** A program for care and treatment of a Homebound Covered Person, established and approved by the Covered Person's attending Physician, which is in lieu of confinement as an Inpatient in a Hospital or other Inpatient Facility in the absence of the services and supplies provided for under the Home Health Care Plan.

**Home Infusion Therapy:** The administration of fluids, nutrition or medication (including all additives and chemotherapy) by intravenous or gastrointestinal (enteral) infusion or by intravenous injection in the home setting. Home Infusion Therapy shall include:

1. Drugs and IV solutions;
2. Pharmacy compounding and dispensing services;
3. All equipment and ancillary supplies necessitated by the defined therapy;
4. Delivery services;
5. Patient and Family education; and
6. Nursing services.

Over-the-counter products which do not require a Physician's or other Provider's prescription, including but not limited to standard nutritional formulations used for enteral nutrition therapy, are not included within this definition.

**Home Infusion Therapy Provider:** An entity that is duly licensed by the appropriate State agency to provide Home Infusion Therapy.

**Homebound:** A patient's medical condition is such that it significantly restricts the ability to leave the home, and the patient is unable to drive a motor vehicle by himself/herself.

**Hospice:** A health care program providing a coordinated set of services rendered at home, in Outpatient settings, or in institutional settings for Covered Persons suffering from a condition that has a terminal diagnosis. A Hospice must have an interdisciplinary group of personnel which includes at least one (1) Physician and one (1) Registered Nurse (RN), and it must maintain central clinical records on all patients. A Hospice must meet the standards of the National Hospice Organization (NHO) and applicable State licensing requirements.

**Hospice Benefit Period:** A specified amount of time during which the Covered Person undergoes Hospice care. Such time period begins on the date the attending Physician of a Covered Person certifies a diagnosis of terminally ill, and the Covered Person is accepted into a Hospice program. The period shall end the earlier of six (6) months from this date or at the death of the Covered Person. A new benefit period may begin if the attending Physician certifies that the Covered Person is still terminally ill; however, additional proof may be required by the Claims Administrator before such a new benefit period can begin.

**Hospital:** An accredited institution which is approved as a Hospital by the Joint Commission on the Accreditation of Health Care Organizations or the American Osteopathic Association, and which meets all of the following criteria:

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB8-664A-4A40-9EBA-A602DE9A8D8D

1. It is primarily engaged in providing, for compensation from its patients and on an Inpatient basis, diagnostic and therapeutic Facilities for the surgical and medical diagnosis, treatment, and care of injured and sick persons by or under the supervision of a staff of Physicians;
2. It continuously provides twenty-four (24) hours per day nursing services by registered professional Nurses under the supervision of Physicians; and
3. It is not, other than incidentally, a place for rest, the aged, or a nursing home, a hotel or the like.

**Hospital Expenses:** Charges by a Hospital for Room and Board (including Private room accommodations) and/or for care in an Intensive Care Unit provided that such care is furnished at the direction of a Physician.

**Hospital Miscellaneous Expenses:** The actual charges made by a Hospital in its own behalf for services and supplies rendered to the Covered Person which are Medically Necessary for the treatment of such Covered Person. Hospital Miscellaneous Expenses do not include charges for Room and Board or for professional services (including intensive nursing care by whatever name called), regardless of whether the services are rendered under the direction of the Hospital or otherwise.

**Hour of Service:** Each hour for which an Employee is paid, or entitled to payment, for the performance of duties for the Employer; and each hour for which an Employee is paid, or entitled to payment by the Employer for a period of time during which no duties are performed due to vacation, holiday, Illness, incapacity (including disability), layoff, jury duty, military duty or Leave of Absence.

**Illness:** A bodily disorder, Disease, physical sickness, mental infirmity, or functional nervous disorder of a Covered Person.

**Immunization:** The protection of individuals or groups from specific Diseases by vaccination or the injection of immune globulins.

**Incurred Date:** The date the service is rendered or the supply is obtained. With respect to a course of treatment or procedure which includes several steps or phases of treatment, expenses are incurred for the various steps or phases as the services related to each step are rendered and not when services relating to the initial step or phase are rendered.

**Individual Treatment Plan:** A treatment plan with specific attainable goals and objectives appropriate to both the patient and the treatment modality of the program.

**Injury:** A condition caused by accidental means which results in damage to the Covered Person's body from an external force.

**Inpatient:** Refers to a patient admitted as a bed patient to a Hospital, Hospice, Rehabilitation Facility or Skilled Nursing Facility for treatment or observation; charges must be incurred for Room and Board or observation for a period of at least twenty-four (24) hours.

**Intensive Care Unit (ICU):** A separate, clearly designated service which is maintained within a Hospital solely for the care and treatment of patients who are critically ill. This also includes what is referred to as a "coronary care unit" or an "acute care unit." It has Facilities for special nursing care not available in regular rooms and wards of the Hospital, special life-saving equipment which is immediately available at all times, at least two (2) beds for the accommodation of the critically ill and at least one (1) Registered Nurse (RN) in continuous and constant attendance twenty-four (24) hours a day.

**Late Enrollee:** An Employee or Dependent who gave up his/her initial opportunity to enroll in the Plan and who enrolls in the Plan more than thirty-one (31) days after the date of his/her initial eligibility and who is not eligible for a Special Enrollment or enrollment as a result of a Status Change, or who has failed to enroll by the end of a Special Enrollment Period or enrollment period for a Status Change. Late Enrollees can only enroll once a year during the Annual Open Enrollment Period for the Plan.

**Leave of Absence:** A Leave of Absence of an Employee that has been approved by his/her Participating Employer, as provided for in the Participating Employer's rules, policies, procedures and practices.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Licensed Practical Nurse/Licensed Vocational Nurse:** An individual who has received specialized nursing training and practical nursing experience, and is duly licensed to perform such nursing services by the State or regulatory agency responsible for such licensing in the State in which that individual performs such services.

**Material Reduction:** Material Reduction in covered services or benefits is any modification to the Plan or change in the information required to be included in the Summary Plan Description (SPD) that, independently or in conjunction with other contemporaneous modifications or changes, would be considered by the average Plan Participant to be an important reduction in covered services or benefits.

**Maximum Allowable Charge:** The benefit payable for a specific coverage item or benefit under the Plan. The Maximum Allowable Charge will always be a negotiated rate, if one exists; if no negotiated rate exists, the Maximum Allowable Charge will be determined and established by the Plan, at the Plan Administrator's discretion, using normative data and submitted information such as, but not limited to, any one (1) or more of the following, in the Plan Administrator's discretion:

- Medicare reimbursement rates (presently utilized by the Centers for Medicare and Medicaid Services ["CMS"]).
- Prices established by CMS utilizing standard Medicare Payment methods and/or based upon supplemental Medicare pricing data for items Medicare does not cover based on data from CMS.
- Prices established by CMS utilizing standard Medicare payment methods and/or based upon prevailing Medicare rates in the community for non-Medicare Facilities for similar services and/or supplies provided by similarly skilled and trained Providers of care.
- Prices established by CMS utilizing standard Medicare payment methods for items in alternate settings based on Medicare rates provided for similar services and/or supplies paid to similarly skilled and trained Providers of care in traditional settings.
- Medicare cost data as reflected in the applicable individual Provider's cost report(s).
- The fee(s) which the Provider most frequently charges the majority of patients for the service or supply.
- Amounts the Provider specifically agrees to accept as payment in full either through direct negotiation or through a Preferred Provider Organization (PPO) network.
- Average wholesale price (AWP) and/or manufacturer's retail pricing (MRP).
- Medicare cost-to-charge ratios or other information regarding the actual cost to provide the service or supply.
- The allowable charge otherwise specified within the terms of this Plan.
- The prevailing range of fees charged in the same "area" (defined as a metropolitan area, county, or such greater area as is necessary to obtain a representative cross-section of Providers, persons or organizations rendering such treatment, services, or supplies for which a specific charge is made) by Providers of similar training and experience for the service or supply.
- With respect to Non-Network Emergency Services, the Plan allowance is the greater of:

  - The negotiated amount for In-Network Providers (the median amount if more than one (1) amount to In-Network Providers).
  - One hundred percent (100%) of the Plan's Maximum Allowable Charge payment formula (reduced for cost-sharing).
  - The amount that Medicare Parts A or B would pay (reduced for cost-sharing).

The Plan Administrator may in its discretion, taking into consideration specific circumstances, deem a greater amount to be payable than the lesser of the aforementioned amounts. The Plan Administrator may take any or all of such factors into account but has no obligation to consider any particular factor. The Plan Administrator may also account for unusual circumstances or complications requiring additional, or a lesser, amount of time, skill and experience in connection with a particular service or supply, industry standards and practices as they relate to similar scenarios, and the cause of Injury or Illness necessitating the service(s) and/or charge(s).

In all instances, the Maximum Allowable Charge will be limited to an amount which, in the Plan Administrator's discretion, is charged for services or supplies that are not unreasonably caused by the treating Provider, including errors in medical care that are clearly identifiable, preventable, and serious in their consequence for patients. A finding of Provider negligence and/or malpractice is not required for services or fees to be considered ineligible pursuant to this provision.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

The determination that fees for services are includable in the Maximum Allowable Charge will be made by the Plan Administrator, taking into consideration, but not limited to, the findings and assessments of the following entities: (a) The national medical associations, societies, and organizations; and (b) The Food and Drug Administration (FDA). To be includable in the Maximum Allowable Charge, services and fees must be in compliance with generally accepted billing practices for unbundling or multiple procedures.

The Plan Administrator has the discretionary authority to decide if a charge is covered under this Plan. The Maximum Allowable Charge will not include any identifiable billing mistakes including, but not limited to, up-coding, duplicate charges, and charges for services not performed.

For Claim determinations made in accordance with the Claim Review and Audit Program, the Maximum Allowable Charge will be limited to the Allowable Claim Limits.  Please refer to the section, "Claim Review and Audit Program," for the definition of Allowable Claim Limits.

**Maximum Amount:**  Any limit on benefits that are payable under the Plan.

**Maximum Benefit:**  The Maximum Amount that may be payable for each Covered Person for expenses incurred.  The applicable Maximum Benefit is shown in the Schedule of Benefits.  No further benefits are payable once the Maximum Benefit is reached.

**Medical Care Benefits:**  Amounts paid for the diagnosis, cure, mitigation, treatment or prevention of Disease or amounts paid for the purpose of affecting any structure or function of the body.

**Medical Child Support Order:**  Any judgment, decree or order (including approval of a domestic relations settlement agreement) issued by a court of competent jurisdiction that:

1. Provides for Child support with respect to a Participant's Child or directs the Participant to provide coverage under a health benefits plan pursuant to a State domestic relations law (including a community property law); or
2. Enforces a law relating to Medical Child Support described in Social Security Act §1908 (as added by Omnibus Budget Reconciliation Act of 1993 §13822) with respect to a group health plan.

**Medical Record Review:**  The process by which the Plan, based upon a review and audit of medical records, determines that a different treatment or different quantity of a Drug or supply was provided which is not supported in the billing. The Plan Administrator may determine the Maximum Allowable Charge according to the Medical Record Review and audit results.

**Medical Review Specialist:** An organization under contract to the Plan Administrator to provide the services required under the cost containment features of Utilization Review Notification/Concurrent Review/Coordination of Care/Case Management.  The Plan Administrator will furnish the name, address and phone number of the Medical Review Specialist.

**Medically or Dentally Necessary/Medical or Dental Necessity:**  Refers to health care services ordered by a Physician or Dentist exercising prudent clinical judgment provided to a Plan Participant for the purposes of evaluation, diagnosis or treatment of that Plan Participant's Illness or Injury.  Such services, to be considered Medically/Dentally Necessary, must be clinically appropriate in terms of type, frequency, extent, site and duration for the diagnosis or treatment of the Plan Participant's Illness or Injury.  The Medically/Dentally Necessary setting and level of service is that setting and level of service which, considering the Plan Participant's medical symptoms and conditions, cannot be provided in a less intensive medical setting.  Such services, to be considered Medically/Dentally Necessary must be no more costly than alternative interventions and are at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of the Plan Participant's Illness or Injury without adversely affecting the Plan Participant's medical condition.

1. It must not be maintenance therapy or maintenance treatment;
2. Its purpose must be to restore health;
3. It must not be primarily custodial in nature;
4. It must not be a listed item or treatment not allowed for reimbursement by CMS (Medicare); and

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

5. The Plan reserves the right to incorporate CMS (Medicare) guidelines in effect on the date of treatment as additional criteria for determination of Medical or Dental Necessity and/or an Allowable Expense.

For Hospital stays, this means that acute care as an Inpatient is necessary due to the kind of services the Participant is receiving or the severity of the Participant's condition and that safe and adequate care cannot be received as an Outpatient or in a less intensive medical setting. The mere fact that the service is furnished, prescribed or approved by a Physician or Dentist does not mean that it is "Medically or Dentally Necessary." In addition, the fact that certain services are excluded from coverage under this Plan because they are not "Medically or Dentally Necessary" does not mean that any other services are deemed to be "Medically or Dentally Necessary."

To be Medically or Dentally Necessary, all of these criteria must be met. Merely because a Physician or Dentist recommends, approves, or orders certain care does not mean that it is Medically or Dentally Necessary. The determination of whether a service, supply, or treatment is or is not Medically or Dentally Necessary may include findings of the American Medical Association and the Plan Administrator's own medical advisors.

**Medicare Benefits:** All benefits under Parts A, B and/or D of Title XVIII of the Social Security Act of 1965, as amended from time to time.

**Mental Disorder:** Any Disease or condition, regardless of whether the cause is organic, that is classified as a Mental or Nervous Disorder in the current edition of *International Classification of Diseases*, published by the U.S. Department of Health and Human Services, or is listed in the current edition of *Diagnostic and Statistical Manual of Mental Disorders*, published by the American Psychiatric Association or other relevant State guideline or applicable sources.

**Mental Health Parity and Addiction Equity Act of 2008 (MHPAEA):** In the case of a group health plan (or health insurance coverage offered in connection with such a plan) that provides both medical and surgical benefits and mental health or substance use disorder benefits, such plan or coverage shall ensure that:

1. The financial requirements applicable to such mental health or substance use disorder benefits are no more restrictive than the predominant financial requirements applied to substantially all medical and surgical benefits covered by the Plan (or coverage) and that there are no separate cost sharing requirements that are applicable only with respect to mental health or substance use disorder benefits, if these benefits are covered by the group health plan (or health insurance coverage is offered in connection with such a plan); and

2. The treatment limitations applicable to such mental health or substance use disorder benefits are no more restrictive than the predominant treatment limitations applied to substantially all medical and surgical benefits covered by the Plan (or coverage), and that there are no separate treatment limitations that are applicable only with respect to mental health or substance use disorder benefits, if these benefits are covered by the group health plan (or health insurance coverage offered in connection with such a plan).

**Midwife:** A Practitioner who is certified as a Nurse Midwife (CNM) by the American College of Nurse-Midwives and who is authorized to practice as a Nurse Midwife under State regulations.

**Morbid Obesity:** A diagnosed condition in which the body weight of an individual is the greater of 100 pounds or 100% over the medically recommended weight for a person of the same height, age and mobility and by a BMI (body mass index) greater than 40 (in accordance with Utilization Review's criteria for morbid or severe Obesity).

**National Medical Support Notice or NMSN:** A notice that contains the following information:

1. Name of an issuing State agency;
2. Name and mailing address (if any) of an Employee who is a Participant under the Plan;

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

3. Name and mailing address of one or more Alternate Recipients (i.e., the Child or Children of the Participant or the name and address of an official or agency that has been substituted for the mailing address of the Alternate Recipients(s)); and
4. Identity of an underlying Child support order.

**Newborns' and Mothers' Health Protection Act of 1996 (NMHPA):** A regulation that amended ERISA by adding a new section restricting the extent to which group health plans may limit Hospital lengths of stays for mothers and newborn Children following delivery. NMHPA regulations apply as of the first day of the first Plan Year beginning on or after January 1, 1998.

**No-Fault Automobile Insurance:** Automobile insurance that pays for medical expenses for Injuries sustained during the operation of an automobile, regardless of who may have been responsible for causing the Accident.

**Nurse:** An individual who has received specialized nursing training and is authorized to use the designation Registered Nurse (RN), Licensed Vocational Nurse (LVN) or Licensed Practical Nurse (LPN), and who is duly licensed by the State or regulatory agency responsible for such license in the State in which the individual performs the nursing services.

**Obesity:** A diagnosed condition in which the BMI (body mass index) is at least 30 (ranging from 30-39).

**OBRA:** The coverage provided under the provisions of the Omnibus Budget Reconciliation Act of 1993 (OBRA 1993), effective August 10, 1993.

**Occupational Therapy:** Treatment which is rendered for reasons other than restoration of bodily functions and the prevention of disability. Such treatment is usually rendered by the use of work-related skills and leisure tasks for the evaluation of an individual's behavior and/or abilities of self-care, work or play.

**Oral Surgery:** Maxillofacial Surgical Procedures include, but are not limited to:

1. Excision of non-dental related neoplasms, including benign tumors and cysts and all malignant and pre-malignant lesions and growths;
2. Incision and drainage of facial abscess;
3. Surgical Procedures involving salivary glands and ducts and non-dental related procedures of the accessory sinuses; and
4. Surgical and diagnostic treatment of conditions affecting the temporomandibular joint (including the jaw and the craniomandibular joint) as a result of an Accident, a trauma, a congenital defect, a developmental defect or a pathology.

**Orthopedic Shoes:** Special shoes designed for support of the feet or the prevention or correction of deformities of the feet.

**Orthotic Devices:** External devices used to support, align, prevent or correct deformities or to improve the function of movable parts of the body. An orthotic insole is a foot supporting device prescribed by a Physician or licensed Practitioner.

**Out-of-Area:** "Out-of-Area" applies to a Covered Person living or traveling outside of the geographic zip code area serviced by the Preferred Provider Organization (PPO).

**Outpatient:** A patient who receives medical services at a Hospital but is not admitted as a registered overnight bed patient; this must be for a period of less than twenty-four (24) hours. This term can also be applicable to services rendered in a free-standing independent Facility, such as an Ambulatory Surgery Center.

**Outpatient Chemical Dependency/Drug Treatment Facility:** An institution which provides a program for a diagnosis, evaluation and effective treatment of Chemical Dependency, and/or Drug use or abuse; provides Detoxification services needed with its effective treatment program; provides infirmary level medical services or arranges at a Hospital in the area for any other medical services that may be required; is at all times supervised by a staff of Physicians; provides at all times skilled nursing care by licensed Nurses who are directed by a full-time Registered Nurse (RN); prepares and maintains a written plan of treatment for each

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

patient based on medical, psychological and social needs, which is supervised by a Physician; and meets applicable State and Federal, if any, licensing standards.

**Outpatient Psychiatric Day Treatment Facility:** An administratively distinct governmental, public, private or independent unit or part of such unit that provides for a psychiatrist who has regularly scheduled hours in the Facility, and who assumes the overall responsibility for coordinating the care of all patients.

**Part-time Employee:** An Employee who is not regularly scheduled to work for the Employer for at least the minimum number of hours shown in the Eligibility section of this Plan Document.

**Physical Therapy:** Management of the patient's movement system. This includes conducting an examination; alleviating impairments and functional limitation; preventing Injury, impairment, functional limitation and disability; and engaging in consultation, education and research. Direct interventions include the appropriate use of patient education, therapeutic exercise and physical agents such as massage, thermal modalities, hydrotherapy and electricity.

**Physically Handicapped or Intellectually Disabled:** The inability of a person to be self-sufficient as the result of a condition such as intellectual disability, cerebral palsy, epilepsy or another neurological disorder and diagnosed by a Physician as a permanent and continuing condition.

**Physician:** A person acting within the scope of his/her license and holding the degree of Doctor of Medicine (MD) or Doctor of Osteopathy (DO) and who is legally entitled to practice medicine in all its branches under the laws of the State or jurisdiction where the services are rendered.

**Placement for Adoption:** A Child placed with the Covered Employee for adoption, whether or not the adoption has become final, will be considered eligible and will be covered from the date of such adoption or Placement for Adoption. "Placement" means the assumption and retention by the Covered Employee of a legal obligation for total or partial support of such Child in anticipation of adoption of such Child.

**Plan:** Without qualification, this Plan Document/Summary Plan Description, including any Plan Amendments thereto.

**Plan Administrator:** **W.R. Meadows, Inc.,** who is responsible for the day-to-day functions and arrangements of the Plan. The Plan Administrator may employ persons or firms to process Claims and perform other Plan connected services.

**Plan Amendment:** A formal document that changes the provisions of the Plan Document, duly signed by the authorized person or persons as designated by the Plan Sponsor.

**Plan Participant:** Eligible Employee, Eligible Dependent, eligible COBRA Qualified Beneficiary or a COBRA Qualified Beneficiary's Dependent properly enrolled in the Plan.

**Plan Sponsor: W.R. Meadows, Inc.**

**Plan Year:** The twelve (12) month period beginning on January 1 and ending December 31 of each Calendar Year. Plan Year is the year on which Plan records are kept.

**Practitioner:** A Physician or person acting within the scope of applicable State licensure/certification requirements including the following:

1. Advanced Practice Nurse (APN)
2. Audiologist
3. Board Certified Behavior Analyst (BCBA)
4. Certified Diabetic Educator and Dietitian
5. Certified Nurse Midwife (CNM)
6. Certified Operating Room Technician (CORT)
7. Certified Registered Nurse Anesthetist (CRNA)
8. Certified Surgical Technician (CST)

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

9. Doctor of Chiropractic (DC)
10. Doctor of Dental Medicine (DMD)
11. Doctor of Dental Surgery (DDS)
12. Doctor of Medicine (MD)
13. Doctor of Optometry (OD)
14. Doctor of Osteopathy (DO)
15. Doctor of Podiatric Medicine (DPM)
16. Licensed Acupuncturist (LAC)
17. Licensed Clinical Social Worker (LCSW)
18. Licensed Marriage and Family Therapist (LMFT)
19. Licensed Occupational Therapist
20. Licensed or Registered Physical Therapist
21. Licensed Practical Nurse (LPN)
22. Licensed Professional Counselor (LPC)
23. Licensed Surgical Assistant (LSA)
24. Licensed Vocational Nurse (LVN)
25. Master of Social Work (MSW)
26. Physician Assistant (PA)
27. Psychologist (PhD, EdD, PsyD)
28. Registered Nurse (RN)
29. Registered Nurse First Assistant (RNFA)
30. Registered Nurse Practitioner (RN-NP)
31. Speech Language Pathologist

**Preferred Provider Organization (PPO):** An alternate health care delivery system with which Plan Administrators may contract to provide comprehensive medical care for Employees. A PPO is a network of individual Physicians and other Providers who accept pre-negotiated, discounted fees for services rendered. Employee participation is encouraged by plan design for improved benefits when network Providers are used. Employees have flexibility under PPO arrangements in which there is a choice of network or non-network Providers.

**Pregnancy:** The physical state which results in childbirth, life-threatening abortion, or miscarriage, and any medical complications arising out of, or resulting from, such state.

**Prescription Drugs:** Licensed medicine that is government regulated which must be prescribed by a Qualified Prescriber before it can be obtained.

**Preventive Care:** This Plan intends to comply with the Patient Protection and Affordable Care Act's (PPACA) requirement to offer in-network coverage for certain preventive services without cost-sharing. To comply with PPACA, and in accordance with the recommendations and guidelines, the Plan will provide in-network coverage for:

- Evidence-based items or services rated A or B in the United States Preventive Services Task Force recommendations;
- Recommendations of the Advisory Committee on Immunization Practices adopted by the Director of the Centers for Disease Control and Prevention;
- Comprehensive guidelines for infants, Children, and adolescents supported by the Health Resources and Services Administration (HRSA); and
- Comprehensive guidelines for women supported by the Health Resources and Services Administration (HRSA).

Copies of the recommendations and guidelines with services listed by group (all adults, women, children) may be found here: https://www.healthcare.gov/coverage/preventive-care-benefits/. For more information, you may contact the Plan Administrator / Employer at 847-214-2100.

**Privacy Regulation:** The regulations issued under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), as amended.

DocuSign Envelope ID: DF56DBB6-864A-4A40-9EBA-A602DE9A8D8D

**Private:** A class of accommodations in a Hospital or Skilled Nursing Facility or other Facility providing services on an Inpatient basis in which one (1) patient bed is available per room.

**Private Duty Nursing:** Continuous skilled care or intermittent care by a Registered Nurse (RN), Licensed Practical Nurse (LPN) or Licensed Vocational Nurse (LVN) while a patient is not confined in a Hospital.

**Protected Health Information (PHI):** Individually identifiable health information that is created or received by a Covered Entity (the Plan) and relates to: (a) a person's past, present or future physical or mental health or condition; (b) provision of health care to that person; or (c) past, present or future payment for that person's health care. This term shall be construed in accordance with the Privacy Regulation.

**Provider:** A Physician, Practitioner, health care professional or health care Facility licensed, certified or accredited as required by state law.

**Psychiatric Treatment Facility:** A mental health Facility which:

1. Provides treatment for individuals who suffer from acute Mental Disorders;
2. Uses a structured psychiatric program with Individual Treatment Plans that have specified goals and appropriate objectives for the patient and treatment modality of the program; and
3. Is clinically supervised by a Physician of medicine who is certified in psychiatry by the American Board of Psychiatry and Neurology.

**Qualified Individual:** Someone who is eligible to participate in an "Approved Clinical Trial" and either the individual's doctor has concluded that participation is appropriate or the participant provides medical and scientific information establishing that their participation is appropriate.

**Qualified Medical Child Support Order (QMCSO):** As originally enacted in OBRA 1993, as amended, a Medical Child Support Order that satisfies the following requirements to be a Qualified Medical Child Support Order under ERISA Section 609 (a)(2):

1. The name and last known mailing address of the Plan Participant;
2. The name and address of each Alternate Recipient. "Alternate Recipient" means any Child of a Plan Participant who is recognized under a Medical Child Support Order as having a right to enrollment under a group health plan with respect to such Plan Participant;
3. A reasonable description of the type of coverage to be provided by the group health plan or the manner in which coverage will be determined;
4. The period for which coverage must be provided; and
5. Each plan to which the order applies.

Qualified Medical Child Support Orders include not only court orders, but also administrative processes established under State law.

**Reasonable:** In the Plan Administrator's discretion, services or supplies, or fees for services or supplies which are necessary for the care and treatment of Illness or Injury not caused by the treating Provider. Determination that fee(s) or services are Reasonable will be made by the Plan Administrator, taking into consideration unusual circumstances or complications requiring additional time, skill and experience in connection with a particular service or supply; industry standards and practices as they relate to similar scenarios; and the cause of Injury or Illness necessitating the service(s) and/or charge(s).

This determination will consider, but will not be limited to, the findings and assessments of the following entities: (a) The National Medical Associations, Societies, and organizations; and (b) The Food and Drug Administration. To be Reasonable, service(s) and/or fee(s) must be in compliance with generally accepted billing practices for unbundling or multiple procedures. Services, supplies, care and/or treatment that results from errors in medical care that are clearly identifiable, preventable, and serious in their consequences for patients, are not Reasonable. The Plan Administrator retains discretionary authority to determine whether service(s) and/or fee(s) are Reasonable based upon information presented to the Plan Administrator. A finding of Provider negligence and/or malpractice is not required for service(s) and/or fee(s) to be considered not Reasonable.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A4d-9EBA-A602DE9A8D8D

Charge(s) and/or services are not considered to be Reasonable, and as such are not eligible for payment (exceed the Maximum Allowable Charge), when they result from Provider error(s) and/or Facility-acquired conditions deemed "reasonably preventable" through the use of evidence-based guidelines, taking into consideration, but not limited to, CMS guidelines.

The Plan reserves for itself and parties acting on its behalf the right to review charges processed and/or paid by the Plan, to identify charge(s) and/or service(s) that are not Reasonable and, therefore, not eligible for payment by the Plan.

**Reconstructive Surgery:** A procedure performed to restore the anatomy and/or functions of the body which were lost or impaired due to an Injury or Illness.

**Registered Nurse (RN):** An individual who has received specialized nursing training and is authorized to use the designation of "RN," and who is duly licensed by the State or regulatory agency responsible for such licensing in the State in which the individual performs such nursing services.

**Rehabilitation Facility:** A legally operating institution or distinct part of an institution which has a transfer agreement with one or more Hospitals, and which is primarily engaged in providing comprehensive multi-disciplinary physical restorative services, post-acute Hospital and rehabilitative Inpatient care, and is duly licensed by the appropriate government agency to provide such services. It does not include institutions which provide only minimal care, Custodial Care, ambulatory, or part-time care services, or an institution which primarily provides treatment of Mental Disorders or Chemical Dependency, except if such Facility is licensed, certified or approved as a Rehabilitation Facility for the treatment of mental conditions or Drug addiction or Chemical Dependency in the jurisdiction where it is located, or it is accredited as such a Facility by the Joint Commission on the Accreditation of Health Care Organizations, or the Commission on the Accreditation of Rehabilitation Facilities.

**Residential Treatment Center:** Facility that provides twenty-four (24) hour treatment for Chemical Dependency, Drug and Substance Abuse or mental health problems on an Inpatient basis. It must provide at least the following: Room and Board; medical services; nursing and dietary services; patient diagnosis, assessment and treatment; individual, Family and group counseling; and educational and support services. A Residential Treatment Center is recognized if it is accredited for its stated purpose by the Joint Commission on Accreditation of Hospitals and carries out its stated purpose in compliance with all relevant State and local laws.

**Retrospective Review:** A determination by Utilization Review that medical services performed either Inpatient or Outpatient met criteria for Medical Necessity.

**Room and Board:** All charges, by whatever name called, which are made by a Hospital, Hospice, Skilled Nursing Facility, Rehabilitation Facility or other covered Facilities as a condition of Inpatient confinement as a bed patient. Such charges do not include the professional services of Physicians nor intensive nursing care, by whatever name called.

**Routine Newborn Care:** Inpatient charges for a well newborn Child for nursery Room and Board, related expenses following birth, including newborn hearing exams and Physician's pediatric services including circumcision. This term does not apply to a newborn Child's diagnosed Illness.

**Routine Patient Cost(s):** All items and services consistent with the coverage provided in the Plan that is typically covered for a Qualified Individual who is not enrolled in a clinical trial. Routine Patient Costs do not include: 1) the Investigational item, device or service itself; 2) items and services that are provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient; and 3) a service that is clearly inconsistent with the widely accepted and established standards of care for a particular diagnosis. Plans are not required to provide benefits for routine patient care services provided outside of the Plan's network area unless out-of-network benefits are otherwise provided under the Plan.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Security Incidents:** "Security Incidents" has the meaning set forth in 45 C.F.R. Section 164.304, as amended from time to time, and generally means the attempted or successful unauthorized access, use, disclosure, modification, or destruction of information or interference with systems operations in an information system.

**Semi-Private:** A class of accommodations in a Hospital or Skilled Nursing Facility or other Facility providing services on an Inpatient basis in which at least two (2) patient beds are available per room.

**Series of Treatments:** A Series of Treatments is a planned, structured program which may include Inpatient or Outpatient treatment and is complete when the Covered Person is discharged on medical advice from Inpatient care, Day Treatment or Outpatient Treatment without a lapse in treatment or when a person fails to materially comply with the treatment program for a period of thirty (30) days.

**Serious Mental Illness:** Defined as any one of the following eight (8) categories:

1. Schizophrenia;
2. Paranoid and other psychotic disorders;
3. Bipolar disorders (mixed, manic and depressive);
4. Major depressive disorders (single episode or recurrent);
5. Schizo-affective disorders (bipolar or depressive);
6. Pervasive developmental disorders;
7. Obsessive compulsive disorder; and
8. Depression in childhood and adolescence.

**Skilled Nursing Facility/Extended Care Facility:** An institution that:

1. Primarily provides skilled, as opposed to custodial, nursing services to patients; and
2. Is approved by the Joint Commission on the Accreditation of Health Care Organizations and/or Medicare.

**Sleep Disorder:** Medical/psychological condition that disrupts the patient's sleep on a chronic basis.

**Special Enrollee:** An Eligible Employee and his/her Eligible Dependents who have Special Enrollment rights and who enroll in the Plan during a Special Enrollment Period.

**Special Enrollment Period:** The period of thirty-one (31) days in which an Eligible Employee or Dependent who previously declined enrollment in the Plan by signing a waiver of coverage can enroll in the Plan. The Special Enrollment Period for both Employees and Dependents can be activated by:

1. Loss of eligibility for other coverage (except for cause or non-payment of premium);
2. A new Dependent acquired by an Employee through marriage, birth, adoption or Placement for Adoption;
3. Loss of eligibility under Medicaid or a State Children's Health Insurance Program (CHIP) (in which case the Special Enrollment Period is sixty (60) days); or
4. Gain of eligibility for a premium assistance subsidy under Medicaid or CHIP (in which case the Special Enrollment Period is sixty (60) days).

**Speech Therapy:** A program which evaluates the patient's motor-speech skills, expressive and receptive language skills, writing and reading skills, and determines if the patient requires an extensive hearing evaluation by an audiologist. The therapist also evaluates the patient's cognitive functioning, as well as his/her social interaction skills, such as the ability to maintain eye contact and initiate conversation. Therapy may also involve developing the patient's speech, listening and conversational skills and higher-level cognitive skills, such as understanding abstract thought, making decisions, sequencing, etc. Therapy must be considered medically appropriate even for patients who do not have apparent speech problems, but who do have deficits in higher-level language functioning as a result of trauma or identifiable organic Disease process.

**Status Change:** Cafeteria plans (under Section 125 of the Internal Revenue Code) permit coverage changes during a Plan Year when a change in status occurs that affects gain or loss of eligibility for coverage for the Employee, the Employee's spouse or Dependent. Some examples of a Status Change are: change in Employee's legal marital status, change in number of Employee's Dependents, change in employment status of Employee, spouse or Dependent and loss of other coverage.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Substance Abuse:** The excessive use of a substance, especially alcohol or a Drug. The current edition of *Diagnostic and Statistical Manual of Mental Disorders* definition is applied as follows:

1. A maladaptive pattern of substance use leading to clinically significant impairment or distress, as manifested by one (or more) of the following, occurring within a twelve (12) month period:

    a. Recurrent substance use resulting in a failure to fulfill major role obligations at work, school or home (i.e., repeated absences or poor work performance related to substance use; substance-related absences, suspensions or expulsions from school; neglect of Children or household);
    b. Recurrent substance use in situations in which it is physically hazardous (i.e., driving an automobile or operating a machine when impaired by substance use);
    c. Recurrent substance-related legal problems (i.e., arrests for substance-related disorderly conduct); and
    d. Continued substance use despite having persistent or recurrent social or interpersonal problems caused or exacerbated by the effects of the substance (i.e., arguments with spouse about consequences of intoxication, physical fights).

2. The symptoms have never met the criteria for Substance Dependence for this class of substance.

**Substance Abuse Treatment Center:** An Institution which provides a program for the treatment of Substance Abuse by means of a written treatment plan approved and monitored by a Physician. This Institution must be:

1. Affiliated with a Hospital under a contractual agreement with an established system for patient referral;
2. Accredited as such a Facility by the Joint Commission on Accreditation of Hospitals; or
3. Licensed, certified or approved as an alcohol or Substance Abuse treatment program or center by a State agency having legal authority to do so.

**Substance Dependence:** Substance use history which includes the following:

1. Substance Abuse (see above);
2. Continuation of use despite related problems;
3. Development of tolerance (more of the Drug is needed to achieve the same effect); and
4. Withdrawal symptoms.

**Surgery:** Any of the following:

1. The incision, excision, debridement or cauterization of any organ or part of the body, and the suturing of a wound;
2. The manipulative reduction of a fracture or dislocation or the manipulation of a joint including application of cast or traction;
3. The removal by endoscopic means of a stone or other foreign object from any part of the body or the diagnostic examination by endoscopic means of any part of the body;
4. The induction of artificial pneumothorax and the injection of sclerosing solutions;
5. Arthrodesis, paracentesis, arthrocentesis and all injections into the joints or bursa;
6. Obstetrical delivery and dilatation and curettage; or
7. Biopsy.

**Surgical Procedure:** Surgical Procedures will include all CPT (Current Procedural Terminology) codes from 10000 to 69999.

**TEFRA:** Tax Equity and Fiscal Responsibility Act of 1982, as amended from time to time.

**Temporomandibular Joint (TMJ) Disorders:** Disorders that affect the temporomandibular joints at either side of the jaw also known as myofascial pain-dysfunction syndrome.

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**Total Disability (Totally Disabled):**  A physical state of a Covered Person resulting from an Illness or Injury which wholly prevents:

1. An Employee from engaging in any and every business or occupation and from performing any and all work for compensation or profit; or
2. A Dependent or a COBRA Qualified Beneficiary from performing the normal activities of a person of that age and sex in good health.

**Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA):**  A Federal law which applies to persons who have been absent from work because of "service in the uniformed services." "Uniformed services" consists of the United States Army, Navy, Marine Corps, Air Force or Coast Guard; Army Reserve, Naval Reserve, Marine Corps Reserve, Air Force Reserve or Coast Guard Reserve; Army National Guard or Air National Guard; Commissioned Corps of the Public Health Service; any other category of persons designated by the President in time of war or Emergency. "Service" in the uniformed services means: active duty, active duty for training, initial active duty for training, inactive duty training, full-time National Guard duty and absence from work for an examination to determine a person's fitness for any of the designated types of duty.

**UR Notification:**  A Plan requirement for a Covered Person to advise Utilization Review of a Hospital admission, health care service, treatment plan, Prescription Drug or Durable Medical Equipment that results in a decision by the Plan that such service is Medically Necessary. The Plan may require notification for certain services as they are received, except in an Emergency. UR Notification is not a guarantee the Plan will cover the cost of such services.

**Urgent Care Facility (Minor Emergency Medical Clinic):**  A Free-standing Facility which is engaged primarily in providing minor Emergency and episodic medical care to a Covered Person. A board-certified Physician, a Registered Nurse (RN), and a registered x-ray technician must be in attendance at all times that the clinic is open.  The clinic's Facilities must include x-ray and laboratory equipment and a life support system. For the purposes of this Plan, a clinic meeting these requirements will be considered to be an Urgent Care Facility (Minor Emergency Medical Clinic), by whatever actual name it may be called; however, a clinic located on the premises of, or in conjunction with, or in any way made a part of, a regular Hospital shall be excluded from the terms of this definition.

**Usual and Customary:**   Covered expenses which are identified by the Plan Administrator, taking into consideration the fee(s) which the Provider most frequently charges the majority of patients for the service or supply, the cost to the Provider for providing the services, the prevailing range of fees charged in the same "area" by Providers of similar training and experience for the service or supply, and the Medicare reimbursement rates. The term(s) "same geographic locale" and/or "area" shall be defined as a metropolitan area, county, or such greater area as is necessary to obtain a representative cross-section of Providers, persons or organizations rendering such treatment, services, or supplies for which a specific charge is made. To be Usual and Customary, fee(s) must be in compliance with generally accepted billing practices for unbundling or multiple procedures.

The term "Usual" refers to the amount of a charge made for medical services, care, or supplies, to the extent that the charge does not exceed the common level of charges made by other medical professionals with similar credentials, or health care Facilities, pharmacies, or equipment suppliers of similar standing, which are located in the same geographic locale in which the charge was incurred.

The term "Customary" refers to the form and substance of a service, supply, or treatment provided in accordance with generally accepted standards of medical practice to one individual, which is appropriate for the care or treatment of an individual of the same sex, comparable age and who has received such services or supplies within the same geographic locale.

The term "Usual and Customary" does not necessarily mean the actual charge made nor the specific service or supply furnished to a Plan Participant by a Provider of services or supplies, such as a Physician, therapist, Nurse, Hospital, or pharmacist. The Plan Administrator will determine the usual charge for any procedure, service, or supply, and whether a specific procedure, service or supply is customary.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

Usual and Customary charges may, at the Plan Administrator's discretion, alternatively be determined and established by the Plan using normative data such as, but not limited to, Medicare cost to charge ratios, average wholesale price (AWP) for prescriptions and/or manufacturer's retail pricing (MRP) for supplies and devices.

For Claim determinations made in accordance with the Claim Review and Audit Program, the Usual and Customary fee will be the Allowable Claim Limits. Please refer to the section, "Claim Review and Audit Program," for the definition of Allowable Claim Limits.

**Utilization Review (UR):**  Process by which consistent and measurable standards are applied in which to evaluate and control health care utilization by determining appropriateness of care, setting and Medical Necessity.

**Utilization Review (UR) Department:** GPA's HealthWatch department, providing consistent and measurable standards in which to evaluate and control health care utilization by determining appropriateness of care, setting and Medical Necessity.  The Utilization Review department's role is to ensure the best use of health care services, eliminating unnecessary costs while maintaining consideration for the patient's best interests.

**Waiting Period:** The period of time that must pass before Plan coverage can become effective for an otherwise Eligible Employee or Dependent. An Employee shall be deemed Actively at Work if the Employee is absent from work due to a health factor.

**Well Baby Care or Well Child Care:** Medical treatment, services or supplies rendered to a Child, solely for the purpose of health maintenance and not for the treatment of an Illness or Injury, to include medical screenings for vision and hearing.

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

**APPENDIX I**

**STATES WITH CONSUMER ASSISTANCE PROGRAMS UNDER PHS ACT SECTION 2793**
** Current as of January 16, 2019**

(Periodic updates will be posted at www.dol.gov/ebsa/healthreform and http://cciio.cms.gov/programs/consumer/capgrants/index.html)

In addition to the State information provided in the chart below, the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) may also be a helpful resource to participants and beneficiaries in need of assistance. Plans and issuers are encouraged to include EBSA's contact information in their notices as well. (EBSA contact information is also included in the Department's model notices.)

EBSA may be contacted at: 1-866-444-EBSA (3272) or www.askebsa.dol.gov.

| State | Contact Information |
|---|---|
| Alabama | No program |
| Alaska | No program |
| American Samoa | No program |
| Arizona | No program |
| Arkansas | Arkansas Insurance Department, Consumer Services Division<br>1200 West Third St.<br>Little Rock, AR  72201<br>(800) 282-9134<br>http://insurance.arkansas.gov/pages/consumer-services/consumer-services/ (website)<br>Insurance.consumers@arkansas.gov (email) |
| California | California Department of Insurance<br>300 Capitol Mall, Suite #1600<br>Sacramento, CA 95814<br>(800) 927-4357<br><br>http://www.insurance.ca.gov (website) |
| Colorado | No program |
| Commonwealth of Northern Mariana Islands | No program |
| Connecticut | Connecticut Office of the Healthcare Advocate<br>P.O. Box 1543<br>Hartford, CT 06144<br>(866) 466-4446<br>http://www.ct.gov/oha/site/default.asp (website)<br>healthcare.advocate@ct.gov (email) |
| Delaware | Delaware Department of Insurance<br>841 Silver Lake Blvd<br>Dover, DE 19904<br>(302) 674-7310<br>http://www.delawareinsurance.gov (website)<br>consumer@state.de.us (email) |
| District of Columbia | DC Office of the Health Care Ombudsman and Bill of Rights<br>One Judiciary Square<br>441 4th Street, NW, 900 South<br>Washington, DC 20001<br>(877) 685-6391<br>http://healthcareombudsman.dc.gov (website) |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB8-664A-4A40-9EBA-A602DE9A8D8D

| State | Contact Information |
|---|---|
| | healthcareombudsman@dc.gov (email) |
| Florida | No program |
| Georgia | Georgia Office of Insurance and Safety Fire Commissioner<br>Consumer Services Division<br>2 Martin Luther King, Jr. Drive<br>West Tower, Suite 716<br>Atlanta, Georgia 30334<br>(800) 656-2298<br>http://www.oci.ga.gov/ConsumerService/Home.aspx (website) |
| Guam | Guam Department of Revenue and Taxation<br>1240 Army Drive<br>Barrigada, Guam 96921<br>(671) 635-1846 |
| Hawaii | No program |
| Idaho | No program |
| Illinois | Illinois Department of Insurance<br>320 W. Washington St, 4th Floor<br>Springfield, IL 62767<br>(866) 445-5364<br>http://insurance.illinois.gov/ (website)<br>DOI.Director@illinois.gov (email) |
| Indiana | No program |
| Iowa | No program |
| Kansas | Kansas Insurance Department<br>Consumer Assistance Division<br>420 SW 9th Street<br>Topeka, KS 66612-1678<br>(800) 432-2484 (in state)<br>(785) 296-7829 (all others)<br>http://www.ksinsurance.org (website)<br>CAP@ksinsurance.org (email) |
| Kentucky | Kentucky Department of Insurance, Consumer Protection Division<br><br>P.O. Box 517<br>Frankfort, KY 40602-0517<br>(800) 595-6053<br>http://insurance.ky.gov (website)<br>consumerservices@ky.gov (email) |
| Louisiana | No program |
| Maine | Bureau of Insurance State of Maine<br>Consumer Service Division<br>76 Northern Avenue<br>Augusta, ME 04333<br>(800) 300-5000<br>https://www.maine.gov/consumer (website)<br>insurance.pfr@maine.gov (email) |
| Maryland | Maryland Office of the Attorney General<br>Health Education and Advocacy Unit<br>200 St. Paul Place, 16th Floor<br>Baltimore, MD 21202<br>(410) 573-6300<br>https://www.oag.state.md.us/Consumer/(website)<br>heau@oag.state.md.us (email) |
| Massachusetts | Division of Insurance |

DocuSign Envelope ID: DF55DBB8-664A-4A40-9EBA-A602DE9A8D8D

| State | Contact Information |
|---|---|
|  | 1000 Washington St. #810<br>Boston, MA 02118<br>(517) 563-4467<br>https://www.mass.gov/health-care (website)<br>doicss.mailbox@state.ma.us (email) |
| Michigan | Michigan Health Insurance Consumer Assistance Program (HICAP)<br>Michigan Department of Insurance and Financial Services (DIFS)<br>PO Box 30220<br>Lansing, MI 48909-7720<br>(877) 999-6442<br>http://www.michigan.gov/difs (website)<br>difs-hicap@michigan.gov (email) |
| Minnesota | No program |
| Mississippi | Health Help Mississippi<br>800 North President Street<br>Jackson, MS 39202<br>(877) 314-3843<br>http://www.healthhelpms.org (website)<br>healthhelpms@mhap.org (email) |
| Missouri | Missouri Department of Insurance<br>Truman State Office Building, Room 530<br>P.O. Box 690<br>Jefferson City, MO  65102<br>(800) 726-7390<br>http://insurance.mo.gov/consumers/ (website)<br>consumeraffairs@insurance.mo.gov (email) |
| Montana | Office of the Montana State Auditor<br>Commissioner of Securities and Insurance<br>840 Helena Ave<br>Helena, MT 59601<br>(800) 332-6148 (in-state only)<br>http://www.montanahealthanswers.com (website) |
| Nebraska | No program |
| Nevada | Office of Consumer Health Assistance<br>Governor's Consumer Health Advocate<br>555 East Washington Ave #4800<br>Las Vegas, NV 89101<br>(702) 486-3587<br>(888) 333-1597<br>http://dhhs.nv.gov/ (website)<br>cha@govcha.nv.gov (email) |
| New Hampshire | New Hampshire Department of Insurance<br>21 South Fruit Street, Suite 14<br>Concord, NH 03301<br>(800) 852-3416<br>https://nh/gov/insurance/ (website)<br>consumerservices@ins.nh.gov (email) |
| New Jersey | New Jersey Department of Banking and Insurance<br>20 West State Street<br>PO Box 471<br>Trenton, NJ 08625<br>(800) 446-7467<br>(609) 292-7272 |

*W.R. Meadows, Inc.*<br>*Cost Plus PPO/HSA Plan*<br>*Restated Eff: 1/1/20*

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

| State | Contact Information |
|---|---|
| | http://www.state.nj.us/dobi/consumer.htm (website)<br>ombudsman@dobi.state.nj.us (email) |
| New Mexico | New Mexico Office of Superintendent of Insurance<br>Managed Health Care Bureau<br>Phone: (855) 427-5674<br>Fax: (505) 427-5674<br>Online submission http://osi.state.nm.us/consumer-assistance/forms/managed-healthcare.html |
| New York | Community Service Society of New York, Community Health Advocates<br>633 Third Avenue, 10th floor<br>New York, NY 10017<br>(888) 614-5400<br>http://www.communityhealthadvocates.org/ (website)<br>cha@cssny.org (email) |
| North Carolina | North Carolina Department of Insurance<br>Health Insurance Smart NC<br>325 N. Salisbury Street<br>Raleigh, NC 27603<br>(855) 885-408-1212<br>http://www.ncdoi.com/Smart/ (website) |
| North Dakota | No program |
| Ohio | No program |
| Oklahoma | Oklahoma Insurance Department<br>Five Corporate Plaza<br>3625 Northwest 56th Street, Suite 100<br>Oklahoma City, OK 73112-4511<br>(800) 522-0071 (in-state only)<br>(405) 521-2828<br>https://www.ok.gov/oid/Consumers/Consumer_Assistance/ (website) |
| Oregon | Oregon Health Connect<br>1435 NE 81st Ave. Suite 500<br>Portland, OR 97213-6759<br>(866) 698-6155<br>http://211info.org/health/ (website)<br>healthconnect@211info.org (email) |
| Pennsylvania | Pennsylvania Insurance Department<br>1326 Strawberry Square<br>Harrisburg, PA 17120<br>(877) 881-6388<br>http://www.insurance.pa.gov/ (website) |
| Puerto Rico | Puerto Rico Oficina de la Procuradora del Paciente<br>Calle Recinto Sur #303<br>San Juan, PR 00910<br>(787) 979-0909<br>http://www.pr.gov/ (website)<br>querellas@opp.gobierno.pr (email) |
| Rhode Island | Rhode Island Consumer Assistance Program<br>Rhode Island Parent Information Network, Inc.<br>1210 Pontiac Avenue<br>Cranston, RI 02920<br>(401) 270-0101<br>http://www.rireach.org/ (website)<br>rireach@ripin.org (email) |
| South Carolina | South Carolina Department of Insurance |

134

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

| State | Contact Information |
|---|---|
| | Office of Consumer Services<br>1207 Main Street, Suite 1000<br>P.O. Box 100105<br>Columbia, SC 29202<br>(800) 768-3467<br>(803) 737-6180<br>http://www.doi.sc.gov/638/Health-Insurance (website)<br>consumers@doi.sc.gov (email) |
| South Dakota | No program |
| Tennessee | Tennessee Department of Commerce and Insurance<br>500 James Robertson Pkwy<br>Davy Crockett Tower, 4th floor<br>Nashville, TN 37243-0565<br>(615) 741-2241<br>https://www.tn.gov/commerce/insurance/consumer-resources.html (website) |
| Texas | Texas Consumer Health Assistance Program<br>Texas Department of Insurance<br>Mail Code 111-1A<br>333 Guadalupe<br>P.O. Box 149091<br>Austin, TX  78714-9091<br>(800) 252-3439<br>http://www.texashealthoptions.com (website)<br>ConsumerProtection@tdi.texas.gov (email) |
| Utah | No program |
| Vermont | Vermont Legal Aid<br>264 North Winooski Ave.<br>Burlington, VT 05402<br>(800) 889-2047<br>http://www.vtlegalaid.org (website) |
| Virginia | Virginia State Corporation Commission<br>Life & Health Division, Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23218<br>(877) 310-6560<br>http://www.scc.virginia.gov/ (website)<br>bureauofinsurance@scc.virginia.gov (email) |
| Virgin Islands | U.S. Virgin Islands Division of Banking and Insurance<br>1131 King Street<br>Suite 101<br>Christiansted<br>St. Croix, VI 00820<br>(340) 773-6459<br>http://ltg.gov.vi (website) |
| Washington | Washington Consumer Assistance Program<br>5000 Capitol Blvd<br>Tumwater, WA 98501<br>(800) 562-6900<br>https://www.insurance.wa.gov/ (website)<br>cap@oic.wa.gov (email) |
| West Virginia | West Virginia Office of the Insurance Commissioner<br>Consumer Service Division<br>P.O. Box 50540<br>Charleston, WV 25305-0540<br>(888) 879-9842 |

DocuSign Envelope ID: DF56DBB6-664A-4A40-9EBA-A602DE9A8D8D

| State | Contact Information |
|---|---|
| | http://www.wvinsurance.gov/ConsumerServices/ConsumerServices.aspx (website) |
| Wisconsin | No program |
| Wyoming | No program |

*W.R. Meadows, Inc.*
*Cost Plus PPO/HSA Plan*
*Restated Eff: 1/1/20*

## AMENDMENT #1

### To Plan Document Dated January 1, 2018 and Restate January 1, 2020

## W.R. MEADOWS, INC.
## EMPLOYEE BENEFIT PLAN
## COST PLUS PPO/HSA PLAN

**The following changes to the Plan Document are effective April 1, 2020:**

Diabetes Direct Connect, the following addendum is added to the Plan Document as follows:

### ADDENDUM A – DIABETES DIRECT CONNECT

**Disease Management Program Incentive**
This Plan offers Diabetes Direct Connect as an incentive of the Disease Management Program to all Covered Plan Participants that have a confirmed diagnosis of diabetes. All Plan Participants that are participating in Disease Management for diabetes can qualify for Diabetes Direct Connect, and receive free diabetes testing supplies monthly. To earn the incentive, Plan Participants must have successful communication with a GPA Care Coach every three (3) months. Successful contact is defined as completion of a program assessment with a GPA Care Coach. Participation in the program is voluntary and information shared with GPA Care Coaches is confidential.

To participate, Plan Participants must notify the Disease Management Program Company. Plan Participants will have the opportunity to register for the Diabetes Direct Connect and Disease Management Program at any time during the Calendar Year. The Disease Management Program is completely voluntary.

Plan Participants declining to participate in GPA's Disease Management Program, or to control their condition, will still continue to receive standard coverage under the medical plan.

**Diabetes Direct Connect**
Diabetes Direct Connect is a diabetes management program designed where members are sent blood sugar testing supplies shipped directly to their door as needed. The testing supplies include glucose test strips, lancets, lancing device, testing solution, and a cellular glucometer that sends real-time data readings to a private portal. The member will also receive support and personalized action plan from a dedicated certified Care Coach to assist with blood sugar management. The member is able to access their readings and communicate with their Care Coach via customizable mobile app.

**Contact GPA to enroll:**
Toll Free 800-843-6705, option 2
Email mycoach@gpatpa.com

If it is unreasonably difficult, due to a medical condition, for the Plan Participant to achieve the standards for any reward under the Disease Management Program, or if it is medically inadvisable for him/her to attempt to achieve the standards for a reward under the Disease Management Program, the Plan Participant should notify the Disease Management Program Company. The Plan Administrator may seek verification, such as a statement from the Plan Participant's Physician that a health factor makes it unreasonably difficult or medically inadvisable to satisfy or attempt to satisfy the standard for the reward. The Disease Management Program Company will work with Plan Participants to develop another way to qualify for the reward.

The Disease Management Program is part of the Plan and is subject to the same Federal laws as the Employee Welfare Benefit Plan, including but not limited to HIPAA and GINA.

All Plan Participants have the option to choose to continue coverage under the Disease Management Program as part of COBRA coverage. Information regarding continuation coverage for the Disease Management Program will be sent with the election form for COBRA coverage. Please see the Continuation of Group Health Coverage section for more information.

In all other respects, the Plan Document remains unchanged.

Acknowledged by:

W.R. Meadows, Inc.:

By: _Brian D. Moore_

Printed Name: _Brian D. Moore_

Title: _CFO_

Date: _4/10/2020_

**Plan Resolution**

**W. R .Meadows, Inc.**
**Health and Welfare Benefit Plan**

Effective April 1, 2020 the W.R. Meadows Inc. Employee Benefit Plan (the "Plan") is hereby amended to provide enhanced health benefits associated with testing for and treatment of the 2019 Novel Coronavirus (COVID-19). This Resolution will remain effective for
   ☒ one year, terminating on the anniversary of the effective date noted above unless amended.

   ☐ _____
All other sections of the Plan remain unchanged.

1. In the **Summary of Benefits** section, under the "Summary of Benefits—Medical" provision, the following line item has been added to the medical benefits grid:

| Covered Medical Expenses | Network | Non-Network | Limits |
|---|---|---|---|
| Testing for the 2019 Novel Coronavirus (COVID-19) | 100%, Deductible waived | 100%, Deductible waived | |
| ☒ Treatment of the 2019 Novel Coronavirus (COVID-19) | Same as any other illness | Same as any other illness | Subject to Medical Necessity guidelines/ Allowable Claim Limits |
| ☐ Treatment of the 2019 Novel Coronavirus (COVID-19) | _____%, Deductible waived | _____%, Deductible waived | Subject to Medical Necessity guidelines/ Allowable Claim Limits |
| ☐ Treatment of the 2019 Novel Coronavirus (COVID-19) | _____%, Deductible applies | _____%, Deductible applies | Subject to Medical Necessity guidelines/ Allowable Claim Limits |
| ☐ Treatment of the 2019 Novel Coronavirus (COVID-19) | $_____ co-pay _____%, Deductible ☐ Waived ☐ applies | $_____ co-pay _____%, Deductible ☐ Waived ☐ applies | Subject to Medical Necessity guidelines/ Allowable Claim Limits |

2. In the **Major Medical Expense** section, the following benefit language for "2019 Novel Coronavirus (COVID-19)" has been added:

**2019 Novel Coronavirus (COVID-19).** Covered Expenses associated with testing for and treatment of COVID-19 include the following:

- ☒ *Diagnostic Tests.* The following items are covered at 100%, deductible waived, and do not require Pre-Certification:
  - ○ In vitro diagnostic products for the detection of SARS-CoV-2 or the diagnosis of the virus that causes COVID-19 that are approved, cleared, or authorized by the FDA, including all costs relating to the administration of such in vitro diagnostic products.
  - ○ Items and services furnished during an office visit (including both in-person and telehealth), urgent care visit, or emergency room visit which results in an order for or administration of an in vitro diagnostic product described above. Such items and services must relate to the furnishing of such diagnostic product or evaluation of the individual for purposes of determining the need for such product.

- ☒ *Requests for Prescription Refills.* When considering whether to cover a greater-than-30-day-supply of drugs, the Plan and its Prescription Drug Plan Administrator will, on a case-by-case, basis, consider each request and make decisions based on the circumstances of the patient.

- ☒ *Inpatient Hospital Quarantines.* There may be times when Participants with the virus need to be quarantined in a Hospital private room to avoid infecting other individuals. These patients may not meet the need for acute inpatient care any longer but may remain in the Hospital for public health reasons.  Such charges will not be denied solely because otherwise-applicable Medically Necessary requirements would not indicate a need for a private room.

- ☐ *Non-Emergency Ambulance Transportation.* The Plan will cover limited, Medically Necessary, non-emergency ambulance transportation relating to COVID-19 Diagnosis or treatment.

- ☒ *Telehealth and Other Communication-Based Technology Services.* Participants can communicate with their doctors or certain other practitioners without going to the doctor's office in person.

The above benefits except the Telehealth and other Communication-Based Technology Services are specific to Diagnosis and treatment of COVID-19. Participants who have been diagnosed with COVID-19 will continue to receive all other benefits covered by the Plan, in accordance with the Plan's guidelines.

3.  In the **Coverage During Leave of Absence** section, the following provision has been added:

**<u>Employer Continuation Coverage</u>**
Eligible Participants may seek to continue coverage upon the occurrence of any of the following:

☒ COVID-19 Leave. Leave taken in accordance with the Families First Coronavirus Response Act "FFCRA," including the Emergency Family and Medical Leave Expansion Act and Emergency Paid Sick Leave Act: coverage will continue for the duration of the permitted leave under the FFCRA, as amended.
☐ Layoff: coverage will continue for _____ months following the date of layoff.
☐ Short-Term Disability Leave: coverage will continue for _____ months following termination of Active Employment.
☐ Long-Term Disability Leave: coverage will continue for _____ months following termination of Active Employment.
☐ Americans with Disabilities Act (ADA) Leave; A non-FMLA leave granted by the Employer in accordance with the ADA: coverage will continue for a period not to exceed _____ months.
☐ Leave of Absence (not meeting the definition of FMLA Leave): coverage will continue for _____ months.
☐ Other: _____
           _____
           _____

The above-noted leave(s)
    ☒ Do
    ☐ Do Not
run concurrently with FMLA, USERRA, or any state-mandated family or medical leave, and/or any other applicable leaves of absence. At the end of the period(s) listed above, the Participant's coverage will be deemed to have terminated for purposes of Continuation of Coverage under COBRA.

4.  In the **Eligibility for Coverage** section, the following has been changed:
    ☐ The number of hours to be considered a full-time employee eligible for coverage has been changed to _____ hours per week/month.
    ☐ Other: _____
             _____
             _____

All other sections of the Plan remain unchanged.

APPROVED AND ACCEPTED

By: _Brian S. Moore_____
      Signature

Title: _CFO_____

Date: _3/27/2020_____