# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-cv-61007-SINGHAL/VALLE**

SOUTH BROWARD HOSPITAL DISTRICT,
D/B/A MEMORIAL HEALTHCARE SYSTEM,
on its own behalf and on behalf of other similarly
situated healthcare facilities,

    Plaintiff,

v.

ELAP SERVICES, LLC, a Pennsylvania limited
liability company, and GROUP & PENSION
ADMINISTRATORS, INC., a Texas corporation,

    Defendants.
_____/

**PLAINTIFF'S SECOND SET OF INTERROGATORIES**
**TO DEFENDANT ELAP SERVICES, LLC**

Plaintiff South Broward Hospital District, d/b/a Memorial Healthcare System ("Memorial"), hereby serves its Second Set of Interrogatories on Defendant ELAP Services, LLC ("ELAP") and requests that ELAP answer the following interrogatories under oath, in writing, and serve them upon Memorial within thirty (30) days of service of the same to the undersigned counsel.

Dated: May 17, 2021

/s/*Benjamin J. Widlanski*
**Gail McQuilkin, Esq.**
gam@kttlaw.com
Fla. Bar No. 969338
**Benjamin J. Widlanski, Esq.**
bwidlanski@kttlaw.com
Florida Bar No. 1010644
**Tal J. Lifshitz, Esq.**
tjl@kttlaw.com
Fla. Bar No. 99519
**Eric S. Kay, Esq.**
ekay@kttlaw.com
Fla. Bar No. 1011803
**Frank A. Florio, Esq.**
fflorio@kttlaw.com
Fla. Bar No. 1010461

**KOZYAK TROPIN &
THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
(305) 372-1800

Respectfully submitted,

/s/ *Douglas A. Wolfe*
**Douglas A. Wolfe, Esq.**
doug@wolfepincavage.com
Fla. Bar No. 28671
**Danya J. Pincavage, Esq.**
danya@wolfepincavage.com
Fla. Bar No. 14616
**Omar Ali-Shamaa, Esq.**
omar@wolfepincavage.com
Fla. Bar No. 121461

**WOLFE | PINCAVAGE**
2937 SW 27th Ave., Suite 302
Miami, FL 33133
(786) 409-0800

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 17, 2021, the foregoing was served on:

| **FISHERBROYLES, LLP** | **AKERMAN LLP** |
|---|---|
| Robert T. Wright, Jr., Esq. | Irene Bassel Frick, Esq. |
| Irene Oria, Esq. | Gera R. Peoples, Esq. |
| 199 E. Flagler St. #550 | 401 E. Jackson Street, Suite 1700 |
| Miami, FL 33131 | Tampa, FL 33602-5250 |
| robert.wright@fisherbroyles.com | irene.basselfrick@akerman.com |
| irene.oria@fisherbroyles.com | gera.peoples@akerman.com |

Patrick M. Emery, Esq. (*pro hac vice*)
Kris Alderman, Esq. (*pro hac vice*)
945 East Paces Ferry Rd NE, Suite 2000
Atlanta, GA 30326
patrick.emery@fisherbroyles.com
kris.alderman@fisherbroyles.com

/s/*Benjamin J. Widlanski*
Benjamin J. Widlanski

## DEFINITIONS AND INSTRUCTIONS

1. The terms "you" or "your" mean the party or parties to which these requests are addressed, including any divisions, departments, parents, subsidiaries, affiliates, predecessors, partners, present or former officers, directors, owners, agents, accountants, attorneys, and all other persons acting or purporting to act on your behalf.

2. The term "Claim" or "Claims" means any facility claim that you repriced, processed or reprocessed, and/or administered using Reference-Based Pricing.

3. The term "refer or relate" as used in this request, means reflecting, evidencing, regarding, pertaining to, consisting of, indicating, concerning or in any way logically or factually connected with the matter discussed.

4. The term "all" includes the term "any" and the term "any" includes "all." The terms "all" and "any" shall be construed as any and all.

5. The terms "or" and "and" shall be construed conjunctively or disjunctively as necessary to make the request for documents or information inclusive rather than exclusive, i.e., to bring within the scope of the request all responses that otherwise might be construed to be outside the scope of the request.

6. The term "present," when used in connection with a time-frame for production of materials requested hereunder, refers to the date upon which production is made.

7. In answering each interrogatory, identify each document, communication, or act:

    (a) relied upon in the preparation of each answer;
    (b) which forms all or part of the basis for that answer;
    (c) which corroborates the answers; or
    (d) the substance of which forms all or part of the answer.

8. You may, in lieu of identifying any document or written communication, attach a true copy of such document or communication as an exhibit to the answers to these interrogatories, including an explicit reference to the interrogatory to which each such attached document or written communication relates.

9. In answering the following Interrogatories, furnish all available information, including information in the possession, custody, or control of ELAP or any of ELAP's attorneys, agents, representatives, and other persons under ELAP's control, who have knowledge.

10. If the answer to all or any part of the interrogatory is not presently known or available, include a statement to that effect, furnish the information known or available, and respond to the entire interrogatory by supplemental answer, in writing, under oath, within ten days from the time the entire answer becomes known or available, and in no event, less than five days prior to trial.

11. If, in responding to any interrogatory, you choose to withhold any information on

4

the ground of privilege or the like, please provide all information falling within the scope of the Interrogatory which is not privileged, and for each item of information contained in a document to which a claim of privilege is made, identify such document with sufficient particularity for purposes of a motion to compel, such identification to include at least the following:

(a) the nature of the privilege (including work product) that is being asserted;
(b) if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;
(c) the type of information (correspondence, memorandum, facsimile, etc.);
(d) the names and positions of the author of the information and all other persons participating in the preparation of the information;
(e) the name and position of each individual or other person to whom the information, or a copy thereof, was sent or otherwise disclosed;
(f) the date of the information;
(g) the general subject matter of the document;
(h) whether any business or non-legal matter is contained or discussed in such information.
(i) a description of any accompanying material transmitted with or attached to such information;
(j) the number of pages in such document or information; and
(k) if any document cannot be produced in full, produce to the extent possible, and specify the reasons for inability to produce the remainder.

12. Unless otherwise specified, the time from for these interrogatories is from January 1, 2016 to the present.

5

## INTERROGATORIES

**Interrogatory No. 1:** Please identify the amounts of any fees and/or revenues received by You, including the source of such fees and/or revenues, in connection with each Claim. Identify the fees and/or revenues on a per-Claim basis beginning January 1, 2016.

**Response:**

**Interrogatory No. 2:** Please identify any reports available to determine the fees and/or revenues received by You, including the source of such fees and/or revenues, in connection with each Claim. Please also identify the systems or databases available to You to retrieve such reports.

**Response:**

# **VERIFICATION**

**ELAP SERVICES, LLC**

Name: _____
Title: _____

STATE OF _____ )
                      ) SS:
COUNTY OF _____ )

      Before me, the undersigned authority personally appeared _____, who after being duly sworn, deposes and states that the answers to the Interrogatories hereto are true and correct to the best of his/her belief and knowledge and who is _____ personally known to me, or _____ produced identification of

_____.

_____
AFFIANT

SWORN TO AND SUBCRIBED before me this _____ day of _____, 2021, in _____ County.

_____
Notary Public, State of

My Commission Expires: