UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SOUTH BROWARD HOSPITAL       :
DISTRICT, D/B/A/ MEMORIAL    :
HEALTHCARE SYSTEM,           :
on its own behalf and on behalf of other   :   CASE NO. 0:20-cv-61007-
similarly situated healthcare facilities,  :   SINGHAL/VALLE
                             :
       Plaintiff,            :
                             :
ELAP SERVICES, LLC and GROUP &   :
PENSION ADMINISTRATORS, INC.,    :
                             :
       Defendants.           :
_____/

## UNOPPOSED MOTION FOR WITHDRAWAL OF GERA R. PEOPLES, ESQ. AS COUNSEL FOR DEFENDANTS

Pursuant to S.D. Fla. Local Rule 11.1(d)(3), Defendants ELAP Services, LLC and Group & Pension Administrators, Inc. ("Defendants"), file this motion for withdrawal of Gera R. Peoples, Esq., as counsel of record for Defendants. In support thereof, Defendants state:

1. On June 26, 2020, Mr. Peoples appeared as one of the attorneys for Defendants in this action. (ECF No. 13).

2. Mr. Peoples has resigned from his employment at Akerman LLP effective Wednesday, August 4, 2021. Defendants thus file this Motion on his behalf, seeking leave of the Court for Mr. Peoples to withdraw from representation of Defendants in this action.

3. Defendants will continue to be represented in this action by Irene Bassel Frick, Esq. with Akerman LLP as well as Patrick M. Emery, Esq., Kris Alderman, Esq., Irene Oria, Esq., and Robert T. Wright Esq. with FisherBroyles, LLP.

4. Pursuant to Local Rule 11.1(d)(3), undersigned counsel certifies that notice to Defendants and Plaintiff's counsel of Mr. Peoples' withdrawal as counsel for Defendants was provided.

59598635;1

5. As Defendants continue to have representation in this matter by Ms. Frick, Mr. Emery, Mr. Alderman, Ms. Oria, and Mr. Wright, the withdrawal of Mr. Peoples will neither prejudice any party nor cause any delay.

**WHEREFORE,** Defendants ELAP Services, LLC and Group & Pension Administrators, Inc., respectfully request that the Court enter an order granting Gera R. Peoples, Esq. leave to withdraw as counsel, and for such further relief as the Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned hereby certifies that Defendants' counsel conferred with Plaintiff's counsel with regards to this Motion, and Plaintiff's counsel confirmed that Plaintiff has no opposition to this Motion.

Dated:  August 23, 2021.                    Respectfully submitted,

**AKERMAN LLP**

/s/ *Irene Bassel Frick*
Irene Bassel Frick, Esq.
FL Bar No.: 0158739
Gera R. Peoples, Esq.
FL Bar No. 450022
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250
Phone: (813) 223-7333
Fax: (813) 223-2837
irene.basselfrick@akerman.com
gera.peoples@akerman.com
*Counsel for Defendants ELAP Services, LLC and Group & Pension Administrators, Inc.*