IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61007-AHS

SOUTH BROWARD HOSPITAL
DISTRICT, D/B/A MEMORIAL
HEALTHCARE SYSTEM,
on its own behalf and on
behalf of other similarly
situated healthcare facilities,

   Plaintiff,

vs.

ELAP SERVICES, LLC, a
Pennsylvania limited liability company,
and GROUP & PENSION
ADMINISTRATORS, INC., a Texas
corporation,

   Defendants
_____/

## DECLARATION OF JEFFREY BROSS

  I, Jeffrey Bross, being over 18 years of age and competent to testify, hereby make the following declaration:

  1. I am the Senior Vice President of Managed Care for South Broward Hospital District d/b/a Memorial Healthcare System ("Memorial").

  2. The statements contained in this declaration are based upon my personal knowledge and review of relevant company records kept in the course of Memorial's regularly conducted business activity.

3. I am familiar with the 2021 Transparency Reports published on Memorial's website and have personal knowledge of Memorial's expected reimbursement rates as set forth with various payors and how they change on a year-to-year basis.

4. Based on my review of the relevant data, below are the year-to-year weighted average changes in expected payment from all payors as compared to the rates in the 2021 Transparency Reports:

- 2020:   -1.83%
- 2019:   -9.57%
- 2018:   -17.02%
- 2017:   -18.66%
- 2016:   -21.90%

5. Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

Executed on: 7-30-21

Name: Jeffrey Bross
Title: Senior Vice President of Managed Care