IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61007-SINGHAL/VALLE

SOUTH BROWARD HOSPITAL DISTRICT, D/B/A MEMORIAL HEALTHCARE SYSTEM, on its own behalf and on behalf of other similarly situated healthcare facilities,

        Plaintiff,

vs.

ELAP SERVICES, LLC, a Pennsylvania limited liability company, and GROUP & PENSION ADMINISTRATORS, INC. a Texas corporation,

        Defendants

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS IN ACCORDANCE WITH THIS COURT'S ORDER ON DISCOVERY MOTIONS (D.E. 95)**

Plaintiff South Broward Hospital District, d/b/a Memorial Healthcare System ("Memorial"), respectfully requests a 7-day extension of time, to and including January 14, 2022, to produce documents in accordance with this Court's Order on Discovery Motions (D.E. 95). In support thereof, Memorial states as follows:

1. On December 17, 2021, this Court issued its Order on Discovery Motion, which granted in part and denied in part Defendants' Motion to Compel Responses to Interrogatory 21, Requests for Production 106, and Request for Production 110 ("Motion") (D.E. 80).

2. The Court granted Defendants' Motion "as it relates to RFP 106 and Interrogatory 21." (D.E. 95 at 3). Accordingly, the Court ordered that Memorial must produce: "(i) copies of the data reports or documents that were used to prepare the Bross Declaration; and (ii) an explanation of how [Memorial] and/or Jeffrey Bross calculated the 'year-to-year weighted average changes in

expected payment' contained in the Bross Declaration." *Id.* at 3, 4. The Court ordered that Memorial make this production by January 7, 2022. *Id.* at 4.

3. Memorial respectfully requests a 7-day extension of time, to and including January 14, 2022, to produce documents in accordance with this Court's Order on Discovery Motions (D.E. 95).

4. Federal Rule of Civil Procedure 6(b)(1)(A) provides that when "an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

5. The period for Memorial to comply with the Court's Order on Discovery Motions has not yet expired.

6. This request is made in good faith and not for the purpose of delay, and no prejudice will result from granting the requested extension.

7. Counsel for Memorial has conferred with counsel for Defendants, who does not oppose the relief sought herein.

**WHEREFORE** Plaintiff South Broward Hospital District, d/b/a Memorial Healthcare System ("Memorial"), respectfully requests a 7-day extension of time, to and including January 14, 2022, to produce documents in accordance with this Court's Order on Discovery Motions (D.E. 95).

## CERTIFICATE OF GOOD FAITH CONFERRAL

Counsel for Memorial certifies that, pursuant to this Court's Local Rule 7.1(a)(3), he conferred with counsel for Defendants by email. Defendants do not oppose the relief sought herein.

Dated: January 6, 2022

/s/*Benjamin J. Widlanski*
**Gail McQuilkin, Esq.**
gam@kttlaw.com
Fla. Bar No. 969338
**Benjamin J. Widlanski, Esq.**
bwidlanski@kttlaw.com
Fla. Bar No. 1010644
**Tal J. Lifshitz, Esq.**
tjl@kttlaw.com
Fla. Bar No. 99519
**Michael R. Lorigas, Esq.**
mlorigas@kttlaw.com
Fla. Bar. No. 123597
**Eric S. Kay, Esq.**
ekay@kttlaw.com
Fla. Bar No. 1011803

**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
(305) 372-1800

Respectfully submitted,

/s/ *Douglas A. Wolfe*
**Douglas A. Wolfe, Esq.**
doug@wolfepincavage.com
Fla. Bar No. 28671
**Danya J. Pincavage, Esq.**
danya@wolfepincavage.com
Fla. Bar No. 14616
**Omar Ali-Shamaa, Esq.**
omar@wolfepincavage.com
Fla. Bar No. 121461

**WOLFE | PINCAVAGE**
7800 SW 57th Ave., Suite 217
Miami, FL 33143
(786) 409-0800