UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61007-SINGHAL/VALLE

SOUTH BROWARD
HOSPITAL DISTRICT, d/b/a
MEMORIAL HEALTHCARE SYSTEM

    Plaintiff,

v.

ELAP SERVICES, LLC, and
GROUP & PENSION ADMINISTRATORS, INC.,

    Defendants.
_____/

## ORDER SETTING TENTATIVE HEARING ON DISCOVERY MOTION

THIS CAUSE is before the Court upon Defendants' Motion to Compel (ECF No. 101). A telephonic hearing on the Motion is tentatively scheduled for **Wednesday, June 29, 2022, at 10:00 a.m.** in the Fort Lauderdale Division before U.S. Magistrate Judge Alicia O. Valle. Shortly before the hearing time, the parties shall call (877) 848-7030 and, when prompted, enter Access Code 2004890 followed by #.

**Joint Status Report**: In advance of the hearing, the parties shall telephonically meet and confer in a good faith effort to resolve the issues in the Motion. By **June 8, 2022**, parties shall file a Joint Status Report ("JSR"). The JSR must set forth the unresolved issues, including without limitation: (i) the verbatim discovery request; (ii) the verbatim discovery response; (iii) a brief summary of each party's position, with one issue per page; and (iv) the result of the parties' meet and confer. The JSR is not intended to be a verbatim recitation of the parties' briefs. Rather, it is meant to summarize the issues in a comparative format (i.e., one column for movant and one column for opponent) to assist the Court in evaluating the disputed issues. This information must be presented in chart form as set forth in **Exhibit 1**. Moreover, if necessary, the parties may group

the discovery requests by issue, as appropriate. The parties shall file <u>and</u> separately e-mail the JSR, in Word format, to valle@flsd.uscourts.gov. Upon review of the JSR, the Court will make a final determination whether to proceed with the scheduled hearing.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on May 6, 2022.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Raag Singhal
All counsel of record

| Request No. [ ]: [VERBATIM REQUEST] | | |
|---|---|---|
| Response:       [VERBATIM RESPONSE] | | |
| Movant's Position: | Opponent's Position: | [LEAVE BLANK FOR COURT USE] |
| Request No. [ ]: [VERBATIM REQUEST] | | |
| Response:       [VERBATIM RESPONSE] | | |
| Movant's Position: | Opponent's Position: | [LEAVE BLANK FOR COURT USE] |

EXHIBIT 1

| | | |
|---|---|---|
| Request No. [ ]:  [VERBATIM REQUEST]<br><br><br>Response:         [VERBATIM RESPONSE] | | |
| Movant's Position: | Opponent's Position | [LEAVE BLANK FOR COURT USE] |

JOINT STATUS REPORT