IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: Case No. 0:20-cv-61007-AHS

SOUTH BROWARD HOSPITAL
DISTRICT, D/B/A MEMORIAL
HEALTHCARE SYSTEM,
on its own behalf and on
behalf of other similarly
situated healthcare facilities,

    Plaintiff,
 vs.

ELAP SERVICES, LLC, a Pennsylvania
limited liability company, and GROUP &
PENSION ADMINISTRATORS, INC. a
Texas corporation,

    Defendants
              /

## STATUS REPORT

Plaintiff, South Broward Hospital District d/b/a Memorial Healthcare System ("Memorial"), files this Status Report pursuant to D.E. 120. The parties had the following discussion, but no compromise was reached:

1. Plaintiff suggested the following compromise to resolve the Defendants' motion to compel on its Third Request for Production Nos. 1, 2, and 3. For hospital claims from 2016 through 2020, Memorial agreed to provide the following data fields from those listed in Defendants' original requests:

  a. Date of service
  b. Facility Name
  c. Type of patient (in/out)
  d. Unique identifier for payer
  e. Payer line of business (includes self-pay – excludes traditional Medicare and traditional Medicaid)
  f. Total charge billed

      g. Payment amount from insurance
      h. Patient payment
      i. Whether in-network or out-of-network
      j. Whether paid under wrap or rental network

2. Defendants asked for the following information as well:

      a. Claim number or account number
      b. CPT Code
      c. HCPCS Code
      d. Modifier
      e. Number of Units
      f. Allowed Amount
      g. Out-of-Pocket Patient Responsibility

3. Plaintiff is also able to include the following additional fields:

      a. Hospital Account Number
      b. Allowed Amount
      c. Out-of-Pocket Patient Responsibility

4. Plaintiff's counsel confirmed that Plaintiff cannot produce a report with CPT codes, HCPCS codes, modifiers, and number of units, in furtherance of the discussion at the June 29, 2022, hearing.

5. Plaintiff was unable to obtain Defendants' final position regarding this proposal before the close of business. At the time of filing, no compromise has been reached.

                                        Respectfully submitted,

| Counsel for Plaintiff | |
|---|---|
| /s/ *Gail McQuilkin*<br>**Gail McQuilkin, Esq.**<br>gam@kttlaw.com<br>Fla. Bar No.:969338<br>**Benjamin J. Widlanski, Esq.**<br>bwidlanski@kttlaw.com<br>Florida Bar No. 1010644<br>**Tal J. Lifshitz, Esq.**<br>tjl@kttlaw.com<br>Fla. Bar No.:99519<br><br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone:   (305) 372-1800 | /s/ *Danya J. Pincavage*<br>**Douglas A. Wolfe, Esq.**<br>doug@wolfepincavage.com<br>Fla. Bar No.:28671<br>**Danya J. Pincavage, Esq.**<br>danya@wolfepincavage.com<br>Fla. Bar No.:14616<br><br>**WOLFE | PINCAVAGE**<br>7800 SW 57th Ave.<br>Suite 217<br>South Miami, FL 33143<br>Telephone: (786) 409-0800 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2022, the foregoing was served via electronic mail on:

| Counsel for Defendants | |
|---|---|
| **FISHERBROYLES, LLP**<br><br>Robert T. Wright, Jr., Esq.<br>FL Bar No. 185525<br>Irene Oria, Esq.<br>FL Bar No. 484570<br>199 E. Flagler St. #550<br>Miami, FL 33131<br>robert.Wright@fisherbroyles.com<br>irene.oria@fisherbroyles.com<br><br>Patrick M. Emery, Esq. (*pro hac vice*)<br>GA Bar No. 821303<br>PA Bar No. 306672<br>Patrick.emery@lhalawyers.com<br>Kris Alderman, Esq. (*pro hac vice*)<br>GA Bar No. 179645<br>kris.alderman@lhalawyers.com<br>Lavender Hoffman Alderman, LLC<br>945 East Paces Ferry Rd NE, Suite 2000<br>Atlanta, GA 30326 | **AKERMAN LLP**<br><br>Irene Bassel Frick, Esq.<br>FL Bar No.: 0158739<br>Gera R. Peoples, Esq.<br>FL Bar No. 450022<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602-5250<br>irene.basselfrick@akerman.com<br>gera.peoples@akerman.com |