IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-61007-AHS

SOUTH BROWARD HOSPITAL
DISTRICT, D/B/A MEMORIAL
HEALTHCARE SYSTEM,
on its own behalf and on
behalf of other similarly
situated healthcare facilities,

        Plaintiff,
vs.

ELAP SERVICES, LLC, a Pennsylvania limited
liability company, and GROUP & PENSION
ADMINISTRATORS, INC. a Texas corporation,

        Defendants
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS REPORT

Defendants, ELAP Services, LLC, and Group & Pension Administrators, Inc., file this response to the status report filed by Plaintiff, South Broward Hospital District d/b/a Memorial Healthcare System. Pursuant to the Court's Order (D.E. 120), the Plaintiff filed a Status Report (D.E. 121) and state:

Shortly after the hearing on June 29, 2022, Defendant's counsel emailed Plaintiff's counsel to advise of their availability for conferral in an effort to reach a compromise on the issues raised in Defendant's Motion to Compel (D.E. 104). The complete email exchange between counsel is attached as Exhibit 1. Plaintiff filed its Status Report before speaking with Defendant. The Status Report indicates that Plaintiff was unable to obtain Defendants' position on the Plaintiff's counterproposal. Plaintiff was unable to obtain the Defendants' position before filing the Status Report because the first time Defendant learned of the Counterproposal was when Defendants read about the counterproposal in the Status Report.

Counsel for Defendants called counsel for Plaintiff after Plaintiff filed the Status Report in order to discuss a possible compromise; however, counsel for Plaintiff was not certain of the Plaintiff's ability to provide data about the goods and services for which it was reimbursed. Counsel for Plaintiff indicated

64447109;1

that she may be able to provide more information prior to the hearing. Counsel for Defendants remain unable to agree to a compromise position because the Plaintiff remains unwilling or unable to explain what information the Plaintiff possesses concerning the goods and services for which it is reimbursed.

Dated: June 30, 2022.                                     Respectfully submitted,

| **FISHERBROYLES, LLP** | **AKERMAN LLP** |
|---|---|
| Irene Oria, Esq.<br>Fla. Bar No. 484570<br>199 E. Flagler St. #550<br>Miami, FL 33131<br>irene.oria@fisherbroyles.com | */s/ Irene Bassel Frick*<br>Irene Bassel Frick, Esq.<br>Fla. Bar No.: 0158739<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602-5250<br>irene.basselfrick@akerman.com |

**LAVENDER HOFFMAN ALDERMAN, LLC**
Kris Alderman (*pro hac vice*)
GA Bar No. 179645
Patrick M. Emery (*pro hac vice*)
GA Bar No. 821303
945 East Paces Ferry Road, NE
Suite 2000
Atlanta, GA 30326
kris.alderman@lhalawyers.com
patrick.emery@lhalawyers.com

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was served via email on June 30, 2022, on all counsel of record.

*/s/ Irene Bassel Frick*
*Counsel for Defendants*
