# Exhibit 1

**Emmett, Nicole (LAA-Tpa)**

| | |
|---|---|
| **From:** | Danya Pincavage <Danya@wolfepincavage.com> |
| **Sent:** | Wednesday, June 29, 2022 3:13 PM |
| **To:** | Kris Alderman; Patrick Emery |
| **Cc:** | Bassel Frick, Irene (Ptnr-Tpa); Doug Wolfe; Tal J Lifshitz; Hana Aryan |
| **Subject:** | Re: Discovery Hearing |

I have been in a meeting since I emailed you. I can talk after your 5:30 obligation wraps up. Please send a dial in.

Thanks.

Danya J. Pincavage
Wolfe | Pincavage
O: 786-409-0802
C: 786-390-9738

---

**From:** Kris Alderman <kris.alderman@lhalawyers.com>
**Date:** Wednesday, June 29, 2022 at 3:11 PM
**To:** Patrick Emery <patrick.emery@lhalawyers.com>, Danya Pincavage <Danya@wolfepincavage.com>
**Cc:** "irene.basselfrick@akerman.com" <irene.basselfrick@akerman.com>, Douglas Wolfe <Doug@wolfepincavage.com>, Tal J Lifshitz <tjl@kttlaw.com>, Hana Aryan <hana.aryan@wolfepincavage.com>
**Subject:** RE: Discovery Hearing

Danya,

I am sorry that it appears we may not be able to talk before the close of business today. In addition to the point that Patrick made about Plaintiff's proposal not satisfying the objective of the request because the proposal omits any disclosure of the services provided or classification of the services provided, there is an enormous incongruity between the level and amount of disclosure Defendants have agreed to and provided, on one hand, and the very limited amount of claims data Plaintiff proposes disclosing on the other hand. This is particularly problematic given the absence of any explanation of burden, lack of data, complexity of accessing the data, or other obstacles to disclosure. I still remain open to discussing this later this evening if there is any interest in compromise.

Kris


Kris Alderman
Partner
LAVENDER HOFFMAN ALDERMAN, LLC
945 East Paces Ferry Road, NE, Suite 2000
Atlanta, Georgia 30326
Phone/Fax 404.400.4500
Direct Phone/Fax 404.596.8887
kris.alderman@lhalawyers.com

1

www.lhalawyers.com

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Patrick Emery <patrick.emery@lhalawyers.com>
**Sent:** Wednesday, June 29, 2022 2:10 PM
**To:** Danya Pincavage <Danya@wolfepincavage.com>; Kris Alderman <kris.alderman@lhalawyers.com>
**Cc:** irene.basselfrick@akerman.com; Douglas Wolfe <Doug@wolfepincavage.com>; Tal J Lifshitz <tjl@kttlaw.com>; Hana Aryan <hana.aryan@wolfepincavage.com>
**Subject:** RE: Discovery Hearing

Hi, Danya – Can we jump on a call at 2:30? The proposal below does not satisfy the objective of the request, which is to identify what Plaintiff historically charged and was paid for particular classifications of goods and services on a claim-line basis during the relevant timeframe. Here are the other data points that we requested that we would need in addition to the data points offered by Plaintiff. On the call, we'd like to discuss how the foregoing objective can be accomplished through Plaintiff's reporting systems.

1. Claim number (or account number)
2. CPT Code
3. HCPCS code
4. Modifier
5. number of units
6. allowed amount
7. out-of-pocket patient responsibility

Thank you,

Patrick M. Emery
Partner
LAVENDER HOFFMAN ALDERMAN, LLC
Direct Phone 404.793.0652
patrick.emery@lhalawyers.com
www.lhalawyers.com

**From:** Danya Pincavage <Danya@wolfepincavage.com>
**Sent:** Wednesday, June 29, 2022 1:52 PM
**To:** Kris Alderman <kris.alderman@lhalawyers.com>; Tal J Lifshitz <tjl@kttlaw.com>
**Cc:** irene.basselfrick@akerman.com; Patrick Emery <patrick.emery@lhalawyers.com>; Doug Wolfe <Doug@wolfepincavage.com>; Hana Aryan <hana.aryan@wolfepincavage.com>
**Subject:** Re: Discovery Hearing

Kris,

My client proposes the following compromise.

<u>For hospital claims from 2016 through 2020, Memorial can provide the following data fields</u>:
Date of service
Facility Name
Type of patient (in/out)

Unique identifier for payer
Payer line of business (includes self-pay – excludes traditional Medicare and traditional Medicaid)
Total charge billed
Payment amount from insurance
Patient payment
Whether in-network or out-of-network
Whether paid under wrap or rental network

Please let us know ELAP's position. Thanks.

Danya J. Pincavage
Wolfe | Pincavage
O: 786-409-0802
C: 786-390-9738

---

**From:** Kris Alderman <kris.alderman@lhalawyers.com>
**Date:** Wednesday, June 29, 2022 at 1:41 PM
**To:** Danya Pincavage <Danya@wolfepincavage.com>, Tal J Lifshitz <tjl@kttlaw.com>
**Cc:** "irene.basselfrick@akerman.com" <irene.basselfrick@akerman.com>, Patrick Emery <patrick.emery@lhalawyers.com>
**Subject:** Discovery Hearing

Danya and Tal,

I saw the order about filing a notice by close of business today. I wanted you to know that Patrick and I will be unavailable today from 3:15 until about 5:30. Irene is copied here. I do not know her availability, but I know her schedule is tight because she is out of town for depositions today. Assuming we need to talk, if we can do so before 3:15 that would ideal. I am happy to talk later in the day or tomorrow morning. I just wanted to let you know for planning purposes.

Kris


Kris Alderman
Partner
LAVENDER HOFFMAN ALDERMAN, LLC
945 East Paces Ferry Road, NE, Suite 2000
Atlanta, Georgia 30326
Phone/Fax 404.400.4500
Direct Phone/Fax 404.596.8887
kris.alderman@lhalawyers.com
www.lhalawyers.com

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.