Pages 1 - 70

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Before The Honorable Alicia O. Valle, Magistrate Judge

SOUTH BROWARD HOSPITAL )
DISTRICT, )
 )
          Plaintiff, )
 )
  VS. )          NO. 20-CV-61007-AHS
 )
ELAP SERVICES, LLC, et al., )
 )
          Defendants. )
_____)

Fort Lauderdale, Florida
Wednesday, June 29, 2022

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:

                    WOLFE PINCAVAGE, LLP
                    2937 Southwest 27th Avenue, Suite 203
                    Miami, Florida 33133
          BY:  **DANYA PINCAVAGE, ESQ.**
               **HANA ABDELRAZAK ARYAN, ESQ.**

                    KOZYAK TROPIN & THROCKMORTON
                    2525 Ponce de Leon Boulevard, 9th Floor
                    Miami, Florida 33134
          BY:  **TAL J. LIFSHITZ, ESQ.**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Transcribed by:  James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                 Official Court Reporter

1   **APPEARANCES**:   **(CONTINUED)**

2   For Defendants:
                LAVENDER HOFFMAN ALDERMAN, LLC
3               945 East Paces Ferry Road, Northeast, Suite 2000
                Atlanta, Georgia 30326
4          BY:  **KRISTOPHER R. ALDERMAN, ESQ.**

5               AKERMAN SENTERFITT
                401 East Jackson Street, Suite 1700
6               Tampa, Florida 33602
           BY:  **IRENE BASSEL FRICK, ESQ.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    **<u>Wednesday - June 29, 2022</u>**                    **<u>10:00 a.m.</u>**

2                          **P R O C E E D I N G S**

3                              **---oOo---**

4        **THE COURT:**  All right.  Good morning, everyone.

5        Calling the case South Broward Hospital versus

6    ELAP Services, et al., Case Number 20-Civil-61007.  This case

7    is assigned to Judge Singhal, and he had -- he has referred

8    these motions to me for disposition as his (Inaudible)

9    magistrate.

10       Before going further, I'm going to ask everyone to please

11   formally put your appearances on the record.

12       **MS. PINCAVAGE:**  Good morning, Your Honor.

13   Danya Pincavage on behalf of South Broward Hospital District.

14       **THE COURT:**  Other attorneys for plaintiff?

15       **MR. LIFSHITZ:**  Yes, Your Honor.

16       Tal Lifshitz, with Kozyak Tropin & Throckmorton, on behalf

17   of the plaintiff.

18       **MS. ARYAN:**  And Hana Aryan on behalf of the plaintiff.

19       **THE COURT:**  All right.  Thank you very much.

20       And for the defense?

21       **MR. ALDERMAN:**  Your Honor, Kris Alderman of

22   Lavender Hoffman Alderman on behalf of the defendants.

23       **MS. FRICK:**  And good morning, Your Honor.  This is

24   Irene Bassel Frick, with the Akerman, LLP Law Firm, also on

25   behalf of the defendants, ELAP Services, LLC and Group &

1    Pension Administrators, Incorporated.

2        **THE COURT:**  All right.  Thank you, everyone.

3        Good morning, and, again, thank you for calling in.  This

4    is a telephonic con- -- hearing that we have scheduled.  Before

5    getting started, I know we've all had hearings before, very

6    lengthy hearings, in fact.  So you know the process.

7        Just to quickly remind you, when you speak, please

8    identify yourself.  That way, if you need a transcript of these

9    proceedings, the court reporter will be able to identify who

10   the speaker is.  We don't have a live court reporter today.

11   The proceedings are being taped by our audio system.  So it's

12   important that you follow these measures to ensure a better

13   transcript.

14       In connection with that, I'm also going to ask you to --

15   to please speak loudly so we can all hear you and slowly,

16   perhaps a little slower than you normally would, to avoid

17   basically running into one another's sentences.  And also, I

18   have found that there is a lag in the (Inaudible) system.  So

19   if we speak too quickly, the sentences will run -- will tend to

20   get garbled and run into one another.

21       Lastly, when you are not speaking, please mute your cell

22   phone or your landline.  That just avoids a lot of background

23   noise and interference that we sometimes get during these

24   telephonic hearings.

25       Invariably, someone is going to forget to unmute him or

1  herself.  Don't worry.  It happens all the time.  We'll just --

2  you know, you'll realize that you're talking, and nobody's

3  listening to you, and then you'll quickly realize that you --

4  you're still on mute and (Inaudible).  There's no shame in

5  that.  It happens to me, too.

6      Lastly, if you get disconnected at any point during our

7  hearing, all you have to do is call back to this main number

8  that you dialed into this morning, and you will rejoin our

9  hearing.  I'll know that someone has dropped off the hearing

10 call one of two ways.

11     Number 1 is I'll see your name drop off my conference

12 monitor screen.  And secondly, there will be a little ding, a

13 little bell that will go off, and that alerts me to the fact

14 that someone has either entered or left the hearing.  So we

15 will certainly wait for you to rejoin unless you tell your

16 co-counsel that you have left on purpose, and you are no longer

17 going to be participating in this hearing.  So let us know

18 that.

19     We are here this morning on the defendants' motion to

20 compel plaintiff to produce de-identified market data.  That's

21 at ECF 101.  Defendants' -- plaintiff's opposition was filed at

22 ECF Number 104.

23     Previously, we were also going to hear argument on a

24 motion for protective order.  But according to the joint status

25 report, that motion was resolved between the parties, and I

1    denied that motion as moot.  And I'm referring to

2    ECF Numbers 118 and 119.

3         In connection with this motion, the joint status report

4    was filed on June 15th at ECF 116, and it indicates that the

5    parties were unable to resolve the disputed issues, the three

6    discovery requests at issue, in the defendants' latest motion

7    to compel.

8         Before proceeding to hear argument, I just want to

9    highlight a couple of dates in the docket so that we are all on

10   the same page.

11        Relevant here, I would say, is the defendants' fourth

12   motion to compel, which was filed back in April of 2021 at

13   ECF Number 29 [sic].  Some of the interrogatories and requests

14   for production that were included in that motion to compel seem

15   to be part of today's -- or related to today's motion.

16        Also, I note that the Court entered an amended scheduling

17   order in December of 2021.  That's at ECF Number 94.  So now

18   your discovery deadline is September 16th of 2022.  You've got

19   class certification deadlines after that.

20        So what I'd like to do is basically to turn to the

21   parties' arguments.  Obviously, we've had a number of hearings

22   on this case.  So I'm very familiar with the amended complaint,

23   the answer and affirmative defenses and the facts of this case

24   as well as many of the complicated discovery issues that we've

25   handled in the past.  I know I've entered a few paperless

```
 1   orders and, of course, EC [sic] 95, which I entered in December
 2   of last year.
 3        I'm going to now turn to the parties for argument.  It's
 4   the defendants' motion.  So defendants will go first.  You know
 5   that I don't like ping-pong back and forth.  So when the other
 6   side is speaking, if you have an objection or you want to make
 7   a clarification or correction, save it until it's your turn to
 8   speak.  Do not interrupt the other side.  You'll have your turn
 9   to discuss that.
10        My plan is to give -- is to reserve an hour for this
11   hearing.  That means I'm going to give each of you 20 minutes
12   to argue your motion.  You don't have to use the time just
13   because I gave it to you.  So that takes us to 40 minutes, at
14   which point, I'm going to break and -- and take another 15 to
15   20 minutes to decide on my ruling, if I need it.
16        And then my plan, as I have done in the past, is to rule
17   from the record.  And if you need a transcript of the
18   proceedings, please contact the court reporter's office here in
19   Fort Lauderdale to get that.
20        So with that being said, I'm going to set my clock, my
21   timer, for 20 minutes.  And who's going to be arguing on behalf
22   of the defendants, Mr. Alderman or Ms. Frick?
23        MR. ALDERMAN:  Your Honor, this is Kris Alderman on
24   behalf of the defendants, and I'll -- I'll be arguing.
25        THE COURT:  Okay.  Give me just a second to set the
```

```
 1    timer.

 2         Are you -- are you going to want to save five minutes for

 3    rebuttal or not necessary?

 4         MR. ALDERMAN:  Yes, I'd like to reserve five minutes,

 5    and I don't think I'll take the -- the first 15 minutes, but

 6    yeah --

 7         THE COURT:  Okay.

 8         MR. ALDERMAN:  -- I'd like rebuttal.

 9         THE COURT:  Sure.  That's -- that's fine.

10         Now, honestly, I've read everything.  I even went back and

11    reread a lot of the stuff that we did in the past because I

12    really do think it's relevant, what happened back on June 24th

13    and then, again, the December motion and my order at ECF 95.

14         So, you know, I'm very familiar -- you don't have to

15    reeducate me on the facts.  I know what's at issue.  So let's

16    get right to it.  I do have a number of questions for both

17    sides, and I'll address those as you argue.

18         But 15 minutes, Mr. Alderman.  You may proceed.

19         MR. ALDERMAN:  Thank you, Your Honor.

20         Being mindful of what you said and your well-preparedness

21    in the past, I'm -- I'm going to really try to get right to the

22    heart of this.

23         As you know, we've -- one of the main issues in this case

24    is the allegation that ELAP and GPA have systematically

25    underpaid for healthcare goods and services.  And what I think
```

1   the parties agree upon is that, in order to determine whether

2   ELAP and GPA have systematically underpaid, you have to

3   determine what was supposed to be paid.

4       I think the parties agree that the reasonable value is

5   what you have to look at.  You have to see what is the

6   reasonable value for the goods and services, and as I said, I

7   think we have agreement among the parties on that issue.

8       The thing that divides us and the thing that keeps winding

9   us back in front of you is we disagree about how to determine

10  what the reasonable value is.  Our view is that we need to look

11  at the reimbursement rates that are generally paid in the

12  market.

13      And as you mentioned in the past, we've -- we've had prior

14  hearings where the Court tried to fashion what I think is a

15  very reasonable and prudent compromise approach where the --

16  the hospital would provide its 2021 transparency report and --

17  and then see if there was some way that we could relate those

18  2021 transparency report data points back to the relevant time

19  period, which is 2016 through 2020.

20      And I won't go through the whole history, but ultimately

21  we've wound up back here again because we still can't relate

22  the 2021 reimbursement data that we have to rates that were

23  actually paid for goods and services in 2016 through 2020.  And

24  so I want to tell you a little bit about why that is.

25      But essentially, we have pretty good data on what was paid

1   for particular goods and services or what was expected to be

2   paid for particular goods and services in 2021.  The challenge

3   comes in trying to take that 2021 data and determine what was

4   paid in 2016.

5        What we have is a declaration from Jeffrey Bross saying

6   that overall reimbursement rates in 2016, for example, were a

7   little over 20 percent less than they were in 2021.  And then

8   he goes through each year, and so the problem with that data is

9   that it's those --

10       **THE COURT:**  And I'm sorry, Mr. Alderman, just to stop

11  you there for a minute -- for a moment.

12       And you guys came back to me on that declaration -- that

13  was back in December -- because you said, "We just got this."

14  It's a very short declaration.  I reviewed that as well.  Hold

15  on a second.

16       And you came back, and then I granted your motion to

17  compel the underlying documents on that declaration; is that

18  correct?

19       **MR. ALDERMAN:**  That's correct.

20       **THE COURT:**  And in addition to that underlying

21  document, I believe that the -- that the plaintiff also

22  supplemented its interrogatory response to try to give you an

23  explanation of what it is that Mr. Bross did to arrive at those

24  numbers; is that right?

25       **MR. ALDERMAN:**  That's correct.

1          **THE COURT:**  Okay.  So let me ask you this.  What --

2     what -- you say that the defendant produced one document.  In

3     the JSR, I saw a reference to a document labeled MHS086262.

4          Is that the document that was produced in response to my

5     order at ECF 95 in December?

6          **MR. ALDERMAN:**  Yes, Your Honor.

7          **THE COURT:**  Okay.  So that is the document that was

8     produced in terms of the calculations.

9          What -- what does that document show you?  First of all,

10    describe it for me, how many pages is it, how many columns, all

11    that kind of stuff.

12         **MR. ALDERMAN:**  Sure.

13         It's an Excel file.  So it has -- has four tabs at the

14    bottom.  The -- the first is a summary.  The title of that tab

15    is "Summary."  It has Columns A through H and Rows 1

16    through 10, and it is -- what it says is it's a summary of the

17    other three tabs.

18         It gives -- and it really lines up with the interrogatory

19    response in terms of explaining how those year-over-year

20    changes were calculated, but what it does is say the first line

21    of data is the average inpatient revenue per case, CMI adjusted

22    amount.

23         And what the -- I don't want to -- I'm sure the plaintiff

24    has an explanation for this, but what my understanding of that

25    is that they've taken -- they've taken all their charges and

1  all their reimbursements, and they've -- they've normalized

2  those into kind of an average case.  And they do that by

3  looking at what was paid, the relative value units assigned by

4  Medicare for particular acuity levels.

5       And they sort of normalize that to this fictitious average

6  reimbursement rate for -- that just throws everything together.

7  So they have the average --

8            THE COURT:  All right.  So let me ask you this.  Is

9  this document ending in 6262, this data -- is that what's

10  called the data report?

11           MR. ALDERMAN:  Yes.

12           THE COURT:  Okay.  So if this data report ending in

13  6262 breaks down the -- the information in the Bross affidavit,

14  which is at ECF 89-1, and then follows the interrogatory

15  answer, which I saw at 104-2, why is -- so -- and that tells

16  you how Mr. Bross went from 2021 to those averages that he gave

17  you for 2016 and those other numbers to 2020.

18       Why is that not enough for you?

19           MR. ALDERMAN:  So several reasons, but one problem

20  is -- and I'll go through them.

21       If -- so let's take data that we have for 2021.  We would

22  know for -- we could take a particular service or type of

23  service and see what would have been paid in 2021.  What I'd

24  like to do is be able to do the same thing for the relevant

25  time period here so we could look at individual claims and see

1    what would have been paid by various payers to get

2    reimbursement data that would be relevant to reasonable value.

3         The problem is that I can't take the 2021 data using the

4    data report and the Bross declaration and say what any one

5    payer would have paid for a particular good or service in 2016.

6    I can't -- I can't even determine what, on average, all payers

7    would have paid for a particular good or service in 2016

8    because --

9              **THE COURT:**  But isn't that what that percentage that

10   Mr. Bross gave you is supposed to do, give you an idea how much

11   it can reduce the pay -- the -- the pay amount in those years?

12             **MR. ALDERMAN:**  I think, theoretically, that's what

13   the -- the plaintiff would like to do, is just -- if the -- if

14   the reimbursement rate for one payer would have been, you know,

15   $600 in 2021, then say, "Well, you should just adjust it down

16   by 20 percent for 2016 and say it's 20 percent less than $600

17   in 2016."  The problem is that's massively oversimplifying the

18   reality of how claims were paid in 2016.

19        The data can't -- the data that we have, these average

20   year-over-year changes -- they can't be applied because we're

21   taking all payer data and then, average from that, all payer

22   data and applying it to individual-specific reimbursement

23   rates.  So just from a mathematical standpoint, there are

24   problems doing that.

25        The second big issue I see with this is that what we've

1  been given, all these calculations in the data report, are

2  actually more -- it was more work to give us that than it would

3  have been to just give us the data from which those reports and

4  calculations were run because, in order to determine the case

5  mix adjusted average inpatient revenue, you have to start with

6  all the data that we're asking for.

7      So what we've gotten is manipulated data -- and I'm not

8  using that in a derogatory way, but manipulated or calculated

9  data from the raw data that would actually give us the answers

10 that we're looking for.  And that's really --

11     **THE COURT:**  How do you respond to plaintiff's -- how

12 do you respond to plaintiff's argument that your request,

13 asking for the raw data, asks them basically to -- especially

14 Request for Production Number 1 -- asks them to review

15 5 million claims?

16     **MR. ALDERMAN:**  It -- it doesn't require them to review

17 5 million claims or really any claims because, if -- if that

18 was necessary, then they would have had to do that in order to

19 create the data report.

20     But instead, all this information exists in some system

21 and could be produced to us because they accessed all that raw

22 data in order to do this CMI adjusted inpatient revenue,

23 outpatient revenue, and all that data is there.

24     So they don't have to review claims.  They don't have to

25 look at other documents.  It's already in their system.

1  Otherwise, they wouldn't have been able to create the data

2  report, and the data report --

3          **THE COURT:**  And we're talking, again, about the

4  document ending in 6262?

5          **MR. ALDERMAN:**  Yeah.  I'll try to just call that the

6  data report --

7          **THE COURT:**  Yes.  Okay.

8          **MR. ALDERMAN:**  -- because that's -- I think that

9  helps --

10         **THE COURT:**  So we're using the same language.  Uh-huh.

11  Good.

12         **MR. ALDERMAN:**  Exactly.

13      And so the problem with -- with using the data report only

14  is, like I said before, there are just mathematical problems

15  with taking all payer data in an average and trying to apply it

16  to individual rates, particularly when we know that the data

17  that we're looking for that is accurate is out there and

18  available to be produced.

19      And it doesn't require reviewing 5 million individual

20  claims because it's already in a system that can be sliced and

21  diced.  And, in fact, that's exactly what the data report does.

22  We just want to get back to the raw data, which has what we

23  actually need in order to analyze --

24         **THE COURT:**  How do you respond to plaintiff's argument

25  that giving you the raw data infringes upon trade secrets and

1   confidentiality issues?

2        **MR. ALDERMAN:**  So to be clear, we don't need any

3   patient information or patient identifying information.  What I

4   think the argument goes to is the trade secret argument under

5   Florida law.

6        And, again, we've talked about this before, but that's --

7   that's just the Sunshine Act or the Public Records Act.  That's

8   not talking about what is discoverable and what's not

9   discoverable in a litigation, particularly one the hospital

10  filed.

11       Secondly, they're -- they're relying on what they claim to

12  be confidentiality clauses in their agreements with payers, but

13  we're saying they can de-identify the payer.  We'd like to --

14  we'd like to keep similar payers identified in some way, but we

15  don't need to know that it is Aetna or Blue Cross.

16       We just -- they could assign random numbers to -- to

17  common payers so we can understand not -- not which particular

18  payer it is, but what -- so we can line up the payers and

19  understand where those payments are coming from, but we don't

20  need to know their names.

21       And then the -- the third point I would make is the

22  federal government requires -- and that's why the transparency

23  report for 2021 exists.  The federal government requires

24  payer-specific negotiated charges to be disclosed, and that's

25  as of 2021.

1        So we're looking at data from 2016 to 2020.  And I don't

2    think there's a legitimate argument that, from 2021 forward,

3    that data has to be disclosed, but it can be concealed from

4    2016 to 2020.

5            **THE COURT:**  Well, let me ask you this.

6        At the last hearing -- I think it was in the June

7    hearing -- I asked the plaintiffs, "Look, you're already

8    producing the 2021 transparency report and those forward" --

9    you know, "going forward.  Why can't you do the same for 2016

10   to 2020?"

11       And based on my review of the -- of the transcript, they

12   said it's incredibly -- you know, it's overly burdensome, it

13   would take months to do that, et cetera, et cetera, et cetera.

14       Are you asking them to do that?  Is that what you want?

15           **MR. ALDERMAN:**  No.  I don't know how long it would

16   take them to do that, but I -- what we're asking for is just

17   the raw claims paid data that they have in their system.

18           **THE COURT:**  All right.  I agree with you, and I think

19   I said that, during the hearing in June, that -- and I can even

20   find the page -- that you're entitled to get cost information

21   in terms of determining reasonable value.  And you already got

22   the cost report, and that seems to be okay.  You agreed to

23   their accuracy.

24       I said -- you know, you agreed -- you should be getting

25   some market analysis, and also I said you should be getting

1   some reimbursement data.  I think all of that goes to

2   determining reasonable value.

3        The issue is -- and I said this, as I said, during the

4   June 24th hearing -- is how much of this should you get.  It's

5   a question of proportionality and burden to the plaintiff.

6   Help me to narrow your request -- hold on.  That's 15 minutes.

7   Help me to narrow your request so that I can find a balance.

8        So -- and provide the discovery that you need, not just

9   what you want, because I know everybody wants more than they

10  need, but to find a balance to get the discovery that you need

11  while not unduly burdening the plaintiff by requiring them to

12  produce, you know, voluminous, time-consuming, you know,

13  reports or data dump.

14       Help me help you.

15            **MR. ALDERMAN:**  Sure.  I understand.

16       One of the challenges that we face in requesting this

17  information is we don't know exactly how their systems work and

18  what data they have stored and easily available.  And they

19  encountered the same problem during that June hearing as well,

20  when they're asking for very similar data from us about all the

21  claims that were audited by ELAP on a nationwide basis.

22       And you may remember this argument.  It was -- it was

23  their motion, not ours.  So we're switching gears a little bit,

24  but you may remember they had a very -- a very broad request

25  for every data point on the UBO for EDI 835 and EDI 837, which

```
 1  incapsulates, you know, hundreds of data points for individual
 2  claims.
 3       And the way that you resolve that, which I think made
 4  sense, was to say, "Okay.  You know, defendants, if you can't
 5  give them every single data point, but you do have a lot of
 6  this information available, just give them the report that you
 7  can give them."
 8       I think that makes sense as a -- as a path forward because
 9  we know that they have a lot of this information, based on the
10  data report, which -- again, I'm referring to that MHS086262.
11  We know that they have this data in a form that can be easily
12  used and looked at and analyzed.
13       So I can't tell you exactly what data points they have
14  because I'm not familiar with their system.  The lawyers on
15  this call may not be able to tell you exactly what data points
16  they have for plaintiffs.  But they have some data, and they
17  have a lot of data that would be helpful to us, and we know
18  that because of the data report.
19       So I think maybe the way you resolved their motion at that
20  June hearing would be a good way to resolve this one, is to say
21  to the plaintiffs, "Give them the" -- "the claims level market
22  reimbursement data that you do have for 2016 through 2020."
23            THE COURT:  So claims level market reimbursement data.
24       Okay.  I will check with plaintiff and see what they say
25  about that.
```

1    I have another question for you, though.  I know that

2  you're out of time, but I do have a couple questions I want to

3  address with you.  Let me just take note of this.

4    It's claims level market reimbursement data, 2016 through

5  2020; right?

6        **MR. ALDERMAN:**  Correct.

7        **THE COURT:**  Okay.  Now, let me ask you this.

8    At JSR Page 8, in the -- in your column, the movant --

9  movant column, you say that the defendant agrees to, despite --

10 whether or not plaintiff is right regarding *Baker County* or

11 you're right, et cetera, you say that, regardless of the whole

12 *Baker County* disagreement, that the defendants are willing to

13 accept production of plaintiff's market commercial, self-pay,

14 or uninsured data and forego Medicare, Medicaid, TRICARE, and

15 government-determined reimbursement.

16   I want to confirm that that is your -- in fact, your

17 position today.

18       **MR. ALDERMAN:**  Yes.

19       **THE COURT:**  Okay.  One follow-up question on that, and

20 that is how about managed care, you know, like Aetna,

21 Blue Cross/Blue Shield, Humana, folks that are -- I don't know

22 what the word is -- administering or providing Medicare

23 services.

24       **MR. ALDERMAN:**  Oh.  You're saying Managed Medicare?

25       **THE COURT:**  Yes.  Yes.

1          **MR. ALDERMAN:**  Okay.  So just -- I just want to make

2    sure that the record's clear on the question.

3          **THE COURT:**  Yeah.  Thanks for correcting me because,

4    you know, I'm only slightly versed in these terms.  So I

5    appreciate it.

6          **MR. ALDERMAN:**  Sure.

7      So Aetna, Humana, Blue Cross, those types of big-box name

8    insurers that you're familiar with -- they -- they have a

9    number of different products.  So they have -- they work with

10   self-funded plans.  They work with insured plans.

11         These are all different products that they offer, and a

12   lot of them, probably most of them, also offer Managed Medicare

13   plans and, some of them, even Managed Medicaid plans.

14         **THE COURT:**  Right.  Those are the ones that I'm --

15   that my question goes to.

16         **MR. ALDERMAN:**  Okay.  Then that's why I wanted to

17   clarify.  So --

18         **THE COURT:**  Right.

19         **MR. ALDERMAN:**  -- yeah.  I -- I do think that the

20   Managed Medicare and Managed Medicaid data is relevant because

21   those are arrived at through negotiation rather than set by the

22   government.

23         And so we -- we don't agree that *Baker County* controls,

24   but for purposes of this motion, we -- we cannot fight over

25   whether we get the government-regulated rates.  But

1  Managed Medicare and Managed Medicaid are set by negotiation

2  between the -- the insurance companies you're familiar with and

3  the hospitals.

4         THE COURT:  How about self-pay, uninsured, or charity

5  cases?

6         MR. ALDERMAN:  So I -- we're definitely interested in

7  that data as well.

8         THE COURT:  Okay.  So only the government -- the

9  nonprivate negotiation ones.

10      Okay.  I understand.  I just wanted to confirm that.

11      So you're willing to forego Medicare, Medicaid, TRICARE,

12  and government-determined reimbursement?

13         MR. ALDERMAN:  Yeah.  I think in -- in -- so in -- in

14  Florida, my understanding is that would also include worker's

15  comp because I think that set our fee schedule.

16         THE COURT:  Okay.  In any event, those are public.

17  You have that information anyway; right?

18         MR. ALDERMAN:  Correct.

19         THE COURT:  Okay.  So it's like giving away ice in the

20  winter here.

21                     (Laughter.)

22         THE COURT:  All right.  But I get it, and --

23         MS. FRICK:  Your Honor, I just --

24         THE COURT:  I'm sorry.  Who's speaking?

25         MS. FRICK:  I'm so sorry.  This is Irene Bassel Frick

1    on behalf of the defendants.  I just wanted to correct a small

2    statement.

3             THE COURT:  Yeah.  Go ahead.

4             MS. FRICK:  Okay.  And Mr. Alderman (Inaudible).

5        Your Honor, the reimbursement rates are publically

6    available.  Your Honor is absolutely correct that, for example,

7    the reimbursement rates for -- by Medicare is -- is readily --

8    you can research what that rate is for a particular service.

9             What you cannot research, Your Honor, is how many of those

10   services were performed at Aetna Memorial.  So you can -- you

11   can identify the rate, but you don't know if they did a hundred

12   of them or a thousand of them and -- and how they fit into the

13   entire -- the entire reimbursement numbers for the -- for the

14   plaintiff.

15        So --

16            THE COURT:  All right.  But just to be clear, in -- in

17   confirming with Mr. Alderman that the defendants are willing to

18   forego the reimbursement rates for these government programs,

19   are you now telling me, Ms. Frick, that you still want the

20   number -- I think you already got the number of Medicare claims

21   that the hospital handled; correct?

22            MS. FRICK:  Mr. -- Mr. Alderman -- Mr. Alderman is

23   absolutely correct that we are -- as an alternative, if the

24   Court is inclined to provide us with -- with the data -- you

25   know, the primary data that we're looking for is that

1    commercial data, self-pay, uninsured, indemnity insurers,

2    anything that is not government-set, the Medicare and

3    Medicaid --

4              **THE COURT:**  All right.

5              **MS. FRICK:**  -- and worker's compensation.

6              **THE COURT:**  Thank you.

7         So I have another question -- and thank you for your

8    clarification, Ms. Frick.

9         Mr. Alderman, in Request for Production Number 2, you

10   attempt to narrow the breadth of Request for Production

11   Number 1 by saying that they should -- that plaintiffs should

12   produce the reimbursement information for particular CPT codes

13   and HCPCS codes that are attached as Attachment A.

14        A -- quickly, because we're way out of time, what are

15   those codes, and how does this help limit Request for

16   Production Number 1 to the claims at issue in this case?

17             **MR. ALDERMAN:**  Yes, Your Honor.

18        What we tried to do with Exhibit A is identify only

19   particular CPT and "Hick-Pick" codes, which are codes that

20   identify particular services.

21        So it's -- this would be -- if you -- if you denied

22   Request 1 and granted Request 2, then you'd be ordering

23   production of just a limited subset.  It wouldn't be -- it

24   wouldn't be perfect, but we did our best to try to limit the

25   amount of data we're seeking to things that we know are

1   relevant in this case, whereas --

2        **THE COURT:**  So why didn't you offer me Request for

3   Production Number 2 when I asked you to help me to help you?

4        **MR. ALDERMAN:**  It was probably a strategic mistake on

5   my part, Your Honor.

6                         (Laughter.)

7        **MR. ALDERMAN:**  The other -- the other thing is that we

8   don't know -- we just don't know what we don't know, and so

9   you're right.  That was -- I probably should have, at that

10  point, pointed out the difference in Request 1 and Request 2.

11       **THE COURT:**  Yeah.

12      As to Request Number 2, yes, you're narrowing it down by

13  CPT and -- you called it "Hick-Pick"?  But there are ten pages

14  of these codes, and I don't know how many there are in a page,

15  but it's certainly not -- you know, it's a lot.

16      How do these codes relate to the case?  Are these the

17  services that are at issue with reference to the underpay- --

18  the purported underpayments by ELAP and GPA?

19       **MR. ALDERMAN:**  They -- they're not all of them, but

20  they're some of them.  So we did our best to try to identify

21  what we know will be important, whereas, we don't know exactly

22  what the entire universe looks like.  So it is a lot, but it's

23  a lot because that's the nature of the case that was filed by

24  the plaintiff.

25      If they had -- if they had filed a lawsuit involving only

1    a small subset of claims, we'd be asking for reimbursement data

2    on only a small subset of claims.  But they filed a lawsuit

3    that involves hundreds of thousands of claims, which

4    necessarily involves lots of CPT and "Hick-Pick" codes.

5              THE COURT:  With these codes in Attachment A, what do

6    you think plaintiffs can do?

7              MR. ALDERMAN:  I -- I don't know, and I'm going back

8    to not knowing how their systems are organized.  If their -- if

9    their reimbursement data is -- is stored in a way that they can

10   isolate the claims that involve those particular codes, then it

11   may -- it may cut down on the amount of data they have to

12   provide.

13        My guess is that it's probably more burdensome to sift

14   through all the reimbursement data that they used to create the

15   data report, to pull out those specific CPT codes.  But we

16   did -- we do have Request Number 2 in there as an alternative,

17   which would, we think, involve less data being turned over but

18   may actually require more work on the part of plaintiff.  We're

19   not sure.

20             THE COURT:  All right.  Last question for you.

21        In Request for Production Number 3, you asked for data

22   dictionaries to understand the production that would be made to

23   either Request for Production Number 1 or Number 2.

24        What are these dictionaries?  Do they even exist?  Do you

25   know?

1    **MR. ALDERMAN:**  So I don't know whether they exist or

2    not, but what we found -- and I think the plaintiff could --

3    could verify this, if -- if you ask them about it.  But when we

4    produced our massive spreadsheets of all claims that we

5    audited, there are a lot of codes in there.  And so we spent

6    some time at depositions asking people what those codes meant

7    and what the columns meant.

8        And I think both parties would probably agree that, to the

9    extent there's -- there's a spreadsheet of data with codes in

10   it, it would make a whole lot of sense for the parties to just

11   exchange a list of -- of what those codes mean rather than

12   trying to find somebody who can remember every abbreviation and

13   give that information in a deposition.

14       So that's why we --

15       **THE COURT:**  Right.  That's if it exists.  You're not

16   asking them to create it for you; correct?

17       **MR. ALDERMAN:**  I mean, I think it would have to exist

18   somewhere, but yeah.  The -- I -- I agree with what I think the

19   premise of that question is, which is we can't require them to

20   create documents to produce in response to a document request.

21       **THE COURT:**  Okay.  All right.  I think I have

22   exhausted my questions for you, and we ended up having a little

23   bit more than your time.  But thank you for answering my

24   questions, and I want to turn it now to plaintiffs.

25       And who's going to be arguing on plaintiff's behalf?

 1          **MS. PINCAVAGE:**  Danya Pincavage, Your Honor.

 2          **THE COURT:**  Okay.

 3          **MS. PINCAVAGE:**  Would you -- would you like me to

 4   start, or do you have questions you'd like to start with?

 5          **THE COURT:**  Well, you know, I think -- as you can

 6   tell, I did have a lot of questions, and I have a lot of

 7   questions for you, too.

 8       Let's start with the data report, MHS086262.  How was this

 9   created?  Defendants said in its motion that, in that report,

10   you were using the same information that the defendant is

11   seeking in their request for production.  So basically, "What's

12   the big deal?  Just turn over the raw data."

13       Tell me about this document.

14          **MS. PINCAVAGE:**  Sure.

15       So the first thing I would point out is that ELAP

16   requested Mr. Bross's deposition in order to, I presume, ask

17   him about issues such as his declaration and how this report

18   was created.  One thing I can tell you is this aggregate

19   data -- there's little relationship to what ELAP is requesting.

20       And part of that is because ELAP is asking for essentially

21   line payments on line data.  What that means is, on a claim

22   form, there are a lot of lines of code, and each code has a

23   charge associated with it.  That's a standard charge on the

24   hospital charge master.

25       ELAP, as a, you know, decider of payment, may keep track

1   of how much it pays on certain services.  But generally

2   speaking, hospitals do not track how much they receive for

3   payments, much less accept for payment on a certain code.  So,

4   you know, it varies very wildly between payers.  And if a payer

5   doesn't provide that information, the hospital won't have it.

6       If their -- if hospital paid with a paper claim form, the

7   person entering the information into the system is most likely

8   not going to be typing in the corresponding code amount.  So a

9   lot of the information that ELAP is seeking here is not

10  information the hospital has at its fingertips.  In fact, I've

11  been told that an outside consultant would likely have to be

12  hired to run the type of reports that ELAP is requesting.

13      So as far as, you know, exactly how the report was

14  formulated, my information is essentially the same as what

15  Mr. Bross said in his amended interrogatory answer and -- and

16  what he's going to testify to at his deposition.

17          **THE COURT:**  All right.  I'm looking at the amended

18  dep- -- interrogatory answer that was filed at 104-2.  I

19  certainly didn't understand it, but then again, that doesn't

20  surprise me because this is all pretty -- pretty technical.  So

21  I'll leave that alone.  I can't really go much into that.

22      Let me ask you about -- in the joint status report, at

23  Page 7, in your column, I think you state that -- that this

24  request is -- that these requests -- I should say the request

25  for reimbursement data is duplicative of previous

1    interrogatories or requests seeking the same reimbursement data

2    which I denied.

3        Which -- can you cite to where I denied these requests?  I

4    don't think I did.  I don't think I ruled on them.

5            MS. PINCAVAGE:  I believe -- I believe -- I believe

6    that would have been the compromise you fashioned at the

7    hearing last June.

8            THE COURT:  Okay.  Right, because, in fact, I

9    attempted to avoid having to rule on these things because I --

10   they were very difficult, just as they are now.  They're very

11   difficult issues.

12       So I tried to come up with a practical approach, you know,

13   and kind of put the burden back on the parties to try to

14   resolve this without me having to delve into these very

15   difficult reimbursement interrogatories and document requests.

16   I just wanted to confirm that.

17       Okay.  Also, at -- on Page 8 of the JSR, the defendants --

18   and I -- we discussed that this morning, again, with

19   Mr. Alderman.  He said that the defendant agrees to accept

20   production of plaintiff's market commercial, self-pay, and

21   uninsured data and then forego the data for Medicare, Medicaid,

22   TRICARE, worker's comp, and government-determined

23   reimbursement.

24       So does that help the plaintiff?

25           MS. PINCAVAGE:  It does not, Your Honor, because,

1  aside from the fact -- and I'm not trying to be difficult here,

2  but "market data" is a term that is pretty vague.

3      I can tell you what we've already given ELAP at this

4  point, which does include, by the way, the self-pay cash rates.

5  That's on the transparency reports that we produced to ELAP

6  last August.  There's a column -- it's Column M on the first

7  tab of the spreadsheet.  That is the cash column, and that says

8  the self-pay price.

9          THE COURT:  Right, but you would agree with me that

10  that transparency report provides information for only 2021 and

11  not the years 2016 through 2020; right?

12         MS. PINCAVAGE:  That's true, Your Honor, but if I

13  recollect, I think that we also produced the policies -- the

14  hospital's policies on self-pay.  So -- but yes, you're right.

15  It is only the 2021 rate.

16         THE COURT:  Right.  So you were outlining for me what

17  you've given the defendants.

18         MS. PINCAVAGE:  Sure.

19         THE COURT:  The self-pay cash rate for 2021.

20      What else?  I'm taking notes.

21         MS. PINCAVAGE:  Sure.

22      All of the -- the rates -- the in-network rates for 2021

23  are also on the transparency report.  We have -- sorry.  I have

24  a list here.

25      We gave them -- again, we've gone over ad nauseam the

 1   declaration of Jeff Bross and the aggregate information that he

 2   relied on, which includes -- just to give you an idea of more

 3   of the information that's on there, there's -- for 20- -- the

 4   years 2015 through 2021 -- and I believe 2021 would be a

 5   partial, given when this was created.

 6        There's the total number of all inpatient cases broken

 7   down by the type of insurance product.  So, you know, per year,

 8   it says how many were employee -- I'm guessing that's a

 9   self-funded employer plan, how many were managed care, how many

10   were other types of insurance, how many were Medicaid, how many

11   were Medicaid HMO, Medicare, Medicare HMO, other managed care,

12   and self-pay.

13        And it gives the grand total of the number of inpatient

14   cases that occurred every year.  It gives a total number of

15   outpatient cases for every year, again, broken down by all

16   those different insurance or payment product types.

17             THE COURT:  I think -- I'm sorry to interrupt you for

18   a minute, but I think --

19             MS. PINCAVAGE:  Sure.

20             THE COURT:  -- I remember reading, Ms. Pincavage, the

21   defendant saying, "Yeah.  We got a lot of in-network, but we

22   haven't gotten any out-of-network information."

23        Is that -- have you turned over any out-of-network

24   information?

25             MS. PINCAVAGE:  So what we could give them on

1   out-of-network -- and this is, again, getting into *Baker County*

2   a little bit, which says that the -- the metric to use is -- or

3   that fair market value is determined based on the amounts

4   billed and the amounts accepted by providers with the

5   exceptions we've noted such as Medicare and Medicaid.

6        And so "accepted" is the key word in that case because

7   it's not the amount that was paid to the hospital because the

8   hospital doesn't necessarily accept an arbitrary payment from a

9   noncontracted provider.  It can challenge it.  It can appeal

10  it.  It doesn't necessarily accept it.

11       What we could provide is a report of what's known as

12  letters of agreement that the hospital would negotiate at arm's

13  length with out-of-network providers, and that would

14  demonstrate the amount that the hospital was willing to accept

15  as payment on out-of-network claims.

16            **THE COURT:**  Okay.  So those letters of agreement on

17  out-of-network have not yet been provided; is that correct?

18            **MS. PINCAVAGE:**  I do not believe they have.

19            **THE COURT:**  Okay.  I'm going to break my own rule

20  here, and I'm going to go back to Mr. Alderman at the same time

21  a little bit, just on this quick issue.

22       Mr. Alderman, is that something that -- that would help

23  with -- help the defendant to obtain the reimbursement rates it

24  seeks for the out-of-network reimbursement?

25            **MR. ALDERMAN:**  Your Honor, it would -- it would help

```
 1    us, and I won't try to -- I won't try to answer for plaintiff
 2    what would be more burdensome, but I think it would be harder
 3    for them to identify and produce every letter of agreement
 4    they've entered into than it would be for them to just provide
 5    us the raw data that we're seeking.
 6         But, yeah, it would be helpful.
 7              THE COURT:  All right.  Okay.  Thanks.
 8              MS. PINCAVAGE:  And just to be clear, Your Honor, I
 9    wasn't offering to produce every letter of agreement.  I was
10    offering to produce a report that shows the amounts agreed to
11    on the letters of agreement.
12              THE COURT:  Okay.  All right.  We'll talk some more
13    about -- and that's for 2016 through 2020?
14              MS. PINCAVAGE:  Yes, Your Honor.
15              THE COURT:  Okay.  So that takes care of
16    out-of-network, more or less.  I'm not sure yet.  I have to
17    think about this.
18         We were going back through what you have produced.  We
19    talked about the self-pay cash rate for 2021, all in-network
20    rates for 2021.
21         How do we get the defendants in-network rates for 2016 to
22    2021?
23              MS. PINCAVAGE:  The way that the defendant has
24    requested them, I don't even think it's possible to do with all
25    of the codes, not to mention the fact that I suspect that the
```

```
 1    laundry list of codes provided don't even pertain to the

 2    thousand or so claims that Memorial has identified as ELAP

 3    claims as being at issue in this case.

 4         The -- kind of along those lines, I'd also just like to

 5    add Mr. Alderman was referring to the Court's prior order

 6    requiring it to produce a lot of claims data.  That data is

 7    Memorial's damages in this case for -- especially for the class

 8    certification issues.

 9         So, you know, getting into -- if you say that we have a

10    thousand ELAP claims that are -- that have been identified by

11    the hospital at this point, we're looking at 5 million claims

12    in the same time period that are not related to ELAP,

13    potentially don't relate to the services at issue as the

14    thousand claims that were ELAP claims.

15         And it's just completely -- it's overbroad to start

16    getting into that level of data, especially when those claims

17    aren't at issue, unlike with ELAP, where those are our damages.

18         So I think that, you know, it's apples and oranges there.

19    What was required of ELAP to be produced is different than what

20    it's seeking from the hospital now, which really isn't relevant

21    to anything.

22              THE COURT:  Well, let me ask you this.  And, you know,

23    I asked a pretty pointed question of Mr. Alderman, and I'm

24    going to ask the same question of you because I think it

25    telegraphs what I'm thinking.
```

1   I said -- let me get the transcript.  Hold on.  Where is

2   my transcript?  That's 20 tabs.

3       On June 24th, which is at 104-1, Page 146 of the

4   transcript -- it's Page 8 of the ECF number -- I say, starting

5   at Line 7, you know, "We made a lot of progress.  I think -- I

6   think it took a lot to get here, but I do think we made some

7   progress."

8       "My goal, as I indicated during my questioning of

9   Ms. Pincavage -- I did think" -- and this is referring to the

10  defendant.  "I did think that you're," defendants, "entitled to

11  receive some cost information, some reimbursement information,

12  and some marketing analysis information.  The question is how

13  much."

14      And that's right where I am.  I said that before.  I asked

15  Mr. Alderman exactly that question.  I'm inclined to grant the

16  motion to some extent.  I need you two to help me, especially

17  you, Ms. Pincavage, on the plaintiff's side, to give me some

18  parameters where you're not going to be overburdened.

19      I know it's going to be burdensome.  The question is

20  overburdensome -- right? -- over- -- what -- with that as the

21  background, knowing that I'm going to grant this motion in part

22  somehow, what is it that the hospital can turn over?

23      And I'm looking for -- you know, assume that, you know,

24  the *Baker County* argument is not going to go your way, but it

25  doesn't really matter because the defendant is willing to

1    concede that they don't want the government rates at this

2    point.  So that's out of the equation.

3         So we're talking about producing in-network rates for 2016

4    to 2021 and out-of-network rates or some kind of report for

5    26 -- I'm sorry -- 2016 to 2020.  I misspoke before.

6         Help me help you.  How?

7              **MS. PINCAVAGE:**  This -- this is a little tricky

8    without getting my client's input on -- like I said, I can give

9    the report of out-of-network agreements, but, you know, I --

10   I -- what I keep coming back to is we -- we revisit -- we

11   visited this same issue last summer.

12        Your Honor fashioned a compromise.  ELAP keeps coming back

13   and seeking more and more information, and it really hasn't

14   given to me an explanation.  I understand as to why it doesn't

15   understand -- understand the aggregate information that

16   Mr. Bross provided.

17        So what -- what I'm --

18             **THE COURT:**  Let me -- can I stop you there for a

19   minute?

20        I think as to the Bross declaration --

21             **MS. PINCAVAGE:**  Sure.

22             **THE COURT:**  -- part of what I think I read or

23   understood -- because I can read something and understand it

24   incorrectly, but what I understood was that they're saying

25   that -- that Mr. Bross's declaration is based on kind of an

```
 1   unreliable methodology because the numbers include different

 2   reimbursement data.

 3        So it doesn't even help them.  Whether it includes

 4   Medicare or doesn't, I mean, there are all sorts of things that

 5   are in the JSR.

 6        So I don't think they're satisfied with the Bross

 7   declaration.  That's why there was a motion before me in

 8   December, and I said, "Yeah, you're right.  A declaration is

 9   not a stipulation.  You don't have to accept it."  And that was

10   my order at ECF 95 back in late December.

11        And that's why I ordered, you know, the -- and you

12   supplemented your interrogatories, and you provided the data

13   report.  We're kind of still back at that stage, where I'm

14   going to grant something.  I understand that the hospital has

15   limited resources, and I am trying to help the hospital as much

16   as I can.

17        But I think I've made it pretty clear, both in June and in

18   December, that they're going to get something.  And I would

19   rather that the parties work it out amongst themselves as

20   opposed to me granting Request for Production Number 2, which

21   is what I'm inclined to do right now, and then hearing that the

22   hospital, you know, is going crazy trying to do this.

23        MS. PINCAVAGE:  I'm sorry, Your Honor.  You're saying

24   you'd rather have the hospital pull the codes?

25        THE COURT:  No.  I'd rather --
```

1          **MS. PINCAVAGE:**  The claims that --

2          **THE COURT:**  No, no, no.  I'm saying I'd rather have

3    the parties work it out, knowing that I'm going to order

4    something.  If you don't -- if you guys don't give me a

5    solution today, I'm going to probably grant Request for

6    Production Number 2 because, to me, it seems narrower than

7    Request for Production Number 1.  And that's what I'm trying to

8    do.

9          So that's why I'm encouraging, and I keep asking the

10   question of both sides, help me help you.  On the one hand,

11   defendant, I want to give you some information, but, you know,

12   enough is enough.  How much is too much?

13         And on the plaintiff's side, same thing.  I'm going to

14   turn something over.  Help me to fashion something that's not

15   going to break the hospital.

16         **MS. PINCAVAGE:**  So I can tell you, with Request

17   Number 2, although that may seem narrower, it's actually not

18   because of what I was saying, because we don't always bill

19   based on CPT codes.

20         If you -- if you look at the hospital transparency

21   reports, it will say the service and if there is a CPT code

22   associated with it, but a lot of services don't have CPT codes

23   associated with them.  My understanding is they're used more by

24   physicians and -- and professionals rather than --

25         **THE COURT:**  Well --

 1          **MS. PINCAVAGE:**  -- hospitals.

 2          **THE COURT:**  -- that becomes -- that becomes

 3     Mr. Alderman's problem -- right? -- because if he wants CPT

 4     codes, you're going to give him CPT codes, and that's that.

 5          **MS. PINCAVAGE:**  Yeah.

 6        I mean, look, the other problem, candidly, is that, like I

 7     said, the hospital doesn't keep great records on a CPT code

 8     basis.  And I'm not certain that they would even be able to run

 9     a report, based on payments on C- -- by a CPT code level,

10     without either purchasing software or bringing in some kind of

11     outside consultant.

12        My understanding is they don't track data that way.

13          **THE COURT:**  So --

14          **MS. PINCAVAGE:**  So --

15          **THE COURT:**  -- let me ask you this.

16          **MS. PINCAVAGE:**  Yeah.

17          **THE COURT:**  Is Mr. Alderman right that 2 is more work

18     for you than, in fact, 1?

19          **MS. PINCAVAGE:**  Well, 1 -- 1 is kind of the same as 2

20     because it's -- it is also seeking codes, you know, payment

21     data at the code level.  Anything that's a code level is

22     problematic.

23          **THE COURT:**  All right.  Can you give them a data

24     report like you've produced in the document Bates-stamped 6262

25     that gives the defendant claim level market reimbursement data

```
 1    for 2016 through 2020?

 2              MS. PINCAVAGE:  And, again, Judge, I'm not trying to

 3    be difficult, but what is market level reimbursement data?

 4              THE COURT:  Okay.  Let me stop that.  Hold on.

 5              MS. PINCAVAGE:  Is it -- is it for charges?

 6              THE COURT:  Hold on there for a minute.

 7         What -- Mr. Alderman, what is -- because I wrote it down,

 8    exactly what you said.  What is market reimbursement data?

 9         Is that what your question is, Ms. Pincavage?

10              MS. PINCAVAGE:  Yes.  Exactly what fields and what

11    data would we be required to produce?

12              THE COURT:  Mr. Alderman, can you shed some light on

13    that?  I certainly can't explain it.

14              MR. ALDERMAN:  Yes, Your Honor.

15         All we mean by "market reimbursement data" is what -- what

16    do you find in the remainder of the request, which is we want

17    to know what these payers, who are identified in the 2021

18    transparency report, are paying for specific claims.

19         So the hospital -- they say, during -- from 2016 to 2020,

20    they had 5 million claims.  And from the data report, we've

21    surmised that those 5 million claims must be in some system

22    capable of quickly aggregating them because we have the

23    aggregate data.  We have the aggregate data by payer

24    classification.

25         But I strongly suspect that that raw data, the claims
```

1  level data -- and so when I'm talking about claims level in the

2  request, I'm talking about the individual claims, what was

3  billed, what was paid, what the service was, that type of

4  information, however it's stored.

5      I'm talking about the data from these other market payers,

6  the ones identified in the transparency report, at the claim

7  level.

8          **THE COURT:**  So you already -- you just -- I want to

9  confirm what you just -- that I understood you correctly.

10      You say that you have the aggregate data for each of the

11  payers already identified in the 2021 transparency report;

12  correct?

13          **MR. ALDERMAN:**  No.  I'm sorry.  It's not exactly that.

14  We have -- we have data sufficient in the -- for 2021 to

15  determine what particular payers would pay for a particular

16  claim.  So if we had a claim in 2021, we could look at the

17  transparency report and see what -- what would be paid

18  according to the contract.

19      So that's separate than what we're asking for because, in

20  2016, we don't just have contract rates and expectations of

21  payment, but we know exactly what was billed on a particular

22  claim and exactly what was paid or -- let me -- let me back up.

23      We don't know, but the hospital knows because they have

24  that in their system.  So the hospital knows, for each claim,

25  how much they billed, what service was provided, and how much

1   they were paid.  And that's the data that we're trying to get

2   at.

3          THE COURT:  For 2021 -- which I know is not a year at

4   issue, but for 2021, the transparency report contains all the

5   information that you want for 2016 through 2020; is that

6   correct?

7          MR. ALDERMAN:  It -- it's -- if we had the

8   transparency -- if we had the equivalent of the 2021

9   transparency report for 2016 through 2020, then I -- we would

10  have a large percentage of what we're seeking.

11         But the difference in the 2021 transparency report and the

12  data that we're seeking is that the data we're seeking is

13  actual data.  It's an actual claim with actual billed charges

14  that is actual services provided and an actual payment amount.

15  The 2021 data --

16         THE COURT:  Why do you need that?

17         MR. ALDERMAN:  What's that?

18         THE COURT:  Why do you need that?

19         MR. ALDERMAN:  Oh.

20         So we've got -- we've got this -- this number of disputed

21  claims, and I think we've got -- nationally, we have it, and we

22  have it specifically with claims that ELAP audited at

23  South Broward.

24         And so we know -- from Memorial or South Broward, we know

25  what ELAP paid for particular services.  But in order to

 1  determine reasonable value, we'd, of course, love it if the --

 2  the reasonable value evidence is limited to what ELAP paid.

 3  But, of course, that's not the hospital's position.

 4      So we need to know what other payers paid for those same

 5  types of goods and services.

 6      **THE COURT:**  Right, but why isn't an aggregate report

 7  sufficient to show you what those payers paid?

 8      **MR. ALDERMAN:**  Okay.  So, you know, one of the

 9  challenges that -- that I'm realizing here is you can't see

10  this data report.  I'm wondering whether it would be helpful

11  for you to see it, but I can describe it as best I can.

12      The -- so there's a -- I told you before, there are four

13  tabs.  I told you about one tab, and then we quickly got off

14  track, which was good because we got to address some issues,

15  but I never described the other tabs.  The second tab is called

16  "Inpatient Revenue Per Case."

17      And so it has -- basically, it has -- well, I'm not going

18  to count them up, but there may be six boxes with information

19  in it.  The first one is total inpatient revenue, and it

20  divides it among -- about ten -- well, less than ten.  It's

21  eight, I think.  Let me count them.  One, two -- it's nine

22  categories of payers.

23      And these categories are things like insurance, Medicaid,

24  Medicaid H- -- HMO, Medicare, Medicare HMO, other, other

25  managed care, and self-pay.  And then it gives you the total

1   amount of revenue, which we understand to be payments that were

2   made to the hospital from those payers, in each of 2016 -- or

3   I'm sorry -- 2015, 2016, 2017, 2018, 2019, 2020, and '21.

4       So we have the total revenue, but we don't know anything

5   about the services that were provided.  So we -- all we -- we

6   don't know how much was billed in order to generate that

7   revenue.  All we know is the total amount paid by those payers,

8   which is -- and I think we have to do this at some point in the

9   case.  We need to determine whether a particular claim was

10  underpaid or not.

11      You know, we will have -- for that particular claim, we'll

12  know how much was billed.  We'll know what service was

13  provided.  And then the question will be, given that

14  information, how much should be paid.

15      And as you've talked about in your ruling -- or in your

16  prior rulings and -- and even -- even today, there are a bunch

17  of factors that would go in to determining what should be paid

18  or what is the reasonable value.  And one of those factors is

19  what gets paid in the market for those goods and services.

20      And so if I look at this data report, that MHS086262, I

21  have no idea what any payer would pay for that particular set

22  of goods or services.  But if we had the -- the claim level

23  data that I know has to be available, because that's the only

24  way you could create this data report that they've produced,

25  then I would know.

1    I could group them.  I could group similar goods and

2    services and see what various payers paid in the market for

3    that good or service.

4         **THE COURT:**  All right.

5         **MR. ALDERMAN:**  But as it stands, with this data

6    report, I can't do that at all.

7         **THE COURT:**  All right.  Back to you, Ms. Pincavage.

8    I'm sorry for the -- the -- the ping-ponging.  I'm breaking my

9    own rules, but I just wanted to address that because, again,

10   I'm trying to fashion a remedy that keeps the case moving

11   forward, gets plaintiff -- gets defendant what they want

12   without unduly burdening the -- the hospital.

13        Anything else you'd like to add?  Let me see if I have any

14   more questions for you.

15        **MS. PINCAVAGE:**  No.  I mean, the only -- the only

16   thing I would say is, again, Mr. Bross's deposition will be

17   coming up imminently.  And I think that this issue is

18   potentially premature until he has an opportunity to testify

19   and explain what the methodology was here in more detail and

20   the significance of the data on the report.

21        **THE COURT:**  When is the deposition?

22        **MS. PINCAVAGE:**  I don't believe we have set the dates

23   for that yet.  I don't think it's much of a spoiler alert to

24   say that Mr. Bross may also be a corporate representative, and

25   the parties are trying to work out the scope of ELAP's

1  corporate representative notice.

2       **THE COURT:**  All right.  The only problem I have is,

3  you know, you've got a discovery deadline, which I think I said

4  was September.  So that's right around the corner.

5       And whatever -- waiting for that deposition, you know, is

6  risky because if Mr. Bross does not provide the information

7  that the defendant seeks, then we're going to be right back

8  here.  And, again, it's a discovery deadline.  And I can assure

9  you Judge Singhal is not going to be happy about that.

10      Unfortunately, I don't think I've heard from plaintiff any

11  good compromise that I can use.  If you can think of something,

12  please let me know.

13      **MS. PINCAVAGE:**  Unfortunately, Your Honor, there's

14  nothing I can agree to without talking to my client.  I

15  don't -- I don't have a perfect understanding of its

16  capabilities to -- to provide a compromise suggestion on this.

17      **THE COURT:**  All right.  Let me see if I have any other

18  questions that I didn't ask you.

19      You told me about the CPT codes and the -- and the issues

20  with those.  You don't think you necessarily keep them that

21  way.  And, of course, my response to that was, well, that's

22  defendants' problem because that's what they asked for.

23      What about data dictionaries?  Do you know if the hospital

24  has any?

25      **MS. PINCAVAGE:**  I don't know what a data dictionary

1  is.  I have no idea.

2         THE COURT:  Well, he explained it --

3                    (Laughter.)

4      THE COURT:  -- during our conversation today, and, you

5  know, it's kind of like a common sense -- you're using codes.

6  They spent a lot of time and money deposing folks just to

7  figure out what these codes meant.

8     To the extent that the hospital has any kind of central

9  list of what these codes mean, you know, turn those over.

10        MS. PINCAVAGE:  I mean, I think they're really just

11  standard codes across the medical billing industry.  I'm not

12  sure what differentiation there really should or could be.

13        THE COURT:  Okay.

14        MS. PINCAVAGE:  The data we have is the data that's on

15  the standard claim form, I mean, or that comes from the payer

16  itself.

17        THE COURT:  Is there anything else that you'd like to

18  add before I go back to Mr. Alderman for a very brief rebuttal,

19  if any?

20        MS. PINCAVAGE:  The only thing I would say,

21  Your Honor, is, again, you know, to the extent that ELAP is

22  continuing to say that *Baker County* doesn't apply, we've got a

23  dispute there.  It did mention *Colomar* again in its brief.

24     And I believe that if we were to provide the report of the

25  out-of-network letters of agreement, at that point, ELAP would

 1   even have the information that it would need under *Colomar*,

 2   which, you know, I believe several courts have rejected.

 3       And most recently, it was rejected in the *North Shore*

 4   *Medical Center* case *v. Cigna* in the Southern District just last

 5   year.  I don't know that *Colomar* was necessary rejected, to be

 6   clear, but *Baker County* was certainly followed in a very

 7   similar case.

 8       So, you know, I think that they have sufficient data.  To

 9   the extent they depose Mr. Bross and find out that they simply

10   cannot, for some reason, use the percentage-based system that,

11   you know, Memorial devised, then I think the remedy is for ELAP

12   to come back.

13       **THE COURT:**  Hold on.  I'm just taking notes.  Give me

14   one second.

15       All right.  Give me one second.  I'm looking for the last

16   case that you cited, but just give me a moment while I look

17   through my notes.

18       Okay.  Sorry about that.  I was just looking for -- for

19   the *North Shore Medical Center* case, and I'm looking at my

20   notes on it.

21       So that was Judge Moore on a motion to dismiss, and --

22       **MS. PINCAVAGE:**  If I may interrupt, the one I was

23   referencing was a discovery order that was -- it was

24   Magistrate Judge Louis.

25       **THE COURT:**  Oh.  I didn't see that one.

 1            **MS. PINCAVAGE:**  Yeah.  It was April 8th, 2021.

 2            **THE COURT:**  And what's the name of the case?  Because

 3   I don't remember you citing that in your papers when I read it.

 4            **MS. PINCAVAGE:**  It was *North Shore Medical Center*.

 5            **THE COURT:**  The *North Shore Medical Center* --

 6            **MS. PINCAVAGE:**  -- *v. Cigna Health and Life*.

 7            **THE COURT:**  Hold on a second.

 8        Yeah.  I'm pretty sure that's Judge Moore unless I'm --

 9   hold on.

10            **MS. PINCAVAGE:**  It is, Your Honor, but the -- but what

11   I was referring to just now was a discovery order that was

12   entered by Magistrate Judge Louis.

13            **THE COURT:**  All right.  Thank you.

14        Josh, I know you're listening.  Can you get me the Judge

15   Louis opinion?

16        The one I read is the one that you cited, and that was the

17   2022 decision by Judge Moore.  And my notes reflect that,

18   there, they were talking about fair market value and

19   interpreting, again, a statutory payment schedule at Florida

20   Statute 627.64194.

21        So they were, again, defining "usual and customary," which

22   is, I think, somewhat different than "reasonable value" for our

23   purposes.  And there, I think he held that it was fair to

24   consider the amounts billed and the amounts accepted,

25   following -- accept Medicare and Medicaid, following

1    *Baker County*.

2         But, again, it's -- like *Baker County*, it was a statutory

3    interpretation kind of case on usual and customary.  So I think

4    that case was distinguishable, but that's my reading of that

5    case.

6         Let me see.  And then *Baker County* --

7         **MS. PINCAVAGE:**  If Your Honor -- can I add one more

8    thing about the Bross spreadsheet as well?  Because, again, you

9    can't see it, and -- and I think it may help to explain that

10   the year-to-year percentage difference we're talking about here

11   is not very big.

12        So, you know, in the aggregate between, for example, 2021

13   and each preceding year -- in 2020, the average -- the average

14   rate change for all types of patients was less than 2 percent.

15   It was 1.83 percent lower than the 2021 reimbursement.  In

16   2019, I think it was about 9.57 percent lower than 2021.

17        So, you know --

18        **THE COURT:**  Yes.  The affidavit at 89-1, Paragraph 4.

19   I see it, yeah.  That's what --

20        **MS. PINCAVAGE:**  Yes.  Yes.

21        **THE COURT:**  And, again, I think what defense says is

22   that these rates don't include any out-of-network numbers.

23        **MS. PINCAVAGE:**  That's true, Your Honor, and that's

24   why I was offering to provide the spreadsheet of the

25   out-of-network agreements.

1      **THE COURT:**  All right.  Thank you.

2      Mr. Alderman, if -- if plaintiff were to provide the

3  spreadsheet of out-of-network agreements, would that help your

4  analysis so that this motion would go away?

5      **MR. ALDERMAN:**  Your Honor, Kris Alderman for the

6  defendant.

7      No, it wouldn't make this motion go away.  I -- I don't

8  have any idea how many -- how many single-case agreements there

9  are.  It may be a tiny sliver of -- maybe a fraction of a

10  percent of what we're actually seeking here.  So it certainly

11  wouldn't make the motion go away.

12      The -- and I also want to say -- I think this *Baker*

13  *County/Colomar* distinction is an issue that's -- that's going

14  to have to get decided in the case, but it's not one that has

15  to get decided today because the -- as I -- and you correctly

16  point out that *North Shore* case -- I haven't read the discovery

17  opinion, but I know that the *North* -- the *North Shore* case is a

18  statutory interpretation case, which does distinguish it.

19      But, again, we've -- we've said that you could -- you

20  could exclude Medicare, Medicaid, and all government-regulated

21  rates from whatever the Court decides to compel.  So that

22  renders this dispute over *Baker* and *Colomar* moot for today's

23  purposes.  It certainly remains in the case.

24      **THE COURT:**  I think you're right about that.

25      **MR. ALDERMAN:**  Okay.

1           **THE COURT:**  You're right about that.

2           **MR. ALDERMAN:**  The --

3           **THE COURT:**  Go ahead.

4           **MR. ALDERMAN:**  I can also tell you that taking

5    Mr. Bross's deposition is not going to resolve the issues in

6    this motion.  We certainly need to take his deposition, but

7    there's no -- we're seeking claims level data that will help us

8    look at individual claims, and there's no way that Mr. Bross is

9    going to be able to testify about that at his deposition.

10          So he -- we'll certainly get information from him that

11   will be -- that will be valuable to us and be helpful, but it's

12   not going to resolve this issue.

13          And the last thing I'd add is the -- the idea that we

14   should just come back yet again is really unpalatable for a

15   bunch of reasons, schedule being one.

16          But it's -- it's frustrating that we're -- we're here, and

17   we've been working on this issue for over a year, and the

18   plaintiff still doesn't know what its systems are capable of

19   doing, which makes it very challenging for us to try and

20   fashion requests that aren't burdensome.  And you can

21   understand that because you're having the same struggle here.

22          We -- we think there exists some data in their system that

23   would give us the claims level information about what's paid

24   for particular goods and services at a claim level that would

25   be helpful to us, that wouldn't be burdensome to produce.  But

 1    as long as they're going to hide the ball in terms of what they

 2    can do, I can't fashion a request or a compromise.

 3        So --

 4        **THE COURT:**  I have a feeling that if I ask you guys to

 5    go back to the drawing board, you're going to be back here

 6    anyway.  I mean, I tried that in June, when I said, you know,

 7    "Here's the compromise that's going to hopefully save the

 8    hospital some headaches."

 9        But I understand.  I mean, I'm not going to force you to

10    stipulate that you weren't able to reach a stipulation, and

11    instead you got the declaration and then the underlying

12    documents.

13        So I'm not sure that telling you guys -- you know, denying

14    the motion without prejudice is going to advance the ball, and

15    instead the clock keeps ticking.  So I'm very cognizant of that

16    discovery deadline.

17        Let me ask Ms. Pincavage one last question, and then I

18    really -- we're going to break because I have another hearing

19    that I need to address.

20        Ms. Pincavage, in June of 2021, I asked you -- again, I'm

21    trying to find a middle ground where you don't have to produce,

22    you know, potentially, you know, voluminous claims data for --

23    for four years.

24        One of the things that I threw out at you back in June,

25    upon me reading the transcript, was the possibility of creating

1  the equivalent of a transparency report for 2016 through 2020.

2  And back then, you told me, "Impossible."  I think, almost

3  verbatim, you said that's just not possible.

4      Well, because, you know, it's -- is that more palatable

5  than perhaps having to do what's requested in either

6  Request for Production Number 1 or Number 2?

7          MS. PINCAVAGE:  No, Your Honor.  It remains

8  impossible.

9          THE COURT:  Why is it impossible?  You did it for

10  2021.  I don't get it.

11          MS. PINCAVAGE:  It took -- because it took a team of

12  employees months to compile all of that data because the

13  hospital doesn't keep data that way.  Now, to go back and

14  retroactively -- oh.  I'm sorry.

15          THE COURT:  No.  Go ahead.

16          MS. PINCAVAGE:  No.  To ask a team of people to

17  retroactively go back and produce that data, which -- I would

18  also add the transparency laws -- they're not retrospective.

19          THE COURT:  No.  I know that.

20          MS. PINCAVAGE:  So the hospital is under -- you know,

21  it's under no obligation to go back and create that under

22  federal law.  But given the amount of time that went into that,

23  I don't think that that will happen --

24          THE COURT:  Right.

25          MS. PINCAVAGE:  -- certainly before the conclusion of

 1  discovery, if not the conclusion of the lawsuit.

 2       **THE COURT:**  Right.  I guess what I'm trying to do is,

 3  you know, plain -- plain as day -- is try to come up with

 4  something, a report that the hospital can generate, that will

 5  give the defendants the information that they're looking for.

 6       Every -- every suggestion is going to have, you know, a

 7  downside to -- to the plaintiff.  There's no question that it's

 8  going to involve time and money and effort.  I'm trying to find

 9  one that minimizes the -- that minimizes that, but --

10       **MS. PINCAVAGE:**  I understand that, Your Honor.

11       And like I said, without speaking with my client, I don't

12  know that I have authority to agree to a compromise, but I can

13  unequivocally say the hospital will not agree to create

14  transparency reports for prior years.  That much, I do know.

15       **THE COURT:**  Well, I mean, this motion has been on the

16  calendar for a while.  I think you had plenty of opportunity to

17  discuss with your clients possible solutions to this because

18  you know how I rule.

19       So that's unfortunate because I'm probably going to end up

20  doing something that's more heavy-handed than, you know,

21  something you might have suggested as an alternative, but

22  that's just the way these hearings sometimes go.

23       All right.  At this point, what I'd like to do -- it's

24  11:30.  I'm going to take a 15-minute break.  We'll come back

25  at 11:45.  You can either remain on the line and, you know,

```
1   interactively resolve this while I'm away or just be available,

2   or you can hang up.  Actually, I'd prefer if you stayed on the

3   line.

4        I'm going to stop the recording, in case you guys want to

5   chat, and then I'm going to mute myself and think of how I'm

6   going to handle this.  And then I will rule from the bench, as

7   I did in the past.

8        So let me start by -- by stopping the -- the recording.

9                       (Recess taken.)

10           THE COURT:  I'm back from the short recess, and I'm

11   prepared to rule on this matter.  Everyone is still on -- on

12   the call.

13        I'll just confirm that all the plaintiff's attorneys and

14   both defense --

15           MS. PINCAVAGE:  Kris, are you there?

16           MR. ALDERMAN:  Kris Alderman?  Yes.

17           MS. PINCAVAGE:  Yeah.

18           THE COURT:  Yeah, they're still here.

19        Everyone is here, plaintiff's attorney Danya Pincavage,

20   Hana Aryan, and Tal Lifshitz -- according to my screen

21   anyway -- and defense attorney Kris Alderman and Irene Bassel

22   Frick.

23        All right.  I am prepared to rule on this motion.  We are

24   here on the defendants' motion --

25           MR. LIFSHITZ:  Your -- Your Honor --
```

1          **MS. PINCAVAGE:**  Your Honor, it's -- I'm sorry.  It's

2    Danya Pincavage.

3        May I -- may I interject for one moment, please.

4          **THE COURT:**  Yes.

5          **MS. PINCAVAGE:**  I have a call in to my client right

6    now, and I'm waiting to hear back from them.  Would it be

7    possible to file a notice by the end of the day saying either

8    what we can produce or that an agreement has been reached?

9          **THE COURT:**  Mr. Alderman, your position?

10          **MR. ALDERMAN:**  Your Honor, we haven't -- we didn't

11   discuss any type of agreement.  So I don't -- I would prefer to

12   get a ruling rather than continue to put this off.

13          **MR. LIFSHITZ:**  Judge, this is Tal Lifshitz, Kozyak

14   Tropin & Throckmorton, on behalf of the plaintiff.

15       I understand Mr. Alderman's position, and obviously this

16   is work that -- that could have been done.  But given some

17   dynamics that I don't need to raise with the Court, that was

18   just not possible.

19       I don't think that the prejudice of waiting five more

20   hours before the Court enters a ruling is substantial enough to

21   outweigh the potential benefit of the Court either:

22       A.  Making an informed ruling, understanding -- having a

23   better understanding of the plaintiff's capabilities of

24   generating a report; or

25       B.  And maybe I'm naively optimistic about this, but the

```
 1   parties have had a very good working relationship so far in

 2   resolving many discovery dispute -- disputes, including the

 3   other motion that was set for this morning.  I think we could

 4   reach an agreement once they understand concretely what we will

 5   be offering here.

 6        The reason why we didn't have this conversation with

 7   Mr. Alderman in the 15 minutes that you gave us was because we

 8   just simply didn't have authority to even make an offer.  We

 9   were literally on the phone with our client and dropped him,

10   and we just ran out of minutes.

11        So --

12             THE COURT:  Right.

13             MR. LIFSHITZ:  -- we're just asking for this brief,

14   you know, recess to allow us to give the Court some more

15   information so that I can make an informed decision, or we can

16   speak with Mr. Alderman and see if we can notify the Court of

17   an agreement.

18             THE COURT:  All right.  I'm inclined -- I always

19   prefer for the parties to work it out because, like I said, you

20   know, I can be dropping a sledgehammer, whereas, you guys can

21   work this out.

22        What I'm inclined to do is I'm going to rule on the

23   plaintiff's objection to these requests, and then I'm going to

24   defer ruling.  I'm not going to deny the motion as prejudice --

25   without prejudice, or I'm going to deny the substantive ruling
```

```
 1    on the three specific requests, and we're going to reconvene
 2    tomorrow morning at 9:30.
 3             MR. LIFSHITZ:  Okay.  Very good, Your Honor.
 4             THE COURT:  Are you-all available -- Mr. Alderman, are
 5    you available tomorrow morning at 9:30?
 6             MR. ALDERMAN:  Your Honor, I have a -- I have an
 7    all-day mediation, but it's Central Time 9:30.  So I -- I have
 8    until -- I have from 9:30 until 10:30 tomorrow.  Unfortunately,
 9    I can't do that --
10             THE COURT:  Right.  Quite frankly, tomorrow, all I
11    would expect to do -- I'm not going to hear argument again.
12    You're either going to have a compromise, or you're not.  And
13    if you're not, I'm going to -- I'm going to rule.
14             MR. ALDERMAN:  Okay.  Great, Your Honor.
15             THE COURT:  But I want to keep a short leash on this.
16         So -- and I think Ms. Pincavage's -- Ms. Pincavage's
17    recommendation was that she would file some kind of a notice by
18    the end of the day.
19         Is that correct, Ms. Pincavage?
20             MS. PINCAVAGE:  Yes, Your Honor.
21             THE COURT:  Okay.  So we're going to -- that's with
22    notice.  And then we'll reconvene tomorrow morning at 9:30 for
23    a very, very, very short time.  I would imagine half an hour
24    max.  I actually have a 10:00 o'clock appointment already.  I
25    am interviewing law clerks for next year.
```

1    So I'll have to be off the phone by 10:00.

2        **MR. ALDERMAN:**  Okay.  Very good.

3        **THE COURT:**  All right.  So wait.

4        **MS. PINCAVAGE:**  Thank you, Your Honor.

5        **THE COURT:**  Let me -- you're welcome.

6    Again, I mean, I really tried to bend over backwards to

7    try to get a compromise today, but none was forthcoming.  I

8    understand plaintiff's position that they just didn't have

9    authority to do that, but in the future, you need to kind of

10   predict that so that we don't have this happen again.

11   So for now, I'm going to defer ruling on the substance of

12   Request for Productions 1, 2, 3.  We're going to reconvene

13   tomorrow morning at 9:00 -- at 9:30 on those three requests,

14   and I will put forth my rulings only on the record.  For now, I

15   think this will provide guidance to the parties as they

16   continue to negotiate throughout the day.

17   I'm going to rule on the substance on -- on plaintiff's

18   objections to Request for Production 1, 2, and 3.  In general,

19   the request to seek information related to the reasonable --

20   reasonable value of the goods and services provided by

21   plaintiff and at issue in this case.  I believe that this is

22   relevant to both plaintiff's claims and to defendants'

23   affirmative defenses.

24   For example, to establish damages on its FDUPTA claim, the

25   plaintiff must show that it has been paid less than the

1    reasonable value of goods and services provided to ELAP plan

2    members as a result of unlawful conduct of the defendant.

3         Defendants, as well, have asserted affirmative defenses

4    that challenge the reasonableness of plaintiff's raised -- for

5    example, Affirmative Defenses 13 and 43, both of which we

6    discussed at the June 24th, 2021, hearing.

7         As to plaintiff's objections, these are overruled.

8         Plaintiff first objects to the phrase "market

9    reimbursement data" as being undefined.  I think -- that

10   objection is overruled because I find that their request

11   adequately explains in the body what is being sought.  And,

12   indeed, plaintiff goes on to explain why it can't produce the

13   information sought.

14        As to -- as -- plaintiff's next objection is that the

15   requests are retaliatory for plaintiff's service of its own

16   nonparty subpoenas.  This objection, however, is unsupported,

17   unpersuasive, and it's overruled.

18        Plaintiff also objects that the requests seek irrelevant

19   information under *Baker County*.  But *Baker County*, as I've said

20   before, and *North Shore*, for that matter, are both a statutory

21   interpretation case interpreting various Florida statutes

22   related to HMO's and whatnot and really don't apply to the

23   goods and services at issue in this case, which deal with

24   self-funded plans.

25        In any event, it's not necessary for me to rule on this

```
 1   because the defendants have agreed, for purposes of this

 2   motion, to exclude Medicare, Medicaid, TRICARE, worker's comp,

 3   and government-mandated reimbursement.  So I don't need to make

 4   that decision now, whether *Colomar* or *Baker County* -- and that

 5   decision is actually left for another day.  It is mooted out.

 6   So that objection is overruled as moot.

 7        Plaintiff next objects on the grounds that the request

 8   calls for the production of confidential and proprietary

 9   information.  However, I have already entered a protective

10   order on this at ECF 43.  That protects the confidentiality of

11   discovery produced in this case.  Also, I had previously

12   overruled the same objection during the June 24th hearing.

13        Give me one second.

14        The requests do not seek the name -- in terms of the

15   June 24th hearing, I noted that the courts are required, when

16   dealing with trade secrets, to balance the party's interests in

17   obtaining access against the other party's interest in keeping

18   information confidential, citing to *Chicago Tribune v.*

19   *Bridgestone/Firestone*, Eleventh Circuit, 2001.

20        In the instant case, I find that defendants' interests in

21   obtaining this information, which is related to plaintiff's

22   claims and defendants', outweighs plaintiff's interest in

23   keeping the information confidential, in particular, as I've

24   said, because the Court has already entered a protective order.

25        And I'm citing to the case *Medina v. Enhanced Recovery*,
```

1  Southern District of Florida, November 9th, 2017, which

2  overrules the objection, based on confidentiality and trade

3  secrets, because the Court has already entered a protective

4  order in that regard.  So plaintiff's objection is overruled.

5      As well, I think relevant here -- the requests do not seek

6  in terms of confidentiality.  They do not seek the names of

7  each payer but asks for the production of de-identified

8  information using, for example, a unique identifier for --

9  numerical identifier for each payer and a description of the

10  payer's line of business.  For example, is it commercial,

11  Medicare, Advantage, Managed Medicaid, whatever?

12      Lastly, defendant is correct that a contractual obligation

13  to provide a third party with notice and an opportunity to

14  object is not a valid reason to withhold relevant, discoverable

15  documents.

16      Plaintiff next objects to producing the market data,

17  citing to Florida Statute 395.3035(2)(c), but the undersigned

18  previously overruled this objection during the June 24th

19  hearing.  As I stated during that hearing, Section 395, Florida

20  Statutes, provide that reimbursement data need not be provided

21  in response to a public records request.

22      That statute is inapplicable to the instant action, where

23  the reasonable value of plaintiff's services are directly at

24  issue in the complaint and through the affirmative defenses.

25      Per its language and its reference to Florida Statute

119.07, Florida Statute 395.3035 relates to confidentiality of
otherwise public records, not to discovery, in a civil action,
citing to *White v. City of Fort Lauderdale*, Southern District
of Florida, May 8th, 2009, which states that the Florida Public
Records Act is not applicable to the objections raised to the
plaintiff's interrogatories.

 That case cites *Rise -- Resier v. Wachovia*, a Middle
District of Florida case, June 6th -- June 12th, 2006, holding
that where a party is requesting materials in -- as a party in
a case, the public right of access laws are inapplicable, and
the materials are discoverable under the rules governing
discovery.

 Next, the plaintiff suggests that I previously denied
these requests for similar reimbursement data at the June 24th
hearing, but as we established, that is -- that is not
accurate.  The transcript is clear on this point.  At the
June 24th hearing, I ruled on defendants' fourth motion to
compel, which was ECF Number 59.

 In that motion, the defendant sought reimbursement
information for Interrogatory 5 and Request for Production 61,
which asks for information for each healthcare claim.  "State
the average amount paid to the hospital for the goods and
services provided"; Request -- Interrogatory Number 6 and
Request for Production 59, which sought the amount that the
hospital charged and accepted for inpatient network or PPO

network; and lastly, Interrogatory 7 and Request for
Production -- Production 60, which asks for the same
information regarding Medicare beneficiaries.

     I did not rule on these specific interrogatories or
document requests.  Rather, my June 24th, 2021, ruling really
tried to find a practical solution, a compromise between the
parties, that would result in the production of sufficient,
relevant information, reimbursement data, without imposing an
undue burden on the plaintiff.

     Thus, my ruling directed the plaintiff to produce the 2021
transparency report on reimbursement data, which it did, and
directed the parties to discuss, and I quote, "the possibility
of stipulating as to how the 2021 reimbursement rates related
to the rates paid in 2016 and 2020."

     As we discussed during today's hearing, unfortunately, the
parties were not able to reach such a stipulation.  Instead,
the plaintiff provided the declaration of Jeffrey Bross.  And
in the declaration, Mr. Bross listed percentage changes and
expected payments for those years, 2016 to 2020, but did not
disclose or explain how Mr. Bross came up with those numbers.

     Accordingly, in December of 2021, upon defendants' motion
at ECF Number 89, I compelled the plaintiff to explain how the
weighted averages in that declaration were calculated and,
relevant to today's motion, produce the documents that
plaintiff relied upon to create the Bross explanation in their

1    sup- -- in the supplemental interrogatory answer.

2        According to the defendant, the document -- defendant --

3    I'm sorry.  Plaintiff also produced a data report, and that

4    data report, which we have discussed today, Bates-stamp ending

5    in 6262, according to the defendant, was created from using the

6    same information that defendant seeks here today, thereby

7    leading to the conclusion that this information can be

8    obtained.

9        Lastly, plaintiff objects to the request on the grounds

10   that they are overly broad and disproportionate to the needs of

11   the case because the requests seek reimbursement information

12   for claims other than ELAP claims.  This argument is

13   unpersuasive because the scope of discovery concerning

14   reasonable value is not limited to claims incurred only by ELAP

15   plan members.

16       As the defendant points out, if the scope of evidence

17   relevant to the reasonable value was limited to amounts paid

18   for the claims at issue, then the amounts paid by ELAP plans

19   would be the only evidence of reasonableness, which is

20   illogical.

21       Again, I have tried hard today to find a compromise

22   solution that would provide the defendants with the

23   reimbursement data it seeks for 2016 through 2020 without

24   unduly burdening the defense -- the plaintiff.

25       I note that plaintiff also objects to the request as

```
 1   overbroad in that GPA -- I'm sorry -- GPA and ELAP seek
 2   reimbursement for services or goods that were not provided to
 3   the patients participating in health plans administered by GPA
 4   and administered by ELAP -- actually, the other way around.
 5   But request for Production Number 2 seems to narrow their
 6   request by CPT codes and "Hick-Pick" for the disputed claims
 7   at -- and that's -- and that's in Exhibit A, which is attached.
 8       As I said, I tried to fashion a compromise, but plaintiff
 9   has now offered that it would discuss with its client the
10   possibility of a compromise position that would moot this
11   motion.  Therefore, I'm going to defer ruling on the motion to
12   compel other than, as I said, the global rulings on the
13   objections.
14       I ruled on the objections because I wanted to give
15   plaintiff a clear indication of which way I am going so that,
16   in the discussion with your client, you can tell them that all
17   of your objections have been overruled.
18       I hope that that discussion is fruitful, that you can come
19   up with an idea of what it is that the hospital has the
20   capability of producing that satisfies the defendants'
21   requests, and that you have an opportunity to discuss that with
22   defense counsel to see if, in fact, you can reach a compromise.
23       Plaintiffs are -- plaintiff is to file a notice by close
24   of business today regarding the status of the discussions with
25   both its clients and the defendant as well.  We will reconvene
```

```
 1   tomorrow at 9:30 a.m. for a half-an-hour hearing, where I will

 2   deliver the rest of my ruling with reference to the -- the

 3   requests at issue in the motion.

 4        Anything further from the plaintiff, Ms. Pincavage?

 5           MS. PINCAVAGE:  No, Your Honor.  Thank you.

 6           THE COURT:  All right.  Mr. Alderman, on behalf of the

 7   defendant?

 8           MR. ALDERMAN:  No, Your Honor.

 9           THE COURT:  All right.  Thank you very much, everyone.

10   Have a good day, and we'll be back on the line tomorrow morning

11   at 9:30.

12           MS. PINCAVAGE:  Your Honor, will you be circulating a

13   dial-in for tomorrow morning as well?

14           THE COURT:  It's the same dial-in.

15           MS. PINCAVAGE:  It is?

16        Okay.  Thank you.  It is.

17           THE COURT:  Also -- actually, let me just amend what I

18   just said a little bit.

19        If, in fact, the parties are able to resolve this, please

20   put that in your notice.  Make it a joint notice so that we can

21   cancel the hearing tomorrow.

22           MS. PINCAVAGE:  Yes, Your Honor.

23           THE COURT:  And then, obviously, I would deny the

24   motion as moot, based on the parties having reached an

25   agreement.
```

```
1          All right.  So please let me know.  I hope that's the
2    option.  That way, I can sleep a little later.
3                        (Laughter.)
4          THE COURT:  So -- all right, everyone.  Thank you
5    both.
6       Anything else from the plaintiff?
7          MS. PINCAVAGE:  No, Your Honor.
8          THE COURT:  From defense?
9          MR. ALDERMAN:  No, Your Honor.  Thank you.
10         THE COURT:  All right.  Thank you.  I'll wait for that
11   notice, and we'll -- we may be reconvening tomorrow, if
12   necessary.
13      Everyone have a good day.
14         MS. PINCAVAGE:  Thank you.  You, too.
15         MR. ALDERMAN:  Thank you, Judge.
16         THE COURT:  You're welcome.
17      This stops our hearing for today.
18                        (Proceedings adjourned.)
19
20
21
22
23
24
25
```

1

2

3            **<u>CERTIFICATE OF TRANSCRIBER</u>**

4         I certify that the foregoing is a true and correct

5    transcript, to the best of my ability, of the above pages of

6    the official electronic sound recording provided to me by the

7    U.S. District Court, Southern District of Florida, of the

8    proceedings taken on the date and time previously stated in the

9    above matter.

10        I further certify that I am neither counsel for,

11   related to, nor employed by any of the parties to the action in

12   which this hearing was taken, and further that I am not

13   financially nor otherwise interested in the outcome of the

14   action.

15

16   DATE:  Saturday, July 2, 2022

17

18

19

20        _____/S/ James C. Pence-Aviles_____

21        James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                    U.S. Court Reporter

22

23

24

25

**$**

**$600 [2]**   1:13/15 1:13/16

**'**

**'21 [1]**   1:45/3

**-**

**---000 [1]**   1:3/3

**/**

**/S [1]**   1:71/20

**0**

**000 [1]**   1:3/3

**1**

**1.83 percent [1]**   1:51/15
**10 [1]**   1:11/16
**101 [1]**   1:5/21
**104 [1]**   1:5/22
**104-1 [1]**   1:36/3
**104-2 [2]**   1:12/15 1:29/18
**10:00 [1]**   1:3/1 1:61/1
**10:00 o'clock [1]**   1:60/24
**10:30 [1]**   1:60/8
**116 [1]**   1:6/4
**118 [1]**   1:6/2
**119 [1]**   1:6/2
**119.07 [1]**   1:65/1
**11:30 [1]**   1:56/24
**11:45 [1]**   1:56/25
**12th [1]**   1:65/8
**13 [1]**   1:62/5
**13059 [2]**   1:1/25 1:71/21
**146 [1]**   1:36/3
**15 [5]**   1:7/14 1:8/5 1:8/18
  1:18/6 1:59/7
**15-minute [1]**   1:56/24
**15th [1]**   1:6/4
**16th [1]**   1:6/18
**1700 [1]**   1:2/5

**2**

**2 percent [1]**   1:51/14
**20 [5]**   1:7/11 1:7/15 1:7/21
  1:32/3 1:36/2
**20 percent [3]**   1:10/7 1:13/16
  1:13/16
**20-Civil-61007 [1]**   1:3/6
**20-CV-61007-AHS [1]**   1:1/7
**2000 [1]**   1:2/3
**2001 [1]**   1:63/19
**2006 [1]**   1:65/8
**2009 [1]**   1:65/4
**2015 [2]**   1:32/4 1:45/3
**2016 [31]**   1:9/19 1:9/23 1:10/4
  1:10/6 1:12/17 1:13/5 1:13/7
  1:13/16 1:13/17 1:13/18 1:17/1
  1:17/4 1:17/9 1:19/22 1:20/4
  1:31/11 1:34/13 1:34/21 1:37/3
  1:37/5 1:41/1 1:41/19 1:42/20
  1:43/5 1:43/9 1:45/2 1:45/3
  1:55/1 1:66/14 1:66/19 1:67/23
**2017 [2]**   1:45/3 1:64/1
**2018 [1]**   1:45/3
**2019 [2]**   1:45/3 1:51/16
**2020 [21]**   1:9/19 1:9/23 1:12/17
  1:17/1 1:17/4 1:17/10 1:19/22
  1:20/5 1:31/11 1:34/13 1:37/5
  1:41/1 1:41/19 1:43/5 1:43/9
  1:45/3 1:51/13 1:55/1 1:66/14
  1:66/19 1:67/23

**2021 [47]**   1:6/12 1:6/17 1:9/16
  1:10/7 1:12/16 1:12/21 1:12/23
  1:13/3 1:13/15 1:16/23 1:16/25
  1:17/2 1:17/8 1:31/10 1:31/15
  1:31/19 1:31/22 1:32/4 1:32/4
  1:34/19 1:34/20 1:34/22 1:37/4
  1:41/17 1:42/11 1:42/14 1:42/16
  1:43/3 1:43/4 1:43/8 1:43/11
  1:43/15 1:50/1 1:51/12 1:51/15
  1:51/16 1:54/20 1:55/10 1:62/6
  1:66/5 1:66/10 1:66/13 1:66/21
**2022 [5]**   1:1/11 1:3/1 1:6/18
  1:50/17 1:71/16
**203 [1]**   1:1/16
**24th [10]**   1:8/12 1:18/4 1:36/3
  1:62/6 1:63/12 1:63/15 1:64/18
  1:65/14 1:65/17 1:66/5
**2525 [1]**   1:1/19
**26 [1]**   1:37/5
**27th [1]**   1:54/20
**29 [3]**   1:1/11 1:3/1 1:6/13
**2937 [1]**   1:1/16

**3**

**30326 [1]**   1:2/3
**33133 [1]**   1:1/17
**33134 [1]**   1:1/20
**33602 [1]**   1:2/6
**395 [1]**   1:64/19
**395.3035 [2]**   1:64/17 1:65/1

**4**

**40 [1]**   1:7/13
**401 [1]**   1:2/5
**43 [2]**   1:62/5 1:63/10

**5**

**5 million [6]**   1:14/15 1:14/17
  1:15/19 1:35/11 1:41/20 1:41/21
**59 [2]**   1:65/18 1:65/24

**6**

**60 [1]**   1:66/2
**61 [1]**   1:65/20
**61007 [1]**   1:3/6
**6262 [5]**   1:12/9 1:12/13 1:15/4
  1:40/24 1:67/5
**627.64194 [1]**   1:50/20
**6th [1]**   1:65/8

**7**

**70 [1]**   1:1/1

**8**

**835 [1]**   1:18/25
**837 [1]**   1:18/25
**89 [1]**   1:66/22
**89-1 [2]**   1:12/14 1:51/18
**8th [2]**   1:50/1 1:65/4

**9**

**9.57 percent [1]**   1:51/16
**94 [1]**   1:6/17
**945 [1]**   1:2/3
**95 [4]**   1:7/1 1:8/13 1:11/5
  1:38/10
**9:00 [1]**   1:61/13
**9:30 [8]**   1:60/2 1:60/5 1:60/7
  1:60/8 1:60/22 1:61/13 1:69/1
  1:69/11
**9th [2]**   1:1/19 1:64/1

**A**

**a.m [2]**   1:3/1 1:69/1
**abbreviation [1]**   1:27/12
**ABDELRAZAK [1]**   1:1/18
**ability [1]**   1:71/5
**able [9]**   1:4/9 1:12/24 1:15/1
  1:19/15 1:40/8 1:53/9 1:54/10
  1:66/16 1:69/19
**about [37]**   1:9/9 1:9/24 1:15/3
  1:16/6 1:16/8 1:18/20 1:19/25
  1:20/20 1:22/4 1:27/3 1:28/13
  1:28/17 1:29/22 1:34/13 1:34/17
  1:34/19 1:37/3 1:42/1 1:42/2
  1:42/5 1:44/13 1:44/20 1:45/5
  1:45/15 1:47/9 1:47/19 1:47/23
  1:49/18 1:50/18 1:51/8 1:51/10
  1:51/16 1:52/24 1:53/1 1:53/9
  1:53/23 1:58/25
**above [2]**   1:71/5 1:71/9
**absolutely [2]**   1:23/6 1:23/23
**accept [8]**   1:20/13 1:29/3
  1:30/19 1:33/8 1:33/10 1:33/14
  1:38/9 1:50/25
**accepted [4]**   1:33/4 1:33/6
  1:50/24 1:65/25
**access [2]**   1:63/17 1:65/10
**accessed [1]**   1:14/21
**according [5]**   1:5/24 1:42/18
  1:57/20 1:67/2 1:67/5
**Accordingly [1]**   1:66/21
**accuracy [1]**   1:17/23
**accurate [2]**   1:15/17 1:65/16
**across [1]**   1:48/11
**Act [3]**   1:16/7 1:16/7 1:65/5
**action [4]**   1:64/22 1:65/2
  1:71/11 1:71/14
**actual [5]**   1:43/13 1:43/13
  1:43/13 1:43/14 1:43/14
**actually [12]**   1:9/23 1:14/2
  1:14/9 1:15/23 1:26/18 1:39/17
  1:52/10 1:57/2 1:60/24 1:63/5
  1:68/4 1:69/17
**acuity [1]**   1:12/4
**ad [1]**   1:31/25
**add [6]**   1:35/5 1:46/13 1:48/18
  1:51/7 1:53/13 1:55/18
**addition [1]**   1:10/20
**address [5]**   1:8/17 1:20/3
  1:44/14 1:46/9 1:54/19
**adequately [1]**   1:62/11
**adjourned [1]**   1:70/18
**adjust [1]**   1:13/15
**adjusted [3]**   1:11/21 1:14/5
  1:14/22
**administered [2]**   1:68/3 1:68/4
**administering [1]**   1:20/22
**Administrators [1]**   1:4/1
**advance [1]**   1:54/14
**Advantage [1]**   1:64/11
**Aetna [4]**   1:16/15 1:20/20
  1:21/7 1:23/10
**affidavit [2]**   1:12/13 1:51/18
**affirmative [5]**   1:6/23 1:61/23
  1:62/3 1:62/5 1:64/24
**after [1]**   1:6/19
**again [29]**   1:4/3 1:8/13 1:9/21
  1:15/3 1:16/6 1:19/10 1:29/19
  1:30/18 1:31/25 1:32/15 1:33/1
  1:41/2 1:46/9 1:46/16 1:47/8
  1:48/21 1:48/23 1:50/19 1:50/21
  1:51/2 1:51/8 1:51/21 1:52/19
  1:53/14 1:54/20 1:60/11 1:61/6

**again...** [2] 1:61/10 1:67/21
**against** [1] 1:63/17
**aggregate** [8] 1:28/18 1:32/1
1:37/15 1:41/23 1:41/23 1:42/10
1:44/6 1:51/12
**aggregating** [1] 1:41/22
**agree** [10] 1:9/1 1:9/4 1:17/18
1:21/23 1:27/8 1:27/18 1:31/9
1:47/14 1:56/12 1:56/13
**agreed** [4] 1:17/22 1:17/24
1:34/10 1:63/1
**agreement** [12] 1:9/7 1:33/12
1:33/16 1:34/3 1:34/9 1:34/11
1:48/25 1:58/8 1:58/11 1:59/4
1:59/17 1:69/25
**agreements** [5] 1:16/12 1:37/9
1:51/25 1:52/3 1:52/8
**agrees** [2] 1:20/9 1:30/19
**ahead** [3] 1:23/3 1:53/3 1:55/15
**AHS** [1] 1:1/7
**AKERMAN** [2] 1:2/5 1:3/24
**al** [2] 1:1/8 1:3/6
**ALDERMAN** [32] 1:2/2 1:2/4
1:3/21 1:3/22 1:7/22 1:7/23
1:8/18 1:10/10 1:23/4 1:23/17
1:23/22 1:23/22 1:24/9 1:30/19
1:33/20 1:33/22 1:35/5 1:35/23
1:36/15 1:40/17 1:41/7 1:41/12
1:48/18 1:52/2 1:52/5 1:57/16
1:57/21 1:58/9 1:59/7 1:59/16
1:60/4 1:69/6
**Alderman's** [2] 1:40/3 1:58/15
**alert** [1] 1:46/23
**alerts** [1] 1:5/13
**Alicia** [1] 1:1/4
**all** [74]
**all-day** [1] 1:60/7
**allegation** [1] 1:8/24
**allow** [1] 1:59/14
**almost** [1] 1:55/2
**alone** [1] 1:29/21
**along** [1] 1:35/4
**already** [12] 1:14/25 1:15/20
1:17/7 1:17/21 1:23/20 1:31/3
1:42/8 1:42/11 1:60/24 1:63/9
1:63/24 1:64/3
**also** [23] 1:3/24 1:4/14 1:4/17
1:5/23 1:6/16 1:10/21 1:17/25
1:21/12 1:22/14 1:30/17 1:31/13
1:31/23 1:35/4 1:40/20 1:46/24
1:52/12 1:53/4 1:55/18 1:62/18
1:63/11 1:67/3 1:67/25 1:69/17
**alternative** [3] 1:23/23 1:26/16
1:56/21
**although** [1] 1:39/17
**always** [2] 1:39/18 1:59/18
**am** [7] 1:36/14 1:38/15 1:57/23
1:60/25 1:68/15 1:71/10 1:71/12
**amend** [1] 1:69/17
**amended** [4] 1:6/16 1:6/22
1:29/15 1:29/17
**among** [1] 1:9/7 1:44/20
**amongst** [1] 1:38/19
**amount** [13] 1:11/22 1:13/11
1:24/25 1:26/11 1:29/8 1:33/7
1:33/14 1:43/14 1:45/1 1:45/7
1:55/22 1:65/22 1:65/24
**amounts** [7] 1:33/3 1:33/4
1:34/10 1:50/24 1:50/24 1:67/17
1:67/18
**analysis** [3] 1:17/25 1:36/12

1:52/4
**analyzed** [1] 1:19/12
**and 3** [1] 1:61/18
**another** [6] 1:4/20 1:7/14
1:20/1 1:24/7 1:54/18 1:63/5
**another's** [1] 1:4/17
**answer** [6] 1:6/23 1:12/15
1:29/15 1:29/18 1:34/1 1:67/1
**answering** [1] 1:27/23
**answers** [1] 1:14/9
**any** [19] 1:5/6 1:13/4 1:14/17
1:16/2 1:22/16 1:32/22 1:32/23
1:45/21 1:46/13 1:47/10 1:47/17
1:47/24 1:48/8 1:48/19 1:51/22
1:52/8 1:58/11 1:62/25 1:71/11
**anything** [8] 1:24/2 1:35/21
1:40/21 1:45/4 1:46/13 1:48/17
1:69/4 1:70/6
**anyway** [3] 1:22/17 1:54/6
1:57/21
**appeal** [1] 1:33/9
**appearances** [4] 1:1/14 1:1/23
1:2/1 1:3/11
**apples** [1] 1:35/18
**applicable** [1] 1:65/5
**applied** [1] 1:13/20
**apply** [3] 1:15/15 1:48/22
1:62/22
**applying** [1] 1:13/22
**appointment** [1] 1:60/24
**appreciate** [1] 1:21/5
**approach** [2] 1:9/15 1:30/12
**April** [2] 1:6/12 1:50/1
**April 8th** [1] 1:50/1
**arbitrary** [1] 1:33/8
**are** [65] 1:4/11 1:4/21 1:5/16
1:5/19 1:6/9 1:8/2 1:8/2 1:9/11
1:13/23 1:14/1 1:15/14 1:16/19
1:17/14 1:20/12 1:20/21 1:21/11
1:21/14 1:21/21 1:22/1 1:22/16
1:23/5 1:23/17 1:23/19 1:23/23
1:24/13 1:24/14 1:24/19 1:24/25
1:25/13 1:25/14 1:25/16 1:25/17
1:26/8 1:26/24 1:27/5 1:28/22
1:30/10 1:31/23 1:35/10 1:35/12
1:35/17 1:38/4 1:38/5 1:41/17
1:41/18 1:44/12 1:44/23 1:45/16
1:46/25 1:52/9 1:53/18 1:57/15
1:57/23 1:60/4 1:60/4 1:62/7
1:62/15 1:62/20 1:63/15 1:64/23
1:65/10 1:65/11 1:67/10 1:68/23
1:69/19
**aren't** [2] 1:35/17 1:53/20
**argue** [2] 1:7/12 1:8/17
**arguing** [3] 1:7/21 1:7/24
1:27/25
**argument** [12] 1:5/23 1:6/8
1:7/3 1:14/12 1:15/24 1:16/4
1:16/4 1:17/2 1:18/22 1:36/24
1:60/11 1:67/12
**arguments** [1] 1:6/21
**arm's** [1] 1:33/12
**around** [2] 1:47/4 1:68/4
**arrive** [1] 1:10/23
**arrived** [1] 1:21/21
**ARYAN** [3] 1:1/18 1:3/18 1:57/20
**as** [75]
**aside** [1] 1:31/1
**ask** [16] 1:3/10 1:4/14 1:11/1
1:12/8 1:17/5 1:20/7 1:27/3
1:28/16 1:29/22 1:35/22 1:35/24
1:40/15 1:47/18 1:54/4 1:54/17

1:55/16
**asked** [1] 1:14/23
**asking** [12] 1:14/6 1:14/13
1:17/14 1:17/16 1:18/20 1:26/1
1:27/6 1:27/16 1:28/20 1:39/9
1:42/19 1:59/13
**asks** [5] 1:14/13 1:14/14 1:64/7
1:65/21 1:66/2
**asserted** [1] 1:62/3
**assign** [1] 1:16/16
**assigned** [2] 1:3/7 1:12/3
**associated** [3] 1:28/23 1:39/22
1:39/23
**assume** [1] 1:36/23
**assure** [1] 1:47/8
**Atlanta** [1] 1:2/3
**attached** [2] 1:24/13 1:68/7
**Attachment** [2] 1:24/13 1:26/5
**attempt** [1] 1:24/10
**attempted** [1] 1:30/9
**attorney** [2] 1:57/19 1:57/21
**attorneys** [2] 1:3/14 1:57/13
**audio** [1] 1:4/11
**audited** [3] 1:18/21 1:27/5
1:43/22
**August** [1] 1:31/6
**authority** [3] 1:56/12 1:59/8
1:61/9
**available** [8] 1:15/18 1:18/18
1:19/6 1:23/6 1:45/23 1:57/1
1:60/4 1:60/5
**Avenue** [1] 1:1/16
**average** [12] 1:11/21 1:12/2
1:12/5 1:12/7 1:13/6 1:13/19
1:13/21 1:14/5 1:15/15 1:51/13
1:51/13 1:65/22
**averages** [2] 1:12/16 1:66/23
**Aviles** [3] 1:1/25 1:71/20
1:71/21
**avoid** [2] 1:4/16 1:30/9
**avoids** [1] 1:4/22
**away** [5] 1:22/19 1:52/4 1:52/7
1:52/11 1:57/1

**B**

**back** [37] 1:5/7 1:6/12 1:7/5
1:8/10 1:8/12 1:9/9 1:9/18
1:9/21 1:10/12 1:10/13 1:10/16
1:15/22 1:26/7 1:30/13 1:33/20
1:34/18 1:37/10 1:37/12 1:38/10
1:38/13 1:42/22 1:46/7 1:47/7
1:48/18 1:49/12 1:53/14 1:54/5
1:54/5 1:54/24 1:55/2 1:55/3
1:55/17 1:55/21 1:56/24 1:57/10
1:58/6 1:69/10
**background** [2] 1:4/22 1:36/21
**backwards** [1] 1:61/6
**Baker** [15] 1:20/10 1:20/12
1:21/23 1:33/1 1:36/24 1:48/22
1:49/6 1:51/1 1:51/2 1:51/6
1:52/12 1:52/22 1:62/19 1:62/19
1:63/4
**balance** [3] 1:18/7 1:18/10
1:63/16
**ball** [2] 1:54/1 1:54/14
**based** [9] 1:17/11 1:19/9 1:33/3
1:37/25 1:39/19 1:40/9 1:49/10
1:64/2 1:69/24
**basically** [5] 1:4/17 1:6/20
1:14/13 1:28/11 1:44/17
**basis** [2] 1:18/21 1:40/8
**BASSEL** [4] 1:2/6 1:3/24 1:22/25

**BASSEL...** [1]  1:57/21
**Bates** [2]  1:40/24 1:67/4
**Bates-stamp** [1]  1:67/4
**Bates-stamped** [1]  1:40/24
**be** [84]
**because** [64]  1:7/13 1:8/11
1:9/21 1:10/13 1:13/8 1:13/20
1:14/4 1:14/17 1:14/21 1:15/8
1:15/20 1:18/9 1:19/8 1:19/14
1:19/18 1:21/3 1:21/20 1:22/15
1:24/14 1:25/23 1:28/20 1:29/20
1:30/8 1:30/9 1:30/25 1:33/6
1:33/7 1:35/24 1:36/25 1:37/23
1:38/1 1:39/6 1:39/18 1:39/18
1:40/3 1:40/20 1:41/7 1:41/22
1:42/19 1:42/23 1:44/14 1:45/23
1:46/9 1:47/6 1:47/22 1:50/2
1:51/8 1:52/15 1:53/21 1:54/18
1:55/4 1:55/11 1:55/12 1:56/17
1:56/19 1:59/7 1:59/19 1:62/10
1:63/1 1:63/24 1:64/3 1:67/11
1:67/13 1:68/14
**becomes** [2]  1:40/2 1:40/2
**been** [16]  1:12/23 1:13/1
1:13/14 1:14/1 1:14/3 1:15/1
1:29/11 1:30/6 1:33/17 1:35/10
1:53/17 1:56/15 1:58/8 1:58/16
1:61/25 1:68/17
**before** [15]  1:1/4 1:3/10 1:4/4
1:4/5 1:6/8 1:15/14 1:16/6
1:36/14 1:37/5 1:38/7 1:44/12
1:48/18 1:55/25 1:58/20 1:62/20
**behalf** [11]  1:3/13 1:3/16
1:3/18 1:3/22 1:3/25 1:7/21
1:7/24 1:23/1 1:27/25 1:58/14
1:69/6
**being** [8]  1:4/11 1:7/20 1:8/20
1:26/17 1:35/3 1:53/15 1:62/9
1:62/11
**believe** [10]  1:10/21 1:30/5
1:30/5 1:30/5 1:32/4 1:33/18
1:46/22 1:48/24 1:49/2 1:61/21
**bell** [1]  1:5/13
**bench** [1]  1:57/6
**bend** [1]  1:61/6
**beneficiaries** [1]  1:66/3
**benefit** [1]  1:58/21
**best** [4]  1:24/24 1:25/20
1:44/11 1:71/5
**better** [2]  1:4/12 1:58/23
**between** [5]  1:5/25 1:22/2
1:29/4 1:51/12 1:66/6
**big** [4]  1:13/25 1:21/7 1:28/12
1:51/11
**big-box** [1]  1:21/7
**bill** [1]  1:39/18
**billed** [8]  1:33/4 1:42/3
1:42/21 1:42/25 1:43/13 1:45/6
1:45/12 1:50/24
**billing** [1]  1:48/11
**bit** [6]  1:9/24 1:18/23 1:27/23
1:33/2 1:33/21 1:69/18
**Blue** [4]  1:16/15 1:20/21
1:20/21 1:21/7
**board** [1]  1:54/5
**body** [1]  1:62/11
**both** [10]  1:8/16 1:27/8 1:38/17
1:39/10 1:57/14 1:61/22 1:62/5
1:62/20 1:68/25 1:70/5
**bottom** [1]  1:11/14
**Boulevard** [1]  1:1/19

**box** [1]  1:21/7
**break** [1]  1:24/10
**breadth** [1]  1:24/10
**break** [5]  1:7/14 1:33/19
1:39/15 1:54/18 1:56/24
**breaking** [1]  1:46/8
**breaks** [1]  1:12/13
**Bridgestone** [1]  1:63/19
**Bridgestone/Firestone** [1]
1:63/19
**brief** [3]  1:48/18 1:48/23
1:59/13
**bringing** [1]  1:40/10
**broad** [2]  1:18/24 1:67/10
**broken** [2]  1:32/6 1:32/15
**Bross** [20]  1:10/5 1:10/23
1:12/13 1:12/16 1:13/4 1:13/10
1:29/15 1:32/1 1:37/16 1:37/20
1:38/6 1:46/24 1:47/6 1:49/9
1:51/8 1:53/8 1:66/17 1:66/18
1:66/20 1:66/25
**Bross's** [4]  1:28/16 1:37/25
1:46/16 1:53/5
**BROWARD** [5]  1:1/5 1:3/5 1:3/13
1:43/23 1:43/24
**bunch** [2]  1:45/16 1:53/15
**burden** [3]  1:18/5 1:30/13
1:66/9
**burdening** [3]  1:18/11 1:46/12
1:67/24
**burdensome** [6]  1:17/12 1:26/13
1:34/2 1:36/19 1:53/20 1:53/25
**business** [2]  1:64/10 1:68/24

**C**

**calculated** [3]  1:11/20 1:14/8
1:66/23
**calculations** [3]  1:11/8 1:14/1
1:14/4
**calendar** [1]  1:56/16
**call** [6]  1:5/7 1:5/10 1:15/5
1:19/15 1:57/12 1:58/5
**called** [3]  1:12/10 1:25/13
1:44/15
**calling** [2]  1:3/5 1:4/3
**calls** [1]  1:63/8
**came** [3]  1:10/12 1:10/16
1:66/20
**can** [58]  1:4/15 1:13/11 1:15/20
1:16/13 1:16/17 1:16/18 1:17/3
1:17/19 1:18/7 1:19/7 1:19/11
1:23/8 1:23/10 1:23/11 1:26/6
1:26/9 1:27/12 1:28/5 1:28/18
1:30/3 1:31/3 1:33/9 1:33/9
1:36/22 1:37/8 1:37/18 1:37/23
1:38/16 1:39/16 1:40/23 1:41/12
1:44/11 1:44/11 1:47/8 1:47/11
1:47/11 1:47/14 1:50/14 1:51/7
1:53/4 1:53/20 1:54/2 1:56/4
1:56/12 1:56/25 1:57/2 1:58/8
1:59/15 1:59/15 1:59/16 1:59/20
1:59/20 1:67/7 1:68/16 1:68/18
1:68/22 1:69/20 1:70/2
**can't** [18]  1:9/21 1:13/3 1:13/6
1:13/6 1:13/19 1:13/20 1:17/9
1:19/4 1:19/13 1:27/19 1:29/21
1:41/13 1:44/9 1:46/6 1:51/9
1:54/2 1:60/9 1:62/12
**cancel** [1]  1:69/21
**candidly** [1]  1:40/6
**cannot** [3]  1:21/24 1:23/9
1:49/10
**capabilities** [2]  1:47/16

1:58/23
**capable** [2]  1:41/22 1:53/18
**care** [5]  1:20/20 1:32/9 1:32/11
1:34/15 1:44/25
**case** [44]  1:3/5 1:3/6 1:3/6
1:6/22 1:6/23 1:8/23 1:11/21
1:12/2 1:14/4 1:24/16 1:25/1
1:25/16 1:25/23 1:33/6 1:35/3
1:35/7 1:44/16 1:45/9 1:46/10
1:49/4 1:49/7 1:49/16 1:49/19
1:50/2 1:51/3 1:51/4 1:51/5
1:52/8 1:52/14 1:52/16 1:52/17
1:52/18 1:52/23 1:57/4 1:61/21
1:62/21 1:62/23 1:63/11 1:63/20
1:63/25 1:65/7 1:65/8 1:65/10
1:67/11
**cases** [4]  1:22/5 1:32/6 1:32/14
1:32/15
**cash** [4]  1:31/4 1:31/7 1:31/19
1:34/19
**categories** [2]  1:44/22 1:44/23
**cell** [1]  1:4/21
**Center** [4]  1:49/4 1:49/19
1:50/4 1:50/5
**central** [2]  1:48/8 1:60/7
**certain** [3]  1:29/1 1:29/3
1:40/8
**certainly** [10]  1:5/15 1:25/15
1:29/19 1:41/13 1:49/6 1:52/10
1:52/23 1:53/6 1:53/10 1:55/25
**CERTIFICATE** [1]  1:71/3
**certification** [2]  1:6/19 1:35/8
**certify** [2]  1:71/4 1:71/10
**cetera** [4]  1:17/13 1:17/13
1:17/13 1:20/11
**challenge** [3]  1:10/2 1:33/9
1:62/4
**challenges** [2]  1:18/16 1:44/9
**challenging** [1]  1:53/19
**change** [1]  1:51/14
**changes** [3]  1:11/20 1:13/20
1:66/18
**charge** [3]  1:28/23 1:28/23
1:28/24
**charged** [1]  1:65/25
**charges** [4]  1:11/25 1:16/24
1:41/5 1:43/13
**charity** [1]  1:22/4
**chat** [1]  1:57/5
**check** [1]  1:19/24
**Chicago** [1]  1:63/18
**Cigna** [2]  1:49/4 1:50/6
**Circuit** [1]  1:63/19
**circulating** [1]  1:69/12
**cite** [1]  1:30/3
**cited** [2]  1:49/16 1:50/16
**cites** [1]  1:65/7
**citing** [5]  1:50/3 1:63/18
1:63/25 1:64/17 1:65/3
**City** [1]  1:65/3
**civil** [2]  1:3/6 1:65/2
**claim** [17]  1:16/11 1:28/21
1:29/6 1:40/25 1:42/6 1:42/16
1:42/16 1:42/22 1:42/24 1:43/13
1:45/9 1:45/11 1:45/22 1:48/15
1:53/24 1:61/24 1:65/21
**claims** [49]  1:12/25 1:13/18
1:14/15 1:14/17 1:14/17 1:14/24
1:15/20 1:17/17 1:18/21 1:19/2
1:19/21 1:19/23 1:20/4 1:23/20
1:24/16 1:26/1 1:26/2 1:26/3
1:26/10 1:27/4 1:33/15 1:35/2

**C**

**claims... [27]**  1:35/3 1:35/6
1:35/10 1:35/11 1:35/14 1:35/14
1:35/16 1:39/1 1:41/18 1:41/20
1:41/21 1:41/25 1:42/1 1:42/2
1:43/21 1:43/22 1:53/7 1:53/8
1:53/23 1:54/22 1:61/22 1:63/22
1:67/12 1:67/12 1:67/14 1:67/18
1:68/6
**clarification [2]**  1:7/7 1:24/8
**clarify [1]**  1:21/17
**class [2]**  1:6/19 1:35/7
**classification [1]**  1:41/24
**clauses [1]**  1:16/12
**clear [8]**  1:16/2 1:21/2 1:23/16
1:34/8 1:38/17 1:49/6 1:65/16
1:68/15
**clerks [1]**  1:60/25
**client [6]**  1:47/14 1:56/11
1:58/5 1:59/9 1:68/9 1:68/16
**client's [1]**  1:37/8
**clients [2]**  1:56/17 1:68/25
**clock [2]**  1:7/20 1:54/15
**close [1]**  1:68/23
**CMI [2]**  1:11/21 1:14/22
**co [1]**  1:5/16
**co-counsel [1]**  1:5/16
**code [9]**  1:28/22 1:28/22 1:29/3
1:29/8 1:39/21 1:40/7 1:40/9
1:40/21 1:40/21
**codes [29]**  1:24/12 1:24/13
1:24/15 1:24/19 1:24/19 1:25/14
1:25/16 1:26/4 1:26/5 1:26/10
1:26/15 1:27/5 1:27/6 1:27/9
1:27/11 1:34/25 1:35/1 1:38/24
1:39/19 1:39/22 1:40/4 1:40/4
1:40/20 1:47/19 1:48/5 1:48/7
1:48/9 1:48/11 1:68/6
**cognizant [1]**  1:54/15
**Colomar [6]**  1:48/23 1:49/1
1:49/5 1:52/13 1:52/22 1:63/4
**column [6]**  1:20/8 1:20/9
1:29/23 1:31/6 1:31/6 1:31/7
**columns [3]**  1:11/10 1:11/15
1:27/7
**come [6]**  1:30/12 1:49/12
1:53/14 1:56/3 1:56/24 1:68/18
**comes [2]**  1:10/3 1:48/15
**coming [4]**  1:16/19 1:37/10
1:37/12 1:46/17
**commercial [4]**  1:20/13 1:24/1
1:30/20 1:64/10
**common [2]**  1:16/17 1:48/5
**comp [3]**  1:22/15 1:30/22 1:63/2
**companies [1]**  1:22/2
**compel [8]**  1:5/20 1:6/7 1:6/12
1:6/14 1:10/17 1:52/21 1:65/18
1:68/12
**compelled [1]**  1:66/22
**compensation [1]**  1:24/5
**compile [1]**  1:55/12
**complaint [1]**  1:6/22 1:64/24
**completely [1]**  1:35/15
**complicated [1]**  1:6/24
**compromise [15]**  1:9/15 1:30/6
1:37/12 1:47/11 1:47/16 1:54/2
1:54/7 1:56/12 1:60/12 1:61/7
1:66/6 1:67/21 1:68/8 1:68/10
1:68/22
**con [1]**  1:4/4
**concealed [1]**  1:17/3
**concede [1]**  1:37/1

**concerning [1]**  1:67/13
**concern [25]**  1:16/25/a/5/a5
1:67/7
**concretely [1]**  1:59/4
**conduct [1]**  1:62/2
**conference [1]**  1:5/11
**confidential [3]**  1:63/8 1:63/18
1:63/23
**confidentiality [6]**  1:16/1
1:16/12 1:63/10 1:64/2 1:64/6
1:65/1
**confirm [5]**  1:20/16 1:22/10
1:30/16 1:42/9 1:57/13
**confirming [1]**  1:23/17
**connection [1]**  1:4/14 1:6/3
**consider [1]**  1:50/24
**consultant [1]**  1:29/11 1:40/11
**consuming [1]**  1:18/12
**contact [1]**  1:7/18
**contains [1]**  1:43/4
**continue [2]**  1:58/12 1:61/16
**CONTINUED [2]**  1:1/23 1:2/1
**continuing [1]**  1:48/22
**contract [2]**  1:42/18 1:42/20
**contractual [1]**  1:64/12
**controls [1]**  1:21/23
**conversation [2]**  1:48/4 1:59/6
**corner [1]**  1:47/4
**corporate [2]**  1:46/24 1:47/1
**correct [16]**  1:10/18 1:10/19
1:10/25 1:20/6 1:22/18 1:23/1
1:23/6 1:23/21 1:23/23 1:27/16
1:33/17 1:42/12 1:43/6 1:60/19
1:64/12 1:71/4
**correcting [1]**  1:21/3
**correction [1]**  1:7/7
**correctly [2]**  1:42/9 1:52/15
**corresponding [1]**  1:29/8
**cost [3]**  1:17/20 1:17/22
1:36/11
**could [18]**  1:9/17 1:12/22
1:12/25 1:14/21 1:16/16 1:27/2
1:27/3 1:32/25 1:33/11 1:42/16
1:45/24 1:46/1 1:46/1 1:48/12
1:52/19 1:52/20 1:58/16 1:59/3
**counsel [3]**  1:5/16 1:68/22
1:71/10
**count [2]**  1:44/18 1:44/21
**County [14]**  1:20/10 1:20/12
1:21/23 1:33/1 1:36/24 1:48/22
1:49/6 1:51/1 1:51/2 1:51/6
1:52/13 1:62/19 1:62/19 1:63/4
**County/Colomar [1]**  1:52/13
**couple [4]**  1:6/9 1:20/2
**course [4]**  1:7/1 1:44/1 1:44/3
1:47/21
**court [18]**  1:1/2 1:1/25 1:4/9
1:4/10 1:6/16 1:7/18 1:9/14
1:23/24 1:52/21 1:58/17 1:58/20
1:58/21 1:59/14 1:59/16 1:63/24
1:64/3 1:71/7 1:71/21
**Court's [1]**  1:35/5
**courts [2]**  1:49/2 1:63/15
**CPT [14]**  1:24/12 1:24/19
1:25/13 1:26/4 1:26/15 1:39/19
1:39/21 1:39/22 1:40/3 1:40/4
1:40/7 1:40/9 1:47/19 1:68/6
**crazy [1]**  1:38/22
**create [9]**  1:14/19 1:15/1
1:26/14 1:27/16 1:27/20 1:45/24
1:55/21 1:56/13 1:66/25
**created [4]**  1:28/9 1:28/18
1:32/5 1:67/5

**creating [1]**  1:54/25
**creation [25]**  1:5/5/a5/a/7/a/7
1:21/7
**Cross/Blue [1]**  1:20/21
**CRR [2]**  1:1/25 1:71/21
**CSR [2]**  1:1/25 1:71/21
**customary [2]**  1:50/21 1:51/3
**cut [1]**  1:26/11
**CV [1]**  1:1/7

**D**

**damages [3]**  1:35/7 1:35/17
1:61/24
**DANYA [5]**  1:1/17 1:3/13 1:28/1
1:57/19 1:58/2
**data [134]**
**date [2]**  1:71/8 1:71/16
**dates [2]**  1:6/9 1:46/22
**day [8]**  1:56/3 1:58/7 1:60/7
1:60/18 1:61/16 1:63/5 1:69/10
1:70/13
**de [4]**  1:1/19 1:5/20 1:16/13
1:64/7
**de-identified [2]**  1:5/20 1:64/7
**de-identify [1]**  1:16/13
**deadline [4]**  1:6/18 1:47/3
1:47/8 1:54/16
**deadlines [1]**  1:6/19
**deal [2]**  1:28/12 1:62/23
**dealing [1]**  1:63/16
**December [9]**  1:6/17 1:7/1
1:8/13 1:10/13 1:11/5 1:38/8
1:38/10 1:38/18 1:66/21
**decide [1]**  1:7/15
**decided [2]**  1:52/14 1:52/15
**decider [1]**  1:28/25
**decides [1]**  1:52/21
**decision [4]**  1:50/17 1:59/15
1:63/4 1:63/5
**declaration [15]**  1:10/5 1:10/12
1:10/14 1:10/17 1:13/4 1:28/17
1:32/1 1:37/20 1:37/25 1:38/7
1:38/8 1:54/11 1:66/17 1:66/18
1:66/23
**defendant [24]**  1:11/2 1:20/9
1:28/10 1:30/19 1:32/21 1:33/23
1:34/23 1:36/10 1:36/25 1:39/11
1:40/25 1:46/11 1:47/7 1:52/6
1:62/2 1:64/12 1:65/19 1:67/2
1:67/2 1:67/5 1:67/6 1:67/16
1:68/25 1:69/7
**defendants [20]**  1:1/9 1:2/2
1:3/22 1:3/25 1:7/4 1:7/22
1:7/24 1:19/4 1:20/12 1:23/1
1:23/17 1:28/9 1:30/17 1:31/17
1:34/21 1:36/10 1:56/5 1:62/3
1:63/1 1:67/22
**defendants' [13]**  1:5/19 1:5/21
1:6/6 1:6/11 1:7/4 1:47/22
1:57/24 1:61/22 1:63/20 1:63/22
1:65/17 1:66/21 1:68/20
**defense [7]**  1:3/20 1:51/21
1:57/14 1:57/21 1:67/24 1:68/22
1:70/8
**defenses [5]**  1:6/23 1:61/23
1:62/3 1:62/5 1:64/24
**defer [3]**  1:59/24 1:61/11
1:68/11
**defining [1]**  1:50/21
**definitely [1]**  1:22/6
**deliver [1]**  1:69/2
**delve [1]**  1:30/14
**demonstrate [1]**  1:33/14

**D**

**denied [5]** 1:6/1 1:24/21 1:30/2 1:30/3 1:65/13
**deny [3]** 1:59/24 1:59/25 1:69/23
**denying [1]** 1:54/13
**dep [1]** 1:29/18
**depose [1]** 1:49/9
**deposing [1]** 1:48/6
**deposition [9]** 1:27/13 1:28/16 1:29/16 1:46/16 1:46/21 1:47/5 1:53/5 1:53/6 1:53/9
**depositions [1]** 1:27/6
**derogatory [1]** 1:14/8
**describe [2]** 1:11/10 1:44/11
**described [1]** 1:44/15
**description [1]** 1:64/9
**despite [1]** 1:20/9
**detail [1]** 1:46/19
**determine [9]** 1:9/1 1:9/3 1:9/9 1:10/3 1:13/6 1:14/4 1:42/15 1:44/1 1:45/9
**determined [4]** 1:20/15 1:22/12 1:30/22 1:33/3
**determining [3]** 1:17/21 1:18/2 1:45/17
**devised [1]** 1:49/11
**dial [2]** 1:69/13 1:69/14
**dial-in [2]** 1:69/13 1:69/14
**dialed [1]** 1:5/8
**diced [1]** 1:15/21
**dictionaries [3]** 1:26/22 1:26/24 1:47/23
**dictionary [1]** 1:47/25
**did [16]** 1:8/11 1:10/23 1:23/11 1:24/24 1:25/20 1:26/16 1:28/6 1:30/4 1:36/9 1:36/10 1:48/23 1:55/9 1:57/7 1:66/4 1:66/11 1:66/19
**didn't [8]** 1:25/2 1:29/19 1:47/18 1:49/25 1:58/10 1:59/6 1:59/8 1:61/8
**difference [3]** 1:25/10 1:43/11 1:51/10
**different [6]** 1:21/9 1:21/11 1:32/16 1:35/19 1:38/1 1:50/22
**differentiation [1]** 1:48/12
**difficult [5]** 1:30/10 1:30/11 1:30/15 1:31/1 1:41/3
**ding [1]** 1:5/12
**directed [2]** 1:66/10 1:66/12
**directly [1]** 1:64/23
**disagree [1]** 1:9/9
**disagreement [1]** 1:20/12
**disclose [1]** 1:66/20
**disclosed [2]** 1:16/24 1:17/3
**disconnected [1]** 1:5/6
**discoverable [4]** 1:16/8 1:16/9 1:64/14 1:65/11
**discovery [17]** 1:6/6 1:6/18 1:6/24 1:18/8 1:18/10 1:47/3 1:47/8 1:49/23 1:50/11 1:52/16 1:54/16 1:56/1 1:59/2 1:63/11 1:65/2 1:66/12 1:67/13
**discuss [6]** 1:7/9 1:56/17 1:58/11 1:66/12 1:68/9 1:68/21
**discussed [4]** 1:30/18 1:62/6 1:66/15 1:67/4
**discussion [2]** 1:68/16 1:68/18
**discussions [1]** 1:68/24
**dismiss [1]** 1:49/21
**disposition [1]** 1:3/8
**disproportionate [1]** 1:67/10
**dispute [3]** 1:43/3 1:59/1 1:59/2
**disputed [3]** 1:6/5 1:43/20 1:68/6
**disputes [1]** 1:59/2
**distinction [1]** 1:52/13
**distinguish [1]** 1:52/18
**distinguishable [1]** 1:51/4
**DISTRICT [10]** 1:1/2 1:1/3 1:1/5 1:3/13 1:49/4 1:64/1 1:65/3 1:65/8 1:71/7 1:71/7
**divides [2]** 1:9/8 1:44/20
**do [57]** 1:5/7 1:6/20 1:7/8 1:8/12 1:8/16 1:12/2 1:12/24 1:12/24 1:13/10 1:13/13 1:14/11 1:14/12 1:14/18 1:14/22 1:15/24 1:17/9 1:17/13 1:17/14 1:17/16 1:19/5 1:19/22 1:20/2 1:21/19 1:24/18 1:25/16 1:26/5 1:26/6 1:26/16 1:26/24 1:26/24 1:28/4 1:29/2 1:33/18 1:34/21 1:34/24 1:36/6 1:38/21 1:38/22 1:39/8 1:41/16 1:43/16 1:43/18 1:45/8 1:46/6 1:47/23 1:54/2 1:55/5 1:56/2 1:56/14 1:56/23 1:59/22 1:60/9 1:60/11 1:61/9 1:63/14 1:64/5 1:64/6
**docket [1]** 1:6/9
**document [14]** 1:10/21 1:11/2 1:11/3 1:11/4 1:11/7 1:11/9 1:12/9 1:15/4 1:27/20 1:28/13 1:30/15 1:40/24 1:66/5 1:67/2
**documents [6]** 1:10/17 1:14/25 1:27/20 1:54/12 1:64/15 1:66/24
**does [9]** 1:11/9 1:11/20 1:15/21 1:24/15 1:30/24 1:30/25 1:31/4 1:47/6 1:52/18
**doesn't [14]** 1:14/16 1:15/19 1:29/5 1:29/19 1:33/8 1:33/10 1:36/25 1:37/14 1:38/3 1:38/4 1:40/7 1:48/22 1:53/18 1:55/13
**doing [3]** 1:13/24 1:53/19 1:56/20
**don't [63]** 1:4/10 1:5/1 1:7/5 1:7/12 1:8/5 1:8/14 1:11/23 1:14/24 1:14/24 1:16/2 1:16/15 1:16/19 1:17/1 1:17/15 1:18/17 1:20/21 1:21/23 1:23/11 1:25/8 1:25/8 1:25/8 1:25/14 1:25/21 1:26/7 1:27/1 1:30/4 1:30/4 1:34/24 1:35/1 1:35/13 1:37/1 1:38/6 1:38/9 1:39/4 1:39/4 1:39/18 1:39/22 1:40/12 1:42/20 1:42/23 1:45/4 1:45/6 1:46/22 1:46/23 1:47/10 1:47/15 1:47/15 1:47/20 1:47/25 1:49/5 1:50/3 1:51/22 1:52/7 1:54/21 1:55/10 1:55/23 1:56/11 1:58/11 1:58/17 1:58/19 1:61/10 1:62/22 1:63/3
**done [2]** 1:7/16 1:58/16
**down [7]** 1:12/13 1:13/15 1:25/12 1:26/11 1:32/7 1:32/15 1:41/7
**downside [1]** 1:56/7
**drawing [1]** 1:54/5
**drop [1]** 1:5/11
**dropped [2]** 1:5/9 1:59/9
**dropping [1]** 1:59/20
**dump [1]** 1:18/13
**duplicative [1]** 1:29/25
**during [12]** 1:4/23 1:5/6 1:17/19 1:18/3 1:18/19 1:36/8 1:41/19 1:48/4 1:63/12 1:64/18 1:67/7 1:67/8
**dynamics [1]** 1:58/17

**E**

**each [10]** 1:7/11 1:10/8 1:28/22 1:42/10 1:42/24 1:45/2 1:51/13 1:64/7 1:64/9 1:65/21
**easily [2]** 1:18/18 1:19/11
**East [2]** 1:2/3 1:2/5
**EC [1]** 1:7/1
**ECF [14]** 1:5/21 1:5/22 1:6/2 1:6/4 1:6/13 1:6/17 1:8/13 1:11/5 1:12/14 1:36/4 1:38/10 1:63/10 1:65/18 1:66/22
**EDI [2]** 1:18/25 1:18/25
**effort [1]** 1:56/8
**eight [1]** 1:44/21
**either [8]** 1:5/14 1:26/23 1:40/10 1:55/5 1:56/25 1:58/7 1:58/21 1:60/12
**ELAP [34]** 1:1/8 1:3/6 1:3/25 1:8/24 1:9/2 1:18/21 1:25/18 1:28/15 1:28/19 1:28/20 1:28/25 1:29/9 1:29/12 1:31/3 1:31/5 1:35/2 1:35/10 1:35/12 1:35/14 1:35/17 1:35/19 1:37/12 1:43/22 1:43/25 1:44/2 1:48/21 1:48/25 1:49/11 1:62/1 1:67/12 1:67/14 1:67/18 1:68/1 1:68/4
**ELAP's [1]** 1:46/25
**electronic [2]** 1:1/12 1:71/6
**Eleventh [1]** 1:63/19
**else [4]** 1:31/20 1:46/13 1:48/17 1:70/6
**employed [1]** 1:71/11
**employee [1]** 1:32/8
**employees [1]** 1:55/12
**employer [1]** 1:32/9
**encountered [1]** 1:18/19
**encouraging [1]** 1:39/9
**end [3]** 1:56/19 1:58/7 1:60/18
**ended [1]** 1:27/22
**ending [4]** 1:12/9 1:12/12 1:15/4 1:67/4
**Enhanced [1]** 1:63/25
**enough [4]** 1:12/18 1:39/12 1:39/12 1:58/20
**ensure [1]** 1:4/12
**entered [9]** 1:5/14 1:6/16 1:6/25 1:7/1 1:34/4 1:50/12 1:63/9 1:63/24 1:64/3
**entering [1]** 1:29/7
**enters [1]** 1:58/20
**entire [3]** 1:23/13 1:23/13 1:25/22
**entitled [1]** 1:17/20 1:36/10
**equation [1]** 1:37/2
**equivalent [2]** 1:43/8 1:55/1
**especially [4]** 1:14/13 1:35/7 1:35/16 1:36/16
**ESQ [5]** 1:1/17 1:1/18 1:1/20 1:2/4 1:2/6
**essentially [3]** 1:9/25 1:28/20 1:29/14
**establish [1]** 1:61/24
**established [1]** 1:65/15
**et [6]** 1:1/8 1:3/6 1:17/13 1:17/13 1:17/13 1:20/11
**even [13]** 1:8/10 1:13/6 1:17/19 1:21/13 1:26/24 1:34/24 1:35/1 1:38/3 1:40/8 1:45/16 1:45/16 1:49/1 1:59/8

**E**

**event [2]**  1:22/16 1:62/25
**every [9]**  1:18/25 1:19/5
1:27/12 1:32/14 1:32/15 1:34/3
1:34/9 1:56/6 1:56/6
**everybody [1]**  1:18/9
**everyone [8]**  1:3/4 1:3/10 1:4/2
1:57/11 1:57/19 1:69/9 1:70/4
1:70/13
**everything [2]**  1:8/10 1:12/6
**evidence [3]**  1:44/2 1:67/16
1:67/19
**exactly [13]**  1:15/12 1:15/21
1:18/17 1:19/13 1:19/15 1:25/21
1:29/13 1:36/15 1:41/8 1:41/10
1:42/13 1:42/21 1:42/22
**Excel [1]**  1:11/13
**exceptions [1]**  1:33/5
**exchange [1]**  1:27/11
**exclude [2]**  1:52/20 1:63/2
**exhausted [1]**  1:27/22
**Exhibit [1]**  1:24/18 1:68/7
**exist [3]**  1:26/24 1:27/1
1:27/17
**exists [4]**  1:14/20 1:16/23
1:27/15 1:53/22
**expect [1]**  1:60/11
**expectations [1]**  1:42/20
**expected [2]**  1:10/1 1:66/19
**explain [6]**  1:41/13 1:46/19
1:51/9 1:62/12 1:66/20 1:66/22
**explained [1]**  1:48/2
**explaining [1]**  1:11/19
**explains [1]**  1:62/11
**explanation [4]**  1:10/23 1:11/24
1:37/14 1:66/25
**extent [5]**  1:27/9 1:36/16
1:48/8 1:48/21 1:49/9

**F**

**face [1]**  1:18/16
**fact [11]**  1:4/6 1:5/13 1:15/21
1:20/16 1:29/10 1:30/8 1:31/1
1:34/25 1:40/18 1:68/22 1:69/19
**factors [2]**  1:45/17 1:45/18
**facts [2]**  1:6/23 1:8/15
**fair [3]**  1:33/3 1:50/18 1:50/23
**familiar [5]**  1:6/22 1:8/14
1:19/14 1:21/8 1:22/2
**far [2]**  1:29/13 1:59/1
**fashion [6]**  1:9/14 1:39/14
1:46/10 1:53/20 1:54/2 1:68/8
**fashioned [2]**  1:30/6 1:37/12
**FDUPTA [1]**  1:61/24
**federal [3]**  1:16/22 1:16/23
1:55/22
**fee [1]**  1:22/15
**feeling [1]**  1:54/4
**Ferry [1]**  1:2/3
**few [1]**  1:6/25
**fictitious [1]**  1:12/5
**fields [1]**  1:41/10
**fight [1]**  1:21/24
**figure [1]**  1:48/7
**file [4]**  1:11/13 1:58/7 1:60/17
1:68/23
**filed [8]**  1:5/21 1:6/4 1:6/12
1:16/10 1:25/23 1:25/25 1:26/2
1:29/18

**financially [1]**  1:71/13
**find [2]**  1:25/22 1:30/11
1:18/10 1:27/12 1:41/16 1:49/9
1:54/21 1:56/8 1:62/10 1:63/20
1:66/6 1:67/21
**fine [1]**  1:8/9
**fingertips [1]**  1:29/10
**Firestone [1]**  1:63/19
**Firm [1]**  1:3/24
**first [9]**  1:7/4 1:8/5 1:11/9
1:11/14 1:11/20 1:28/15 1:31/6
1:44/19 1:62/8
**fit [1]**  1:23/12
**five [3]**  1:8/2 1:8/4 1:58/19
**Floor [1]**  1:1/19
**FLORIDA [18]**  1:1/3 1:1/11
1:1/17 1:1/20 1:2/6 1:16/5
1:22/14 1:50/19 1:62/21 1:64/1
1:64/17 1:64/19 1:64/25 1:65/1
1:65/4 1:65/4 1:65/8 1:71/7
**folks [2]**  1:20/21 1:48/6
**follow [2]**  1:4/12 1:20/19
**follow-up [1]**  1:20/19
**followed [1]**  1:49/6
**following [3]**  1:1/23 1:50/25
1:50/25
**follows [1]**  1:12/14
**force [1]**  1:54/9
**forego [4]**  1:20/14 1:22/11
1:23/18 1:30/21
**foregoing [1]**  1:71/4
**forget [1]**  1:4/25
**form [4]**  1:19/11 1:28/22 1:29/6
1:48/15
**formally [1]**  1:3/11
**formulated [1]**  1:29/14
**Fort [3]**  1:1/11 1:7/19 1:65/3
**forth [2]**  1:7/5 1:61/14
**forthcoming [1]**  1:61/7
**forward [5]**  1:17/2 1:17/8
1:17/9 1:19/8 1:46/11
**found [2]**  1:4/18 1:27/2
**four [3]**  1:11/13 1:44/12
1:54/23
**fourth [2]**  1:6/11 1:65/17
**fraction [1]**  1:52/9
**frankly [1]**  1:60/10
**FRICK [7]**  1:2/6 1:3/24 1:7/22
1:22/25 1:23/19 1:24/8 1:57/22
**front [1]**  1:9/9
**fruitful [1]**  1:68/18
**frustrating [1]**  1:53/16
**funded [3]**  1:21/10 1:32/9
1:62/24
**further [4]**  1:3/10 1:69/4
1:71/10 1:71/12
**future [1]**  1:61/9

**G**

**garbled [1]**  1:4/20
**gave [5]**  1:7/13 1:12/16 1:13/10
1:31/25 1:59/7
**gears [1]**  1:18/23
**general [1]**  1:61/18
**generally [2]**  1:9/11 1:29/1
**generate [2]**  1:45/6 1:56/4
**generating [1]**  1:58/24
**Georgia [1]**  1:2/3
**get [25]**  1:4/20 1:4/23 1:5/6
1:7/19 1:8/16 1:8/21 1:13/1
1:15/22 1:17/20 1:18/4 1:18/10
1:21/25 1:22/22 1:34/21 1:36/1
1:36/6 1:38/18 1:43/1 1:50/14

1:52/14 1:52/15 1:53/10 1:55/10
1:56/25 1:56/25
**gets [3]**  1:45/19 1:46/11
1:46/11
**getting [7]**  1:4/5 1:17/24
1:17/25 1:33/1 1:35/9 1:35/16
1:37/8
**give [29]**  1:7/10 1:7/11 1:7/25
1:10/22 1:13/10 1:14/2 1:14/3
1:14/9 1:19/5 1:19/6 1:19/7
1:19/21 1:27/13 1:32/2 1:32/25
1:36/17 1:37/8 1:39/4 1:39/11
1:40/4 1:40/23 1:49/13 1:49/15
1:49/16 1:53/23 1:56/5 1:59/14
1:63/13 1:68/14
**given [8]**  1:14/1 1:31/3 1:31/17
1:32/5 1:37/14 1:45/13 1:55/22
1:58/16
**gives [5]**  1:11/18 1:32/13
1:32/14 1:40/25 1:44/25
**giving [2]**  1:15/25 1:22/19
**global [1]**  1:68/12
**go [20]**  1:5/13 1:7/4 1:9/20
1:12/20 1:23/3 1:29/21 1:33/20
1:36/24 1:45/17 1:48/18 1:52/4
1:52/7 1:52/11 1:53/3 1:54/5
1:55/13 1:55/15 1:55/17 1:55/21
1:56/22
**goal [1]**  1:36/8
**goes [5]**  1:10/8 1:16/4 1:18/1
1:21/15 1:62/12
**going [69]**  1:3/10 1:3/10 1:4/14
1:4/25 1:5/17 1:5/23 1:7/3
1:7/11 1:7/14 1:7/20 1:7/21
1:8/2 1:8/21 1:17/9 1:26/7
1:27/25 1:29/8 1:29/16 1:33/19
1:33/20 1:34/18 1:35/24 1:36/18
1:36/19 1:36/21 1:36/24 1:38/14
1:38/18 1:38/22 1:39/3 1:39/5
1:39/13 1:39/15 1:40/4 1:44/17
1:47/7 1:47/9 1:52/13 1:53/5
1:53/9 1:53/12 1:54/1 1:54/5
1:54/7 1:54/9 1:54/14 1:54/18
1:56/6 1:56/8 1:56/19 1:56/24
1:57/4 1:57/5 1:57/6 1:59/22
1:59/23 1:59/24 1:59/25 1:60/1
1:60/11 1:60/12 1:60/13 1:60/13
1:60/21 1:61/1 1:61/12 1:61/17
1:68/11 1:68/15
**gone [1]**  1:31/25
**good [17]**  1:3/4 1:3/12 1:3/23
1:4/3 1:9/25 1:13/5 1:13/7
1:15/11 1:19/20 1:44/14 1:46/3
1:47/11 1:59/1 1:60/3 1:61/2
1:69/10 1:70/13
**goods [15]**  1:8/25 1:9/6 1:9/23
1:10/1 1:10/2 1:44/5 1:45/19
1:45/22 1:46/1 1:53/24 1:61/20
1:62/1 1:62/23 1:65/22 1:68/2
**got [13]**  1:6/18 1:10/13 1:17/21
1:23/20 1:32/21 1:43/20 1:43/20
1:43/21 1:44/13 1:44/14 1:47/3
1:48/22 1:54/11
**gotten [2]**  1:14/7 1:32/22
**governing [1]**  1:65/11
**government [13]**  1:16/22 1:16/23
1:20/15 1:21/22 1:21/25 1:22/8
1:22/12 1:23/18 1:24/2 1:30/22
1:37/1 1:52/20 1:63/3
**government-determined [3]**
1:20/15 1:22/12 1:30/22
**government-mandated [1]**  1:63/3
**government-regulated [2]**

**G**

**government-regulated... [2]** 1:21/25 1:52/20
**government-set [1]** 1:24/2
**GPA [6]** 1:8/24 1:9/2 1:25/18 1:68/1 1:68/1 1:68/3
**grand [1]** 1:32/13
**grant [4]** 1:36/15 1:36/21 1:38/14 1:39/5
**granted [2]** 1:10/16 1:24/22
**granting [1]** 1:38/20
**great [2]** 1:40/7 1:60/14
**ground [1]** 1:54/21
**grounds [2]** 1:63/7 1:67/9
**group [3]** 1:3/25 1:46/1 1:46/1
**guess [2]** 1:26/13 1:56/2
**guessing [1]** 1:32/8
**guidance [1]** 1:61/15
**guys [6]** 1:10/12 1:39/4 1:54/4 1:54/13 1:57/4 1:59/20

**H**

**had [16]** 1:3/7 1:4/5 1:6/21 1:9/13 1:14/18 1:18/24 1:25/25 1:25/25 1:41/20 1:42/16 1:43/7 1:43/8 1:45/22 1:56/16 1:59/1 1:63/11
**half [2]** 1:60/23 1:69/1
**half-an-hour [1]** 1:69/1
**HANA [3]** 1:1/18 1:3/18 1:57/20
**hand [1]** 1:39/10
**handed [1]** 1:56/20
**handle [1]** 1:57/6
**handled [2]** 1:6/25 1:23/21
**hang [1]** 1:57/2
**happen [2]** 1:55/23 1:61/10
**happened [1]** 1:8/12
**happens [2]** 1:5/1 1:5/5
**happy [1]** 1:47/9
**hard [1]** 1:67/21
**harder [1]** 1:34/2
**has [28]** 1:3/7 1:5/9 1:5/14 1:11/13 1:11/13 1:11/15 1:11/24 1:15/22 1:17/3 1:28/22 1:29/10 1:34/23 1:35/2 1:38/14 1:44/17 1:44/17 1:45/23 1:46/18 1:47/24 1:48/8 1:52/14 1:56/15 1:58/8 1:61/25 1:63/24 1:64/3 1:68/9 1:68/19
**hasn't [1]** 1:37/13
**have [129]**
**haven't [3]** 1:32/22 1:52/16 1:58/10
**having [7]** 1:27/22 1:30/9 1:30/14 1:53/21 1:55/5 1:58/22 1:69/24
**HCPCS [1]** 1:24/13
**he [11]** 1:3/7 1:3/7 1:10/8 1:12/16 1:30/19 1:32/1 1:40/3 1:46/18 1:48/2 1:50/23 1:53/10
**he's [1]** 1:29/16
**headaches [1]** 1:54/8
**health [2]** 1:50/6 1:68/3
**healthcare [2]** 1:8/25 1:65/21
**hear [5]** 1:4/15 1:5/23 1:6/8 1:58/6 1:60/11
**heard [1]** 1:47/10
**hearing [28]** 1:4/4 1:5/7 1:5/9 1:5/9 1:5/14 1:5/17 1:7/11 1:17/6 1:17/7 1:17/19 1:18/4 1:18/19 1:19/20 1:30/7 1:38/21 1:54/18 1:62/6 1:63/12 1:63/15
**1:64/19** 1:64/19 1:65/15 1:65/17 1:71/12
**hearings [6]** 1:4/5 1:4/6 1:4/24 1:6/21 1:9/14 1:56/22
**heart [1]** 1:8/22
**heavy [1]** 1:56/20
**heavy-handed [1]** 1:56/20
**held [1]** 1:50/23
**help [22]** 1:18/6 1:18/7 1:18/14 1:18/14 1:24/15 1:25/3 1:25/3 1:30/24 1:33/22 1:33/23 1:33/25 1:36/16 1:37/6 1:37/6 1:38/3 1:38/15 1:39/10 1:39/10 1:39/14 1:51/9 1:52/3 1:53/7
**helpful [5]** 1:19/17 1:34/6 1:44/10 1:53/11 1:53/25
**helps [1]** 1:15/9
**here [25]** 1:5/19 1:6/11 1:7/18 1:9/21 1:12/25 1:22/20 1:29/9 1:31/1 1:31/24 1:33/20 1:36/6 1:44/9 1:46/19 1:47/8 1:51/10 1:52/10 1:53/16 1:53/21 1:54/5 1:57/18 1:57/19 1:57/24 1:59/5 1:64/5 1:67/6
**Here's [1]** 1:54/7
**herself [1]** 1:5/1
**Hick [4]** 1:24/19 1:25/13 1:26/4 1:68/6
**Hick-Pick [4]** 1:24/19 1:25/13 1:26/4 1:68/6
**hide [1]** 1:54/1
**highlight [1]** 1:6/9
**him [5]** 1:4/25 1:28/17 1:40/4 1:53/10 1:59/9
**hired [1]** 1:29/12
**his [6]** 1:3/8 1:28/17 1:29/15 1:29/16 1:53/6 1:53/9
**history [1]** 1:9/20
**HMO [4]** 1:32/11 1:32/11 1:44/24 1:44/24
**HMO's [1]** 1:62/22
**HOFFMAN [2]** 1:2/2 1:3/22
**hold [8]** 1:10/14 1:18/6 1:36/1 1:41/4 1:41/6 1:49/13 1:50/7 1:50/9
**holding [1]** 1:65/8
**honestly [1]** 1:8/10
**Honor [44]** 1:3/12 1:3/15 1:3/21 1:3/23 1:7/23 1:8/19 1:11/6 1:22/23 1:23/5 1:23/6 1:23/9 1:24/17 1:25/5 1:28/1 1:30/25 1:31/12 1:33/25 1:34/8 1:34/14 1:37/12 1:38/23 1:41/14 1:47/13 1:48/21 1:50/10 1:51/7 1:51/23 1:52/5 1:55/7 1:56/10 1:57/25 1:58/1 1:58/10 1:60/3 1:60/6 1:60/14 1:60/20 1:61/4 1:69/5 1:69/8 1:69/12 1:69/22 1:70/7 1:70/9
**Honorable [1]** 1:1/4
**hope [1]** 1:68/18 1:70/1
**hopefully [1]** 1:54/7
**hospital [39]** 1:1/5 1:3/5 1:3/13 1:9/16 1:16/9 1:23/21 1:28/24 1:29/5 1:29/6 1:29/10 1:33/7 1:33/8 1:33/12 1:33/14 1:35/11 1:35/20 1:36/22 1:38/14 1:38/15 1:38/22 1:38/24 1:39/15 1:39/20 1:40/7 1:41/19 1:42/23 1:42/24 1:45/2 1:46/12 1:47/23 1:48/8 1:54/8 1:55/13 1:55/20 1:56/4 1:56/13 1:65/22 1:65/25
**hospitals [3]** 1:22/3 1:29/2 1:40/1
**hour [3]** 1:7/10 1:60/23 1:69/1
**hours [1]** 1:58/20
**how [47]** 1:9/9 1:11/10 1:11/10 1:11/19 1:12/16 1:13/10 1:13/18 1:14/11 1:14/11 1:15/24 1:17/15 1:18/4 1:18/17 1:20/20 1:22/4 1:23/9 1:23/12 1:24/15 1:25/14 1:25/16 1:26/8 1:28/8 1:28/17 1:29/1 1:29/2 1:29/13 1:32/8 1:32/9 1:32/9 1:32/10 1:32/10 1:34/21 1:36/12 1:37/6 1:39/12 1:42/25 1:42/25 1:45/6 1:45/12 1:45/14 1:52/8 1:52/8 1:56/18 1:57/5 1:66/13 1:66/20 1:66/22
**however [3]** 1:42/4 1:62/16 1:63/9
**huh [1]** 1:15/10
**Humana [2]** 1:20/21 1:21/7
**hundred [1]** 1:23/11
**hundreds [2]** 1:19/1 1:26/3

**I**

**I'd [10]** 1:6/20 1:8/4 1:8/8 1:12/23 1:35/4 1:38/25 1:39/2 1:53/13 1:56/23 1:57/2
**I'll [12]** 1:5/9 1:5/11 1:7/24 1:7/24 1:8/5 1:8/17 1:12/20 1:15/5 1:29/21 1:57/13 1:61/1 1:70/10
**I'm [97]**
**I've [7]** 1:6/25 1:8/10 1:29/10 1:38/17 1:47/10 1:62/19 1:63/23
**ice [1]** 1:22/19
**idea [7]** 1:13/10 1:32/2 1:45/21 1:48/1 1:52/8 1:53/13 1:68/19
**identified [8]** 1:5/20 1:16/14 1:35/2 1:35/10 1:41/17 1:42/6 1:42/11 1:64/7
**identifier [2]** 1:64/8 1:64/9
**identify [8]** 1:4/8 1:4/9 1:16/13 1:23/11 1:24/18 1:24/20 1:25/20 1:34/3
**identifying [1]** 1:16/3
**illogical [1]** 1:67/20
**imagine [1]** 1:60/23
**imminently [1]** 1:46/17
**important [2]** 1:4/12 1:25/21
**imposing [1]** 1:66/8
**impossible [3]** 1:55/2 1:55/8 1:55/9
**in-network [5]** 1:31/22 1:32/21 1:34/19 1:34/21 1:37/3
**inapplicable [2]** 1:64/22 1:65/10
**Inaudible [4]** 1:3/8 1:4/18 1:5/4 1:23/4
**incapsulates [1]** 1:19/1
**inclined [5]** 1:23/24 1:36/15 1:38/21 1:59/18 1:59/22
**include [4]** 1:22/14 1:31/4 1:38/1 1:51/22
**included [1]** 1:6/14
**includes [2]** 1:32/2 1:38/3
**including [1]** 1:59/2
**Incorporated [1]** 1:4/1
**incorrectly [1]** 1:37/24
**incredibly [1]** 1:17/12
**incurred [1]** 1:67/14
**indeed [1]** 1:62/12

**I**

**indemnity [1]**   1:24/1
**indicated [1]**   1:36/8
**indicates [1]**   1:6/4
**indication [1]**   1:68/15
**individual [7]**   1:12/25 1:13/22
1:15/16 1:15/19 1:19/1 1:42/2
1:53/8
**individual-specific [1]**   1:13/22
**industry [1]**   1:48/11
**information [53]**   1:12/13
1:14/20 1:16/3 1:16/3 1:17/20
1:18/17 1:19/6 1:19/9 1:22/17
1:24/12 1:27/13 1:28/10 1:29/5
1:29/7 1:29/9 1:29/10 1:29/14
1:31/10 1:32/1 1:32/3 1:32/22
1:32/24 1:36/11 1:36/11 1:36/12
1:37/13 1:37/15 1:39/11 1:42/4
1:43/5 1:44/18 1:45/14 1:47/6
1:49/1 1:53/10 1:53/23 1:56/5
1:59/15 1:61/19 1:62/13 1:62/19
1:63/9 1:63/18 1:63/21 1:63/23
1:64/8 1:65/20 1:65/21 1:66/3
1:66/8 1:67/6 1:67/7 1:67/11
**informed [2]**   1:58/22 1:59/15
**infringes [1]**   1:15/25
**inpatient [8]**   1:11/21 1:14/5
1:14/22 1:32/6 1:32/13 1:44/16
1:44/19 1:65/25
**input [1]**   1:37/8
**instant [2]**   1:63/20 1:64/22
**instead [4]**   1:14/20 1:54/11
1:54/15 1:66/16
**insurance [5]**   1:22/2 1:32/7
1:32/10 1:32/16 1:44/23
**insured [1]**   1:21/10
**insurers [2]**   1:21/8 1:24/1
**interactively [1]**   1:57/1
**interest [2]**   1:63/17 1:63/22
**interested [2]**   1:22/6 1:71/13
**interests [2]**   1:63/16 1:63/20
**interference [1]**   1:4/23
**interject [1]**   1:58/3
**interpretation [3]**   1:51/3
1:52/18 1:62/21
**interpreting [2]**   1:50/19
1:62/21
**interrogatories [6]**   1:6/13
1:30/1 1:30/15 1:38/12 1:65/6
1:66/4
**interrogatory [9]**   1:10/22
1:11/18 1:12/14 1:29/15 1:29/18
1:65/20 1:65/23 1:66/1 1:67/1
**interrupt [3]**   1:7/8 1:32/17
1:49/22
**interviewing [1]**   1:60/25
**Invariably [1]**   1:4/25
**involve [3]**   1:26/10 1:26/17
1:56/8
**involves [2]**   1:26/3 1:26/4
**involving [1]**   1:25/25
**IRENE [4]**   1:2/6 1:3/24 1:22/25
1:57/21
**irrelevant [1]**   1:62/18
**is [235]**
**isn't [3]**   1:13/9 1:35/20 1:44/6
**isolate [1]**   1:26/10
**issue [22]**   1:6/6 1:8/15 1:9/7
1:13/25 1:18/3 1:24/16 1:25/17
1:33/21 1:35/3 1:35/13 1:35/17
1:37/11 1:43/4 1:46/17 1:52/13
1:53/12 1:53/17 1:61/21 1:62/23

1:64/24 1:67/18 1:69/3
1:16/1 1:28/17 1:30/11 1:35/8
1:44/14 1:47/19 1:53/5
**it [151]**
**it's [56]**   1:4/11 1:7/3 1:7/7
1:8/12 1:10/9 1:10/14 1:11/13
1:11/16 1:13/16 1:14/25 1:15/20
1:17/12 1:17/12 1:18/4 1:20/4
1:22/19 1:24/21 1:25/15 1:25/15
1:25/22 1:26/13 1:31/6 1:33/7
1:34/24 1:35/15 1:35/15 1:35/18
1:35/20 1:36/4 1:36/19 1:39/17
1:40/20 1:42/4 1:42/13 1:43/7
1:43/13 1:44/20 1:44/21 1:46/23
1:47/8 1:48/5 1:51/2 1:52/14
1:53/11 1:53/16 1:53/16 1:55/4
1:55/21 1:56/7 1:56/23 1:58/1
1:58/1 1:60/7 1:62/17 1:62/25
1:69/14
**its [13]**   1:9/16 1:10/22 1:28/9
1:29/10 1:47/15 1:48/23 1:53/18
1:61/24 1:62/15 1:64/25 1:64/25
1:68/9 1:68/25
**itself [1]**   1:48/16

**J**

**Jackson [1]**   1:2/5
**James [3]**   1:1/25 1:71/20
1:71/21
**Jeff [1]**   1:32/1
**Jeffrey [2]**   1:10/5 1:66/17
**joint [3]**   1:5/24 1:6/3 1:29/22
1:69/20
**Josh [1]**   1:50/14
**JSR [4]**   1:11/3 1:20/8 1:30/17
1:38/5
**Judge [12]**   1:1/4 1:3/7 1:41/2
1:47/9 1:49/21 1:49/24 1:50/8
1:50/12 1:50/14 1:50/17 1:58/13
1:70/15
**July [1]**   1:71/16
**June [24]**   1:1/11 1:3/1 1:6/4
1:8/12 1:17/6 1:17/19 1:18/4
1:18/19 1:19/20 1:30/7 1:36/3
1:38/17 1:54/6 1:54/20 1:54/24
1:62/6 1:63/12 1:63/15 1:64/18
1:65/8 1:65/8 1:65/14 1:65/17
1:66/5
**June 12th [1]**   1:65/8
**June 15th [1]**   1:6/4
**June 24th [10]**   1:8/12 1:18/4
1:36/3 1:62/6 1:63/12 1:63/15
1:64/18 1:65/14 1:65/17 1:66/5
**June 6th [1]**   1:65/8
**just [63]**   1:4/7 1:4/22 1:5/1
1:6/8 1:7/12 1:7/25 1:10/10
1:10/13 1:12/6 1:13/13 1:13/15
1:13/23 1:14/3 1:15/5 1:15/14
1:15/22 1:16/7 1:16/16 1:17/16
1:18/8 1:19/6 1:20/3 1:21/1
1:21/1 1:22/10 1:22/23 1:23/1
1:23/16 1:24/23 1:25/8 1:27/10
1:28/12 1:30/10 1:30/16 1:32/2
1:33/21 1:34/4 1:34/8 1:35/4
1:35/15 1:42/8 1:42/9 1:42/20
1:46/9 1:48/6 1:48/10 1:49/4
1:49/13 1:49/16 1:49/18 1:50/11
1:53/14 1:55/3 1:56/22 1:57/1
1:57/13 1:58/18 1:59/8 1:59/10
1:59/13 1:61/8 1:69/17 1:69/18

**K**

**keep [8]**   1:16/14 1:28/25
1:37/10 1:39/9 1:40/7 1:47/20
1:55/13 1:60/15
**keeping [2]**   1:63/17 1:63/23
**keeps [4]**   1:9/8 1:37/12 1:46/10
1:54/15
**key [1]**   1:33/6
**kind [14]**   1:11/11 1:12/2
1:30/13 1:35/4 1:37/4 1:37/25
1:38/13 1:40/10 1:40/19 1:48/5
1:48/8 1:51/3 1:60/17 1:61/9
**know [113]**
**knowing [3]**   1:26/8 1:36/21
1:39/3
**known [1]**   1:33/11
**knows [2]**   1:42/23 1:42/24
**KOZYAK [3]**   1:1/19 1:3/16
1:58/13
**Kris [6]**   1:3/21 1:7/23 1:52/5
1:57/15 1:57/16 1:57/21
**KRISTOPHER [1]**   1:2/4

**L**

**labeled [1]**   1:11/3
**lag [1]**   1:4/18
**landline [1]**   1:4/22
**language [2]**   1:15/10 1:64/25
**large [1]**   1:43/10
**last [10]**   1:7/2 1:17/6 1:26/20
1:30/7 1:31/6 1:37/11 1:49/4
1:49/15 1:53/13 1:54/17
**lastly [5]**   1:4/21 1:5/6 1:64/12
1:66/1 1:67/9
**late [1]**   1:38/10
**later [1]**   1:70/2
**latest [1]**   1:6/6
**Lauderdale [3]**   1:1/11 1:7/19
1:65/3
**Laughter [4]**   1:22/21 1:25/6
1:48/3 1:70/3
**laundry [1]**   1:35/1
**LAVENDER [2]**   1:2/2 1:3/22
**law [4]**   1:3/24 1:16/5 1:55/22
1:65/20
**laws [2]**   1:55/18 1:65/10
**lawsuit [3]**   1:25/25 1:26/2
1:56/1
**lawyers [1]**   1:19/14
**leading [1]**   1:67/7
**leash [1]**   1:60/15
**leave [1]**   1:29/21
**left [3]**   1:5/14 1:5/16 1:63/5
**legitimate [1]**   1:17/2
**length [1]**   1:33/13
**lengthy [1]**   1:4/6
**Leon [1]**   1:1/19
**less [8]**   1:10/7 1:13/16 1:26/17
1:29/3 1:34/16 1:44/20 1:51/14
1:61/25
**let [24]**   1:5/17 1:11/1 1:12/8
1:17/5 1:20/3 1:20/7 1:29/22
1:35/22 1:36/1 1:37/18 1:40/15
1:41/4 1:42/22 1:42/22 1:44/21
1:46/13 1:47/12 1:47/17 1:51/6
1:54/17 1:57/8 1:61/5 1:69/17
**let's [3]**   1:8/15 1:12/21 1:28/8
**letter [2]**   1:34/3 1:34/9
**letters [4]**   1:33/12 1:33/16
1:34/11 1:48/25
**level [16]**   1:19/21 1:19/23

**L**

level... **[14]**   1:20/4 1:35/16
1:40/9 1:40/21 1:40/21 1:40/25
1:41/3 1:42/1 1:42/1 1:42/7
1:45/22 1:53/7 1:53/23 1:53/24
**levels [1]**   1:12/4
**Life [1]**   1:50/6
**LIFSHITZ [4]**   1:1/20 1:3/16
1:57/20 1:58/13
**light [1]**   1:41/12
**like [26]**   1:6/20 1:7/5 1:8/4
1:8/8 1:12/24 1:13/13 1:15/14
1:16/13 1:16/14 1:20/20 1:22/19
1:25/22 1:28/3 1:28/4 1:35/4
1:37/8 1:40/6 1:40/24 1:44/23
1:46/13 1:48/5 1:48/17 1:51/2
1:56/11 1:56/23 1:59/19
**likely [1]**   1:29/7 1:29/11
**limit [2]**   1:24/15 1:24/24
**limited [5]**   1:24/23 1:38/15
1:44/2 1:67/14 1:67/17
**line [9]**   1:11/20 1:16/18
1:28/21 1:28/21 1:36/5 1:56/25
1:57/3 1:64/10 1:69/10
**Line 7 [1]**   1:36/5
**lines [3]**   1:11/18 1:28/22
1:35/4
**list [4]**   1:27/11 1:31/24 1:35/1
1:48/9
**listed [1]**   1:66/18
**listening [2]**   1:5/3 1:50/14
**literally [1]**   1:59/9
**litigation [1]**   1:16/9
**little [13]**   1:4/16 1:5/12
1:5/13 1:9/24 1:10/7 1:18/23
1:27/22 1:28/19 1:33/2 1:33/21
1:37/7 1:69/18 1:70/2
**live [1]**   1:4/10
**LLC [3]**   1:1/8 1:2/2 1:3/25
**LLP [2]**   1:1/16 1:3/24
**long [2]**   1:17/15 1:54/1
**longer [1]**   1:5/16
**look [11]**   1:9/5 1:9/10 1:12/25
1:14/25 1:17/7 1:39/20 1:40/6
1:42/16 1:45/20 1:49/16 1:53/8
**looked [1]**   1:19/12
**looking [12]**   1:12/3 1:14/10
1:15/17 1:17/1 1:23/25 1:29/17
1:35/11 1:36/23 1:49/15 1:49/18
1:49/19 1:56/5
**looks [1]**   1:25/22
**lot [21]**   1:4/22 1:8/11 1:19/5
1:19/9 1:19/17 1:21/12 1:25/15
1:25/22 1:25/23 1:27/5 1:27/10
1:28/6 1:28/6 1:28/22 1:29/9
1:32/21 1:35/6 1:36/5 1:36/6
1:39/22 1:48/6
**lots [1]**   1:26/4
**loudly [1]**   1:4/15
**Louis [3]**   1:49/24 1:50/12
1:50/15
**love [1]**   1:44/1
**lower [2]**   1:51/15 1:51/16

**M**

**made [6]**   1:19/3 1:26/22 1:36/5
1:36/6 1:38/17 1:45/2
**magistrate [4]**   1:1/4 1:3/9
1:49/24 1:50/12
**main [2]**   1:5/7 1:8/23
**make [10]**   1:7/6 1:16/21 1:21/1
1:27/10 1:52/7 1:52/11 1:59/8

1:59/15 1:63/3 1:69/20
**Making [1]**   1:58/22
**managed [12]**   1:20/20 1:20/24
1:21/12 1:21/13 1:21/20 1:21/20
1:22/1 1:22/1 1:32/9 1:32/11
1:44/25 1:64/11
**mandated [1]**   1:63/3
**manipulated [2]**   1:14/7 1:14/8
**many [13]**   1:6/24 1:11/10
1:11/10 1:23/9 1:25/14 1:32/8
1:32/9 1:32/9 1:32/10 1:32/10
1:52/8 1:52/8 1:59/2
**market [20]**   1:5/20 1:9/12
1:17/25 1:19/21 1:19/23 1:20/4
1:20/13 1:30/20 1:31/2 1:33/3
1:40/25 1:41/3 1:41/8 1:41/15
1:42/5 1:45/19 1:46/2 1:50/18
1:62/8 1:64/16
**marketing [1]**   1:36/12
**massive [1]**   1:27/4
**massively [1]**   1:13/17
**master [1]**   1:28/24
**materials [2]**   1:65/9 1:65/11
**mathematical [2]**   1:13/23
1:15/14
**matter [4]**   1:36/25 1:57/11
1:62/20 1:71/9
**max [1]**   1:60/24
**may [18]**   1:8/18 1:18/22 1:18/24
1:19/15 1:26/11 1:26/11 1:26/18
1:28/25 1:39/17 1:44/18 1:46/24
1:49/22 1:51/9 1:52/9 1:58/3
1:58/3 1:65/4 1:70/11
**May 8th [1]**   1:65/4
**maybe [3]**   1:19/19 1:52/9
1:58/25
**me [63]**   1:3/8 1:5/5 1:5/13
1:7/25 1:8/15 1:10/12 1:11/1
1:11/10 1:12/8 1:17/5 1:18/6
1:18/7 1:18/14 1:20/3 1:20/7
1:21/3 1:23/19 1:25/2 1:25/3
1:28/3 1:28/13 1:29/20 1:29/22
1:30/14 1:31/9 1:31/16 1:35/22
1:36/1 1:36/16 1:36/17 1:37/6
1:37/14 1:37/18 1:38/7 1:38/20
1:39/4 1:39/6 1:39/10 1:39/14
1:40/15 1:41/4 1:42/22 1:42/22
1:44/21 1:46/13 1:47/12 1:47/17
1:47/19 1:49/13 1:49/15 1:49/16
1:50/14 1:51/6 1:54/17 1:54/25
1:55/2 1:57/8 1:61/5 1:62/25
1:63/13 1:69/17 1:70/1 1:71/6
**mean [13]**   1:27/11 1:27/17
1:38/4 1:40/6 1:41/15 1:46/15
1:48/9 1:48/10 1:48/15 1:54/6
1:54/9 1:56/15 1:61/6
**means [2]**   1:7/11 1:28/21
**meant [3]**   1:27/6 1:27/7 1:48/7
**measures [1]**   1:4/12
**mediation [1]**   1:60/7
**Medicaid [16]**   1:20/14 1:21/13
1:21/20 1:22/1 1:22/11 1:24/3
1:30/21 1:32/10 1:32/11 1:33/5
1:44/23 1:44/24 1:50/25 1:52/20
1:63/2 1:64/11
**medical [5]**   1:48/11 1:49/4
1:49/19 1:50/4 1:50/5
**Medicare [23]**   1:12/4 1:20/14
1:20/22 1:20/24 1:21/12 1:21/20
1:22/1 1:22/11 1:23/7 1:23/20
1:24/2 1:30/21 1:32/11 1:32/11
1:33/5 1:38/4 1:44/24 1:44/24

1:50/25 1:52/20 1:63/2 1:64/11
**Medina [1]**   1:63/25
**members [2]**   1:62/2 1:67/15
**Memorial [4]**   1:23/10 1:35/2
1:43/24 1:49/11
**Memorial's [1]**   1:35/7
**mention [2]**   1:34/25 1:48/23
**mentioned [1]**   1:9/13
**methodology [2]**   1:38/1 1:46/19
**metric [1]**   1:33/2
**MHS086262 [4]**   1:11/3 1:19/10
1:28/8 1:45/20
**Miami [2]**   1:1/17 1:1/20
**middle [2]**   1:54/21 1:65/7
**might [1]**   1:56/21
**million [6]**   1:14/15 1:14/17
1:15/19 1:35/11 1:41/20 1:41/21
**mindful [1]**   1:8/20
**minimizes [2]**   1:56/9 1:56/9
**minute [5]**   1:10/11 1:32/18
1:37/19 1:41/6 1:56/24
**minutes [11]**   1:7/11 1:7/13
1:7/15 1:7/21 1:8/2 1:8/4 1:8/5
1:8/18 1:18/6 1:59/7 1:59/10
**misspoke [1]**   1:37/5
**mistake [1]**   1:25/4
**mix [1]**   1:14/5
**moment [3]**   1:10/11 1:49/16
1:58/3
**money [2]**   1:48/6 1:56/8
**monitor [1]**   1:5/12
**months [2]**   1:17/13 1:55/12
**Moore [3]**   1:49/21 1:50/8
1:50/17
**moot [5]**   1:6/1 1:52/22 1:63/6
1:68/10 1:69/24
**mooted [1]**   1:63/5
**more [21]**   1:14/2 1:14/2 1:18/9
1:26/13 1:26/18 1:27/23 1:32/2
1:34/2 1:34/12 1:34/16 1:37/13
1:37/13 1:39/23 1:40/17 1:46/14
1:46/19 1:51/7 1:55/4 1:56/20
1:58/19 1:59/14
**morning [14]**   1:3/4 1:3/12
1:3/23 1:4/3 1:5/8 1:5/19
1:30/18 1:59/3 1:60/2 1:60/5
1:60/22 1:61/13 1:69/10 1:69/13
**most [3]**   1:21/12 1:29/7 1:49/3
**motion [40]**   1:5/19 1:5/24
1:5/25 1:6/1 1:6/3 1:6/6 1:6/12
1:6/14 1:6/15 1:7/4 1:7/12
1:8/13 1:10/16 1:18/23 1:19/19
1:21/24 1:28/9 1:36/16 1:36/21
1:38/7 1:49/21 1:52/4 1:52/7
1:52/11 1:53/6 1:54/14 1:56/15
1:57/23 1:57/24 1:59/3 1:59/24
1:63/2 1:65/17 1:65/19 1:66/21
1:66/24 1:68/11 1:68/11 1:69/3
1:69/24
**motions [1]**   1:3/8
**movant [2]**   1:20/8 1:20/9
**moving [1]**   1:46/10
**Mr [1]**   1:23/22
**Mr. [41]**   1:7/22 1:8/18 1:10/10
1:10/23 1:12/16 1:13/10 1:23/4
1:23/17 1:23/22 1:23/22 1:24/9
1:28/16 1:29/15 1:30/19 1:33/20
1:33/22 1:35/5 1:35/23 1:36/15
1:37/16 1:37/25 1:40/3 1:40/17
1:41/7 1:41/12 1:46/16 1:46/24
1:47/6 1:48/18 1:49/9 1:52/2
1:53/5 1:53/8 1:58/9 1:58/15

## M

**Mr.... [6]**  1:59/7 1:59/16
1:60/4 1:66/18 1:66/20 1:69/6
**Mr. Alderman [24]**  1:7/22 1:8/18
1:10/10 1:23/4 1:23/17 1:23/22
1:23/22 1:24/9 1:30/19 1:33/20
1:33/22 1:35/5 1:35/23 1:36/15
1:40/17 1:41/7 1:41/12 1:48/18
1:52/2 1:58/9 1:59/7 1:59/16
1:60/4 1:69/6
**Mr. Alderman's [2]**  1:40/3
1:58/15
**Mr. Bross [11]**  1:10/23 1:12/16
1:13/10 1:29/15 1:37/16 1:46/24
1:47/6 1:49/9 1:53/8 1:66/18
1:66/20
**Mr. Bross's [4]**  1:28/16 1:37/25
1:46/16 1:53/5
**Ms [1]**  1:7/22
**Ms. [13]**  1:23/19 1:24/8 1:32/20
1:36/9 1:36/17 1:41/9 1:46/7
1:54/17 1:54/20 1:60/16 1:60/16
1:60/19 1:69/4
**Ms. Frick [2]**  1:23/19 1:24/8
**Ms. Pincavage [9]**  1:32/20
1:36/9 1:36/17 1:41/9 1:46/7
1:54/17 1:54/20 1:60/19 1:69/4
**Ms. Pincavage's [2]**  1:60/16
1:60/16
**much [19]**  1:3/19 1:13/10 1:18/4
1:29/1 1:29/2 1:29/3 1:29/21
1:36/13 1:38/15 1:39/12 1:39/12
1:42/25 1:42/25 1:45/6 1:45/12
1:45/14 1:46/23 1:56/14 1:69/9
**must [2]**  1:41/21 1:61/25
**mute [3]**  1:4/21 1:5/4 1:57/5
**my [40]**  1:5/11 1:7/10 1:7/15
1:7/16 1:7/20 1:7/20 1:8/13
1:11/4 1:11/24 1:17/11 1:21/15
1:22/14 1:25/5 1:26/13 1:27/22
1:27/23 1:29/14 1:33/19 1:36/2
1:36/8 1:36/8 1:37/8 1:38/10
1:39/23 1:40/12 1:46/8 1:47/14
1:47/21 1:49/17 1:49/19 1:50/17
1:51/4 1:56/11 1:57/20 1:58/5
1:61/14 1:66/5 1:66/10 1:69/2
1:71/5
**myself [1]**  1:57/5

## N

**naively [1]**  1:58/25
**name [4]**  1:5/11 1:21/7 1:50/2
1:63/14
**names [2]**  1:16/20 1:64/6
**narrow [4]**  1:18/6 1:18/7
1:24/10 1:68/5
**narrower [2]**  1:39/6 1:39/17
**narrowing [1]**  1:25/12
**nationally [1]**  1:43/21
**nationwide [1]**  1:18/21
**nature [1]**  1:25/23
**nauseam [1]**  1:31/25
**necessarily [4]**  1:26/4 1:33/8
1:33/10 1:47/20
**necessary [5]**  1:8/3 1:14/18
1:49/5 1:62/25 1:70/12
**need [23]**  1:4/8 1:7/15 1:7/17
1:9/10 1:15/23 1:16/2 1:16/15
1:16/20 1:18/8 1:18/10 1:18/10
1:36/16 1:43/16 1:43/18 1:44/4
1:45/9 1:49/1 1:53/6 1:54/19
1:58/17 1:61/9 1:63/3 1:64/20

**needs [1]**  1:67/10
**negotiated [1]**  1:16/24
**negotiation [3]**  1:21/21 1:22/1
1:22/9
**neither [1]**  1:71/10
**network [21]**  1:31/22 1:32/21
1:32/22 1:32/23 1:33/1 1:33/13
1:33/15 1:33/17 1:33/24 1:34/16
1:34/19 1:34/21 1:37/3 1:37/4
1:37/9 1:48/25 1:51/22 1:51/25
1:52/3 1:65/25 1:66/1
**never [1]**  1:44/15
**next [5]**  1:60/25 1:62/14 1:63/7
1:64/16 1:65/13
**nine [1]**  1:44/21
**no [27]**  1:1/7 1:1/25 1:5/4
1:5/16 1:17/15 1:38/25 1:39/2
1:39/2 1:39/2 1:42/13 1:45/21
1:46/15 1:48/1 1:52/7 1:53/7
1:53/8 1:55/7 1:55/15 1:55/16
1:55/19 1:55/21 1:56/7 1:69/5
1:69/8 1:70/7 1:70/9 1:71/21
**nobody's [1]**  1:5/2
**noise [1]**  1:4/23
**noncontracted [1]**  1:33/9
**none [1]**  1:61/7
**nonparty [1]**  1:62/16
**nonprivate [1]**  1:22/9
**normalize [1]**  1:12/5
**normalized [1]**  1:12/1
**normally [1]**  1:4/16
**North [8]**  1:49/3 1:49/19 1:50/4
1:50/5 1:52/16 1:52/17 1:52/17
1:62/20
**Northeast [1]**  1:2/3
**not [79]**
**note [3]**  1:6/16 1:20/3 1:67/25
**noted [2]**  1:33/5 1:63/15
**notes [5]**  1:31/20 1:49/13
1:49/17 1:49/20 1:50/17
**nothing [1]**  1:47/14
**notice [9]**  1:47/1 1:58/7
1:60/17 1:60/22 1:64/13 1:68/23
1:69/20 1:69/20 1:70/11
**notify [1]**  1:59/16
**November [1]**  1:64/1
**November 9th [1]**  1:64/1
**now [16]**  1:6/17 1:7/3 1:8/10
1:20/7 1:23/19 1:27/24 1:30/10
1:35/20 1:38/21 1:50/11 1:55/13
1:58/6 1:61/11 1:61/14 1:63/4
1:68/9
**number [36]**  1:3/6 1:5/7 1:5/11
1:5/22 1:6/13 1:6/17 1:6/21
1:8/16 1:14/14 1:21/9 1:23/20
1:23/20 1:24/9 1:24/11 1:24/16
1:25/3 1:25/12 1:26/16 1:26/21
1:26/23 1:26/23 1:32/6 1:32/13
1:32/14 1:36/4 1:38/20 1:39/6
1:39/7 1:39/17 1:43/20 1:55/6
1:55/6 1:65/18 1:65/23 1:66/22
1:68/5
**Number 1 [7]**  1:5/11 1:14/14
1:24/11 1:24/16 1:26/23 1:39/7
1:55/6
**Number 104 [1]**  1:5/22
**Number 2 [10]**  1:24/9 1:25/3
1:25/12 1:26/16 1:26/23 1:38/20
1:39/6 1:39/17 1:55/6 1:68/5
**Number 3 [1]**  1:26/21
**numbers [8]**  1:6/2 1:10/24
1:12/17 1:16/16 1:23/13 1:38/1

1:51/22 1:66/20
1:67/17 1:66/20

## O

**o'clock [1]**  1:60/24
**object [1]**  1:64/14
**objection [10]**  1:7/6 1:59/23
1:62/10 1:62/14 1:62/16 1:63/6
1:63/12 1:64/2 1:64/4 1:64/18
**objections [6]**  1:61/18 1:62/7
1:65/5 1:68/13 1:68/14 1:68/17
**objects [6]**  1:62/8 1:62/18
1:63/7 1:64/16 1:67/9 1:67/25
**obligation [2]**  1:55/21 1:64/12
**obtain [1]**  1:33/23
**obtained [1]**  1:67/8
**obtaining [1]**  1:63/17 1:63/21
**obviously [3]**  1:6/21 1:58/15
1:69/23
**occurred [1]**  1:32/14
**off [6]**  1:5/9 1:5/11 1:5/13
1:44/13 1:58/12 1:61/1
**offer [4]**  1:21/11 1:21/12
1:25/2 1:59/8
**offered [1]**  1:68/9
**offering [4]**  1:34/9 1:34/10
1:51/24 1:59/5
**office [1]**  1:7/18
**official [3]**  1:1/12 1:1/25
1:71/6
**oh [4]**  1:20/24 1:43/19 1:49/25
1:55/14
**okay [37]**  1:7/25 1:8/7 1:11/1
1:11/7 1:12/12 1:15/7 1:17/22
1:19/4 1:19/24 1:20/7 1:20/19
1:21/1 1:21/16 1:22/8 1:22/10
1:22/16 1:22/19 1:23/4 1:27/21
1:28/2 1:30/8 1:30/17 1:33/16
1:33/19 1:34/7 1:34/12 1:34/15
1:41/4 1:44/8 1:48/13 1:49/18
1:52/25 1:60/3 1:60/14 1:60/21
1:61/2 1:69/16
**once [1]**  1:59/4
**one [33]**  1:4/17 1:4/20 1:5/10
1:8/23 1:11/2 1:12/19 1:13/4
1:13/14 1:16/9 1:18/16 1:19/20
1:20/19 1:28/18 1:39/10 1:44/8
1:44/13 1:44/19 1:44/21 1:45/18
1:49/14 1:49/15 1:49/22 1:49/25
1:50/16 1:50/16 1:51/7 1:52/14
1:53/15 1:54/17 1:54/24 1:56/9
1:58/3 1:63/13
**ones [3]**  1:21/14 1:22/9 1:42/6
**only [16]**  1:15/13 1:21/4 1:22/8
1:24/18 1:25/25 1:26/2 1:31/10
1:31/15 1:45/23 1:46/15 1:46/15
1:47/2 1:48/20 1:61/14 1:67/14
1:67/19
**opinion [2]**  1:50/15 1:52/17
**opportunity [4]**  1:46/18 1:56/16
1:64/13 1:68/21
**opposed [1]**  1:38/20
**opposition [1]**  1:5/21
**optimistic [1]**  1:58/25
**option [1]**  1:70/2
**oranges [1]**  1:35/18
**order [20]**  1:5/24 1:6/17 1:8/13
1:9/1 1:11/5 1:14/4 1:14/18
1:14/22 1:15/23 1:28/16 1:35/5
1:38/10 1:39/3 1:43/25 1:45/6
1:49/23 1:50/11 1:63/10 1:63/24
1:64/4
**ordered [1]**  1:38/11

**Q**

**ordering [1]** 1:24/22
**orders [1]** 1:7/1
**organized [1]** 1:26/8
**other [22]** 1:3/14 1:7/5 1:7/8
1:11/17 1:12/17 1:14/25 1:25/7
1:25/7 1:32/10 1:32/11 1:40/6
1:42/5 1:44/4 1:44/15 1:44/24
1:44/24 1:47/17 1:59/3 1:63/17
1:67/12 1:68/4 1:68/12
**otherwise [3]** 1:15/1 1:65/2
1:71/13
**our [13]** 1:4/11 1:5/6 1:5/8
1:9/10 1:22/15 1:24/24 1:25/20
1:27/4 1:35/17 1:48/4 1:50/22
1:59/9 1:70/17
**ours [1]** 1:18/23
**out [33]** 1:15/17 1:20/2 1:24/14
1:25/10 1:26/15 1:28/15 1:32/22
1:32/23 1:33/1 1:33/13 1:33/15
1:33/17 1:33/24 1:34/16 1:37/2
1:37/4 1:37/9 1:38/19 1:39/3
1:46/25 1:48/7 1:48/25 1:49/9
1:51/22 1:51/25 1:52/3 1:52/16
1:54/24 1:59/10 1:59/19 1:59/21
1:63/5 1:67/16
**out-of-network [14]** 1:32/22
1:32/23 1:33/1 1:33/13 1:33/15
1:33/17 1:33/24 1:34/16 1:37/4
1:37/9 1:48/25 1:51/22 1:51/25
1:52/3
**outcome [1]** 1:71/13
**outlining [1]** 1:31/16
**outpatient [2]** 1:14/23 1:32/15
**outside [2]** 1:29/11 1:40/11
**outweigh [1]** 1:58/21
**outweighs [1]** 1:63/22
**over [15]** 1:10/7 1:11/19
1:13/20 1:21/24 1:26/17 1:28/12
1:31/25 1:32/23 1:36/20 1:36/22
1:39/14 1:48/9 1:52/22 1:53/17
1:61/6
**overall [1]** 1:10/6
**overbroad [2]** 1:35/15 1:68/1
**overburdened [1]** 1:36/18
**overburdensome [1]** 1:36/20
**overly [2]** 1:17/12 1:67/10
**overruled [8]** 1:62/7 1:62/10
1:62/17 1:63/6 1:63/12 1:64/4
1:64/18 1:68/17
**overrules [1]** 1:64/2
**oversimplifying [1]** 1:13/17
**own [3]** 1:33/19 1:46/9 1:62/15

**P**

**Paces [1]** 1:2/3
**page [9]** 1:1/23 1:6/10 1:17/20
1:20/8 1:25/14 1:29/23 1:30/17
1:36/3 1:36/4
**Page 146 [1]** 1:36/3
**Page 7 [1]** 1:29/23
**Page 8 [3]** 1:20/8 1:30/17
1:36/4
**pages [4]** 1:1/1 1:11/10 1:25/13
1:71/5
**paid [34]** 1:9/3 1:9/11 1:9/23
1:9/25 1:10/2 1:10/4 1:12/3
1:12/23 1:13/1 1:13/5 1:13/7
1:13/18 1:17/17 1:29/6 1:33/7
1:42/3 1:42/17 1:42/22 1:43/1
1:43/25 1:44/2 1:44/4 1:44/7
1:45/7 1:45/14 1:45/17 1:45/19

**palatable [1]** 1:55/4
**paper [1]** 1:29/6
**paperless [1]** 1:6/25
**papers [1]** 1:50/3
**Paragraph [1]** 1:51/18
**Paragraph 4 [1]** 1:51/18
**parameters [1]** 1:36/18
**part [6]** 1:6/15 1:25/5 1:26/18
1:28/20 1:36/21 1:37/22
**partial [1]** 1:32/5
**participating [2]** 1:5/17 1:68/3
**particular [21]** 1:10/1 1:10/2
1:12/4 1:12/22 1:13/5 1:13/7
1:16/17 1:23/8 1:24/12 1:24/19
1:24/20 1:26/10 1:42/15 1:42/15
1:42/21 1:43/25 1:45/9 1:45/11
1:45/21 1:53/24 1:63/23
**particularly [2]** 1:15/16 1:16/9
**parties [21]** 1:5/25 1:6/5 1:7/3
1:9/1 1:9/4 1:9/7 1:27/8
1:27/10 1:30/13 1:38/19 1:39/3
1:46/25 1:59/1 1:59/19 1:61/15
1:66/7 1:66/12 1:66/16 1:69/19
1:69/24 1:71/11
**parties' [1]** 1:6/21
**party [3]** 1:64/13 1:65/9 1:65/9
**party's [2]** 1:63/16 1:63/17
**past [6]** 1:6/25 1:7/16 1:8/11
1:8/21 1:9/13 1:57/7
**path [1]** 1:19/8
**patient [2]** 1:16/3 1:16/3
**patients [2]** 1:51/14 1:68/3
**pay [15]** 1:13/11 1:13/11
1:20/13 1:22/4 1:24/1 1:30/20
1:31/4 1:31/8 1:31/14 1:31/19
1:32/12 1:34/19 1:42/15 1:44/25
1:45/21
**payer [14]** 1:13/5 1:13/14
1:13/21 1:13/21 1:15/15 1:16/13
1:16/18 1:16/24 1:29/4 1:41/23
1:45/21 1:48/15 1:64/7 1:64/9
**payer's [1]** 1:64/10
**payer-specific [1]** 1:16/24
**payers [17]** 1:13/1 1:13/6
1:16/12 1:16/14 1:16/17 1:16/18
1:29/4 1:41/17 1:42/5 1:42/11
1:42/15 1:44/4 1:44/7 1:44/22
1:45/2 1:45/7 1:46/2
**paying [1]** 1:41/18
**payment [9]** 1:28/25 1:29/3
1:32/16 1:33/8 1:33/15 1:40/20
1:42/21 1:43/14 1:50/19
**payments [6]** 1:16/19 1:28/21
1:29/3 1:40/9 1:45/1 1:66/19
**pays [1]** 1:29/1
**Pence [3]** 1:1/25 1:71/20
1:71/21
**Pence-Aviles [3]** 1:1/25 1:71/20
1:71/21
**Pension [1]** 1:4/1
**people [2]** 1:27/6 1:55/16
**per [4]** 1:11/21 1:32/7 1:44/16
1:64/25
**percent [7]** 1:10/7 1:13/16
1:13/16 1:51/14 1:51/15 1:51/16
1:52/10
**percentage [5]** 1:13/9 1:43/10
1:49/10 1:51/10 1:66/18
**percentage-based [1]** 1:49/10
**perfect [2]** 1:24/24 1:47/15
**performed [1]** 1:23/10

**perhaps [2]** 1:4/16 1:55/5
**person [1]** 1:29/7
**pertain [1]** 1:35/1
**phone [3]** 1:4/22 1:59/9 1:61/1
**phrase [1]** 1:62/8
**physicians [1]** 1:39/24
**Pick [4]** 1:24/19 1:25/13 1:26/4
1:68/6
**PINCAVAGE [15]** 1:1/16 1:1/17
1:3/13 1:28/1 1:32/20 1:36/9
1:36/17 1:41/9 1:46/7 1:54/17
1:54/20 1:57/19 1:58/2 1:60/19
1:69/4
**Pincavage's [2]** 1:60/16 1:60/16
**ping [2]** 1:7/5 1:46/8
**ping-pong [1]** 1:7/5
**ping-ponging [1]** 1:46/8
**plain [2]** 1:56/3 1:56/3
**plaintiff [47]** 1:1/6 1:1/15
1:3/14 1:3/17 1:3/18 1:5/20
1:10/21 1:11/23 1:13/13 1:18/5
1:18/11 1:19/24 1:20/10 1:23/14
1:25/24 1:26/18 1:27/2 1:30/24
1:34/1 1:46/11 1:47/10 1:52/2
1:53/18 1:56/7 1:58/14 1:61/21
1:61/25 1:62/8 1:62/12 1:62/18
1:63/7 1:64/16 1:65/13 1:66/9
1:66/10 1:66/17 1:66/22 1:66/25
1:67/3 1:67/9 1:67/24 1:67/25
1:68/8 1:68/15 1:68/23 1:69/4
1:70/6
**plaintiff's [25]** 1:5/21 1:14/11
1:14/12 1:15/24 1:20/13 1:27/25
1:30/20 1:36/17 1:39/13 1:57/13
1:57/19 1:58/23 1:59/23 1:61/8
1:61/17 1:61/22 1:62/4 1:62/7
1:62/14 1:62/15 1:63/21 1:63/22
1:64/4 1:64/23 1:65/6
**plaintiffs [7]** 1:17/7 1:19/16
1:19/21 1:24/11 1:26/6 1:27/24
1:68/23
**plan [5]** 1:7/10 1:7/16 1:32/9
1:62/1 1:67/15
**plans [7]** 1:21/10 1:21/10
1:21/13 1:21/13 1:62/24 1:67/18
1:68/3
**please [9]** 1:3/10 1:4/7 1:4/15
1:4/21 1:7/18 1:47/12 1:58/3
1:69/19 1:70/1
**plenty [1]** 1:56/16
**point [15]** 1:5/6 1:7/14 1:16/21
1:18/25 1:19/5 1:25/10 1:28/15
1:31/4 1:35/11 1:37/2 1:45/8
1:48/25 1:52/16 1:56/23 1:65/16
**pointed [2]** 1:25/10 1:35/23
**points [5]** 1:9/18 1:19/1
1:19/13 1:19/15 1:67/16
**policies [2]** 1:31/13 1:31/14
**Ponce [1]** 1:1/19
**pong [1]** 1:7/5
**ponging [1]** 1:46/8
**position [6]** 1:20/17 1:44/3
1:58/9 1:58/15 1:61/8 1:68/10
**possibility [3]** 1:54/25 1:66/12
1:68/10
**possible [5]** 1:34/24 1:55/3
1:56/17 1:58/7 1:58/18
**potential [1]** 1:58/21
**potentially [3]** 1:35/13 1:46/18
1:54/22
**PPO [1]** 1:65/25

**P**

**practical [2]** 1:30/12 1:66/6
**preceding [1]** 1:51/13
**predict [1]** 1:61/10
**prefer [3]** 1:57/2 1:58/11
1:59/19
**prejudice [4]** 1:54/14 1:58/19
1:59/24 1:59/25
**premature [1]** 1:46/18
**premise [1]** 1:27/19
**prepared [2]** 1:57/11 1:57/23
**preparedness [1]** 1:8/20
**presume [1]** 1:28/16
**pretty [7]** 1:9/25 1:29/20
1:29/20 1:31/2 1:35/23 1:38/17
1:50/8
**previous [1]** 1:29/25
**previously [5]** 1:5/23 1:63/11
1:64/18 1:65/13 1:71/8
**price [1]** 1:31/8
**primary [1]** 1:23/25
**prior [4]** 1:9/13 1:35/5 1:45/16
1:56/14
**probably [7]** 1:21/12 1:25/4
1:25/9 1:26/13 1:27/8 1:39/5
1:56/19
**problem [10]** 1:10/8 1:12/19
1:13/3 1:13/17 1:15/13 1:18/19
1:40/3 1:40/6 1:47/2 1:47/22
**problematic [1]** 1:40/22
**problems [2]** 1:13/24 1:15/14
**proceed [1]** 1:8/18
**proceeding [1]** 1:6/8
**proceedings [6]** 1:1/13 1:4/9
1:4/11 1:7/18 1:70/18 1:71/8
**process [1]** 1:4/6
**produce [16]** 1:5/20 1:18/12
1:24/12 1:27/20 1:34/3 1:34/9
1:34/10 1:35/6 1:41/11 1:53/25
1:54/21 1:55/17 1:58/8 1:62/12
1:66/10 1:66/24
**produced [14]** 1:11/2 1:11/4
1:11/8 1:14/21 1:15/18 1:27/4
1:31/5 1:31/13 1:34/18 1:35/19
1:40/24 1:45/24 1:63/11 1:67/3
**producing [4]** 1:17/8 1:37/3
1:64/16 1:68/20
**product [2]** 1:32/7 1:32/16
**production [26]** 1:6/14 1:14/14
1:20/13 1:24/9 1:24/10 1:24/16
1:24/23 1:25/3 1:26/21 1:26/22
1:26/23 1:28/11 1:30/20 1:38/20
1:39/6 1:39/7 1:55/6 1:61/18
1:63/8 1:64/7 1:65/20 1:65/24
1:66/2 1:66/2 1:66/7 1:68/5
**Productions [1]** 1:61/12
**products [2]** 1:21/9 1:21/11
**professionals [1]** 1:39/24
**programs [1]** 1:23/18
**progress [2]** 1:36/5 1:36/7
**proportionality [1]** 1:18/5
**proprietary [1]** 1:63/8
**protective [4]** 1:5/24 1:63/9
1:63/24 1:64/3
**protects [1]** 1:63/10
**provide [16]** 1:9/16 1:18/8
1:23/24 1:26/12 1:29/5 1:33/11
1:34/4 1:47/6 1:47/16 1:48/24
1:51/24 1:52/2 1:61/15 1:64/13
1:64/20 1:67/22
**provided [15]** 1:33/17 1:35/1
1:37/16 1:38/12 1:42/25 1:43/14

1:45/5 1:45/13 1:61/20 1:62/1
1:71/6
**provider [1]** 1:33/9
**providers [2]** 1:33/4 1:33/13
**provides [1]** 1:31/10
**providing [1]** 1:20/22
**prudent [1]** 1:9/15
**public [6]** 1:16/7 1:22/16
1:64/21 1:65/2 1:65/4 1:65/10
**publically [1]** 1:23/5
**pull [2]** 1:26/15 1:38/24
**purchasing [1]** 1:40/10
**purported [1]** 1:25/18
**purpose [1]** 1:5/16
**purposes [4]** 1:21/24 1:50/23
1:52/23 1:63/1
**put [5]** 1:3/11 1:30/13 1:58/12
1:61/14 1:69/20

**Q**

**question [18]** 1:18/5 1:20/1
1:20/19 1:21/2 1:21/15 1:24/7
1:26/20 1:27/19 1:35/23 1:35/24
1:36/12 1:36/15 1:36/19 1:39/10
1:41/9 1:45/13 1:54/17 1:56/7
**questioning [1]** 1:36/8
**questions [9]** 1:8/16 1:20/2
1:27/22 1:27/24 1:28/4 1:28/6
1:28/7 1:46/14 1:47/18
**quick [1]** 1:33/21
**quickly [6]** 1:4/7 1:4/19 1:5/3
1:24/14 1:41/22 1:44/13
**Quite [1]** 1:60/10
**quote [1]** 1:66/12

**R**

**raise [1]** 1:58/17
**raised [2]** 1:62/4 1:65/5
**ran [1]** 1:59/10
**random [1]** 1:16/16
**rate [8]** 1:12/6 1:13/14 1:23/8
1:23/11 1:31/15 1:31/19 1:34/19
1:51/14
**rates [23]** 1:9/11 1:9/22 1:10/6
1:13/23 1:15/16 1:21/25 1:23/5
1:23/7 1:23/18 1:31/4 1:31/22
1:31/22 1:33/23 1:34/20 1:34/21
1:37/1 1:37/3 1:37/4 1:42/20
1:51/22 1:52/21 1:66/13 1:66/14
**rather [9]** 1:21/21 1:27/11
1:38/19 1:38/24 1:38/25 1:39/2
1:39/24 1:58/12 1:66/5
**raw [9]** 1:14/9 1:14/13 1:14/21
1:15/22 1:15/25 1:17/17 1:28/12
1:34/5 1:41/25
**reach [4]** 1:54/10 1:59/4
1:66/16 1:68/22
**reached [2]** 1:58/8 1:69/24
**read [6]** 1:8/10 1:37/22 1:37/23
1:50/3 1:50/16 1:52/16
**readily [1]** 1:23/7
**reading [3]** 1:32/20 1:51/4
1:54/25
**reality [1]** 1:13/18
**realize [2]** 1:5/2 1:5/3
**realizing [1]** 1:44/9
**really [16]** 1:8/12 1:8/21
1:11/18 1:14/10 1:14/17 1:29/21
1:35/20 1:36/25 1:37/13 1:48/10
1:48/12 1:53/14 1:54/18 1:61/6
1:62/22 1:66/5
**reason [3]** 1:49/10 1:59/6

1:64/14
**reasonable [17]** 1:9/2 1:9/9
1:9/10 1:9/15 1:13/2 1:17/21
1:18/2 1:44/1 1:44/2 1:45/18
1:50/22 1:61/19 1:61/20 1:62/1
1:64/23 1:67/14 1:67/17
**reasonableness [2]** 1:62/4
1:67/19
**reasons [2]** 1:12/19 1:53/15
**rebuttal [3]** 1:8/3 1:8/8
1:48/18
**receive [1]** 1:29/2 1:36/11
**recently [1]** 1:49/3
**recess [3]** 1:57/9 1:57/10
1:59/14
**recollect [1]** 1:31/13
**recommendation [1]** 1:60/17
**reconvene [4]** 1:60/1 1:60/22
1:61/12 1:68/25
**reconvening [1]** 1:70/11
**record [3]** 1:3/11 1:7/17
1:61/14
**record's [1]** 1:21/2
**recording [4]** 1:1/12 1:57/4
1:57/8 1:71/6
**records [5]** 1:16/7 1:40/7
1:64/21 1:65/2 1:65/5
**Recovery [1]** 1:63/25
**reduce [1]** 1:13/11
**reeducate [1]** 1:8/15
**reference [4]** 1:11/3 1:25/17
1:64/25 1:69/2
**referencing [1]** 1:49/23
**referred [1]** 1:3/7
**referring [5]** 1:6/1 1:19/10
1:35/5 1:36/9 1:50/11
**reflect [1]** 1:50/17
**regard [1]** 1:64/4
**regarding [3]** 1:20/10 1:66/3
1:68/24
**regardless [1]** 1:20/11
**regulated [2]** 1:21/25 1:52/20
**reimbursement [45]** 1:9/11
1:9/22 1:10/6 1:12/6 1:13/2
1:13/14 1:13/22 1:18/1 1:19/22
1:19/23 1:20/4 1:20/15 1:22/12
1:23/5 1:23/7 1:23/13 1:23/18
1:24/12 1:26/1 1:26/9 1:26/14
1:29/25 1:30/1 1:30/15 1:30/23
1:33/23 1:33/24 1:36/11 1:38/2
1:40/25 1:41/3 1:41/8 1:41/15
1:51/15 1:62/9 1:63/3 1:64/20
1:65/14 1:65/19 1:66/8 1:66/11
1:66/13 1:67/11 1:67/23 1:68/2
**reimbursements [1]** 1:12/1
**rejected [3]** 1:49/2 1:49/3
1:49/5
**rejoin [2]** 1:5/8 1:5/15
**relate [4]** 1:9/17 1:9/21
1:25/16 1:35/13
**related [7]** 1:6/15 1:35/12
1:61/19 1:62/22 1:63/21 1:66/13
1:71/11
**relates [1]** 1:65/1
**relationship [2]** 1:28/19 1:59/1
**relative [1]** 1:12/3
**relevant [14]** 1:6/11 1:8/12
1:9/18 1:12/24 1:13/2 1:21/20
1:25/1 1:35/20 1:61/22 1:64/5
1:64/14 1:66/8 1:66/24 1:67/17
**relied [2]** 1:32/2 1:66/25
**relying [1]** 1:16/11
**remain [1]** 1:56/25

**R**

**remainder [1]**  1:41/16
**remains [2]**  1:52/23 1:55/7
**remedy [2]**  1:46/10 1:49/11
**remember [5]**  1:18/22 1:18/24
  1:27/12 1:32/20 1:50/3
**remind [1]**  1:4/7
**renders [1]**  1:52/22
**report [56]**  1:5/25 1:6/3 1:9/16
  1:9/18 1:12/10 1:12/12 1:13/4
  1:14/1 1:14/19 1:15/2 1:15/2
  1:15/6 1:15/13 1:15/21 1:16/23
  1:17/8 1:17/22 1:19/6 1:19/10
  1:19/18 1:26/15 1:28/8 1:28/9
  1:28/17 1:29/13 1:29/22 1:31/10
  1:31/23 1:33/11 1:34/10 1:37/4
  1:37/9 1:38/13 1:40/9 1:40/24
  1:41/18 1:41/20 1:42/6 1:42/11
  1:42/17 1:43/4 1:43/9 1:43/11
  1:44/6 1:44/10 1:45/20 1:45/24
  1:46/6 1:46/20 1:48/24 1:55/1
  1:56/4 1:58/24 1:66/11 1:67/3
  1:67/4
**reporter [4]**  1:1/25 1:4/9
  1:4/10 1:71/23
**reporter's [1]**  1:7/18
**reports [6]**  1:14/3 1:18/13
  1:29/12 1:31/5 1:39/21 1:56/14
**representative [2]**  1:46/24
  1:47/1
**request [43]**  1:14/12 1:14/14
  1:18/6 1:18/7 1:18/24 1:24/9
  1:24/10 1:24/15 1:24/22 1:24/22
  1:25/2 1:25/10 1:25/10 1:25/12
  1:26/16 1:26/21 1:26/23 1:27/20
  1:28/11 1:29/24 1:29/24 1:38/20
  1:39/5 1:39/7 1:39/16 1:41/16
  1:42/2 1:54/2 1:55/6 1:61/12
  1:61/18 1:61/19 1:62/10 1:63/7
  1:64/21 1:65/20 1:65/23 1:65/24
  1:66/1 1:67/9 1:67/25 1:68/5
  1:68/6
**requested [3]**  1:28/16 1:34/24
  1:55/5
**requesting [4]**  1:18/16 1:28/19
  1:29/12 1:65/9
**requests [19]**  1:6/6 1:6/13
  1:29/24 1:30/1 1:30/3 1:30/15
  1:53/20 1:59/23 1:60/1 1:61/13
  1:62/15 1:62/18 1:63/14 1:64/5
  1:65/14 1:66/5 1:67/11 1:68/21
  1:69/3
**require [4]**  1:14/16 1:15/19
  1:26/18 1:27/19
**required [3]**  1:35/19 1:41/11
  1:63/15
**requires [2]**  1:16/22 1:16/23
**requiring [2]**  1:18/11 1:35/6
**reread [1]**  1:8/11
**research [2]**  1:23/8 1:23/9
**reserve [2]**  1:7/10 1:8/4
**Resier [1]**  1:65/7
**resolve [8]**  1:6/5 1:19/3
  1:19/20 1:30/14 1:53/5 1:53/12
  1:57/1 1:69/19
**resolved [2]**  1:5/25 1:19/19
**resolving [1]**  1:59/2
**resources [1]**  1:38/15
**respond [3]**  1:14/11 1:14/12
  1:15/24
**response [6]**  1:10/22 1:11/4
  1:11/19 1:27/20 1:47/21 1:64/21

**rest [1]**  1:69/2
**restatement [1]**  1:62/6
**retaliatory [1]**  1:62/15
**retroactively [2]**  1:55/14
  1:55/17
**retrospective [1]**  1:55/18
**revenue [9]**  1:11/21 1:14/5
  1:14/22 1:14/23 1:44/16 1:44/19
  1:45/1 1:45/4 1:45/7
**review [4]**  1:14/14 1:14/16
  1:14/24 1:17/11
**reviewed [1]**  1:10/14
**reviewing [1]**  1:15/19
**revisit [1]**  1:37/10
**right [63]**  1:3/4 1:3/19 1:4/2
  1:8/16 1:8/21 1:10/24 1:12/8
  1:17/18 1:20/5 1:20/10 1:20/11
  1:21/14 1:21/18 1:22/17 1:22/22
  1:23/16 1:24/4 1:25/9 1:26/20
  1:27/15 1:27/21 1:29/17 1:30/8
  1:31/9 1:31/11 1:31/14 1:31/16
  1:34/7 1:34/12 1:36/14 1:36/20
  1:38/8 1:38/21 1:40/3 1:40/17
  1:40/23 1:44/6 1:46/4 1:46/7
  1:47/2 1:47/4 1:47/7 1:47/17
  1:49/15 1:50/13 1:52/1 1:52/24
  1:53/1 1:55/24 1:56/2 1:56/23
  1:57/23 1:58/5 1:59/12 1:59/18
  1:60/10 1:61/3 1:65/10 1:69/6
  1:69/9 1:70/1 1:70/4 1:70/10
**Rise [1]**  1:65/7
**risky [1]**  1:47/6
**RMR [2]**  1:1/25 1:71/21
**Road [1]**  1:2/3
**Rows [1]**  1:11/15
**rule [12]**  1:7/16 1:30/9 1:33/19
  1:56/18 1:57/6 1:57/11 1:57/23
  1:59/22 1:60/13 1:61/17 1:62/25
  1:66/4
**ruled [3]**  1:30/4 1:65/17
  1:68/14
**rules [2]**  1:46/9 1:65/11
**ruling [12]**  1:7/15 1:45/15
  1:58/12 1:58/20 1:58/22 1:59/24
  1:59/25 1:61/11 1:66/5 1:66/10
  1:68/11 1:69/2
**rulings [3]**  1:45/16 1:61/14
  1:68/12
**run [5]**  1:4/19 1:4/20 1:14/4
  1:29/12 1:40/8
**running [1]**  1:4/17

**S**

**said [31]**  1:7/20 1:8/20 1:9/6
  1:10/13 1:15/14 1:17/12 1:17/19
  1:17/24 1:17/25 1:18/3 1:18/3
  1:28/9 1:29/15 1:30/19 1:36/1
  1:36/14 1:37/8 1:38/8 1:40/7
  1:41/8 1:47/3 1:52/19 1:54/6
  1:55/3 1:56/11 1:59/19 1:62/19
  1:63/24 1:68/8 1:68/12 1:69/18
**same [20]**  1:6/10 1:12/24
  1:15/10 1:17/9 1:18/19 1:28/10
  1:29/14 1:30/1 1:33/20 1:35/12
  1:35/24 1:37/11 1:39/13 1:40/19
  1:44/4 1:53/21 1:63/12 1:66/2
  1:67/6 1:69/14
**satisfied [1]**  1:38/6
**satisfies [1]**  1:68/20
**Saturday [1]**  1:71/16
**save [3]**  1:7/7 1:8/2 1:54/7
**saw [2]**  1:11/3 1:12/15
**say [23]**  1:6/11 1:11/2 1:11/20

  1:13/4 1:13/15 1:13/16 1:19/4
  1:29/24 1:35/9 1:36/4 1:39/21
  1:41/19 1:42/10 1:46/16 1:46/24
  1:48/20 1:48/22 1:52/12 1:56/13
**saying [10]**  1:10/5 1:16/13
  1:20/24 1:24/11 1:32/21 1:37/24
  1:38/23 1:39/2 1:39/18 1:58/7
**says [5]**  1:11/16 1:31/7 1:32/8
  1:33/2 1:51/21
**schedule [3]**  1:22/15 1:50/19
  1:53/15
**scheduled [1]**  1:4/4
**scheduling [1]**  1:6/16
**scope [3]**  1:46/25 1:67/13
  1:67/16
**screen [2]**  1:5/12 1:57/20
**second [8]**  1:7/25 1:10/15
  1:13/25 1:44/15 1:49/14 1:49/15
  1:50/7 1:63/13
**secondly [2]**  1:5/12 1:16/11
**secret [1]**  1:16/4
**secrets [3]**  1:15/25 1:63/16
  1:64/3
**Section [1]**  1:64/19
**see [19]**  1:5/11 1:9/5 1:9/17
  1:12/23 1:12/25 1:13/25 1:19/24
  1:42/17 1:44/9 1:44/11 1:46/2
  1:46/13 1:47/17 1:49/25 1:51/6
  1:51/9 1:51/19 1:59/16 1:68/22
**seek [7]**  1:61/19 1:62/18
  1:63/14 1:64/5 1:64/6 1:67/11
  1:68/1
**seeking [13]**  1:24/25 1:28/11
  1:29/9 1:30/1 1:34/5 1:35/20
  1:37/13 1:40/20 1:43/10 1:43/12
  1:43/12 1:52/10 1:53/7
**seeks [4]**  1:33/24 1:47/7 1:67/6
  1:67/23
**seem [2]**  1:6/14 1:39/17
**seems [3]**  1:17/22 1:39/6 1:68/5
**self [14]**  1:20/13 1:21/10
  1:22/4 1:24/1 1:30/20 1:31/4
  1:31/8 1:31/14 1:31/19 1:32/9
  1:32/12 1:34/19 1:44/25 1:62/24
**self-funded [3]**  1:21/10 1:32/9
  1:62/24
**self-pay [11]**  1:20/13 1:22/4
  1:24/1 1:30/20 1:31/4 1:31/8
  1:31/14 1:31/19 1:32/12 1:34/19
  1:44/25
**sense [4]**  1:19/4 1:19/8 1:27/10
  1:48/5
**sentences [2]**  1:4/17 1:4/19
**SENTERFITT [1]**  1:2/5
**separate [1]**  1:42/19
**September [2]**  1:6/18 1:47/4
**September 16th [1]**  1:6/18
**service [11]**  1:12/22 1:12/23
  1:13/5 1:13/7 1:23/8 1:39/21
  1:42/3 1:42/25 1:45/12 1:46/3
  1:62/15
**services [29]**  1:1/8 1:3/6
  1:3/25 1:8/25 1:9/6 1:9/23
  1:10/1 1:10/2 1:20/23 1:23/10
  1:24/20 1:25/17 1:29/1 1:35/13
  1:39/22 1:43/14 1:43/25 1:44/5
  1:45/5 1:45/19 1:45/22 1:46/2
  1:53/24 1:61/20 1:62/1 1:62/23
  1:64/23 1:65/23 1:68/2
**set [9]**  1:7/20 1:7/25 1:21/21
  1:22/1 1:22/15 1:24/2 1:45/21
  1:46/22 1:59/3

## S

**several [2]** 1:12/19 1:49/2
**shame [1]** 1:5/4
**she [1]** 1:60/17
**shed [1]** 1:41/12
**Shield [1]** 1:20/21
**Shore [7]** 1:49/3 1:49/19 1:50/4
1:50/5 1:52/16 1:52/17 1:62/20
**short [4]** 1:10/14 1:57/10
1:60/15 1:60/23
**should [12]** 1:13/15 1:17/24
1:17/25 1:18/4 1:24/11 1:24/11
1:25/9 1:29/24 1:45/14 1:45/17
1:48/12 1:53/14
**show [3]** 1:11/9 1:44/7 1:61/25
**shows [1]** 1:34/10
**sic [2]** 1:6/13 1:7/1
**side [4]** 1:7/6 1:7/8 1:36/17
1:39/13
**sides [2]** 1:8/17 1:39/10
**sift [1]** 1:26/13
**significance [1]** 1:46/20
**similar [5]** 1:16/14 1:18/20
1:46/1 1:49/7 1:65/14
**simply [2]** 1:49/9 1:59/8
**Singhal [2]** 1:3/7 1:47/9
**single [2]** 1:19/5 1:52/8
**single-case [1]** 1:52/8
**six [1]** 1:44/18
**sledgehammer [1]** 1:59/20
**sleep [1]** 1:70/2
**sliced [1]** 1:15/20
**slightly [1]** 1:21/4
**sliver [1]** 1:52/9
**slower [1]** 1:4/16
**slowly [1]** 1:4/15
**small [3]** 1:23/1 1:26/1 1:26/2
**so [143]**
**software [1]** 1:40/10
**solution [3]** 1:39/5 1:66/6
1:67/22
**solutions [1]** 1:56/17
**some [30]** 1:6/13 1:9/17 1:14/20
1:16/14 1:17/25 1:18/1 1:19/16
1:21/13 1:25/20 1:27/6 1:34/12
1:36/6 1:36/11 1:36/11 1:36/12
1:36/16 1:36/17 1:37/4 1:39/11
1:40/10 1:41/12 1:41/21 1:44/14
1:45/8 1:49/10 1:53/22 1:54/8
1:58/16 1:59/14 1:60/17
**somebody [1]** 1:27/12
**somehow [1]** 1:36/22
**someone [3]** 1:4/25 1:5/9 1:5/14
**something [11]** 1:33/22 1:37/23
1:38/14 1:38/18 1:39/4 1:39/14
1:39/14 1:47/11 1:56/4 1:56/20
1:56/21
**sometimes [2]** 1:4/23 1:56/22
**somewhat [1]** 1:50/22
**somewhere [1]** 1:27/18
**sorry [15]** 1:10/10 1:22/24
1:22/25 1:31/23 1:32/17 1:37/5
1:38/23 1:42/13 1:45/3 1:46/8
1:49/18 1:55/14 1:58/1 1:67/3
1:68/1
**sort [1]** 1:12/5
**sorts [1]** 1:38/4
**sought [4]** 1:62/11 1:62/13
1:65/19 1:65/24
**sound [2]** 1:1/12 1:71/6
**SOUTH [5]** 1:1/5 1:3/5 1:3/13
1:43/23 1:43/24

**SOUTHERN [5]** 1:1/3 1:49/4
1:49/12 1:65/6 1:67/4
**Southwest [1]** 1:1/16
**speak [5]** 1:4/7 1:4/15 1:4/19
1:7/8 1:59/16
**speaker [1]** 1:4/10
**speaking [5]** 1:4/21 1:7/6
1:22/24 1:29/2 1:56/11
**specific [6]** 1:13/22 1:16/24
1:26/15 1:41/18 1:60/1 1:66/4
**specifically [1]** 1:43/22
**spent [2]** 1:27/5 1:48/6
**spoiler [1]** 1:46/23
**spreadsheet [5]** 1:27/9 1:31/7
1:51/8 1:51/24 1:52/3
**spreadsheets [1]** 1:27/4
**stage [1]** 1:38/13
**stamp [1]** 1:67/4
**stamped [1]** 1:40/24
**standard [3]** 1:28/23 1:48/11
1:48/15
**standpoint [1]** 1:13/23
**stands [1]** 1:46/5
**start [6]** 1:14/5 1:28/4 1:28/4
1:28/8 1:35/15 1:57/8
**started [1]** 1:4/5
**starting [1]** 1:36/4
**state [2]** 1:29/23 1:65/21
**stated [1]** 1:64/19 1:71/8
**statement [1]** 1:23/2
**states [1]** 1:1/2 1:65/4
**status [4]** 1:5/24 1:6/3 1:29/22
1:68/24
**statute [5]** 1:50/20 1:64/17
1:64/22 1:64/25 1:65/1
**statutes [2]** 1:62/21 1:64/20
**statutory [4]** 1:50/19 1:51/2
1:52/18 1:62/20
**stayed [1]** 1:57/2
**still [7]** 1:5/4 1:9/21 1:23/19
1:38/13 1:53/18 1:57/11 1:57/18
**stipulate [1]** 1:54/10
**stipulating [1]** 1:66/13
**stipulation [3]** 1:38/9 1:54/10
1:66/16
**stop [4]** 1:10/10 1:37/18 1:41/4
1:57/4
**stopping [1]** 1:57/8
**stops [1]** 1:70/17
**stored [3]** 1:18/18 1:26/9
1:42/4
**strategic [1]** 1:25/4
**Street [1]** 1:2/5
**strongly [1]** 1:41/25
**struggle [1]** 1:53/21
**stuff [2]** 1:8/11 1:11/11
**subpoenas [1]** 1:62/16
**subset [3]** 1:24/23 1:26/1
1:26/2
**substance [2]** 1:61/11 1:61/17
**substantial [1]** 1:58/20
**substantive [1]** 1:59/25
**such [3]** 1:28/17 1:33/5 1:66/16
**sufficient [4]** 1:42/14 1:44/7
1:49/8 1:66/7
**suggested [1]** 1:56/21
**suggestion [2]** 1:47/16 1:56/6
**suggests [1]** 1:65/13
**Suite [3]** 1:1/16 1:2/3 1:2/5
**summary [3]** 1:11/14 1:11/15
1:11/16
**summer [1]** 1:37/11
**Sunshine [1]** 1:16/7

**sup [1]** 1:67/1
**supp [1]** 1:9/13
**supplemented [2]** 1:10/22
1:38/12
**supposed [2]** 1:9/3 1:13/10
**sure [16]** 1:8/9 1:11/12 1:11/23
1:18/15 1:21/2 1:21/6 1:26/19
1:28/14 1:31/18 1:31/21 1:32/19
1:34/16 1:37/21 1:48/12 1:50/8
1:54/13
**surmised [1]** 1:41/21
**surprise [1]** 1:29/20
**suspect [2]** 1:34/25 1:41/25
**switching [1]** 1:18/23
**system [12]** 1:4/11 1:4/18
1:14/20 1:14/25 1:15/20 1:17/17
1:19/14 1:29/7 1:41/21 1:42/24
1:49/10 1:53/22
**systematically [2]** 1:8/24 1:9/2
**systems [3]** 1:18/17 1:26/8
1:53/18

## T

**tab [4]** 1:11/14 1:31/7 1:44/13
1:44/15
**tabs [5]** 1:11/13 1:11/17 1:36/2
1:44/13 1:44/15
**take [11]** 1:7/14 1:8/5 1:10/3
1:12/21 1:12/22 1:13/3 1:17/13
1:17/16 1:20/3 1:53/6 1:56/24
**taken [5]** 1:11/25 1:11/25
1:57/9 1:71/8 1:71/12
**takes [1]** 1:7/13 1:34/15
**taking [5]** 1:13/21 1:15/15
1:31/20 1:49/13 1:53/4
**TAL [4]** 1:1/20 1:3/16 1:57/20
1:58/13
**talk [1]** 1:34/12
**talked [3]** 1:16/6 1:34/19
1:45/15
**talking [10]** 1:5/2 1:15/3
1:16/8 1:37/3 1:42/1 1:42/2
1:42/5 1:47/14 1:50/18 1:51/10
**Tampa [1]** 1:2/6
**taped [1]** 1:4/11
**team [2]** 1:55/11 1:55/16
**technical [1]** 1:29/20
**telegraphs [1]** 1:35/25
**telephonic [2]** 1:4/4 1:4/24
**tell [11]** 1:5/15 1:9/24 1:19/13
1:19/15 1:28/6 1:28/13 1:28/18
1:31/3 1:39/16 1:53/4 1:68/16
**telling [2]** 1:23/19 1:54/13
**tells [1]** 1:12/15
**ten [3]** 1:25/13 1:44/20 1:44/20
**tend [1]** 1:4/19
**term [1]** 1:31/2
**terms [7]** 1:11/8 1:11/19
1:17/21 1:21/4 1:54/1 1:63/14
1:64/6
**testify [3]** 1:29/16 1:46/18
1:53/9
**than [25]** 1:4/16 1:10/7 1:13/16
1:14/2 1:18/9 1:21/21 1:27/11
1:27/23 1:34/4 1:35/19 1:39/6
1:39/24 1:40/18 1:42/19 1:44/20
1:50/22 1:51/14 1:51/15 1:51/16
1:55/5 1:56/20 1:58/12 1:61/25
1:67/12 1:68/12
**thank [18]** 1:3/19 1:4/2 1:4/3
1:8/19 1:24/6 1:24/7 1:27/23
1:50/13 1:52/1 1:61/4 1:69/5
1:69/9 1:69/16 1:70/4 1:70/9

**T**

**thank...** **[3]** 1:70/10 1:70/14
1:70/15
**Thanks [2]** 1:21/3 1:34/7
**that [470]**
**that's [61]** 1:5/20 1:6/17 1:8/9
1:8/9 1:10/19 1:10/25 1:13/12
1:13/17 1:14/10 1:15/8 1:15/21
1:16/6 1:16/7 1:16/7 1:16/22
1:16/24 1:18/6 1:21/16 1:25/23
1:27/14 1:27/15 1:28/23 1:31/5
1:31/12 1:32/3 1:32/8 1:34/13
1:36/2 1:36/14 1:37/2 1:38/7
1:38/11 1:39/7 1:39/9 1:39/14
1:40/4 1:40/21 1:42/19 1:43/1
1:44/3 1:45/23 1:47/4 1:47/21
1:47/22 1:48/14 1:50/8 1:51/4
1:51/19 1:51/23 1:51/23 1:52/13
1:52/13 1:54/7 1:55/3 1:56/19
1:56/20 1:56/22 1:60/21 1:68/7
1:68/7 1:70/1
**their [21]** 1:11/25 1:12/1
1:14/25 1:16/12 1:16/20 1:17/17
1:17/23 1:18/17 1:18/23 1:19/14
1:19/19 1:26/8 1:26/8 1:26/9
1:28/11 1:29/6 1:42/24 1:53/22
1:62/10 1:66/25 1:68/5
**them [37]** 1:12/20 1:14/13
1:14/14 1:14/16 1:17/14 1:17/16
1:18/11 1:19/5 1:19/6 1:19/7
1:19/21 1:21/12 1:21/12 1:21/13
1:23/12 1:23/12 1:25/19 1:25/20
1:27/3 1:27/16 1:27/19 1:30/4
1:31/25 1:32/25 1:34/3 1:34/4
1:34/24 1:38/3 1:39/23 1:40/23
1:41/22 1:44/18 1:44/21 1:46/1
1:47/20 1:58/6 1:68/16
**themselves [1]** 1:38/19
**then [34]** 1:5/3 1:7/16 1:8/13
1:9/17 1:10/7 1:10/16 1:12/14
1:13/15 1:13/21 1:14/18 1:16/21
1:21/16 1:24/22 1:26/10 1:29/19
1:30/21 1:38/21 1:43/9 1:44/13
1:44/25 1:45/13 1:45/25 1:47/7
1:49/11 1:51/6 1:54/11 1:54/17
1:55/2 1:57/5 1:57/6 1:59/23
1:60/22 1:67/18 1:69/23
**theoretically [1]** 1:13/12
**there [32]** 1:4/18 1:5/12 1:9/17
1:10/11 1:13/23 1:14/23 1:15/14
1:15/17 1:25/13 1:25/14 1:26/16
1:27/5 1:27/5 1:28/22 1:32/3
1:35/18 1:37/18 1:38/4 1:38/7
1:39/21 1:41/6 1:44/12 1:44/18
1:45/16 1:48/12 1:48/17 1:48/23
1:50/18 1:50/23 1:52/8 1:53/22
1:57/15
**there's [13]** 1:5/4 1:17/2
1:27/9 1:27/9 1:28/19 1:31/6
1:32/3 1:32/6 1:44/12 1:47/13
1:53/7 1:53/8 1:56/7
**thereby [1]** 1:67/6
**Therefore [1]** 1:68/11
**these [29]** 1:3/8 1:4/8 1:4/12
1:4/23 1:13/19 1:14/1 1:21/4
1:21/11 1:23/18 1:25/14 1:25/16
1:25/16 1:26/5 1:26/24 1:29/24
1:30/3 1:30/9 1:30/14 1:41/17
1:42/5 1:44/23 1:48/7 1:48/9
1:51/22 1:56/22 1:59/23 1:62/7
1:65/14 1:66/4
**they [70]** 1:10/7 1:12/2 1:12/5

1:12/7 1:13/20 1:14/18 1:14/21
1:15/11 1:16/6 1:16/11 1:16/11
1:16/13 1:16/16 1:17/11 1:17/17
1:18/9 1:18/18 1:18/18 1:18/24
1:19/9 1:19/11 1:19/13 1:19/16
1:19/16 1:19/16 1:19/24 1:21/8
1:21/8 1:21/9 1:21/9 1:21/10
1:21/11 1:23/11 1:23/12 1:24/11
1:25/19 1:25/25 1:25/25 1:26/2
1:26/9 1:26/11 1:26/14 1:26/24
1:27/1 1:29/2 1:30/10 1:30/10
1:33/18 1:37/1 1:40/8 1:40/12
1:41/19 1:41/20 1:42/23 1:42/25
1:43/1 1:46/11 1:47/22 1:48/6
1:49/8 1:49/9 1:49/9 1:50/18
1:50/21 1:54/1 1:59/4 1:61/8
1:61/15 1:64/6 1:67/10
**they're [15]** 1:16/11 1:16/11
1:18/20 1:25/19 1:25/20 1:30/10
1:37/24 1:38/6 1:38/18 1:39/23
1:48/10 1:54/1 1:55/18 1:56/5
1:57/18
**they've [6]** 1:11/25 1:11/25
1:12/1 1:12/1 1:34/4 1:45/24
**thing [11]** 1:9/8 1:9/8 1:12/24
1:25/7 1:28/15 1:28/18 1:39/13
1:46/16 1:48/20 1:51/8 1:53/13
**things [5]** 1:24/25 1:30/9
1:38/4 1:44/23 1:54/24
**think [79]**
**thinking [1]** 1:35/25
**third [2]** 1:16/21 1:64/13
**this [121]**
**those [39]** 1:8/17 1:9/17 1:10/9
1:10/23 1:11/19 1:12/2 1:12/16
1:12/17 1:13/11 1:14/3 1:16/19
1:17/8 1:21/7 1:21/14 1:21/21
1:22/16 1:23/9 1:24/15 1:26/10
1:26/15 1:27/6 1:27/11 1:32/16
1:33/16 1:35/4 1:35/16 1:35/17
1:41/21 1:44/4 1:44/7 1:45/2
1:45/7 1:45/18 1:45/19 1:47/20
1:48/9 1:61/13 1:66/19 1:66/20
**though [1]** 1:20/1
**thousand [4]** 1:23/12 1:35/2
1:35/10 1:35/14
**thousands [1]** 1:26/3
**three [4]** 1:6/5 1:11/17 1:60/1
1:61/13
**threw [1]** 1:54/24
**THROCKMORTON [3]** 1:1/19 1:3/16
1:58/14
**through [22]** 1:9/19 1:9/20
1:9/23 1:10/8 1:11/15 1:11/16
1:12/20 1:19/22 1:20/4 1:21/21
1:26/14 1:31/11 1:32/4 1:34/13
1:34/18 1:41/1 1:43/5 1:43/9
1:49/17 1:55/1 1:64/24 1:67/23
**through 10 [1]** 1:11/16
**throughout [1]** 1:61/16
**throws [1]** 1:12/6
**Thus [1]** 1:66/10
**ticking [1]** 1:54/15
**time [17]** 1:5/1 1:7/12 1:9/18
1:12/25 1:18/12 1:20/2 1:24/14
1:27/6 1:27/23 1:33/20 1:35/12
1:48/6 1:55/22 1:56/8 1:60/7
1:60/23 1:71/8
**time-consuming [1]** 1:18/12
**timer [2]** 1:7/21 1:8/1
**tiny [1]** 1:52/9
**title [1]** 1:11/14
**today [12]** 1:4/10 1:20/17

1:39/5 1:45/16 1:48/4 1:52/15
1:68/24 1:70/17
**today's [5]** 1:6/15 1:6/15
1:52/22 1:66/15 1:66/24
**together [1]** 1:12/6
**told [5]** 1:29/11 1:44/12
1:44/13 1:47/19 1:55/2
**tomorrow [11]** 1:60/2 1:60/5
1:60/8 1:60/10 1:60/22 1:61/13
1:69/1 1:69/10 1:69/13 1:69/21
1:70/11
**too [5]** 1:4/19 1:5/5 1:28/7
1:39/12 1:70/14
**took [3]** 1:36/6 1:55/11 1:55/11
**total [7]** 1:32/6 1:32/13
1:32/14 1:44/19 1:44/25 1:45/4
1:45/7
**track [4]** 1:28/25 1:29/2
1:40/12 1:44/14
**trade [4]** 1:15/25 1:16/4
1:63/16 1:64/2
**Transcribed [1]** 1:1/25
**TRANSCRIBER [1]** 1:71/3
**transcript [11]** 1:1/12 1:4/8
1:4/13 1:7/17 1:17/11 1:36/1
1:36/2 1:36/4 1:54/25 1:65/16
1:71/5
**transparency [20]** 1:9/16 1:9/18
1:16/22 1:17/8 1:31/5 1:31/10
1:31/23 1:39/20 1:41/18 1:42/6
1:42/11 1:42/17 1:43/4 1:43/8
1:43/9 1:43/11 1:55/1 1:55/18
1:56/14 1:66/11
**Tribune [1]** 1:63/18
**TRICARE [4]** 1:20/14 1:22/11
1:30/22 1:63/2
**tricky [1]** 1:37/7
**tried [8]** 1:9/14 1:24/18
1:30/12 1:54/6 1:61/6 1:66/6
1:67/21 1:68/8
**TROPIN [3]** 1:1/19 1:3/16
1:58/14
**true [3]** 1:31/12 1:51/23 1:71/4
**try [11]** 1:8/21 1:10/22 1:15/5
1:24/24 1:25/20 1:30/13 1:34/1
1:34/1 1:53/19 1:56/3 1:61/7
**trying [14]** 1:10/3 1:15/15
1:27/12 1:31/1 1:38/15 1:38/22
1:39/7 1:41/2 1:43/1 1:46/10
1:46/25 1:54/21 1:56/2 1:56/8
**turn [9]** 1:6/20 1:7/3 1:7/7
1:7/8 1:27/24 1:28/12 1:36/22
1:39/14 1:48/9
**turned [2]** 1:26/17 1:32/23
**two [3]** 1:5/10 1:36/16 1:44/21
**type [5]** 1:12/22 1:29/12 1:32/7
1:42/3 1:58/11
**types [5]** 1:21/7 1:32/10
1:32/16 1:44/5 1:51/14
**typing [1]** 1:29/8

**U**

**U.S [2]** 1:71/7 1:71/21
**UBO [1]** 1:18/25
**Uh [1]** 1:15/10
**Uh-huh [1]** 1:15/10
**ultimately [1]** 1:9/20
**unable [1]** 1:6/5
**undefined [1]** 1:62/9
**under [7]** 1:16/4 1:49/1 1:55/20
1:55/21 1:55/21 1:62/19 1:65/11
**underlying [3]** 1:10/17 1:10/20

**U**

underlying... [1]  1:54/11
underpaid [3]  1:8/25 1:9/2
  1:45/10
underpay [1]  1:25/17
underpayments [1]  1:25/18
undersigned [1]  1:64/17
understand [18]  1:16/17 1:16/19
  1:18/15 1:22/10 1:26/22 1:29/19
  1:37/14 1:37/15 1:37/15 1:37/23
  1:38/14 1:45/1 1:53/21 1:54/9
  1:56/10 1:58/15 1:59/4 1:61/8
understanding [7]  1:11/24
  1:22/14 1:39/23 1:40/12 1:47/15
  1:58/22 1:58/23
understood [3]  1:37/23 1:37/24
  1:42/9
undue [1]  1:66/9
unduly [3]  1:18/11 1:46/12
  1:67/24
unequivocally [1]  1:56/13
unfortunate [1]  1:56/19
unfortunately [4]  1:47/10
  1:47/13 1:60/8 1:66/15
uninsured [4]  1:20/14 1:22/4
  1:24/1 1:30/21
unique [1]  1:64/8
UNITED [1]  1:1/2
units [1]  1:12/3
universe [1]  1:25/22
unlawful [1]  1:62/2
unless [2]  1:5/15 1:50/8
unlike [1]  1:35/17
unmute [1]  1:4/25
unpalatable [1]  1:53/14
unpersuasive [2]  1:62/17
  1:67/13
unreliable [1]  1:38/1
unsupported [1]  1:62/16
until [4]  1:7/7 1:46/18 1:60/8
  1:60/8
up [14]  1:9/21 1:11/18 1:16/18
  1:20/19 1:27/22 1:30/12 1:42/22
  1:44/18 1:46/17 1:56/3 1:56/19
  1:57/2 1:66/20 1:68/19
upon [5]  1:9/1 1:15/25 1:54/25
  1:66/21 1:66/25
us [20]  1:5/17 1:7/13 1:9/8
  1:9/9 1:14/2 1:14/3 1:14/9
  1:14/21 1:18/20 1:19/17 1:23/24
  1:34/1 1:34/5 1:53/7 1:53/11
  1:53/19 1:53/23 1:53/25 1:59/7
  1:59/14
use [4]  1:7/12 1:33/2 1:47/11
  1:49/10
used [3]  1:19/12 1:26/14
  1:39/23
using [8]  1:13/3 1:14/8 1:15/10
  1:15/13 1:28/10 1:48/5 1:64/8
  1:67/5
usual [2]  1:50/21 1:51/3

**V**

vague [1]  1:31/2
valid [1]  1:64/14
Valle [1]  1:1/4
valuable [1]  1:53/11
value [18]  1:9/4 1:9/6 1:9/10
  1:12/3 1:13/2 1:17/21 1:18/2
  1:33/3 1:44/1 1:44/2 1:45/18
  1:50/18 1:50/22 1:61/20 1:62/1
  1:64/23 1:67/14 1:67/17

varies [1]  1:29/4
various [3]  1:4/4
verb [1]  1:62/21
verbatim [1]  1:55/3
verify [1]  1:27/3
versed [1]  1:21/4
versus [1]  1:3/5
very [25]  1:3/19 1:4/5 1:6/22
  1:8/14 1:9/15 1:10/14 1:18/20
  1:18/24 1:18/24 1:29/4 1:30/10
  1:30/10 1:30/14 1:48/18 1:49/6
  1:51/11 1:53/19 1:54/15 1:59/1
  1:60/3 1:60/23 1:60/23 1:60/23
  1:61/2 1:69/9
view [1]  1:9/10
visited [1]  1:37/11
voluminous [2]  1:18/12 1:54/22

**W**

Wachovia [1]  1:65/7
wait [3]  1:5/15 1:61/3 1:70/10
waiting [3]  1:47/5 1:58/6
  1:58/19
want [22]  1:6/8 1:7/6 1:8/2
  1:9/24 1:11/23 1:15/22 1:17/14
  1:18/9 1:20/2 1:20/16 1:21/1
  1:23/19 1:27/24 1:37/1 1:39/11
  1:41/16 1:42/8 1:43/5 1:46/11
  1:52/12 1:57/4 1:60/15
wanted [6]  1:21/16 1:22/10
  1:23/1 1:30/16 1:46/9 1:68/14
wants [2]  1:18/9 1:40/3
was [82]
wasn't [1]  1:34/9
way [21]  1:4/8 1:9/17 1:14/8
  1:16/14 1:19/3 1:19/19 1:19/20
  1:24/14 1:26/9 1:31/4 1:34/23
  1:36/24 1:40/12 1:45/24 1:47/21
  1:53/8 1:55/13 1:56/22 1:68/4
  1:68/15 1:70/2
ways [1]  1:5/10
we [142]
we'd [4]  1:16/13 1:16/14 1:26/1
  1:44/1
we'll [9]  1:5/1 1:34/12 1:45/11
  1:45/12 1:53/10 1:56/24 1:60/22
  1:69/10 1:70/11
we're [35]  1:13/20 1:14/6
  1:14/10 1:15/3 1:15/10 1:15/17
  1:16/13 1:17/1 1:17/16 1:18/23
  1:22/6 1:23/25 1:24/14 1:24/25
  1:26/18 1:34/5 1:35/11 1:37/3
  1:38/13 1:42/19 1:43/1 1:43/10
  1:43/12 1:43/12 1:47/7 1:51/10
  1:52/10 1:53/7 1:53/16 1:53/16
  1:54/18 1:59/13 1:60/1 1:60/21
  1:61/12
we've [21]  1:4/5 1:6/21 1:6/24
  1:8/23 1:9/13 1:9/13 1:9/21
  1:13/25 1:14/7 1:16/6 1:31/3
  1:31/25 1:33/5 1:41/20 1:43/20
  1:43/20 1:43/21 1:48/22 1:52/19
  1:52/19 1:53/17
Wednesday [2]  1:1/11 1:3/1
weighted [1]  1:66/23
welcome [2]  1:61/5 1:70/16
well [22]  1:6/24 1:8/20 1:10/14
  1:13/15 1:17/5 1:18/19 1:22/7
  1:28/5 1:35/22 1:39/25 1:40/19
  1:44/17 1:44/20 1:47/21 1:48/2
  1:51/8 1:55/4 1:56/15 1:62/3
  1:64/5 1:68/25 1:69/13
well-preparedness [1]  1:8/20

went [3]  1:8/10 1:12/16 1:55/22
weren't [1]  1:54/10
what [139]
what's [9]  1:8/15 1:12/9 1:16/8
  1:28/11 1:33/11 1:43/17 1:50/2
  1:53/23 1:55/5
whatever [3]  1:47/5 1:52/21
whatnot [1]  1:62/22
when [14]  1:4/7 1:4/21 1:7/5
  1:15/16 1:18/20 1:25/3 1:27/3
  1:32/5 1:35/16 1:42/1 1:46/21
  1:50/3 1:54/6 1:63/15
where [13]  1:9/14 1:9/15
  1:16/19 1:30/3 1:35/17 1:36/1
  1:36/14 1:36/18 1:38/13 1:54/21
  1:64/22 1:65/9 1:69/1
whereas [3]  1:25/1 1:25/21
  1:59/20
whether [8]  1:9/1 1:20/10
  1:21/25 1:27/1 1:38/3 1:44/10
  1:45/9 1:63/4
which [50]  1:6/12 1:7/1 1:7/14
  1:9/19 1:12/14 1:12/15 1:14/3
  1:15/22 1:16/17 1:18/25 1:19/3
  1:19/10 1:24/19 1:26/3 1:26/17
  1:27/19 1:30/2 1:30/3 1:31/4
  1:32/2 1:33/2 1:35/20 1:36/3
  1:38/20 1:41/16 1:43/3 1:44/14
  1:45/1 1:45/8 1:47/3 1:49/2
  1:50/21 1:52/18 1:53/19 1:55/17
  1:62/5 1:62/23 1:63/21 1:64/1
  1:65/4 1:65/18 1:65/21 1:65/24
  1:66/2 1:66/11 1:67/4 1:67/19
  1:68/7 1:68/15 1:71/12
while [4]  1:18/11 1:49/16
  1:56/16 1:57/1
White [1]  1:65/3
who [3]  1:4/9 1:27/12 1:41/17
who's [3]  1:7/21 1:22/24
  1:27/25
whole [3]  1:9/20 1:20/11
  1:27/10
why [19]  1:9/24 1:12/15 1:12/18
  1:16/22 1:17/9 1:21/16 1:25/2
  1:27/14 1:37/14 1:38/7 1:38/11
  1:39/9 1:43/16 1:43/18 1:44/6
  1:51/24 1:55/9 1:59/6 1:62/12
wildly [1]  1:29/4
will [27]  1:4/9 1:4/19 1:4/19
  1:5/8 1:5/12 1:5/13 1:5/15
  1:7/4 1:19/24 1:25/21 1:39/21
  1:45/11 1:45/13 1:46/16 1:53/7
  1:53/11 1:53/11 1:55/23 1:56/4
  1:56/13 1:57/6 1:59/4 1:61/14
  1:61/15 1:68/25 1:69/1 1:69/12
willing [5]  1:20/12 1:22/11
  1:23/17 1:33/14 1:36/25
winding [1]  1:9/8
winter [1]  1:22/20
withhold [1]  1:64/14
without [10]  1:30/14 1:37/8
  1:40/10 1:46/12 1:47/14 1:54/14
  1:56/11 1:59/25 1:66/8 1:67/23

**W**

**WOLFE [1]**   1:1/16
**won't [4]**   1:9/20 1:29/5 1:34/1
1:34/1
**wondering [1]**   1:44/10
**word [2]**   1:20/22 1:33/6
**work [12]**   1:14/2 1:18/17 1:21/9
1:21/10 1:26/18 1:38/19 1:39/3
1:40/17 1:46/25 1:58/16 1:59/19
1:59/21
**worker's [4]**   1:22/14 1:24/5
1:30/22 1:63/2
**working [2]**   1:53/17 1:59/1
**worry [1]**   1:5/1
**would [72]**
**wouldn't [6]**   1:15/1 1:24/23
1:24/24 1:52/7 1:52/11 1:53/25
**wound [1]**   1:9/21
**wrote [1]**   1:41/7

**Y**

**yeah [18]**   1:8/6 1:15/5 1:21/3
1:21/19 1:22/13 1:23/3 1:25/11
1:27/18 1:32/21 1:34/6 1:38/8
1:40/5 1:40/16 1:50/1 1:50/8
1:51/19 1:57/17 1:57/18
**year [16]**   1:7/2 1:10/8 1:11/19
1:11/19 1:13/20 1:13/20 1:32/7
1:32/14 1:32/15 1:43/3 1:49/5
1:51/10 1:51/10 1:51/13 1:53/17
1:60/25
**year-over-year [2]**   1:11/19
1:13/20
**year-to-year [1]**   1:51/10
**years [6]**   1:13/11 1:31/11
1:32/4 1:54/23 1:56/14 1:66/19
**yes [21]**   1:3/15 1:8/4 1:11/6
1:12/11 1:15/7 1:20/18 1:20/25
1:20/25 1:24/17 1:25/12 1:31/14
1:34/14 1:41/10 1:41/14 1:51/18
1:51/20 1:51/20 1:57/16 1:58/4
1:60/20 1:69/22
**yet [4]**   1:33/17 1:34/16 1:46/23
1:53/14
**you [291]**
**you'd [5]**   1:24/22 1:28/4
1:38/24 1:46/13 1:48/17
**you'll [3]**   1:5/2 1:5/3 1:7/8
**you're [30]**   1:5/2 1:5/4 1:17/7
1:17/20 1:20/2 1:20/11 1:20/24
1:21/8 1:22/2 1:22/11 1:25/9
1:25/12 1:27/15 1:31/14 1:36/10
1:36/18 1:38/8 1:38/23 1:40/4
1:48/5 1:50/14 1:52/24 1:53/1
1:53/21 1:54/5 1:60/12 1:60/12
1:60/13 1:61/5 1:70/16
**you've [5]**   1:6/18 1:31/17
1:40/24 1:45/15 1:47/3
**you-all [1]**   1:60/4
**your [77]**
**Your Honor [28]**   1:3/21 1:7/23
1:23/5 1:23/6 1:23/9 1:25/5
1:28/1 1:30/25 1:31/12 1:33/25
1:34/8 1:37/12 1:47/13 1:48/21
1:50/10 1:51/7 1:51/23 1:52/5
1:56/10 1:57/25 1:58/1 1:58/10
1:60/3 1:60/6 1:60/14 1:69/5
1:69/8 1:69/12
**yourself [1]**   1:4/8