UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

South Broward Hospital District d/b/a Memorial
Healthcare System, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                                                          **Case 0:20-cv-61007-AHS**

ELAP Services, LLC, et al.,

    Defendants.
_____/

## **MEDIATOR'S REPORT**

On November 1, 2022, the undersigned mediated this matter. The parties and their respective counsel were present.

No agreement was reached and an impasse was declared.

Dated: November 30, 2022,        Respectfully submitted,

                                              /s/ Harry R. Schafer
                                              Harry R. Schafer
                                              Florida Bar No. 508667
                                              Email: harryrschafer@gmail.com
                                              ESQUIBEL COMMUNICATIONS CO.
                                              2775 NW 49th Ave.
                                              Unit 205 # 413
                                              Ocala, FL 34482
                                              Telephone: (305) 439-4285
                                              Website: www.eccadr.com

                                              ***Mediator***

## **CERTIFICATE OF SERVICE**

**I hereby certify** that on the 30th day of November, 2022, I furnished this Mediator's Report to counsel for the parties for their electronic filing of the foregoing with the Clerk of the Court.

/s/ Harry R. Schafer
Harry R. Schafer