UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61007-SINGHAL/VALLE

SOUTH BROWARD HOSPITAL DISTRICT d/b/a
MEMORIAL HEALTHCARE SYSTEM, on behalf of
itself and all others similarly situated,

    Plaintiff,

v.

ELAP SERVICES, LLC, a Pennsylvania limited
liability company, and GROUP & PENSION
ADMINISTRATORS, INC., a Texas corporation,

    Defendants.
_____/

**PLAINTIFF'S *UNOPPOSED* MOTION TO EXCEED PAGE
LIMITATION FOR ITS MOTION FOR CLASS
CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff South Broward Hospital District d/b/a Memorial Healthcare System ("Memorial"), by and through undersigned counsel, hereby moves the Court for leave to exceed the page limitation for Plaintiff's Motion for Class Certification and Incorporated Memorandum of Law, and states as follows:

1. Memorial will file its Motion for Class Certification and Incorporated Memorandum of Law on January 13, 2023. Pursuant to Local Rule 7.1(c)(2), the page limitation for Plaintiff's motion and Defendants' responses is twenty pages. *See* S.D. Fla. L. Rule 7.1(c)(2).

2. Due to the number and complexity of the issues involved, Memorial's counsel anticipates that they will require approximately twenty-five pages to brief its class certification motion. Accordingly, Memorial's counsel respectfully requests leave to exceed the Court's page limit by five pages. A proposed order is attached hereto as **Exhibit A.**

3.  Memorial's counsel and counsel for both Defendants have conferred in good faith, and neither Defendant opposes the relief sought with this Motion.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Memorial's counsel respectfully requests that the Court enter an order granting Memorial leave to exceed the page limitations for the class certification motion and incorporated memorandum of law by five pages.

Respectfully submitted this 11th day of January, 2023.

| /s/*Benjamin J. Widlanski* | /s/ *Douglas A. Wolfe* |
|---|---|
| **Benjamin J. Widlanski., Esq.** | **Douglas A. Wolfe, Esq.** |
| bwidlanski@kttlaw.com | doug@wolfepincavage.com |
| Fla. Bar No. 1010644 | Fla. Bar No. 28671 |
| **Gail McQuilkin, Esq.** | **Danya J. Pincavage, Esq.** |
| gam@kttlaw.com | danya@wolfepincavage.com |
| Fla. Bar No. 969338 | Fla. Bar No. 14616 |
| **Tal J. Lifshitz, Esq.** | **Hana A. Aryan, Esq.** |
| tjl@kttlaw.com | Hana.aryan@wolfepincavage.com |
| Fla. Bar No. 99519 | Fla. Bar No. 1003617 |
| **Michael Lorigas, Esq.** | |
| mlorigas@kttlaw.com | **WOLFE | PINCAVAGE** |
| Fla. Bar No. 123597 | 7800 SW 57th Avenue, Suite 217 |
| | Miami, Florida 33143 |
| **KOZYAK TROPIN & THROCKMORTON LLP** | Telephone: (786) 409-0800 |
| 2525 Ponce de Leon Blvd., 9th Floor | |
| Coral Gables, Florida 33134 | *Counsel for Plaintiff* |
| Telephone: (305) 372-1800 | |
| | |
| *Counsel for Plaintiff* | |

1443648