UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61007-SINGHAL/VALLE

SOUTH BROWARD HOSPITAL DISTRICT d/b/a
MEMORIAL HEALTHCARE SYSTEM, on behalf of
itself and all others similarly situated,

    Plaintiff,

v.

ELAP SERVICES, LLC, a Pennsylvania limited
liability company, and GROUP & PENSION
ADMINISTRATORS, INC., a Texas corporation,

    Defendantss.
_____/

## DECLARATION OF BENJAMIN J. WIDLANSKI

I, Benjamin J. Widlanski, declare as follows:

1. I am an attorney at Kozyak Tropin & Throckmorton LLP ("KTT"), counsel for Plaintiff and the putative class in the above-referenced matter. I am a member in good standing of The Florida Bar, I am over the age of eighteen, and I am competent to make this Declaration.

2. I submit this Declaration in support of Plaintiff's *Daubert* Motion to Exclude the Opinions of Defendants' Rebuttal Expert, Bruce A. Strombom.

3. Attached under seal as **Exhibit B** is the March 24, 2023, Rebuttal Expert Report of Bruce A. Strombom, Ph.D.

4. Attached under seal as **Exhibit C** is the April 27, 2023, deposition transcript of Bruce A. Strombom.

5. Attached under seal as **Exhibit D** are pages from the September 15, 2022, deposition transcript of Woody Waters.

1

6. Attached under seal as **Exhibit E** is the Water Street due diligence Final read-out December 2015 Presentation produced in this litigation bearing the Bates numbers ELAP0136924 - ELAP0137029.

7. Attached under seal as **Exhibit F** are pages from the May 24, 2022, deposition transcript of Katie O'Leary.

8. Attached under seal as **Exhibit G** is a WR Meadows and GPA call on June 13, 2018, produced by Defendants in this litigation bearing the Bates number ELAP0208513.

9. Attached under seal as **Exhibit H** is a WR Meadows and GPA call on June 13, 2018, produced by Defendants in this litigation bearing the Bates number ELAP0138368.

10. Attached under seal as **Exhibit I** is a May 22, 2019, email produced by Defendants in this litigation bearing the Bates numbers ELAP0214438-ELAP0214452.

11. Attached under seal as **Exhibit J** is a July 22, 2020, email produced by Defendants in this litigation bearing the Bates numbers ELAP0181084-ELAP0181087.

12. Attached under seal as **Exhibit K** is a July 13, 2020, email produced by Defendants in this litigation bearing the Bates numbers ELAP0156566 – 156587.

13. Attached under seal as **Exhibit L** is a November 12, 2019, email produced by Defendants in this litigation bearing the Bates numbers ELAP0113802 - ELAP0113808.

14. Attached under seal as **Exhibit M** is a May 14, 2021, email produced by Defendants in this litigation bearing the Bates numbers ELAP0119214 - ELAP0119221.

15. Attached under seal as **Exhibit N** are pages from the August 2, 2022, deposition transcript of Jeffrey Bross.

16. Attached under seal as **Exhibit O** are pages from the December 14, 2022, deposition transcript of Deborah Doyle.

17. Attached under seal as **Exhibit P** are pages from the November 16, 2022, deposition transcript of Patricia Holmes.

18. Attached under seal as **Exhibit Q** are pages from the August 1, 2022, deposition transcript of Emma Saintilus.

19. Attached under seal as **Exhibit R** are pages from the August 10, 2022, deposition transcript of Carmen Fajardo.

20. Attached under seal as **Exhibit S** are pages from the November 15, 2022, deposition transcript of Andrea Destefano.

21. Attached under seal as **Exhibit T** are pages from the August 12, 2022, deposition transcript of John Scozzaro.

22. Attached under seal as **Exhibit U** is a July 9, 2019, email and attachment produced by Defendants in this litigation bearing the Bates numbers ELAP0240110 - ELAP0240117.

23. Attached under seal as **Exhibit V** is the Revised Expert Report of J. Mark Abernathy, CPA, CFF, CGMA, CVA.

Executed in Miami, Florida this 12th day of June, 2023.

/s/ Benjamin J. Widlanski