UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61007-CIV-SINGHAL/VALLE

SOUTH BROWARD HOSPITAL DISTRICT d/b/a
MEMORIAL HEALTHCARE SYSTEM, on its own
behalf and on behalf of other similarly situated
healthcare facilities,

    Plaintiff,

v.

ELAP SERVICES, LLP, and GROUP & PENSION
ADMINISTRATORS, INC.,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following entry of the Order Granting Defendant's Motion for Summary Judgment (DE [183]). The Court enters this separate final judgment pursuant to Fed. R. Civ. P. 58(a).

Accordingly, it is **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants ELAP Services, LLC and Group & Pension Administrators, Inc. and against Plaintiff South Broward Hospital District. Plaintiff shall take nothing by this action.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of September 2023.

                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF