# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 27, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY ____AP____ D.C.

Mar 27, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 23-13612-GG
Case Style: South Broward Hospital District v. Elap Services, LLC, et al
District Court Docket No: 0:20-cv-61007-AHS

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Clerk's Office Phone Numbers
General Information:   404-335-6100     Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-13612-GG
_____

SOUTH BROWARD HOSPITAL DISTRICT,

                                  Plaintiff - Appellant,

versus

ELAP SERVICES, LLC,
a Pennsylvania limited liability company,
GROUP & PENSION ADMINISTRATORS, INC.,
a Texas corporation,

                                  Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER: The motion to voluntarily dismiss appeal is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective March 27, 2024.

                                DAVID J. SMITH
                 Clerk of Court of the United States Court
                     of Appeals for the Eleventh Circuit

                                            FOR THE COURT - BY DIRECTION